**Fill in this information to identify your case:**

Debtor 1: **Jack Robert Thacker, Jr.**
First Name / Middle Name / Last Name

Debtor 2: _____
(Spouse if, filing) First Name / Middle Name / Last Name

United States Bankruptcy Court for the: **EASTERN DISTRICT OF TENNESSEE**

Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 107
## Statement of Financial Affairs for Individuals Filing for Bankruptcy        04/22

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Give Details About Your Marital Status and Where You Lived Before

1. **What is your current marital status?**

   ☐ Married
   ☑ Not married

2. **During the last 3 years, have you lived anywhere other than where you live now?**

   ☐ No
   ☑ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

   | Debtor 1: | Dates Debtor 1 lived there | Debtor 2 Prior Address: | Dates Debtor 2 lived there |
   |---|---|---|---|
   | 4332 Pretoria Run<br>Murfreesboro, TN 37128 | From-To:<br>12/2019 - 3/2024 | ☐ Same as Debtor 1 | ☐ Same as Debtor 1<br>From-To: |

3. **Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington and Wisconsin.)

   ☑ No
   ☐ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

### Part 2: Explain the Sources of Your Income

4. **Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
   Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
   If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

   ☐ No
   ☑ Yes. Fill in the details.

   | | Debtor 1 | | Debtor 2 | |
   |---|---|---|---|---|
   | | Sources of income<br>Check all that apply. | Gross income<br>(before deductions and exclusions) | Sources of income<br>Check all that apply. | Gross income<br>(before deductions and exclusions) |
   | From January 1 of current year until the date you filed for bankruptcy: | ☐ Wages, commissions, bonuses, tips | $4,417.00 | ☐ Wages, commissions, bonuses, tips | |
   | | ☑ Operating a business | | ☐ Operating a business | |

Debtor 1  **Jack Robert Thacker, Jr.** _____   Case number *(if known)* _____

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) |
| **For last calendar year:**<br>(January 1 to December 31, 2024 ) | ☐ Wages, commissions, bonuses, tips<br>☑ Operating a business | $18,092.00 | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | |
| **For the calendar year before that:**<br>(January 1 to December 31, 2023 ) | ☐ Wages, commissions, bonuses, tips<br>☑ Operating a business | $61,612.00 | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | |

5. **Did you receive any other income during this year or the two previous calendar years?**
   Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

   List each source and the gross income from each source separately. Do not include income that you listed in line 4.

   ☐ No
   ☑ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Describe below. | **Gross income from each source**<br>(before deductions and exclusions) | **Sources of income**<br>Describe below. | **Gross income**<br>(before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | Interest - E2c | $23,418.00 | | |
| | Oil/Gas Royalties -Montego Asset Management | $21,357.00 | | |
| | Stock Dividends - Axos | $39,559.00 | | |
| **For last calendar year:**<br>(January 1 to December 31, 2024 ) | Casino Gambling | $31,298.00 | | |

**Part 3:   List Certain Payments You Made Before You Filed for Bankruptcy**

6. **Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**
   ☑ **No.** Neither Debtor 1 nor Debtor 2 has primarily consumer debts. *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

   During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $7,575* or more?
   ☐ No.   Go to line 7.
   ☑ Yes   List below each creditor to whom you paid a total of $7,575* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.
   * Subject to adjustment on 4/01/25 and every 3 years after that for cases filed on or after the date of adjustment.

   ☐ **Yes.** Debtor 1 or Debtor 2 or both have primarily consumer debts.
   During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

   ☐ No.   Go to line 7.
   ☐ Yes   List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

Official Form 107        Statement of Financial Affairs for Individuals Filing for Bankruptcy        page 2

Debtor 1  **Jack Robert Thacker, Jr.**     Case number *(if known)* _____

| Creditor's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Was this payment for ... |
|---|---|---|---|---|
| Karen Graham<br>c/o Brock East<br>316 W. Main Street<br>Murfreesboro, TN 37130 | 12/30/2024 | $235,000.00 | $0.00 | ☐ Mortgage<br>☐ Car<br>☐ Credit Card<br>☐ Loan Repayment<br>☐ Suppliers or vendors<br>☑ Other **Divorce Agreement** |
| Joy Necessary<br>1009 Blue Herron Way<br>Tarpon Springs, FL 34689 | January 2025 | $75,000.00 | $90,000.00 | ☐ Mortgage<br>☐ Car<br>☐ Credit Card<br>☐ Loan Repayment<br>☐ Suppliers or vendors<br>☑ Other **Divorce Agreement** |
| Holcomb & Ward Attorneys<br>3455 Peachtree Road NE<br>Atlanta, GA 30326 | 12/5/2024 | $50,000.00 | $0.00 | ☐ Mortgage<br>☐ Car<br>☐ Credit Card<br>☐ Loan Repayment<br>☐ Suppliers or vendors<br>☑ Other **Arbitration defense and settlements** |
| Faegre Drinker<br>Riddle & Realth<br>P. O. Box 1450<br>Minneapolis, MN 55485-6193 | 12/30/2024 | $10,000.00 | $107,321.00 | ☐ Mortgage<br>☐ Car<br>☐ Credit Card<br>☐ Loan Repayment<br>☐ Suppliers or vendors<br>☑ Other **Attorney fees** |
| Capital One Visa<br>P. O. Box 30285<br>Salt Lake City, UT 84130 | 12/30/2024 | $12,000.00 | $682.00 | ☐ Mortgage<br>☐ Car<br>☑ Credit Card<br>☐ Loan Repayment<br>☐ Suppliers or vendors<br>☐ Other___ |
| Citibank<br>P. O. Box 6500<br>Sioux Falls, SD 57117 | 1/27/2025 | $11,000.00 | $4,203.00 | ☐ Mortgage<br>☐ Car<br>☑ Credit Card<br>☐ Loan Repayment<br>☐ Suppliers or vendors<br>☐ Other___ |
| USFCU<br>1545 Bluff City Highway<br>Bristol, TN 37620 | 1/13/2025 | $10,978.89 | $1,723.00 | ☐ Mortgage<br>☐ Car<br>☑ Credit Card<br>☐ Loan Repayment<br>☐ Suppliers or vendors<br>☐ Other___ |
| Bradley and Alice Chambers<br>3050 Savannahs Trail<br>Merritt Island, FL 32953-8614 | 12/23/2024 | $19,000.00 | $0.00 | ☐ Mortgage<br>☐ Car<br>☐ Credit Card<br>☐ Loan Repayment<br>☐ Suppliers or vendors<br>☐ Other___ |

Debtor 1  **Jack Robert Thacker, Jr.** _____   Case number (*if known*) _____

| Creditor's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Was this payment for ... |
|---|---|---|---|---|
| Dale T. Kirlin<br>2629 Carnoustie Lane<br>Quincy, IL 62301 | 12/10/2024 | $18,000.00 | $0.00 | ☐ Mortgage<br>☐ Car<br>☐ Credit Card<br>☐ Loan Repayment<br>☐ Suppliers or vendors<br>☐ Other__ |

7. **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
   *Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

   ☑ No
   ☐ Yes. List all payments to an insider.

   | Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
   |---|---|---|---|---|

8. **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
   Include payments on debts guaranteed or cosigned by an insider.

   ☑ No
   ☐ Yes. List all payments to an insider

   | Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment<br>Include creditor's name |
   |---|---|---|---|---|

### Part 4: Identify Legal Actions, Repossessions, and Foreclosures

9. **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
   List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

   ☐ No
   ☑ Yes. Fill in the details.

   | Case title<br>Case number | Nature of the case | Court or agency | Status of the case |
   |---|---|---|---|
   | Thomas and Diann Elliott v. Center Street Securities, Jack R. Thacker and Jeffrey T. Kenney<br>4:25-cv-00205 | Petition to confirm arbitration award | U.S. District Court, E. D. Missouri | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
   | Arete Wealth, Inc. v. Jack R. Thacker<br>24-cv-2191 | Contract dispute | U.S. District Court N.D. IL | ☑ Pending<br>☐ On appeal<br>☐ Concluded |

   See Attachment 1

10. **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
    Check all that apply and fill in the details below.

    ☑ No. Go to line 11.
    ☐ Yes. Fill in the information below.

    | Creditor Name and Address | Describe the Property<br>Explain what happened | Date | Value of the property |
    |---|---|---|---|

Debtor 1   Jack Robert Thacker, Jr.                                             Case number (if known) _____

11. Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?
    ☑ No
    ☐ Yes. Fill in the details.

    | Creditor Name and Address | Describe the action the creditor took | Date action was taken | Amount |
    |---|---|---|---|

12. Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?
    ☑ No
    ☐ Yes

## Part 5: List Certain Gifts and Contributions

13. Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?
    ☑ No
    ☐ Yes. Fill in the details for each gift.

    | Gifts with a total value of more than $600 per person | Describe the gifts | Dates you gave the gifts | Value |
    |---|---|---|---|

    Person to Whom You Gave the Gift and Address:

14. Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?
    ☐ No
    ☑ Yes. Fill in the details for each gift or contribution.

    | Gifts or contributions to charities that total more than $600<br>Charity's Name<br>Address (Number, Street, City, State and ZIP Code) | Describe what you contributed | Dates you contributed | Value |
    |---|---|---|---|
    | North Bristol Baptist Church<br>46 Church Street<br>Bristol, VA 24201 | Cash | | $3,500.00 |
    | North Bristol Baptist Church<br>46 Church Street<br>Bristol, VA 24201 | Check | | $1,500.00 |
    | Salvation Army | Cash | | $3,000.00 |

## Part 6: List Certain Losses

15. Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?
    ☐ No
    ☑ Yes. Fill in the details.

    | Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss<br>Include the amount that insurance has paid. List pending insurance claims on line 33 of Schedule A/B: Property. | Date of your loss | Value of property lost |
    |---|---|---|---|
    | 4332 Pretoria Run<br>Murfreesboro, TN 37128<br>Hail damage to roof | $23,550.00 paid by Erie Insurance | 1/20/25 | $30,000.00 |
    | Gambling loss | | 2024 | $32,000.00 |

Debtor 1  **Jack Robert Thacker, Jr.** _____   Case number *(if known)* _____

## Part 7:  List Certain Payments or Transfers

**16. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**
Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

☐ No
☑ Yes. Fill in the details.

| Person Who Was Paid<br>Address<br>Email or website address<br>Person Who Made the Payment, if Not You | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| Penn Stuart<br>804 Anderson Street<br>Bristol, TN 37620 | $5,000, $7932, $20,000 | 2/3/25,<br>2/21/25,<br>2/21/25 | $32,932.00 |
| Gentry, Tipton & McLemore, P.C.<br>P.O. Box 1990<br>Knoxville, TN 37902 | | 2/20/25 | $61,738.00 |

**17. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**
Do not include any payment or transfer that you listed on line 16.

☑ No
☐ Yes. Fill in the details.

| Person Who Was Paid<br>Address | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|

**18. Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**
Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property). Do not include gifts and transfers that you have already listed on this statement.

☑ No
☐ Yes. Fill in the details.

| Person Who Received Transfer<br>Address<br><br>Person's relationship to you | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|

**19. Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?** (These are often called *asset-protection devices*.)

☑ No
☐ Yes. Fill in the details.

| Name of trust | Description and value of the property transferred | Date Transfer was made |
|---|---|---|

## Part 8:  List of Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units

**20. Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**
Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

☑ No
☐ Yes. Fill in the details.

| Name of Financial Institution and Address (Number, Street, City, State and ZIP Code) | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

Debtor 1  Jack Robert Thacker, Jr.                                Case number (if known) _____

21. Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?

    ☑ No
    ☐ Yes. Fill in the details.

    | Name of Financial Institution<br>Address (Number, Street, City, State and ZIP Code) | Who else had access to it?<br>Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
    |---|---|---|---|

22. Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?

    ☐ No
    ☑ Yes. Fill in the details.

    | Name of Storage Facility<br>Address (Number, Street, City, State and ZIP Code) | Who else has or had access to it?<br>Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
    |---|---|---|---|
    | Murfreesboro Storage Solutions<br>2876 Old Fort Parkway<br>Murfreesboro, TN 37128 | J. R. Thacker<br>2261 Bullock Hollow Road<br>Bristol, TN 37620 | Household furnishings and home gym equipment | ☐ No<br>☑ Yes |
    | Highway 126 Storage<br>1568 Hwy 126<br>Bristol, TN 37620 | J. R. Thacker<br>2261 Bullock Hollow Road<br>Bristol, TN 37620 | Table and holiday decorations | ☐ No<br>☑ Yes |
    | Weaver Pike Mini Storage<br>1965 Weaver Pike<br>Bristol, TN 37620 | J.R. Thacker<br>2261 Bullock Hollow Road<br>Bristol, TN 37620 | Books and home furnishings | ☐ No<br>☑ Yes |

### Part 9: Identify Property You Hold or Control for Someone Else

23. Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.

    ☑ No
    ☐ Yes. Fill in the details.

    | Owner's Name<br>Address (Number, Street, City, State and ZIP Code) | Where is the property?<br>(Number, Street, City, State and ZIP Code) | Describe the property | Value |
    |---|---|---|---|

### Part 10: Give Details About Environmental Information

For the purpose of Part 10, the following definitions apply:

☑ *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

☑ *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

☑ *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

24. Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?

    ☑ No
    ☐ Yes. Fill in the details.

    | Name of site<br>Address (Number, Street, City, State and ZIP Code) | Governmental unit<br>Address (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
    |---|---|---|---|

Debtor 1  Jack Robert Thacker, Jr. _____  Case number (if known) _____

25. Have you notified any governmental unit of any release of hazardous material?

☑ No
☐ Yes. Fill in the details.

| Name of site<br>Address (Number, Street, City, State and ZIP Code) | Governmental unit<br>Address (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|

26. Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.

☑ No
☐ Yes. Fill in the details.

| Case Title<br>Case Number | Court or agency Name<br>Address (Number, Street, City, State and ZIP Code) | Nature of the case | Status of the case |
|---|---|---|---|

### Part 11: Give Details About Your Business or Connections to Any Business

27. Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?

☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time
☑ A member of a limited liability company (LLC) or limited liability partnership (LLP)
☐ A partner in a partnership
☑ An officer, director, or managing executive of a corporation
☐ An owner of at least 5% of the voting or equity securities of a corporation
☐ No. None of the above applies. Go to Part 12.
☑ Yes. Check all that apply above and fill in the details below for each business.

| Business Name<br>Address (Number, Street, City, State and ZIP Code) | Describe the nature of the business<br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN.<br>Dates business existed |
|---|---|---|
| Thacker & Associates, LLC<br>951 Cumberland Street<br>Bristol, VA 24201 | Insurance agency<br><br>Jack R. Thacker, Jr., bookkeeper<br><br>Amber B. Hayes, CPA<br>1211 E. Jackson Blvd., Suite 3<br>Jonesborough, TN 37659 | EIN: 01-0636138<br>From-To 1999 - |
| Center Street Securities, Inc.<br>2 International Plaza, Suite 301<br>Nashville, TN 37217 | Securities Broker Dealer<br><br>Arete Wealth | EIN: 72-1159563<br>From-To 1991 - |
| Center Street Advisors, Inc.<br>2 International Plaza, Suite 301<br>Nashville, TN 37217 | Registered Investment Advisor<br><br>Arete Wealth | EIN: 46-3325252<br>From-To 2012 - |
| Resource Media, LLC | Book publishing and marketing for financial industries<br><br>Jack R. Thacker, Jr., bookeeper<br><br>Amber B. Hayes, CPA<br>1211 E. Jackson Blvd., Suite 3<br>Jonesborough, TN 37659 | EIN: 45-2773973<br>From-To 2011 - |

Debtor 1  Jack Robert Thacker, Jr.                                    Case number (if known) 2:25-bk-50237

28. Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.

☑ No
☐ Yes. Fill in the details below.

| Name | Date Issued |
| Address |  |
| (Number, Street, City, State and ZIP Code) |  |

## Part 12: Sign Below

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

/s/ Jack Robert Thacker, Jr.

Jack Robert Thacker, Jr.                            Signature of Debtor 2
Signature of Debtor 1

Date _____              Date _____

Did you attach additional pages to *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?
☐ No
☑ Yes

Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?
☑ No
☐ Yes. Name of Person _____. Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

2:25-bk-50237

| Current Thacker cases_ Claimants and Counsel with addresses - CURRENT THACKER CASES ||||  |
|---|---|---|---|---|
| FINRA CASE NO. | FINRA CONTACT | Claimant(s) | Opposing Counsel | Hearing Location |
| 22-02945 | Teresa Byrd | Don Jr and Marla Lair<br>202 S Main ST PO Box 251<br>Payson, IL<br>62360 | Michael C. Bixby, Esq.<br>Bixby Law PLLC, 1149 Creighton Road,<br>Pensacola FL 32504 | St. Louis |
| 23-01681 | Teresa Byrd | Diane M Dierking: 3532 Stonecreek Cir<br>Jeffersonville, IN 47130<br>William J. Layne: 432 Corte Verde, Upland, CA 91786 | Kalju Nekvasil, Esq.<br>Goodman & Nekvasil, P.A.<br>624 1st Avenue South<br>St. Petersburg, FL 33701 | Indianapolis |
| 22-02365 | Elizabeth Muldoon | Kent Crow and Nancy Crow<br>306 Country Lane<br>Mendon, IL, 62351 | Peter Mougey, Esq.<br>Levin Papantonio<br>316 South Baylen Street, Suite 600<br>Pensacola, FL 32502 | St. Louis |
| 22-02725 | Cody Neftin | Joshua Mankini: 155 Bluegrass DR<br>Hendersonville TN 37075<br>Michael Siegforth: 8843 East Yucca Blossom DR<br>Gold Canyon AZ 85118<br>James Wood: 1250 Hancel Rd<br>Equality AL 36026 | Courtney M. Werring, Esq.<br>Meyer Wilson Co., LPA<br>305 W. Nationwide Blvd<br>Columbus, Ohio 43215 | Phoenix |
| 22-02364 | Khoi Dang-Vu | Darrell and Joan Vincent<br>1470 South Street<br>Fowler IL 62338 | Peter Mougey, Esq.<br>Levin Papantonio<br>316 South Baylen Street, Suite 600<br>Pensacola, FL 32502 | St. Louis |
| 23-01091 | Bruna Abreu | Grant Dixon, III, Individually and as Managing Partner<br>of G&L III, LLC and Trustee of the GD Living Trust | Kalju Nekvasil, Esq.<br>Goodman & Nekvasil, P.A.<br>624 1st Avenue South<br>St. Petersburg, FL 33701 | Seattle |
| 23-02091 | Leonie Feliciano | John English, Individually and as Owner of Central Mechanical, Systems, Inc<br>2599 Rockville Center Parkway<br>Oceanside NY 11572 | Kalju Nekvasil, Esq.<br>Goodman & Nekvasil, P.A.<br>624 1st Avenue South<br>St. Petersburg, FL 33701 | New York |
| 23-02281 | Shubhangi Nangunoor | Socorro Galam : 6675 Shemiran Street<br>La Verne CA 91750<br>Mary Santana: 13121 Avenida Santa Tecla<br>La Mirada CA 90638 | Kalju Nekvasil, Esq.<br>Goodman & Nekvasil, P.A.<br>624 1st Avenue South<br>St. Petersburg, FL 33701 | Los Angeles |
| 23-00059 | Brooke Cavanaugh | Michael Roden, Individually, and Michael Roden and<br>Vicki Roden as Trustees of the Charitable Trust Remainder Uniform Trust DTD 11/11/1999<br>MICHAEL JAMES RODEN: 2707 Cape Rock Pass<br>Prescott, AZ 86301 | Jeffrey Erez, Esq. and Michael Rapaport<br>EREZ Law<br>One Downtown 1 SE 3rd Ave.<br>Suite 1670<br>Miami FL 33131 | Phoenix, AZ |
| 23-01736 | Cassandra Bartlett | Celia M. Howell Osborne<br>1252 Reed Hollow RD<br>Gate City VA 24251 | Kalju Nekvasil, Esq.<br>Goodman & Nekvasil, P.A.<br>624 1st Avenue South<br>St. Petersburg, FL 33701 | Richmond, VA |
| 24-00647 | Matthew Anderson | H. Joseph Schilmiller and Constance Schilmiler:<br>6855 Stiller Road<br>Floyds Knobs IN 47119<br>Jeffrey Semersheim and Patricia Semersheim:<br>9304 South State<br>Road 257<br>Stendal IN 47585 | Kalju Nekvasil, Esq.<br>Goodman & Nekvasil, P.A.<br>624 1st Avenue South<br>St. Petersburg, FL 33701 | Louisville, KY |
| 24-00138 | Khoi Dang-Vu | The Roy W. Parker, Jr Revocable Trust<br>641 Columbia Dr<br>Winter Park FL 32789 | William Young, Esq.<br>Colling Gilbert Wright, PLLC<br>801 North Orange Avenue<br>Suite 830 Orlando FL 32801 | Orlando, FL |
| 24-02338 | Allison Neumann | Hans and Carol Bietsch<br>229 Wilbrook Road, Stratford, Connecticut 06614 | Bradford M. Gucciardo, Esq.<br>Gucciardo Law Group, P.A.<br>8470 Enterprise Circle, Suite 110<br>Lakewood Ranch, Florida 34202 | |
| | | | | |
| 22-02391 | Khoi Dang-Vu | Thomas and Diann Elliot<br>1551 N 900th Ave Liberty, IL 62347 | Peter Mougey, Esq.<br>Levin Papantonio<br>316 South Baylen Street, Suite 600<br>Pensacola, FL 32502 | |



ATTACHMENT 1

1