Form debndef

# UNITED STATES BANKRUPTCY COURT

Eastern District of Tennessee
United States Bankruptcy Court
James H. Quillen U. S. Courthouse
220 West Depot Street, Suite 218
Greeneville, TN 37743

---

*In Re:* Jack Robert Thacker, Jr.  *Case No.:* 2:25–bk–50237–RRM
*Debtor*

*Chapter:* 11

---

## Debtor Electronic Bankruptcy Noticing (DeBN)
## DEFICIENCY NOTICE

On 3/6/2025, a DeBN Request [Doc 3 ] was filed and found to be deficient for the following reason(s):

- ☐ Not signed/Electronic signature is not in the proper format.
- ☑ The debtor's email address is:  ☑ missing  ☐ incomplete  ☐ illegible  ☐ inappropriate.
- ☑ No section has been checked on the PDF.
- ☐ More than one section has been checked on the PDF.
- ☐ Joint debtors must file separate request forms.
- ☐ The request for electronic noticing was not filed using the approved DeBN request form.
- ☐ PDF does not match this case:  ☐ Incorrect case number  ☐ Incorrect debtor.
- ☐ Other:
   Docket #3 states initial request.

**NO FURTHER ACTION WILL BE TAKEN ON THIS DOCUMENT.**

*Dated:* 3/6/25

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　  s/   William T. Magill  
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Clerk, U.S. Bankruptcy Court