IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION AT GREENEVILLE

| | |
|---|---|
| In re : | |
| : | |
| JACK ROBERT THACKER, JR. : | Case No.  2:25-bk-50237-RRM |
| a/k/a JACK R. THACKER, : | Chapter 11 – Subchapter V |
| a/k/a J. R. THACKER : | |
| : | |
| **Debtor** : | |

APPLICATION FOR APPROVAL OF EMPLOYMENT OF
GENTRY, TIPTON & McLEMORE, P.C.
PURSUANT TO E.D. TENN. LBR 2014-1
AND RETROACTIVE TO MARCH 6, 2025

---

**NOTICE OF HEARING**

**Notice is hereby given that:**

A hearing will be held on the **Application For Approval of Employment Of Gentry, Tipton & McLemore, P.C. Pursuant To E.D. Tenn. LBR 2014-1 And Retroactive To March 6, 2025** on **March 25, 2025, at 2:30p.m.**, in the United States Bankruptcy Court, James H. Quillen U.S. Courthouse, 220 W. Depot Street, Greeneville, Tennessee 37743.

<u>**Your rights may be affected.**</u>  **You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  If you do not have an attorney, you may wish to consult one.**

**If you do not want the Court to grant the relief requested, you or your attorney must attend this hearing.  If you do not attend the hearing, the Court may decide that you do not oppose the relief sought in the <u>Application For Approval of Employment Of Gentry, Tipton & McLemore, P.C. Pursuant To E.D. Tenn. LBR 2014-1 And Retroactive To March 6, 2025</u> and may enter an order granting that relief.**

---

Pursuant to 11 U.S.C. § 327 and Federal Rule of Bankruptcy Procedure 2014 and E.D. Tenn. LBR 2014-1, Jack Robert Thacker, Jr. ("Thacker") requests approval of his employment of Gentry, Tipton & McLemore, P.C.  In support of his Application, Thacker represents:

1

(1)   On March 6, 2025, Thacker filed his Voluntary Petition under Chapter 11 Subchapter V.

(2)   Thacker desires to employ any of the members and associates of the law firm of Gentry, Tipton & McLemore, P.C. for the purpose of rendering legal services to him in connection with his Subchapter V case.

(3)   Thacker has selected Gentry, Tipton & McLemore, P.C. as his attorneys because of the firm's experience in the practice of Chapter 11 reorganization.

(4)   The Affidavit of Maurice K. Guinn is attached hereto in support of the Application. Gentry, Tipton & McLemore, P.C. does not hold any interest adverse to the estate and believes it is "disinterested."

(5)   In the year preceding the filing of the case, the law firm has received $61,738.00 from Thacker. From this amount, $8,906.00 in fees has been paid to the firm for services between February 14, 2025 and March 5, 2025. The firm has agreed to hold the $52,832.00 balance in its trust account. The $1,738.00 Chapter 11 filing fee has been paid from the security deposit Thacker paid to Gentry Tipton & McLemore. Subject to the approval of the Court, Thacker has agreed to compensate the law firm based on its customary hourly rates and to reimburse the firm for expenses.

WHEREFORE, Thacker requests that this Application For Approval Of Employment Of Gentry, Tipton & McLemore, P.C. be approved and that, pursuant to E.D. Tenn. LBR 2014-1 the Application be deemed retroactive to March 6, 2025.

/s/ Jack Robert Thacker, Jr.
Jack Robert Thacker, Jr.


*/s/ Maurice K. Guinn*
Maurice K. Guinn
(BPR # 000366)
Gentry, Tipton & McLemore, P.C.
P.O. Box 1990
Knoxville, Tennessee  37901
(865) 525-5300
Attorneys for Jack Robert Thacker, Jr.

## CERTIFICATE OF SERVICE

The undersigned certifies that on March 6, 2025, the foregoing "**Application For Approval Of Employment Of Gentry, Tipton & McLemore, P.C. Pursuant to E.D. Tenn. LBR 2014-1 And Retroactive To March 6, 2025**" and proposed "**Order Granting Application for Approval of Employment Gentry, Tipton & McLemore, P.C. Pursuant to E.D. Tenn. LBR 2014-1 And Retroactive To March 6, 2025**" were filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to the United States Trustee.

Additionally, copies of the "**Application For Approval Of Employment Of Gentry, Tipton & McLemore, P.C. Pursuant to E.D. Tenn. LBR 2014-1 And Retroactive To March 6, 2025**" and proposed "**Order Granting Application for Approval of Employment Gentry, Tipton & McLemore, P.C. Pursuant to E.D. Tenn. LBR 2014-1 And Retroactive To March 6, 2025**" were served on March 6, 2025, by first-class mail with sufficient postage prepaid in envelopes addressed as shown in the attachment hereto.

*/s/ Maurice K. Guinn*
Maurice K. Guinn

*Thacker\Application For Approval Of Employment Of GTM -3-4-25*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION AT GREENEVILLE

| | |
|---|---|
| **In re** : | |
| : | |
| **JACK ROBERT THACKER, JR.** : | Case No. 2:25-bk-50237-RRM |
| a/k/a JACK R. THACKER, : | Chapter 11 – Subchapter V |
| a/k/a J. R. THACKER : | |
| : | |
| **Debtor** : | |

### AFFIDAVIT OF MAURICE K. GUINN

STATE OF TENNESSEE
COUNTY OF KNOX

Comes now Maurice K. Guinn, after being duly sworn according to law, to depose and say:

(1) I am an attorney licensed to practice in the State of Tennessee and admitted to practice in the United States District Court for the Eastern District of Tennessee. I am a member of the Gentry, Tipton & McLemore, P.C. law firm. Our offices are located at 900 S. Gay Street, Suite 2300, Knoxville, Tennessee 37902.

(2) I have reviewed a list of the creditors of Jack Robert Thacker, Jr. To the best of my knowledge, the firm is "disinterested" within the meaning of 11 U.S.C. §101(14). Neither the firm nor I represent any interest adverse to the interest of the estate to the best of my knowledge. Another member of my firm has performed and continues to perform services for First Horizon Bank, but none involving Jack Robert Thacker, Jr.

(3) Subject to the availability of funds in the estate and Court approval, Jack Robert Thacker, Jr. has agreed to pay fees to my firm based on the firm's customary hourly rates. Those rates range from $90.00 for law clerks and $225.00 to $390.00 for attorney services. My current hourly rate is $325.00. The rates may increase during the course of the representation. Jack Robert

Thacker, Jr. has also agreed to reimburse the firm for necessary out-of-pocket expenses. Within the one-year period preceding the filing, my firm received a $61,738.00 security deposit from Jack Robert Thacker, Jr. From these funds $8,906.00 has been paid for services between February 14, 2025 and March 5, 2025. The $52,832.00 balance is being held in the firm's trust account. If compensation allowed by the Court exceeds the amount of the security deposit, my firm expects such allowed compensation to be paid from funds of the Debtor's estate. I understand compensation to my firm is subject to Court approval after notice and a hearing.

FURTHER AFFIANT SAITH NOT.

_____
Maurice K. Guinn

Sworn to and subscribed before me, this 6th day of March, 2025.

_____
Notary Public

My Commission expires: 12-26-28

*Affidavit of Maurice K. Guinn (Thacker) (3-4-25)*