## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF TENNESSEE
## NORTHEASTERN DIVISION AT GREENEVILLE

| | | |
|---|---|---|
| In re | : | |
| | : | |
| JACK ROBERT THACKER, JR. | : | Case No.  2:25-bk-50237-RRM |
| a/k/a JACK R. THACKER, | : | Chapter 11 – Subchapter V |
| a/k/a J. R. THACKER | : | |
| | : | |
| Debtor | : | |

### ORDER GRANTING APPLICATION FOR APPROVAL OF
### EMPLOYMENT OF GENTRY, TIPTON & McLEMORE, P.C.
### PURSUANT TO E.D. TENN. LBR 2014-1
### AND RETROACTIVE TO MARCH 6, 2025

On March 6, 2025, Jack Robert Thacker, Jr. filed his Application requesting approval of his employment of Gentry, Tipton & McLemore, P.C.  The Application is supported by the Affidavit of Maurice K. Guinn.  Copies of the Application For Approval of Employment of Gentry, Tipton & McLemore, P.C., including the Notice of Hearing, and the proposed Order Granting Application, were served upon the attorney for the U.S. Trustee, the United States Attorney for the Eastern District of Tennessee, the Debtor, and all creditors and parties in interest.  The hearing on Application was held on March 25, 2025.  Based on the Affidavit

1

supporting the Application, it appears that Gentry, Tipton & McLemore, P.C. is disinterested within the meaning of that term as defined in 11 U.S.C. §101(14). In the absence of any objection and based on the Court's own review, the Application is GRANTED. Compensation to Gentry, Tipton & McLemore, P.C. is subject to approval of the Court after notice and a hearing. Pursuant to E.D. Tenn. LBR 2014-1, and as requested in the Application by Gentry, Tipton & McLemore, P.C., the Application relates back to March 6, 2025, the date of the Order for relief.

# # #

APPROVED FOR ENTRY:


/s/ Maurice K. Guinn
Maurice K. Guinn
(Bar Code No. 000366)
Gentry, Tipton & McLemore, P.C.
P.O. Box 1990
Knoxville, Tennessee 37901
(865) 525-5300
mkg@tennlaw.com
Attorneys for Jack Robert Thacker, Jr.


*Order Granting Application For Approval of Employment of Gentry, Tipton & McLemore, P.C. (3-4-25)*

2