**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF TENNESSEE**
**NORTHEASTERN DIVISION AT GREENEVILLE**

| | |
|---|---|
| **In re** : | |
| : | |
| **JACK ROBERT THACKER, JR.** : | Case No. 2:25-bk-50237-RRM |
| a/k/a **JACK R. THACKER,** : | Chapter 11 – Subchapter V |
| a/k/a **J. R. THACKER** : | |
| : | |
| **Debtor** : | |

## WITHDRAWAL OF DOCUMENT 12

The Debtor hereby withdraws Doc. 12 because the service list was not attached.

>   */s/ Maurice K. Guinn*
>   Maurice K. Guinn
>   (Bar Code No. 000366)
>   Gentry, Tipton & McLemore, P.C.
>   P.O. Box 1990
>   Knoxville, Tennessee 37901
>   (865) 525-5300
>   mkg@tennlaw.com
>   Attorneys for Jack Robert Thacker, Jr.

### CERTIFICATE OF SERVICE

The undersigned certifies that on March 6, 2025, the foregoing "**Withdrawal of Document 12**" was filed electronically.

>   */s/ Maurice K. Guinn*
>   Maurice K. Guinn

*Withdrawal of Doc 12 – Thacker (3-6-25)*