# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF TENNESSEE
# AT GREENEVILLE

| | |
|---|---|
| IN RE: ) | |
| ) | CASE NO. 2:25-bk-50237-RRM |
| JACK ROBERT THACKER, JR. ) | |
| Debtor(s) ) | CHAPTER 11 |
| ) | Subchapter V |

## NOTICE OF APPOINTMENT OF SUBCHAPTER V TRUSTEE

Pursuant to 11 U.S.C. § 1183(a), the United States Trustee has appointed the following qualified individual as Subchapter V trustee in the above-captioned case:

**M. Aaron Spencer**
**Woolf, McClane, Bright, Allen & Carpenter, PLLC**
**Post Office Box 900**
**Knoxville, TN 37901-0900**
**Phone:  (865) 215-1000 | Fax:  (865) 215-1001**
**Email:  aspencer@wmbac.com**

The trustee's verified statement of disinterestedness and anticipated rate of compensation is attached to this notice.

Date:   March 6, 2025.

                                              PAUL A. RANDOLPH
                                              ACTING UNITED STATES TRUSTEE, REGION 8

                                              */s/ Tiffany DiIorio*
                                              Tiffany DiIorio
                                              Trial Attorney, Fla. Bar. No. 0719706
                                              U.S. Department of Justice
                                              Office of the U.S. Trustee
                                              800 Market Street, Suite 114
                                              Knoxville, TN  37902
                                              Telephone:  (865) 545-4754
                                              Email:  tiffany.diiorio@usdoj.gov

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF TENNESSEE
# AT GREENEVILLE

| | |
|---|---|
| IN RE: | ) |
| | ) CASE NO. 2:25-bk-50237-RRM |
| JACK ROBERT THACKER, JR. | ) |
| Debtor(s) | ) CHAPTER 11 |
| | ) Subchapter V |

## VERIFIED STATEMENT OF SUBCHAPTER V TRUSTEE

In connection with the United States Trustee's Notice of Appointment of me, **M. Aaron Spencer**, as Subchapter V trustee in this proceeding, I hereby verify that I am a "disinterested person" as defined by 11 U.S.C. §101(14) in that I:

(a) am not a creditor, equity security holder or insider of the debtor;

(b) am not, and was not, within two years before the date of filing of the petition, a director, officer, or employee of the debtor; and

(c) do not have an interest materially adverse to the interest of the estate or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the debtor, or for any other reason.

Subject to court approval pursuant to 11 U.S.C. § 330, I anticipate seeking compensation for my service in this case at a _hourly_ rate of $_310.00_, in addition to seeking reimbursement for any actual and necessary expenses I incur.

I hereby accept my appointment as subchapter V trustee in this case pursuant to FRBP 2008.

Dated: March _6th_, 2025.

_____
M. Aaron Spencer