IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION AT GREENEVILLE

| | |
|---|---|
| In re : | |
| : | |
| JACK ROBERT THACKER, JR. : | Case No. 2:25-bk-50237-RRM |
| a/k/a JACK R. THACKER, : | Chapter 11 – Subchapter V |
| a/k/a J. R. THACKER : | |
| : | |
| Debtor : | |

APPLICATION FOR APPROVAL OF EMPLOYMENT OF
GENTRY, TIPTON & McLEMORE, P.C.
PURSUANT TO E.D. TENN. LBR 2014-1
AND RETROACTIVE TO MARCH 6, 2025

---

**NOTICE OF HEARING**

**Notice is hereby given that:**

A hearing will be held on the **Application For Approval of Employment Of Gentry, Tipton & McLemore, P.C. Pursuant To E.D. Tenn. LBR 2014-1 And Retroactive To March 6, 2025** on **March 25, 2025, at 2:30p.m.**, in the United States Bankruptcy Court, James H. Quillen U.S. Courthouse, 220 W. Depot Street, Greeneville, Tennessee 37743.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.**

**If you do not want the Court to grant the relief requested, you or your attorney must attend this hearing. If you do not attend the hearing, the Court may decide that you do not oppose the relief sought in the Application For Approval of Employment Of Gentry, Tipton & McLemore, P.C. Pursuant To E.D. Tenn. LBR 2014-1 And Retroactive To March 6, 2025 and may enter an order granting that relief.**

---

Pursuant to 11 U.S.C. § 327 and Federal Rule of Bankruptcy Procedure 2014 and E.D. Tenn. LBR 2014-1, Jack Robert Thacker, Jr. ("Thacker") requests approval of his employment of Gentry, Tipton & McLemore, P.C. In support of his Application, Thacker represents:

1

(1)     On March 6, 2025, Thacker filed his Voluntary Petition under Chapter 11 Subchapter V.

(2)     Thacker desires to employ any of the members and associates of the law firm of Gentry, Tipton & McLemore, P.C. for the purpose of rendering legal services to him in connection with his Subchapter V case.

(3)     Thacker has selected Gentry, Tipton & McLemore, P.C. as his attorneys because of the firm's experience in the practice of Chapter 11 reorganization.

(4)     The Affidavit of Maurice K. Guinn is attached hereto in support of the Application. Gentry, Tipton & McLemore, P.C. does not hold any interest adverse to the estate and believes it is "disinterested."

(5)     In the year preceding the filing of the case, the law firm has received $61,738.00 from Thacker. From this amount, $8,906.00 in fees has been paid to the firm for services between February 14, 2025 and March 5, 2025. The firm has agreed to hold the $52,832.00 balance in its trust account. The $1,738.00 Chapter 11 filing fee has been paid from the security deposit Thacker paid to Gentry Tipton & McLemore. Subject to the approval of the Court, Thacker has agreed to compensate the law firm based on its customary hourly rates and to reimburse the firm for expenses.

WHEREFORE, Thacker requests that this Application For Approval Of Employment Of Gentry, Tipton & McLemore, P.C. be approved and that, pursuant to E.D. Tenn. LBR 2014-1 the Application be deemed retroactive to March 6, 2025.

/s/ Jack Robert Thacker, Jr.
Jack Robert Thacker, Jr.


*/s/ Maurice K. Guinn*
Maurice K. Guinn
(BPR # 000366)
Gentry, Tipton & McLemore, P.C.
P.O. Box 1990
Knoxville, Tennessee  37901
(865) 525-5300
Attorneys for Jack Robert Thacker, Jr.


## CERTIFICATE OF SERVICE

The undersigned certifies that on March 6, 2025, the foregoing "**Application For Approval Of Employment Of Gentry, Tipton & McLemore, P.C. Pursuant to E.D. Tenn. LBR 2014-1 And Retroactive To March 6, 2025**" and proposed "**Order Granting Application for Approval of Employment Gentry, Tipton & McLemore, P.C. Pursuant to E.D. Tenn. LBR 2014-1 And Retroactive To March 6, 2025**" were filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to the United States Trustee.

Additionally, copies of the "**Application For Approval Of Employment Of Gentry, Tipton & McLemore, P.C. Pursuant to E.D. Tenn. LBR 2014-1 And Retroactive To March 6, 2025**" and proposed "**Order Granting Application for Approval of Employment Gentry, Tipton & McLemore, P.C. Pursuant to E.D. Tenn. LBR 2014-1 And Retroactive To March 6, 2025**" were served on March 6, 2025, by first-class mail with sufficient postage prepaid in envelopes addressed as shown in the attachment hereto.

*/s/ Maurice K. Guinn*
Maurice K. Guinn

*Thacker\Application For Approval Of Employment Of GTM -3-4-25*

3

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION AT GREENEVILLE

| | |
|---|---|
| **In re** : | |
| : | |
| **JACK ROBERT THACKER, JR.** : | Case No. 2:25-bk-50237-RRM |
| a/k/a JACK R. THACKER, : | Chapter 11 – Subchapter V |
| a/k/a J. R. THACKER : | |
| : | |
| **Debtor** : | |

### AFFIDAVIT OF MAURICE K. GUINN

STATE OF TENNESSEE
COUNTY OF KNOX

Comes now Maurice K. Guinn, after being duly sworn according to law, to depose and say:

(1) I am an attorney licensed to practice in the State of Tennessee and admitted to practice in the United States District Court for the Eastern District of Tennessee. I am a member of the Gentry, Tipton & McLemore, P.C. law firm. Our offices are located at 900 S. Gay Street, Suite 2300, Knoxville, Tennessee 37902.

(2) I have reviewed a list of the creditors of Jack Robert Thacker, Jr. To the best of my knowledge, the firm is "disinterested" within the meaning of 11 U.S.C. §101(14). Neither the firm nor I represent any interest adverse to the interest of the estate to the best of my knowledge. Another member of my firm has performed and continues to perform services for First Horizon Bank, but none involving Jack Robert Thacker, Jr.

(3) Subject to the availability of funds in the estate and Court approval, Jack Robert Thacker, Jr. has agreed to pay fees to my firm based on the firm's customary hourly rates. Those rates range from $90.00 for law clerks and $225.00 to $390.00 for attorney services. My current hourly rate is $325.00. The rates may increase during the course of the representation. Jack Robert

Thacker, Jr. has also agreed to reimburse the firm for necessary out-of-pocket expenses. Within the one-year period preceding the filing, my firm received a $61,738.00 security deposit from Jack Robert Thacker, Jr. From these funds $8,906.00 has been paid for services between February 14, 2025 and March 5, 2025. The $52,832.00 balance is being held in the firm's trust account. If compensation allowed by the Court exceeds the amount of the security deposit, my firm expects such allowed compensation to be paid from funds of the Debtor's estate. I understand compensation to my firm is subject to Court approval after notice and a hearing.

FURTHER AFFIANT SAITH NOT.

_____
Maurice K. Guinn

Sworn to and subscribed before me, this 6th day of March, 2025.

_____
Notary Public

My Commission expires: 12-26-28

*Affidavit of Maurice K. Guinn (Thacker) (3-4-25)*

```
Label Matrix for local noticing          Arete Wealth                              Barclays Bank Mastercard
0649-2                                   1115 W. Fulton Market, 3rd Floor          P. O. Box 8801
Case 2:25-bk-50237-RRM                   Chicago, IL 60607-1213                    Wilmington, DE 19899-8801
Eastern District of Tennessee
Greeneville
Thu Mar  6 14:36:33 EST 2025

Blank Rome, LLP                          Bradford Gucciardo, Esq.                  Capital One Visa
130 North 18th Street                    Gucciardo Law Group, P.A.                 P. O. Box 30285
One Logan Square                         8470 Enterprise Circle, Suite 110         Salt Lake City, UT 84130-0285
Philadelphia, PA 19103-6998              Lakewood Ranch, FL 34202-4105


Celia M. Howell Osborne                  Center Street Securities, Inc.            Citibank Mastercard
1252 Reed Hollow Road                    1115 W. Fulton Market, 3rd Floor          P. O. Box 6500
Gate City, VA 24251-5449                 Chicago, IL 60607-1213                    Sioux Falls, SD 57117-6500


Courtney M. Werring, Esq.                Darrell and Joan Vincent                  David Porteous
Meyer Wilson Co., LPA                    1470 South Street                         Faegre Drinker Biddle & Realth, LLP
305 W. Nationwide Blvd.                  Fowler, IL 62338-2360                     P. O. Box 1450
Columbus, OH 43215-2309                                                            Minneapolis, MN 55485-6193


Diane M. Dierking                        Don, Jr. and Marla Lair                   Doug & Heather Atkins
3532 Stonecreek Circle                   202 S. Main Street                        c/o Brent Long
Jeffersonville, IN 47130-8049            P. O. Box 251                             Compass Real Estate
                                         Payson, IL 62360-0251                     410 Uptown Square
                                                                                   Murfreesboro, TN 37129-0575


FINRA                                    First Horizon                             Grant Dixon
P. O. Box 418911                         P. O. Box 0054                            P. O. Box 141756
Boston, MA 02241-8911                    Palatine, IL 60055-0054                   Spokane Valley, WA 99214-1756


United States Attorney                   H. Joseph and Constance Schilmiller       Hans and Carol Bietsch
Howard H. Baker, Jr. U.S. Courthouse     6855 Stiller Road                         229 Wilbrook Road
800 Market Street, Suite 211             Floyds Knobs, IN 47119-9207               Stratford, CT 06614-1981
Knoxville, TN 37902


(p)INTERNAL REVENUE SERVICE              James Wood                                Jeff Kennedy
CENTRALIZED INSOLVENCY OPERATIONS        1250 Hancel Road                          1093 County Road 205
PO BOX 7346                              Equality, AL 36026-2637                   Giddings, TX 78942-5726
PHILADELPHIA PA 19101-7346


Jeffrey Erez, Esq & Michael Rapaport     Jeffrey Semersheim                        John English
EREX Law                                 9304 South State Road 257                 2599 Rockville Center Parkway
One Downtown 1 SE                        Stendal, IN 47585-8849                    Oceanside, NY 11572-1646
3rd Ave., Suite 1670
Miami, FL 33131


Joshua Mankini                           Joy Necessary                             Kalju Nekvasil, Esq.
155 Bluegrass Drive                      1009 Blue Heron Way                       Goodman & Nekvasil, P.A.
Hendersonville, TN 37075-2751            Tarpon Springs, FL 34689-7142             624 1st Ave. South
                                                                                   Saint Petersburg, FL 33701-4120
```

| | | |
|---|---|---|
| Kent and Nancy Crow<br>306 Country Lane<br>Mendon, IL 62351-1262 | Mary Santana<br>13121 Avenida Santa Tecia<br>La Mirada, CA 90638-3213 | Michael C. Bixby<br>Bixby Law PLLC<br>4300 Bayou Blvd, Suite 16<br>Pensacola, FL 32503-2671 |
| Michael C. Bixby, Esq.<br>Bixby Law PLLC<br>1149 Creighton Road<br>Pensacola, FL 32504-7096 | Michael Roden<br>2707 Cape Rock Pass<br>Prescott, AZ 86301-9604 | Michael Siegforth<br>8843 East Yucca Blossom Dr<br>Gold Canyon, AZ 85118-7067 |
| Peter Mougey, Esq.<br>Levin Papantonio<br>316 South Baylen St., Suite 600<br>Pensacola, FL 32502-5996 | Socorro Galam<br>6675 Shemiran Street<br>La Verne, CA 91750-2390 | Terry and Sharon Vaughn<br>2024 North Arrowood Court<br>Quincy, IL 62305-8987 |
| Jack Robert Thacker Jr.<br>2261 Bullock Hollow Road<br>Bristol, TN 37620-1135 | The Roy W. Parker, Jr. Revocable Trust<br>641 Columbia Drive<br>Winter Park, FL 32789-1407 | Thomas and Diann Elliott<br>1551 N. 900th Ave.<br>Liberty, IL 62347-4800 |
| USF Credit Union<br>1545 Bluff City Highway<br>Bristol, TN 37620-6018 | United States Trustee<br>800 Market Street, Suite 114<br>Howard H. Baker Jr. U.S. Courthouse<br>Knoxville, TN 37902-2303 | WL Financial Advisors, LLC<br>951 Cumberland Street<br>Bristol, VA 24201-4103 |
| William J. Layne<br>432 Corte Verde<br>Upland, CA 91786-5168 | William Young, Esq.<br>Colling Gilbert Wright, PLLC<br>801 North Orange Ave., Suite 830<br>Orlando, FL 32801-5203 | |