IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION AT GREENEVILLE

| | |
|---|---|
| In re : | |
| : | |
| JACK ROBERT THACKER, JR. : | Case No.  2:25-bk-50237-RRM |
| a/k/a JACK R. THACKER, : | Chapter 11 – Subchapter V |
| a/k/a J. R. THACKER : | |
| : | |
| **Debtor** : | |

**MOTION OF GENTRY, TIPTON & McLEMORE, P.C.
TO REDUCE TIME FOR NOTICE OF HEARING**

On March 6, 2025, Gentry, Tipton & McLemore, P.C. ("GT&M) filed its Application for Approval of Employment (Doc 16).  A 21-day notice period is ordinarily required for notice of the hearing on an application for employment.  Pursuant to Federal Rule of Bankruptcy Procedure 9006(c), to accommodate the hearing on March 25th on the Application for Approval of Employment, GT&M requests the notice period for the hearing be reduced to seventeen (17) days.

WHEREFORE, GT&M requests a reduction of time for notice of the March 25, 2025 hearing on its Application for Approval of Employment.

/s/Maurice K. Guinn
Maurice K. Guinn   (Bar Code No. 000366)
Gentry, Tipton & McLemore, P.C.
P.O. Box 1990
Knoxville, TN   37901
Phone: (865) 525-5300
mkg@tennlaw.com
Attorneys for Jack Robert Thacker, Jr.

## CERTIFICATE OF SERVICE

The undersigned certifies that on March 6, 2025, the foregoing **"Motion of Gentry, Tipton & McLemore, P.C. To Reduce Time For Notice of Hearing"** and the proposed **"Order Granting Motion of Gentry, Tipton & McLemore, P.C. to Reduce Time For Notice of Hearing"** were filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to the United States Trustee.

*/s/ Maurice K. Guinn*
Maurice K. Guinn

MKG/bd:Pleadings – 10259 Mot to Reduce Time for Not of Hearing GT&M (2-7-25)