

**SO ORDERED.**
**SIGNED this 6th day of March, 2025**

THIS ORDER HAS BEEN ENTERED ON THE DOCKET.
PLEASE SEE DOCKET FOR ENTRY DATE.

*Rachel Ralston Mancl*
Rachel Ralston Mancl
UNITED STATES BANKRUPTCY JUDGE

___

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION AT GREENEVILLE

| | | |
|---|---|---|
| In re | : | |
| | : | |
| JACK ROBERT THACKER, JR. | : | Case No.  2:25-bk-50237-RRM |
| a/k/a JACK R. THACKER, | : | Chapter 11 – Subchapter V |
| a/k/a J. R. THACKER | : | |
| | : | |
| Debtor | : | |

### ORDER GRANTING MOTION OF
### GENTRY, TIPTON & McLEMORE, P.C. TO REDUCE TIME FOR
### NOTICE OF HEARING

For cause recited in the Motion of Gentry, Tipton & McLemore, P.C. to Reduce Time for Notice of Hearing, the Motion is GRANTED. The time for notice of the hearing on the Application for Approval of Employment of Gentry, Tipton & McLemore, P.C. Pursuant to E.D. Tenn. LBR 2014-1 And Retroactive to March 6, 2025 (Doc 16) is reduced to seventeen (17) days.

# # #

APPROVED FOR ENTRY:

/s/Maurice K. Guinn
Maurice K. Guinn
(Bar Code No. 000366)
Gentry, Tipton & McLemore, P.C.
P.O. Box 1990
Knoxville, TN  37901
(865) 525-5300
mkg@tennlaw.com
Attorneys for Jack Robert Thacker, Jr.

*Order Granting Motion Reduce Time for Not of Hearing GT&M  (3-6-25)*