United States Bankruptcy Court

Eastern District of Tennessee

| | |
|---|---|
| In re: | Case No. 25-50237-RRM |
| Jack Robert Thacker, Jr. | Chapter 11 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0649-2 | User: admin | Page 1 of 1 |
| Date Rcvd: Mar 06, 2025 | Form ID: debndef | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**
+         Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 08, 2025:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| db | + Email/PDF: jr@jrthacker.com | Mar 06 2025 20:02:00 | Jack Robert Thacker, Jr., 2261 Bullock Hollow Road, Bristol, TN 37620-1135 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 08, 2025           Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 6, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Maurice K. Guinn | on behalf of Debtor Jack Robert Thacker Jr. mkg@tennlaw.com |
| United States Trustee | Ustpregion08.kx.ecf@usdoj.gov |

TOTAL: 2

Form debndef

# UNITED STATES BANKRUPTCY COURT

Eastern District of Tennessee
United States Bankruptcy Court
James H. Quillen U. S. Courthouse
220 West Depot Street, Suite 218
Greeneville, TN 37743

---

*In Re:* Jack Robert Thacker, Jr.  *Case No.:* 2:25−bk−50237−RRM
*Debtor*

*Chapter:* 11

---

## Debtor Electronic Bankruptcy Noticing (DeBN)
## DEFICIENCY NOTICE

On 3/6/2025, a DeBN Request [Doc 3 ] was filed and found to be deficient for the following reason(s):

- ☐ Not signed/Electronic signature is not in the proper format.
- ☑ The debtor's email address is: ☑ missing ☐ incomplete ☐ illegible ☐ inappropriate.
- ☑ No section has been checked on the PDF.
- ☐ More than one section has been checked on the PDF.
- ☐ Joint debtors must file separate request forms.
- ☐ The request for electronic noticing was not filed using the approved DeBN request form.
- ☐ PDF does not match this case: ☐ Incorrect case number ☐ Incorrect debtor.
- ☐ Other:
  Docket #3 states initial request.

**NO FURTHER ACTION WILL BE TAKEN ON THIS DOCUMENT.**

*Dated:* 3/6/25

                                                             s/ William T. Magill
                                                       Clerk, U.S. Bankruptcy Court