United States Bankruptcy Court

Eastern District of Tennessee

| | |
|---|---|
| In re: | Case No. 25-50237-RRM |
| Jack Robert Thacker, Jr. | Chapter 11 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0649-2 | User: admin | Page 1 of 1 |
| Date Rcvd: Mar 06, 2025 | Form ID: defntc | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 08, 2025:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| db | + Email/PDF: jr@jrthacker.com | Mar 06 2025 20:02:00 | Jack Robert Thacker, Jr., 2261 Bullock Hollow Road, Bristol, TN 37620-1135 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 08, 2025          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 6, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Maurice K. Guinn | on behalf of Debtor Jack Robert Thacker Jr. mkg@tennlaw.com |
| United States Trustee | Ustpregion08.kx.ecf@usdoj.gov |

TOTAL: 2

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF TENNESSEE

In Re:  
Jack Robert Thacker Jr.   xxx−xx−3373

Case Number:  2:25−bk−50237−RRM  
Chapter: 11

Debtor(s)

## NOTICE OF ADDITIONAL DOCUMENTS TO BE FILED

The debtor(s) filed a petition commencing this bankruptcy case on 3/6/25, but did not file the following documents required by 11 U.S.C. § 521(a)(1) and (b), 11 U.S.C. § 1321, or Federal Rules of Bankruptcy Procedure 1007 and 3015:

- ☐ Certificate of Completion of Credit Counseling (See Part 5 of Petition, Form 101)
- ☐ Statement About Your Social Security Numbers (Form 121)
- ☑ Statement Regarding Payment Advices (Local Form 1007.1)
- ☐ Schedule A/B: Property (Form 106A/B or 206A/B)
- ☐ Schedule C: The Property You Claim as Exempt (Form 106C)
- ☐ Schedule D: Creditors Who Hold Claims Secured By Property (Form 106D or 206D)
- ☐ Schedule E/F: Creditors Who Have Unsecured Claims (Form 106E/F or 206E/F)
- ☐ Schedule G: Executory Contracts and Unexpired Leases (Form 106G or 206G)
- ☐ Schedule H: Your Codebtors (Form 106H or 206H)
- ☑ Schedule I: Your Income (Form 106I)
- ☑ Schedule J: Your Expenses (Form 106J and, if applicable, 106J−2)
- ☐ Summary of Your Assets and Liabilities and Certain Statistical Information (individuals) (Form 106Sum)
- ☐ Summary of Assets and Liabilities for Non−Individuals (Form 206Sum)
- ☐ Declaration About an Individual Debtor's Schedules (Form 106Dec)
- ☐ Declaration Under Penalty of Perjury for Non−Individual Debtors (Form 202)
- ☐ Statement of Financial Affairs for Individuals Filing for Bankruptcy (Form 107)
- ☐ Statement of Financial Affairs for Non−Individuals Filing for Bankruptcy (Form 207)
- ☐ Chapter 7 Statement of Your Current Monthly Income (Form 122A−1)
- ☐ Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period (Form 122C−1)
- ☐ Chapter 13 Plan (chapter 13 case only)
- ☐ Chapter 11 Statement of Your Current Monthly Income (Form 122B)
- ☐ For Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims Against You Who Are Not Insiders (Form 104 or 204)
- ☐ List of Creditors a/k/a Master Address List or Matrix (see Local Bankruptcy Rule 1007−2)
- ☐ Debtor Electronic Noticing Election (DeBN) (Local Form 9036.1)

As set forth in Federal Rules of Bankruptcy Procedure 1007 and 3015(b), the debtor must file the listed documents with the petition or, as to certain documents, within fourteen days afterwards. The debtor's failure to timely file all of the listed documents may be cause for dismissal of the bankruptcy case. *See* 11 U.S.C. §§ 521(i), 707(a)(3), 1112(b) and (e), or § 1307(c)(3) and (9).

| | |
|---|---|
| Date: 3/6/25 | William T. Magill<br>Clerk of the Bankruptcy Court<br><br>By: __mpw____<br>Deputy Clerk |