United States Bankruptcy Court

Eastern District of Tennessee

| | |
|---|---|
| In re: | Case No. 25-50237-RRM |
| Jack Robert Thacker, Jr. | Chapter 11 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0649-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Mar 07, 2025 | Form ID: 309E2 | Total Noticed: 47 |

The following symbols are used throughout this certificate:
**Symbol   Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\##      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 09, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| aty | + | Tiffany A. Diiorio, United States Trustee, 800 Market St, Suite 114, Knoxville, TN 37902-2303 |
| tr | + | M. Aaron Spencer, P. O. Box 900, Knoxville, TN 37901-0900 |
| 13839423 | + | Arete Wealth, 1115 W. Fulton Market, 3rd Floor, Chicago, IL 60607-1213 |
| 13839425 | | Blank Rome, LLP, 130 North 18th Street, One Logan Square, Philadelphia, PA 19103-6998 |
| 13839426 | + | Bradford Gucciardo, Esq., Gucciardo Law Group, P.A., 8470 Enterprise Circle, Suite 110, Lakewood Ranch, FL 34202-4105 |
| 13839428 | + | Celia M. Howell Osborne, 1252 Reed Hollow Road, Gate City, VA 24251-5449 |
| 13839429 | + | Center Street Securities, Inc., 1115 W. Fulton Market, 3rd Floor, Chicago, IL 60607-1213 |
| 13839431 | + | Courtney M. Werring, Esq., Meyer Wilson Co., LPA, 305 W. Nationwide Blvd., Columbus, OH 43215-2309 |
| 13839432 | + | Darrell and Joan Vincent, 1470 South Street, Fowler, IL 62338-2360 |
| 13839433 | | David Porteous, Faegre Drinker Biddle & Realth, LLP, P. O. Box 1450, Minneapolis, MN 55485-6193 |
| 13839434 | + | Diane M. Dierking, 3532 Stonecreek Circle, Jeffersonville, IN 47130-8049 |
| 13839435 | + | Don, Jr. and Marla Lair, 202 S. Main Street, P. O. Box 251, Payson, IL 62360-0251 |
| 13839436 | + | Doug & Heather Atkins, c/o Brent Long, Compass Real Estate, 410 Uptown Square, Murfreesboro, TN 37129-0575 |
| 13839437 | | FINRA, P. O. Box 418911, Boston, MA 02241-8911 |
| 13839438 | | First Horizon, P. O. Box 0054, Palatine, IL 60055-0054 |
| 13839439 | + | Grant Dixon, P. O. Box 141756, Spokane Valley, WA 99214-1756 |
| 13839440 | + | H. Joseph and Constance Schilmiller, 6855 Stiller Road, Floyds Knobs, IN 47119-9207 |
| 13839441 | + | Hans and Carol Bietsch, 229 Wilbrook Road, Stratford, CT 06614-1981 |
| 13839442 | + | James Wood, 1250 Hancel Road, Equality, AL 36026-2637 |
| 13839443 | + | Jeff Kennedy, 1093 County Road 205, Giddings, TX 78942-5726 |
| 13839444 | | Jeffrey Erez, Esq & Michael Rapaport, EREX Law, One Downtown 1 SE, 3rd Ave., Suite 1670, Miami, FL 33131 |
| 13839445 | + | Jeffrey Semersheim, 9304 South State Road 257, Stendal, IN 47585-8849 |
| 13839446 | + | John English, 2599 Rockville Center Parkway, Oceanside, NY 11572-1646 |
| 13839448 | + | Joy Necessary, 1009 Blue Heron Way, Tarpon Springs, FL 34689-7142 |
| 13839449 | + | Kalju Nekvasil, Esq., Goodman & Nekvasil, P.A., 624 1st Ave. South, Saint Petersburg, FL 33701-4120 |
| 13839450 | + | Kent and Nancy Crow, 306 Country Lane, Mendon, IL 62351-1262 |
| 13839451 | + | Mary Santana, 13121 Avenida Santa Tecia, La Mirada, CA 90638-3213 |
| 13839452 | + | Michael C. Bixby, Bixby Law PLLC, 4300 Bayou Blvd, Suite 16, Pensacola, FL 32503-2671 |
| 13839453 | + | Michael C. Bixby, Esq., Bixby Law PLLC, 1149 Creighton Road, Pensacola, FL 32504-7096 |
| 13839454 | | Michael Roden, 2707 Cape Rock Pass, Prescott, AZ 86301-9604 |
| 13839455 | + | Michael Siegforth, 8843 East Yucca Blossom Dr, Gold Canyon, AZ 85118-7067 |
| 13839456 | + | Peter Mougey, Esq., Levin Papantonio, 316 South Baylen St., Suite 600, Pensacola, FL 32502-5996 |
| 13839458 | + | Socorro Galam, 6675 Shemiran Street, La Verne, CA 91750-2390 |
| 13839459 | + | Terry and Sharon Vaughn, 2024 North Arrowood Court, Quincy, IL 62305-8987 |
| 13839460 | + | The Roy W. Parker, Jr. Revocable Trust, 641 Columbia Drive, Winter Park, FL 32789-1407 |
| 13839461 | + | Thomas and Diann Elliott, 1551 N. 900th Ave., Liberty, IL 62347-4800 |
| 13839462 | + | USF Credit Union, 1545 Bluff City Highway, Bristol, TN 37620-6018 |
| 13839465 | + | WL Financial Advisors, LLC, 951 Cumberland Street, Bristol, VA 24201-4103 |
| 13839463 | + | William J. Layne, 432 Corte Verde, Upland, CA 91786-5168 |
| 13839464 | + | William Young, Esq., Colling Gilbert Wright, PLLC, 801 North Orange Ave., Suite 830, Orlando, FL 32801-5203 |
| 13839457 | + | simpliHOM, 836 N. Thompson Lane, Murfreesboro, TN 37129-4342 |

TOTAL: 41

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

| District/off: 0649-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Mar 07, 2025 | Form ID: 309E2 | Total Noticed: 47 |

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| db | + | Email/PDF: jr@jrthacker.com | Mar 07 2025 19:56:00 | Jack Robert Thacker, Jr., 2261 Bullock Hollow Road, Bristol, TN 37620-1135 |
| aty | | Email/Text: mkg@tennlaw.com | Mar 07 2025 19:57:00 | Maurice K. Guinn, Gentry, Tipton & McLemore P.C., P. O. Box 1990, Knoxville, TN 37901 |
| ust | + | Email/Text: ustpregion08.kx.ecf@usdoj.gov | Mar 07 2025 19:58:00 | United States Trustee, 800 Market Street, Suite 114, Howard H. Baker Jr. U.S. Courthouse, Knoxville, TN 37902-2303 |
| 13839424 | | Email/Text: BarclaysBankDelaware@tsico.com | Mar 07 2025 19:57:00 | Barclays Bank Mastercard, P. O. Box 8801, Wilmington, DE 19899-8801 |
| 13839427 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 07 2025 20:08:10 | Capital One Visa, P. O. Box 30285, Salt Lake City, UT 84130-0285 |
| 13839430 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 07 2025 20:07:49 | Citibank Mastercard, P. O. Box 6500, Sioux Falls, SD 57117-6500 |

TOTAL: 6

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 13839447 | ##+ | Joshua Mankini, 155 Bluegrass Drive, Hendersonville, TN 37075-2751 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 09, 2025  Signature:  /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 6, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| M. Aaron Spencer | aspencer@wmbac.com TN56@ecfcbis.com;tclanton@wmbac.com;mas2@trustesolutions.net |
| Maurice K. Guinn | on behalf of Debtor Jack Robert Thacker Jr. mkg@tennlaw.com |
| Tiffany A. Diiorio | on behalf of U.S. Trustee United States Trustee Tiffany.Diiorio@usdoj.gov |
| United States Trustee | Ustpregion08.kx.ecf@usdoj.gov |

TOTAL: 4

| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1: | Jack Robert Thacker Jr.<br>First Name    Middle Name    Last Name | Social Security number or ITIN: | xxx–xx–3373 |
| | | EIN: | __–_____ |
| Debtor 2:<br>(Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN: | ____ |
| | | EIN: | __–_____ |
| United States Bankruptcy Court: | Eastern District of Tennessee | Date case filed for chapter: | 11    3/6/25 |
| Case number: | 2:25–bk–50237–RRM | | |

Official Form 309E2 (For Individuals or Joint Debtors under Subchapter V)

## Notice of Chapter 11 Bankruptcy Case     12/22

**For the debtors listed above, a case has been filed under chapter 11 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read all pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 11 plan may result in a discharge of debt. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 11 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records) at https://ecf.tneb.uscourts.gov.

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Jack Robert Thacker Jr. | |
| 2. | **All other names used in the last 8 years** | aka Jack R. Thacker, aka J. R. Thacker | |
| 3. | **Address** | 2261 Bullock Hollow Road<br>Bristol, TN 37620 | |
| 4. | **Debtor's attorney**<br>Name and address | Maurice K. Guinn<br>Gentry, Tipton & McLemore P.C.<br>P. O. Box 1990<br>Knoxville, TN 37901 | Contact phone  (865) 525–5300<br><br>Email  mkg@tennlaw.com |
| 5. | **Bankruptcy trustee**<br>Name and address | M. Aaron Spencer<br>P. O. Box 900<br>Knoxville, TN 37901 | Contact phone 865–215–1000<br><br>Email:  aspencer@wmbac.com |

**For more information, see page 2 >**

Official Form 309E2 (For Individuals or Joint Debtors under Subchapter V)    **Notice of Chapter 11 Bankruptcy Case**    page 1

Debtor **Jack Robert Thacker Jr.**     Case number **2:25-bk-50237-RRM**

| | | |
|---|---|---|
| **6.** **Bankruptcy clerk's office** <br> Documents in this case may be filed at this address. <br> You may inspect all records filed in this case at this office or online at https://ecf.tneb.uscourts.gov. | William T. Magill <br> Clerk of Court <br> United States Bankruptcy Court <br> James H. Quillen U. S. Courthouse <br> 220 West Depot Street, Suite 218 <br> Greeneville, TN 37743 | Hours open: <br> Monday – Friday 8:00 AM until 4:30 PM <br><br> Contact phone (423) 787-0113 <br><br> Date: 3/7/25 |
| **7.** **Meeting of creditors** <br> Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **April 10, 2025 at 01:30 PM** <br><br> The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location: <br> **Telephonic meeting: Dial 877-647-0236, Enter passcode 1558052 when prompted.** |
| **8.** **Deadlines** <br> The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint objecting to discharge or to challenge whether certain debts are dischargeable (see line 11 for more information):** <br> • if you assert that the debtor is not entitled to receive a discharge of any debts under 11 U.S.C. § 1141(d)(3), the deadline is the first date set for hearing on confirmation of the plan. The court or its designee will send you notice of that date later. <br> • if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6), **the deadline is: 6/9/25.** <br><br> **Deadline for filing proof of claim:** <br> **For all creditors (except a governmental unit):** 5/15/25 <br> **For a governmental unit:** 9/2/25 <br> A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.tneb.uscourts.gov or any bankruptcy clerk's office. <br><br> Your claim will be allowed in the amount scheduled unless: <br> • your claim is designated as *disputed*, *contingent*, or *unliquidated*; <br> • you file a proof of claim in a different amount; or <br> • you receive another notice. <br><br> If your claim is not scheduled or if your claim is designated as *disputed*, *contingent*, or *unliquidated*, you must file a proof of claim or you might not be paid on your claim and you might be unable to vote on a plan. You may file a proof of claim even if your claim is scheduled. <br> You may review the schedules at the bankruptcy clerk's office or online at https://ecf.tneb.uscourts.gov. <br> Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits a creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:** <br> The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing Deadline:** <br> 30 days after the *conclusion* of the meeting of creditors |
| **9.** **Creditors with a foreign address** | If you are a creditor receiving mailed notice at a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **10.** **Filing a Chapter 11 bankruptcy case** | Chapter 11 allows debtors to reorganize or liquidate according to a plan. A plan is not effective unless the court confirms it. You may receive a copy of the plan and a disclosure statement telling you about the plan, and you may have the opportunity to vote on the plan. You will receive notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. The debtor will generally remain in possession of the property and may continue to operate the debtor's business. | |

**For more information, see page 3 >**

Debtor **Jack Robert Thacker Jr.**          Case number **2:25–bk–50237–RRM**

| | | |
|---|---|---|
| **11.** | **Discharge of debts** | Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of a debt. See 11 U.S.C. § 1141(d). A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you believe that a particular debt owed to you should be excepted from the discharge under 11 U.S.C. § 523 (a)(2), (4), or (6), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1141 (d)(3), you must file a complaint and pay the filing fee in the clerk's office by the first date set for the hearing on confirmation of the plan. The court will send you another notice telling you of that date. |
| **12.** | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://ecf.tneb.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 8. |