

**SO ORDERED.**
**SIGNED this 10th day of March, 2025**

**THIS ORDER HAS BEEN ENTERED ON THE DOCKET.**
**PLEASE SEE DOCKET FOR ENTRY DATE.**

*Rachel Ralston Mancl*

**Rachel Ralston Mancl**
**UNITED STATES BANKRUPTCY JUDGE**

---

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF TENNESSEE

In re

JACK ROBERT THACKER JR.,

               Debtor.

No. 2:25-bk-50237-RRM
Chapter 11 Subchapter V

## O R D E R

Pursuant to 11 U.S.C. § 1188(a), a status conference will be held on April 29, 2025, at 2:30 p.m., in the bankruptcy courtroom, James H. Quillen U.S. Courthouse, 220 West Depot Street, Greeneville, Tennessee.   Debtor's attorney must file and serve "a report that details the efforts the debtor has undertaken or will undertake to attain a consensual plan of organization" as required by § 1188(c) no later than April 15, 2025.   The report should also include a discussion of the nature of the business, the circumstances necessitating the bankruptcy filing, the goals for reorganization, whether a separate disclosure statement is necessary or desirable, and any other matter the court should consider to advance this proceeding to the stage of plan confirmation.

# # #