# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF TENNESSEE
## GREENEVILLE DIVISION

| | |
|---|---|
| IN RE:<br>JACK ROBERT THACKER, JR<br>DEBTOR | CASE NO. 2:25-BK-50237-RRM<br>CHAPTER 11<br>JUDGE: RACHEL RALSTON MANCL |

### NOTICE OF APPEARANCE PURSUANT TO BANKRUPTCY RULE 9010 (b) AND REQUEST FOR NOTICES UNDER BANKRUPTCY RULE 2002 REGARDING PROPERTY DESCRIBED AS 4332 PRETORIA RUN, MURFREESBORO, TN 37128 AND THAT CERTAIN LOAN MORE SPECIFICALLY IDENTIFIED AS LOAN NUMBER *******4395

NOW COMES First Horizon Bank, by and through its attorney Brock and Scott, PLLC, pursuant to Bankruptcy Rule 9010 and makes its appearance as a creditor in this cause and, pursuant to Bankruptcy Rule 2002, requests that it be noticed on all pleadings, documents and hearings; that it receive copies of all documents; and be added to the matrix to be served at the addresses below:

Brock and Scott, PLLC
Attorneys at Law
3825 Forrestgate Dr.
Winston-Salem, NC 27103
TNBKR@brockandscott.com

Please take notice that the undersigned hereby appears as counsel for First Horizon Bank pursuant to Bankruptcy Rule 9010(b). The undersigned's filing of this notice is limited to the instant case noted above and should not be construed as unlimited representation of the Creditor with respect to any and all matters, proceedings, or actions that may be taken in the instant case or any associated case or proceeding involving the above-named Creditor.

RESPECTFULLY SUBMITTED,

25-07974 BKSUP01




/s/ *Andrew W. Hogan*
Travis Menk, TN Bar No. 31904
Jodie Thresher, TN Bar No. 025730
Andrew W. Hogan, TN Bar No. 036442
Attorney for Creditor
BROCK & SCOTT, PLLC
3825 Forrestgate Drive
Winston Salem, NC 27103
Telephone: (844) 856-6646
Facsimile: (704) 369-0760
E-Mail: TNBKR@brockandscott.com

25-07974 BKSUP01