IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION AT GREENEVILLE

| | |
|---|---|
| In re : | |
| : | |
| JACK ROBERT THACKER, JR. : | Case No. 2:25-bk-50237-RRM |
| a/k/a JACK R. THACKER, : | Chapter 11 – Subchapter V |
| a/k/a J. R. THACKER : | |
| : | |
| Debtor : | |

**MOTION OF JACK ROBERT THACKER, JR.
TO REDUCE TIME FOR NOTICE OF HEARING
ON MOTION TO SELL**

On March 11, 2025, Jack Robert Thacker, Jr. filed his Motion To Sell 4332 Pretoria Run Free And Clear Of Liens And Interests (Doc 25). A 21-day notice period is ordinarily required for notice of the hearing on a Motion to Sell. Pursuant to Federal Rule of Bankruptcy Procedure 9006(c), to accommodate the hearing on March 25th on the Motion to Sell, Jack Robert Thacker, Jr. requests the notice period for the hearing be reduced to twelve (12) days.

WHEREFORE, Jack Robert Thacker, Jr. requests a reduction of time for notice of the March 25, 2025 hearing on his Motion to Sell (Doc 25).

/s/Maurice K. Guinn
Maurice K. Guinn   (Bar Code No. 000366)
Gentry, Tipton & McLemore, P.C.
P.O. Box 1990
Knoxville, TN   37901
Phone: (865) 525-5300
mkg@tennlaw.com
Attorneys for Jack Robert Thacker, Jr.

## CERTIFICATE OF SERVICE

The undersigned certifies that on March 11, 2025, the foregoing **"Motion Of Jack Robert Thacker, Jr. To Reduce Time For Notice of Hearing On Motion To Sell"** and the proposed **"Order Granting Motion of Jack Robert Thacker, Jr. to Reduce Time For Notice of Hearing On Motion To Sell"** were filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to Tiffany A. DiIorio, Andrew Wesley Hogan, M. Aaron Spencer and the United States Trustee.

/s/ *Maurice K. Guinn*
Maurice K. Guinn

*MKG/bd:Pleadings – 10259 Mot to Reduce Time for Not of Hearing Motion to Sell (3-11-25)*