**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF TENNESSEE**

In Re:   *JACK ROBERT THACKER, JR.,*            )   Chapter 11
                                                )
                                                )
         Debtor.                                )   Case No. 25-50237

## NOTICE OF APPEARANCE AND REQUEST FOR ALL NOTICES

PLEASE TAKE NOTICE that United Southeast Federal Credit Union, a creditor and party in interest in the above-referenced case, by and through its counsel, and pursuant to Bankruptcy Rule 9010(b), files this Notice of Appearance and Request for Notices, and hereby requests that it receive all notices and papers in this case, including any notices required to be served under Bankruptcy Rules 2002. All such notices and papers shall be served, whether electronically or otherwise, on:

>United Southeast Federal Credit Union
>c/o Eric W. Reecher, Esq.
>Elliott Lawson & Minor, P.C.
>230 Piedmont Ave., Suite 300
>Bristol, VA  24201
>Tel: 276-466-8400
>FAX: 276-466-8161
>ereecher@elliottlawson.com

>**UNITED SOUTHEAST FEDERAL CREDIT UNION**
>
>By:   /s/ *Eric W. Reecher*
>      Eric W. Reecher, BOPR # 019556
>      ELLIOTT LAWSON & MINOR, P.C.
>      230 Piedmont Ave., Suite 300
>      Bristol, VA  24201
>      Tel:  276-466-8400
>      Fax:  276-466-8161
>      ereecher@elliottlawson.com

## **CERTIFICATE OF SERVICE**

I, Eric W. Reecher, do hereby certify that on this the 11th day of March 2025, a true and correct copy of the foregoing document was filed electronically. Notice of this filing was sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

                                              */s/ Eric W. Reecher*