IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION AT GREENEVILLE

| | | |
|---|---|---|
| In re | : | |
| | : | |
| JACK ROBERT THACKER, JR. | : | Case No.  2:25-bk-50237-RRM |
| a/k/a JACK R. THACKER, | : | Chapter 11 – Subchapter V |
| a/k/a J. R. THACKER | : | |
| | : | |
| Debtor | : | |

APPLICATION FOR APPROVAL OF EMPLOYMENT OF simpliHOM
PURSUANT TO E.D. TENN. LBR 2014-1
AND RETROACTIVE TO MARCH 6, 2025

---

**NOTICE OF HEARING**

**Notice is hereby given that:**

A hearing will be held on the **Application For Approval of Employment Of simpliHOM Pursuant To E.D. Tenn. LBR 2014-1 And Retroactive To March 6, 2025** on March 25, 2025, at 2:30p.m., in the United States Bankruptcy Court, James H. Quillen U.S. Courthouse, 220 W. Depot Street, Greeneville, Tennessee 37743.

**Your rights may be affected.**  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  If you do not have an attorney, you may wish to consult one.

If you do not want the Court to grant the relief requested, you or your attorney must attend this hearing.  If you do not attend the hearing, the Court may decide that you do not oppose the relief sought in the **Application For Approval of Employment Of simpliHOM Pursuant To E.D. Tenn. LBR 2014-1 And Retroactive To March 6, 2025** and may enter an order granting that relief.

---

Pursuant to 11 U.S.C. § 327 and Federal Rule of Bankruptcy Procedure 2014 and E.D. Tenn. LBR 2014-1, Jack Robert Thacker, Jr. ("Thacker") requests approval of his employment of simpliHOM.  In support of his Application, Thacker represents:

(1)   On March 6, 2025, Thacker filed his Voluntary Petition under Chapter 11 Subchapter V.

1

(2) Thacker desires to employ any of the members and associates of the simpliHOM real estate firm for the purpose of continuing its prepetition listing for sale of Thacker's property known as 4332 Pretoria Run, Murfreesboro, Tennessee (the "Property").

(3) Thacker has chosen simpliHOM as his realtor because simpliHOM listed \the Property or sale prepetition and has secured a Purchase and Sale Agreement for the Property.

(4) The Affidavit of Meagan Miller is attached hereto in support of the Application. simpliHOM does not hold any interest adverse to the estate and is "disinterested."

(5) Subject to Court approval, Thacker has agreed to pay a six percent (6%) commission to simpliHOM.

WHEREFORE, Thacker requests that this Application For Approval Of Employment Of simpliHOM be approved and that, pursuant to E.D. Tenn. LBR 2014-1, the Application be deemed retroactive to March 6, 2025.

/s/ Jack Robert Thacker, Jr.
Jack Robert Thacker, Jr.

*/s/ Maurice K. Guinn*
Maurice K. Guinn
(BPR # 000366)
Gentry, Tipton & McLemore, P.C.
P.O. Box 1990
Knoxville, Tennessee 37901
(865) 525-5300
Attorneys for Jack Robert Thacker, Jr.

## CERTIFICATE OF SERVICE

The undersigned certifies that on March 12, 2025, the foregoing "**Application For Approval Of Employment Of simpliHOM Pursuant to E.D. Tenn. LBR 2014-1 And Retroactive To March 6, 2025**" and proposed "**Order Granting Application for Approval of Employment Of simpliHOM Pursuant to E.D. Tenn. LBR 2014-1 And Retroactive To March 6, 2025**" were filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to the United States Trustee, Tiffany DiIorio and M. Aaron Spencer.

Additionally, copies of the "**Application For Approval Of Employment Of simpliHOM Pursuant to E.D. Tenn. LBR 2014-1 And Retroactive To March 6, 2025**" and proposed "**Order Granting Application for Approval of Employment Of simpliHOM Pursuant to E.D. Tenn. LBR 2014-1 And Retroactive To March 6, 2025**" were served on March 12, 2025, by first-class mail with sufficient postage prepaid in envelopes addressed as shown in the attachment hereto.

*/s/ Maurice K. Guinn*
Maurice K. Guinn

*Thacker\Application For Approval Of Employment Of simpliHOM -3-7-25*

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0649-2<br>Case 2:25-bk-50237-RRM<br>Eastern District of Tennessee<br>Greeneville<br>Tue Mar 11 15:36:33 EDT 2025 | Arete Wealth<br>1115 W. Fulton Market, 3rd Floor<br>Chicago, IL 60607-1213 | Barclays Bank Mastercard<br>P. O. Box 8801<br>Wilmington, DE 19899-8801 |
| Blank Rome, LLP<br>130 North 18th Street<br>One Logan Square<br>Philadelphia, PA 19103-6998 | Bradford Gucciardo, Esq.<br>Gucciardo Law Group, P.A.<br>8470 Enterprise Circle, Suite 110<br>Lakewood Ranch, FL 34202-4105 | Capital One Visa<br>P. O. Box 30285<br>Salt Lake City, UT 84130-0285 |
| Celia M. Howell Osborne<br>1252 Reed Hollow Road<br>Gate City, VA 24251-5449 | Center Street Securities, Inc.<br>1115 W. Fulton Market, 3rd Floor<br>Chicago, IL 60607-1213 | Citibank Mastercard<br>P. O. Box 6500<br>Sioux Falls, SD 57117-6500 |
| Courtney M. Werring, Esq.<br>Meyer Wilson Co., LPA<br>305 W. Nationwide Blvd.<br>Columbus, OH 43215-2309 | Darrell and Joan Vincent<br>1470 South Street<br>Fowler, IL 62338-2360 | David Porteous<br>Faegre Drinker Biddle & Realth, LLP<br>P. O. Box 1450<br>Minneapolis, MN 55485-6193 |
| Diane M. Dierking<br>3532 Stonecreek Circle<br>Jeffersonville, IN 47130-8049 | | Don, Jr. and Marla Lair<br>202 S. Main Street<br>P. O. Box 251<br>Payson, IL 62360-0251 |
| Doug & Heather Atkins<br>c/o Brent Long<br>Compass Real Estate<br>410 Uptown Square<br>Murfreesboro, TN 37129-0575 | FINRA<br>P. O. Box 418911<br>Boston, MA 02241-8911 | First Horizon<br>P. O. Box 0054<br>Palatine, IL 60055-0054 |
| (p)DOVENMUEHLE MORTGAGE<br>1 CORPORATE DRIVE SUITE 360<br>LAKE ZURICH IL 60047-8945 | First Horizon Bank<br>C/O Brock and Scott, PLLC<br>Attorneys at Law<br>3825 Forrestgate Dr.<br>Winston-Salem, NC 27103-2930 | Grant Dixon<br>P. O. Box 141756<br>Spokane Valley, WA 99214-1756 |
| United States Attorney<br>Howard H. Baker, Jr., US Courthouse<br>800 Market Street, Suite 211<br>Knoxville, TN 37902 | H. Joseph and Constance Schilmiller<br>6855 Stiller Road<br>Floyds Knobs, IN 47119-9207 | Hans and Carol Bietsch<br>229 Wilbrook Road<br>Stratford, CT 06614-1981 |
| Andrew Wesley Hogan<br>Brock & Scott, PLLC<br>3825 Forrestgate Drive<br>Winston-Salem, NC 27103-2930 | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | James Wood<br>1250 Hancel Road<br>Equality, AL 36026-2637 |
| Jeff Kennedy<br>1093 County Road 205<br>Giddings, TX 78942-5726 | Jeffrey Erez, Esq & Michael Rapaport<br>EREX Law<br>One Downtown 1 SE<br>3rd Ave., Suite 1670<br>Miami, FL 33131 | Jeffrey Semersheim<br>9304 South State Road 257<br>Stendal, IN 47585-8849 |

John English
2599 Rockville Center Parkway
Oceanside, NY 11572-1646

Joshua Mankini
4662 Long Branch Rd.
Spencer, TN 38585

Joy Necessary
1009 Blue Heron Way
Tarpon Springs, FL 34689-7142

Kalju Nekvasil, Esq.
Goodman & Nekvasil, P.A.
624 1st Ave. South
Saint Petersburg, FL 33701-4120

Kent and Nancy Crow
306 Country Lane
Mendon, IL 62351-1262

Mary Santana
13121 Avenida Santa Tecia
La Mirada, CA 90638-3213

Michael C. Bixby
Bixby Law PLLC
4300 Bayou Blvd, Suite 16
Pensacola, FL 32503-2671

Michael C. Bixby, Esq.
Bixby Law PLLC
1149 Creighton Road
Pensacola, FL 32504-7096

Michael Roden
2707 Cape Rock Pass
Prescott, AZ 86301-9604

Michael Siegforth
8843 East Yucca Blossom Dr
Gold Canyon, AZ 85118-7067

Peter Mougey, Esq.
Levin Papantonio
316 South Baylen St., Suite 600
Pensacola, FL 32502-5996

Socorro Galam
6675 Shemiran Street
La Verne, CA 91750-2390

M. Aaron Spencer
P. O. Box 900
Knoxville, TN 37901-0900

Terry and Sharon Vaughn
2024 North Arrowood Court
Quincy, IL 62305-8987

Jack Robert Thacker Jr.
2261 Bullock Hollow Road
Bristol, TN 37620-1135

The Roy W. Parker, Jr. Revocable Trust
641 Columbia Drive
Winter Park, FL 32789-1407

Thomas and Diann Elliott
1551 N. 900th Ave.
Liberty, IL 62347-4800

USF Credit Union
1545 Bluff City Highway
Bristol, TN 37620-6018

WL Financial Advisors, LLC
951 Cumberland Street
Bristol, VA 24201-4103

William J. Layne
432 Corte Verde
Upland, CA 91786-5168

William Young, Esq.
Colling Gilbert Wright, PLLC
801 North Orange Ave., Suite 830
Orlando, FL 32801-5203

simpliHOM
836 N. Thompson Lane
Murfreesboro, TN 37129-4342

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION AT GREENEVILLE

| | |
|---|---|
| In re | : |
| | : |
| JACK ROBERT THACKER, JR. | : Case No. 2:25-bk-50237-RRM |
| a/k/a JACK R. THACKER, | : Chapter 11 – Subchapter V |
| a/k/a J. R. THACKER | : |
| | : |
| Debtor | : |

### AFFIDAVIT OF MEAGAN MILLER

STATE OF TENNESSEE
COUNTY OF Rutherford

Comes now Meagan Miller, after being duly sworn according to law, to depose and say:

(1) I am a real estate broker licensed to practice in the State of Tennessee. I am a realtor with simpliHOM. Our offices are located at 836 N. Thompson Lane, Suite 1E, Murfreesboro, Tennessee 37129.

(2) I have reviewed a list of the creditors of Jack Robert Thacker, Jr. To the best of my knowledge simpliHOM and I are "disinterested" within the meaning of 11 U.S.C. §101(14). Neither simpliHOM nor I represent any interest adverse to the interest of the estate.

(3) On January 14, 2025 Jack Robert Thacker, Jr. entered into a Listing Agreement with simpliHOM to list the property at 4332 Pretoria Run, Murfreesboro, Tennessee (the "Property"). Jack Robert Thacker, Jr. agreed to pay a six percent (6%) sale commission to simpliHOM.

(4) The Property has been listed by simpliHOM since January 31, 2025.

(5) I understand compensation to simpliHOM is subject to Bankruptcy Court approval.

FURTHER AFFIANT SAITH NOT.

_____
Meagan Miller

Sworn to and subscribed before me, this 11th day of March, 2025.

_____
Notary Public

My commission expires: 2-21-28

*Affidavit of Meagan Miller (Thacker) (3-7-25)*

[Notary Seal: ASHLEY W. MORGAN, STATE OF TENNESSEE NOTARY PUBLIC, RUTHERFORD COUNTY]