IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION AT GREENEVILLE

| | | |
|---|---|---|
| In re | : | |
| | : | |
| JACK ROBERT THACKER, JR. | : | Case No.  2:25-bk-50237-RRM |
| a/k/a JACK R. THACKER, | : | Chapter 11 – Subchapter V |
| a/k/a J. R. THACKER | : | |
| | : | |
| Debtor | : | |

ORDER GRANTING APPLICATION FOR APPROVAL OF
EMPLOYMENT OF simpliHOM
PURSUANT TO E.D. TENN. LBR 2014-1
AND RETROACTIVE TO MARCH 6, 2025

On March 12, 2025, Jack Robert Thacker, Jr. filed his Application requesting approval of his employment of simpliHOM.  The Application is supported by the Affidavit of Meagan Miller. Copies of the Application For Approval of Employment of simpliHOM, including the Notice of Hearing, and the proposed Order Granting Application, were served upon the attorney for the U.S. Trustee, the United States Attorney for the Eastern District of Tennessee, the Debtor, and all creditors and parties in interest.  The hearing on Application was held on March 25, 2025.  Based on the Affidavit supporting the Application, it appears that simpliHOM is disinterested

1

within the meaning of that term as defined in 11 U.S.C. §101(14). In the absence of any objection and based on the Court's own review, the Application is GRANTED. Pursuant to E.D. Tenn. LBR 2014-1, and as requested in the Application, the Application relates back to March 6, 2025, the date of the Order for relief. Jack Robert Thacker, Jr. may pay a six percent (6%) commission to simpliHOM at the closing of the sale approved by the Court of the property at 4332 Pretoria Run, Murfreesboro, Tennessee.

###

APPROVED FOR ENTRY:

*/s/ Maurice K. Guinn*
Maurice K. Guinn
(BPR # 000366)
Gentry, Tipton & McLemore, P.C.
P.O. Box 1990
Knoxville, Tennessee 37901
(865) 525-5300
Attorneys for Jack Robert Thacker, Jr.

*Order Granting Application For Approval of Employment of simpliHOM (3-10-25)*

2