IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION AT GREENEVILLE

| | | |
|---|---|---|
| In re | : | |
| | : | |
| JACK ROBERT THACKER, JR. | : | Case No. 2:25-bk-50237-RRM |
| a/k/a JACK R. THACKER, | : | Chapter 11 – Subchapter V |
| a/k/a J. R. THACKER | : | |
| | : | |
| Debtor | : | |

**ORDER GRANTING MOTION OF JACK ROBERT THACKER, JR.
TO REDUCE TIME FOR NOTICE OF HEARING
ON APPLICATION FOR APPROVAL OF EMPLOYMENT OF simpliHOM**

For cause recited in the Motion To Reduce Time for Notice of Hearing on the Application to Employ simpliHOM, the Motion is GRANTED. The time for notice of the hearing on the Application to Employ simpliHOM (Doc 29) is reduced to eleven (11) days.

# # #

APPROVED FOR ENTRY:

/s/Maurice K. Guinn
Maurice K. Guinn
(Bar Code No. 000366)
Gentry, Tipton & McLemore, P.C.
P.O. Box 1990
Knoxville, TN   37901
(865) 525-5300
mkg@tennlaw.com
Attorneys for Jack Robert Thacker, Jr.

*Order Granting Motion Reduce Time for Not of Hearing Appl to Employ simpliHOM (3-11-25)*

2