

**SO ORDERED.**
SIGNED this 12th day of March, 2025

THIS ORDER HAS BEEN ENTERED ON THE DOCKET.
PLEASE SEE DOCKET FOR ENTRY DATE.

/s/ Rachel Ralston Mancl
Rachel Ralston Mancl
UNITED STATES BANKRUPTCY JUDGE

___

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION AT GREENEVILLE

| | | |
|---|---|---|
| In re | : | |
| | : | |
| JACK ROBERT THACKER, JR. | : | Case No.  2:25-bk-50237-RRM |
| a/k/a JACK R. THACKER, | : | Chapter 11 – Subchapter V |
| a/k/a J. R. THACKER | : | |
| | : | |
| Debtor | : | |

**ORDER GRANTING MOTION OF
JACK ROBERT THACKER, JR. TO REDUCE TIME FOR
NOTICE OF HEARING ON MOTION TO SELL**

For cause recited in the Motion To Reduce Time for Notice of Hearing on the Motion to Sell, the Motion is GRANTED. The time for notice of the hearing on the Motion To Sell 4332 Pretoria Run Free And Clear of Liens (Doc 25) is reduced to twelve (12) days.

# # #

APPROVED FOR ENTRY:

/s/Maurice K. Guinn
Maurice K. Guinn
(Bar Code No. 000366)
Gentry, Tipton & McLemore, P.C.
P.O. Box 1990
Knoxville, TN  37901
(865) 525-5300
mkg@tennlaw.com
Attorneys for Jack Robert Thacker, Jr.

*Order Granting Motion Reduce Time for Not of Hearing Mot to Sell (3-11-25)*