United States Bankruptcy Court

Eastern District of Tennessee

In re:  Case No. 25-50237-RRM

Jack Robert Thacker, Jr.  Chapter 11

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0649-2      User: admin      Page 1 of 2

Date Rcvd: Mar 10, 2025      Form ID: pdfbk      Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol      Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 12, 2025:**

NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| db | + Email/PDF: jr@jrthacker.com | Mar 10 2025 19:59:00 | Jack Robert Thacker, Jr., 2261 Bullock Hollow Road, Bristol, TN 37620-1135 |
| smg | Email/Text: sbse.cio.bnc.mail@irs.gov | Mar 10 2025 20:00:00 | Internal Revenue Service, P. O. Box 21126, Philadelphia,, PA 19114 |

TOTAL: 2

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 12, 2025      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 10, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| M. Aaron Spencer | aspencer@wmbac.com TN56@ecfcbis.com;tclanton@wmbac.com;mas2@trustesolutions.net |
| Maurice K. Guinn | on behalf of Debtor Jack Robert Thacker Jr. mkg@tennlaw.com |
| Tiffany A. Diiorio | on behalf of U.S. Trustee United States Trustee Tiffany.Diiorio@usdoj.gov |
| United States Trustee | Ustpregion08.kx.ecf@usdoj.gov |

District/off: 0649-2                    User: admin                    Page 2 of 2
Date Rcvd: Mar 10, 2025                 Form ID: pdfbk                 Total Noticed: 2
TOTAL: 4



**SO ORDERED.**
**SIGNED this 10th day of March, 2025**

**THIS ORDER HAS BEEN ENTERED ON THE DOCKET.**
**PLEASE SEE DOCKET FOR ENTRY DATE.**

*Rachel Ralston Mancl*
Rachel Ralston Mancl
**UNITED STATES BANKRUPTCY JUDGE**

_____

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF TENNESSEE

In re

JACK ROBERT THACKER JR., | No. 2:25-bk-50237-RRM
 | Chapter 11 Subchapter V
Debtor. |

### O R D E R

Pursuant to 11 U.S.C. § 1188(a), a status conference will be held on April 29, 2025, at 2:30 p.m., in the bankruptcy courtroom, James H. Quillen U.S. Courthouse, 220 West Depot Street, Greeneville, Tennessee. Debtor's attorney must file and serve "a report that details the efforts the debtor has undertaken or will undertake to attain a consensual plan of organization" as required by § 1188(c) no later than April 15, 2025. The report should also include a discussion of the nature of the business, the circumstances necessitating the bankruptcy filing, the goals for reorganization, whether a separate disclosure statement is necessary or desirable, and any other matter the court should consider to advance this proceeding to the stage of plan confirmation.

# # #