**LOCAL FORM 1007.1**

# United States Bankruptcy Court
### Eastern District of Tennessee

| In re | Jack Robert Thacker, Jr. | Case No. | 2:25-bk-50237 |
|---|---|---|---|
| | Debtor(s) | Chapter | 11 |

## STATEMENT REGARDING PAYMENT ADVICES OR OTHER EVIDENCE OF PAYMENT

| CERTIFICATION OF DEBTOR | CERTIFICATION OF JOINT DEBTOR |
|---|---|
| I hereby certify under penalty of perjury that | I hereby certify under penalty of perjury that |
| ☐ attached hereto are copies of all payment advices or other evidence of payment [such as paycheck stubs, direct deposit advices, statements of payment, etc.] that I have received from an employer within 60 days before the date of the filing of the petition, with all but the last four digits of the debtor's social security number redacted,* | ☐ attached hereto are copies of all payment advices or other evidence of payment [such as paycheck stubs, direct deposit advices, statements of payment, etc.] that I have received from an employer within 60 days before the date of the filing of the petition, with all but the last four digits of the debtor's social security number redacted,* |
| or | or |
| ■ I did not receive any such documents from an employer within 60 days before the date of the filing of the petition. | ☐ I did not receive any such documents from an employer within 60 days before the date of the filing of the petition. |

/s/ Jack Robert Thacker, Jr.
_____
**[SIGNATURE OF DEBTOR]**

Date:   **March 18, 2025**

_____
**[SIGNATURE OF JOINT DEBTOR]**

Date: _____

---

\* Other evidence of payment may consist of the debtor's most recent paycheck stub showing year-to-date earnings if the debtor has worked the same job the last 60 days before the date of the filing of the petition.

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.*