**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION AT GREENEVILLE**

| | | |
|---|---|---|
| **In re** | : | |
| | : | |
| **JACK ROBERT THACKER, JR.** | : | Case No. 2:25-bk-50237-RMM |
| | : | Chapter 11 – Subchapter V |
| | : | |
| **Debtor** | : | |

___

## WITHDRAWAL OF DECLARATION
___

Jack Robert Thacker, Jr. hereby withdraws the Declaration (Doc. 37) filed on March 20, 2025.

/s/ Maurice K. Guinn
Maurice K. Guinn
(Bar Code No. 000366)
Gentry, Tipton & McLemore, P.C.
P.O. Box 1990
Knoxville, Tennessee  37901
(865) 525-5300
mkg@tennlaw.com
Attorneys for Jack Robert Thacker, Jr.