# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF TENNESSEE (GREENVILLE)

| | |
|---|---|
| IN RE: ) | |
| ) | |
| JACK ROBERT THACKER, JR., ) | Case No. 2:25-bk-50237-RRM |
|     Debtor. ) | Chapter 11 |

## NOTICE OF APPEARANCE AND
## REQUEST FOR NOTICES TO BE SENT TO CREDITOR'S ATTORNEY

Comes **DON LAIR and MARLA LAIR,** by and through their attorney, as a creditor and party in interest, and pursuant to Rule 2002(g) of the Rules of Bankruptcy Procedure, hereby notes its appearance in the above-styled matter and requests that the following name be placed on the mailing matrix for the above-styled matter and that copies of all notices, petitions, documents, pleadings, motions, responses and all other matter hereinafter filed in this proceeding be addressed and sent to its attorney at the following address:

> Anthony R. Steele, Esq.
> Winchester, Sellers, Foster & Steele, P.C.
> P. O. Box 2428
> Knoxville, TN  37901-2428
> Phone:  (865) 637-1980
> Email: asteele@wsfs-law.com

Respectfully submitted, this the 21st day of March, 2025.

                                          **DON LAIR and MARLA LAIR**

                                          **By:   /s/ Anthony R. Steele**
                                             **Anthony R. Steele, #016303**

Winchester, Sellers, Foster & Steele, P.C.
P.O. Box 2428
Knoxville, TN  37901-2428
Phone: (865) 637-1980
Facsimile: (865) 637-4489
Email:  asteele@wsfs-law.com

## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that a true and accurate copy of the foregoing Notice of Appearance has been sent electronically to:

Tiffany Diiorio, Tiffany.Diiorio@usdoj.gov, Trustee;
Maurice K. Guinn, mkg@tennlaw.com, Attorney for Debtor;

and by United States mail to the Debtor, Jack Robert Thacker, Jr., 2261 Bullock Hollow Road, Bristol, TN 37620, with sufficient postage thereupon to carry same to its destination, this the 21st day of March 2025.

Winchester, Sellers, Foster & Steele, P.C.

By: /s/ Anthony R. Steele
 Anthony R. Steele, Attorney