

**SO ORDERED.**
**SIGNED this 27th day of March, 2025**

**THIS ORDER HAS BEEN ENTERED ON THE DOCKET.**
**PLEASE SEE DOCKET FOR ENTRY DATE.**

*Rachel Ralston Mancl*
**Rachel Ralston Mancl**
**UNITED STATES BANKRUPTCY JUDGE**

---

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF TENNESSEE
### NORTHEASTERN DIVISION AT GREENEVILLE

In re        :
         :
**JACK ROBERT THACKER, JR.** :  **Case No.  2:25-bk-50237-RRM**
**a/k/a JACK R. THACKER,**  :  **Chapter 11 – Subchapter V**
**a/k/a J. R. THACKER**    :
         :
 **Debtor**      :

### AGREED ORDER GRANTING MOTION TO SELL 4332 PRETORIA RUN
### FREE AND CLEAR OF LIENS AND INTERESTS

On March 11, 2025, Jack Robert Thacker, Jr. filed his Motion to Sell 4332 Pretoria Run

Free and Clear of Liens and Interests (Doc 25).  Copies of the Motion, including the Notice of

Hearing, and the proposed Order granting the Motion were served upon the Attorney for the U.S.

Trustee, the United States Attorney for the Eastern District of Tennessee, the Debtor, and all

creditors and parties in interest.  Don Lair and Marla Lair and Terry Vaughn and Sharon Vaughn

filed an Objection (Doc 44), not to the proposed sale but to the Debtor's proposed deposit of any

sale proceeds to the debtor or debtor-in-possession account. A hearing on the Motion to Sell and

the Objection was held on March 25, 2025.  Based on the statements at the March 25, 2025 hearing,

the proposed sale is approved. The lien claim of First Horizon Bank shall attach to the sale proceeds and shall be paid in full at closing. The remaining unpaid cost for the roof replacement, estimated at $14,287.17, shall be paid to Perimeter Roofing as a cost of closing. Within three (3) days after closing, Debtor shall forward payment in the same amount paid to Perimeter Roofing at closing to the Subchapter V Trustee. A six percent (6%) realtor commission on the sale shall be paid at the closing, with three percent (3%) paid to simpliHOM and three percent (3%) paid to Compass RE-Murfreesboro. The balance of the sale proceeds shall be paid to M. Aaron Spencer, the Subchapter V Trustee, to be held in an account that is identified as a Subchapter V trustee account and is covered by his Subchapter V blanket bond, pending further order of the Court.

# # #

APPROVED FOR ENTRY:

/s/Tiffany DiIorio
Tiffany DiIorio
(Fla. Bar No. 0719706)
U.S. Trustee's Office
800 Market Street, Suite 114
Knoxville, TN  37902
tiffany.diiorio@usdoj.gov
(865) 545-4754

/s/Maurice K. Guinn
Maurice K. Guinn
(BPR # 000366)
Gentry, Tipton & McLemore, P.C.
P.O. Box 1990
Knoxville, TN  37901
(865) 525-5300
mkg@tennlaw.com
Attorneys for Jack Robert Thacker, Jr.

/s/M. Aaron Spencer
M. Aaron Spencer
(BPR #029911)
P. O. Box 900
Knoxville, TN   37901
(865) 215-1000
aspencer@wmbac.com
Subchapter V Trustee


/s/Anthony R. Steele
Anthony R. Steele
(BPR #016303)
Winchester, Sellers, Foster & Steele, PC
P. O. Box 2428
Knoxville, TN  37901
(865) 637-1980
asteele@wsfs-law.com
Attorney for Don Lair, Marla Lair, Terry Vaughn & Sharon Vaughn

*Agreed Order Granting Motion to Sell Pretoria Run  (3-26-25)*