

**SO ORDERED.**
**SIGNED this 27th day of March, 2025**

THIS ORDER HAS BEEN ENTERED ON THE DOCKET.
PLEASE SEE DOCKET FOR ENTRY DATE.

Rachel Ralston Mancl
**Rachel Ralston Mancl**
UNITED STATES BANKRUPTCY JUDGE

_____

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF TENNESSEE
### NORTHEASTERN DIVISION AT GREENEVILLE

| | |
|---|---|
| In re : | |
| JACK ROBERT THACKER, JR. : | Case No.  2:25-bk-50237-RRM |
| a/k/a JACK R. THACKER, : | Chapter 11 – Subchapter V |
| a/k/a J. R. THACKER : | |
| Debtor : | |

### ORDER GRANTING APPLICATION FOR APPROVAL OF
### EMPLOYMENT OF simpliHOM
### PURSUANT TO E.D. TENN. LBR 2014-1
### AND RETROACTIVE TO MARCH 6, 2025

On March 12, 2025, Jack Robert Thacker, Jr. filed his Application (Doc 29) requesting approval of his employment of simpliHOM. The Application is supported by the Affidavit of Meagan Miller. Copies of the Application For Approval of Employment of simpliHOM, including the Notice of Hearing, and the proposed Order Granting Application, were served upon the attorney for the U.S. Trustee, the United States Attorney for the Eastern District of Tennessee, the Debtor, and all creditors and parties in interest. Based on the Affidavit supporting the Application, it appears that simpliHOM is disinterested within the meaning of that term as defined in 11 U.S.C. §101(14). Don Lair and Marla Lair and Terry Vaughn and Sharon Vaughn

1

("Objectors") filed an Objection (Doc 45) to the Application. The hearing on Application and the Objection was held on March 25, 2025. The Objectors' Objection is overruled, and the Application is GRANTED. Pursuant to E.D. Tenn. LBR 2014-1, and as requested in the Application, the Application relates back to March 6, 2025, the date of the Order for relief. Jack Robert Thacker, Jr. may pay a six percent (6%) realtor commission at the closing of the sale approved by the Court of the property at 4332 Pretoria Run, Murfreesboro, Tennessee. The realtor commission shall be divided equally between simpliHOM and Compass RE-Murfreesboro.

###

APPROVED FOR ENTRY:

/s/Tiffany DiIorio
Tiffany DiIorio
U.S. Trustee's Office
800 Market Street, Suite 114
Knoxville, TN  37902
(865) 545-4754
tiffany.diiorio@usdoj.gov


/s/Maurice K. Guinn
Maurice K. Guinn  (BPR # 000366)
Gentry, Tipton & McLemore, P.C.
P.O. Box 1990
Knoxville, Tennessee  37901
(865) 525-5300
mkg@tennlaw.com
Attorneys for Jack Robert Thacker, Jr.

/s/M. Aaron Spencer
M. Aaron Spencer (BPR #029911)
P. O. Box 900
Knoxville, TN  37901
(865) 215-1000
aspencer@wmbac.com
Subchapter V Trustee

2

/s/Anthony R. Steele
Anthony R. Steele  (BPR #016303)
P. O. Box 2428
Knoxville, TN  37901
(865) 637-1980
asteele@wsfs-law.com
Attorney for Don Lair, Marla Lair, Terry Vaughn & Sharon Vaughn

Order Granting Application For Approval of Employment of simpliHOM (3-25-25)