IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION AT GREENEVILLE

In re                                            :
                                                 :
JACK ROBERT THACKER, JR.                         :   Case No.  2:25-bk-50237-RRM
a/k/a JACK R. THACKER,                           :   Chapter 11 – Subchapter V
a/k/a J. R. THACKER                              :
                                                 :
   **Debtor**                                    :

## REPORT OF SALE

On March 28, 2025, the Court entered the Amended Agreed Order Granting Motion To Sell 4332 Pretoria Run Free And Clear Of Liens And Interests (Doc 55).  Attached is a copy of the Settlement Statement for the sale of 4332 Pretoria Run, Murfreesboro, Tennessee.  The sale closed on March 28, 2025.  From the $1,107,500.00 sale price, $511,904.33 shall be paid to the Subchapter V Trustee to be held pending further order of the Court.

/s/Maurice K. Guinn
Maurice K. Guinn   (Bar Code No. 000366)
Gentry, Tipton & McLemore, P.C.
P.O. Box 1990
Knoxville, TN   37901
Phone: (865) 525-5300
mkg@tennlaw.com
Attorneys for Jack Robert Thacker, Jr.

## CERTIFICATE OF SERVICE

The undersigned certifies that on March 28, 2025, the foregoing **"Report of Sale"** was filed electronically and will be sent by operation of the Court's electronic filing system to Tiffany DiIorio, Andrew Wesley Hogan, Eric W. Reecher, M. Aaron Spencer, Anthony R. Steele, Walter N. Winchester, and the United States Trustee.

/s/ Maurice K. Guinn
Maurice K. Guinn

*Report of Sale 3-28-2025*

| American Land Title Association | Final ALTA Settlement Statement - Cash |
|---|---|
| | Adopted 05-01-2015 |

**Tri Star Title & Escrow, LLC**
**ALTA Universal ID:**
**1535 W. Northfield Blvd., Suite 16**
**Murfreesboro, TN 37129**

| | |
|---|---|
| File No./Escrow No.: | 0225-047 |
| Print Date & Time: | March 28, 2025 10:20 am |
| Officer/Escrow Officer: | |
| Settlement Location: | 1535 W. Northfield Blvd., Suite 16 |
| | Murfreesboro, TN 37129 |
| Property Address: | 4332 Pretoria Run |
| | Murfreesboro, TN 37128 |
| Buyer: | Doug Atkins and Heather Atkins |
| | 1128 Julian Way |
| | Murfreesboro, TN 37128 |
| Seller: | Jack Robert Thacker, Jr. |
| | 4332 Pretoria Run |
| | Murfreesboro, TN 37128 |
| Settlement Date: | March 28, 2025 |
| Disbursement Date: | March 28, 2025 |

| Seller Debit | Seller Credit | Description | Buyer Debit | Buyer Credit |
|---|---|---|---|---|
| | | **Financial** | | |
| | 1,107,500.00 | Sale Price of Property | 1,107,500.00 | |
| | | Deposit | | 10,000.00 |
| 2,500.00 | | Seller Credit | | 2,500.00 |
| | | **Prorations/Adjustments** | | |
| | 7.78 | HOA Dues 03/28/25-03/31/25 | 7.78 | |
| 442.72 | | City/Town Taxes 01/01/25-03/27/25 | | 442.72 |
| 872.02 | | County Taxes 01/01/25-03/27/25 | | 872.02 |
| | | **Title Charges and Escrow/Settlement Charges** | | |
| | | Buyer Closing Fee to Tri Star Title & Escrow, LLC | 500.00 | |
| | | Wire Fee to Tri Star Title & Escrow, LLC | 10.00 | |
| | | Owner's Title Insurance to Tri Star Title & Escrow, LLC<br>Coverage: $1,107,500.00<br>Premium: $4,795.85 | 4,795.85 | |

| Seller Debit | Seller Credit | Description | Buyer Debit | Buyer Credit |
|---|---|---|---|---|
| | | **Title Charges and Escrow/Settlement Charges (continued)** | | |
| | | Version: ALTA Owner's Policy (2021) | | |
| 25.00 | | Payoff Delivery/Overnight Fee to Tri Star Title & Escrow, LLC | | |
| | | **Commissions** | | |
| 33,225.00 | | Commission - Listing Agent to SimpliHOM | | |
| 33,225.00 | | Commission - Selling Agent to Compass RE | | |
| 599.00 | | Broker Fee to SimpliHOM | | |
| | | **Government Recording and Transfer Charges** | | |
| | | Recording Fees to Rutherford County Register of Deeds | 18.00 | |
| | | State Tax Stamps- Deed to Rutherford County Register of Deeds | 4,097.75 | |
| | | **Payoffs** | | |
| 509,974.54 | | Payoff of First Mortgage Loan to First Horizon Bank<br>  pending update | | |
| | | **Miscellaneous** | | |
| | | ERecording Fee (B) to Corporation Service Company | 6.00 | |
| 6.00 | | ERecording Fee (S) to Corporation Service Company | | |
| 200.00 | | HOA Current balance to Puckett Station Homeowners-1535 | | |
| | | HOA Quarterly Dues ($175) to Puckett Station Homeowners-1535<br>  2nd Qtr Dues - good through June 2025 | 175.00 | |
| 20.00 | | HOA Service/Delivery Fee to Bill2Pay | | |
| 265.00 | | HOA Statement of Account to Ghertner and Company | | |
| | | HOA Transfer Fee to Ghertner and Company | 450.00 | |
| | | HOA Working Capital to Puckett Station Homeowners-1535 | 250.00 | |
| 17.00 | | Record Non-Identity Affidavit to Rutherford County Register of Deeds | | |
| 45.00 | | Release Tracking Fee to ReQuire | | |
| 14,187.17 | | Perimeter Roofing Payoff to Perimeter Roofing | | |
| 511,904.33 | | Balance of Proceeds to be send to Subchapter V trustee account to Closed Title | | |

| Seller | | | Buyer | |
|---|---|---|---|---|
| Debit | Credit | | Debit | Credit |
| 1,107,507.78 | 1,107,507.78 | Subtotals | 1,117,810.38 | 13,814.74 |
| | | Due from Buyer | | 1,103,995.64 |
| 1,107,507.78 | 1,107,507.78 | Totals | 1,117,810.38 | 1,117,810.38 |

**Acknowledgement**

We/I have carefully reviewed the ALTA Settlement Statement and find it to be a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction and further certify that I have received a copy of the ALTA Settlement Statement. We/I authorize Tri Star Title & Escrow, LLC to cause the funds to be disbursed in accordance with this statement.

Buyer

_____
Doug Atkins

_____
Heather Atkins

Seller

*/signature/*
Jack Robert Thacker, Jr.

Tri Star Title & Escrow, LLC

BY: _____

| Seller | | | Buyer | |
| --- | --- | --- | --- | --- |
| Debit | Credit | | Debit | Credit |
| 1,107,507.78 | 1,107,507.78 | Subtotals | 1,117,810.38 | 13,814.74 |
| | | Due from Buyer | | 1,103,995.64 |
| 1,107,507.78 | 1,107,507.78 | Totals | 1,117,810.38 | 1,117,810.38 |

**Acknowledgement**

We/I have carefully reviewed the ALTA Settlement Statement and find it to be a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction and further certify that I have received a copy of the ALTA Settlement Statement. We/I authorize **Tri Star Title & Escrow, LLC** to cause the funds to be disbursed in accordance with this statement.

Buyer

_[signature]_
Doug Atkins

_[signature]_
Heather Atkins

Seller

_____
Jack Robert Thacker, Jr.

Tri Star Title & Escrow, LLC

BY: _____