United States Bankruptcy Court

Eastern District of Tennessee

In re: Case No. 25-50237-RRM

Jack Robert Thacker, Jr. Chapter 11

Debtor

# CERTIFICATE OF NOTICE

District/off: 0649-2 User: admin Page 1 of 3
Date Rcvd: Mar 27, 2025 Form ID: pdfbk Total Noticed: 52

The following symbols are used throughout this certificate:
**Symbol   Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 29, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| 13839423 | + | Arete Wealth, 1115 W. Fulton Market, 3rd Floor, Chicago, IL 60607-1213 |
| 13839425 | | Blank Rome, LLP, 130 North 18th Street, One Logan Square, Philadelphia, PA 19103-6998 |
| 13839426 | + | Bradford Gucciardo, Esq., Gucciardo Law Group, P.A., 8470 Enterprise Circle, Suite 110, Lakewood Ranch, FL 34202-4105 |
| 13839428 | + | Celia M. Howell Osborne, 1252 Reed Hollow Road, Gate City, VA 24251-5449 |
| 13839429 | + | Center Street Securities, Inc., 1115 W. Fulton Market, 3rd Floor, Chicago, IL 60607-1213 |
| 13839431 | + | Courtney M. Werring, Esq., Meyer Wilson Co., LPA, 305 W. Nationwide Blvd., Columbus, OH 43215-2309 |
| 13839432 | + | Darrell and Joan Vincent, 1470 South Street, Fowler, IL 62338-2360 |
| 13839433 | | David Porteous, Faegre Drinker Biddle & Realth, LLP, P. O. Box 1450, Minneapolis, MN 55485-6193 |
| 13839434 | + | Diane M. Dierking, 3532 Stonecreek Circle, Jeffersonville, IN 47130-8049 |
| 13839435 | + | Don, Jr. and Marla Lair, 202 S. Main Street, P. O. Box 251, Payson, IL 62360-0251 |
| 13839436 | + | Doug & Heather Atkins, c/o Brent Long, Compass Real Estate, 1535 W. Northfield Blvd., Murfreesboro, TN 37129-1427 |
| 13839437 | | FINRA, P. O. Box 418911, Boston, MA 02241-8911 |
| 13839438 | | First Horizon, P. O. Box 0054, Palatine, IL 60055-0054 |
| 13839439 | + | Grant Dixon, P. O. Box 141756, Spokane Valley, WA 99214-1756 |
| 13839440 | + | H. Joseph and Constance Schilmiller, 6855 Stiller Road, Floyds Knobs, IN 47119-9207 |
| 13839441 | + | Hans and Carol Bietsch, 229 Wilbrook Road, Stratford, CT 06614-1981 |
| 13839442 | + | James Wood, 1250 Hancel Road, Equality, AL 36026-2637 |
| 13839443 | + | Jeff Kennedy, 1093 County Road 205, Giddings, TX 78942-5726 |
| 13839444 | | Jeffrey Erez, Esq & Michael Rapaport, EREX Law, One Downtown 1 SE, 3rd Ave., Suite 1670, Miami, FL 33131 |
| 13839445 | + | Jeffrey Semersheim, 9304 South State Road 257, Stendal, IN 47585-8849 |
| 13839446 | + | John English, 2599 Rockville Center Parkway, Oceanside, NY 11572-1646 |
| 13839448 | + | Joy Necessary, 1009 Blue Heron Way, Tarpon Springs, FL 34689-7142 |
| 13839449 | + | Kalju Nekvasil, Esq., Goodman & Nekvasil, P.A., 624 1st Ave. South, Saint Petersburg, FL 33701-4120 |
| 13839450 | + | Kent and Nancy Crow, 306 Country Lane, Mendon, IL 62351-1262 |
| 13839451 | + | Mary Santana, 13121 Avenida Santa Tecia, La Mirada, CA 90638-3213 |
| 13839452 | + | Michael C. Bixby, Bixby Law PLLC, 4300 Bayou Blvd, Suite 16, Pensacola, FL 32503-2671 |
| 13839453 | + | Michael C. Bixby, Esq., Bixby Law PLLC, 1149 Creighton Road, Pensacola, FL 32504-7096 |
| 13839454 | | Michael Roden, 2707 Cape Rock Pass, Prescott, AZ 86301-9604 |
| 13839455 | + | Michael Siegforth, 8843 East Yucca Blossom Dr, Gold Canyon, AZ 85118-7067 |
| 13839456 | + | Peter Mougey, Esq., Levin Papantonio, 316 South Baylen St., Suite 600, Pensacola, FL 32502-5996 |
| 13839458 | + | Socorro Galam, 6675 Shemiran Street, La Verne, CA 91750-2390 |
| 13839459 | + | Terry and Sharon Vaughn, 2024 North Arrowood Court, Quincy, IL 62305-8987 |
| 13839460 | + | The Roy W. Parker, Jr. Revocable Trust, 641 Columbia Drive, Winter Park, FL 32789-1407 |
| 13839461 | + | Thomas and Diann Elliott, 1551 N. 900th Ave., Liberty, IL 62347-4800 |
| 13839462 | + | USF Credit Union, 1545 Bluff City Highway, Bristol, TN 37620-6018 |
| 13842827 | + | United Southeast Federal Credit Union, c/o Eric W. Reecher, Esq., Elliott Lawson & Minor, P.C., 230 Piedmont Ave., Suite 300, Bristol, VA 24201-4280 |
| 13839465 | + | WL Financial Advisors, LLC, 951 Cumberland Street, Bristol, VA 24201-4103 |
| 13839463 | + | William J. Layne, 432 Corte Verde, Upland, CA 91786-5168 |
| 13839464 | + | William Young, Esq., Colling Gilbert Wright, PLLC, 801 North Orange Ave., Suite 830, Orlando, FL 32801-5203 |
| 13839457 | + | simpliHOM, 836 N. Thompson Lane, Murfreesboro, TN 37129-4342 |

TOTAL: 40

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern

| District/off: 0649-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Mar 27, 2025 | Form ID: pdfbk | Total Noticed: 52 |

Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| db | + Email/PDF: jr@jrthacker.com | Mar 27 2025 20:02:00 | Jack Robert Thacker, Jr., 2261 Bullock Hollow Road, Bristol, TN 37620-1135 |
| smg | Email/Text: sbse.cio.bnc.mail@irs.gov | Mar 27 2025 20:02:00 | Internal Revenue Service, P. O. Box 21126, Philadelphia,, PA 19114 |
| cr | Email/Text: BKCourtNotices@yourmortgageonline.com | Mar 27 2025 20:02:00 | First Horizon Bank, 1 Corporate Drive, Suite 360, Lake Zurich, IL 60047 |
| cr | + Email/Text: asteele@wsfs-law.com | Mar 27 2025 20:03:00 | Don and Marla Lair, c/o Anthony R. Steele, Esq., P.O. Box 2428, Knoxville, TN 37901-2428 |
| cr | + Email/Text: asteele@wsfs-law.com | Mar 27 2025 20:03:00 | Terry and Sharon Vaughan, c/o Anthony R. Steele, Esq., P.O. Box 2428, Knoxville, TN 37901-2428 |
| cr | + Email/Text: tblanton@usfcu.org | Mar 27 2025 20:03:00 | United Southeast Federal Credit Union, 1545 Bluff City Highway, Bristol, TN 37620-6018 |
| 13839424 | Email/Text: BarclaysBankDelaware@tsico.com | Mar 27 2025 20:03:00 | Barclays Bank Mastercard, P. O. Box 8801, Wilmington, DE 19899-8801 |
| 13839427 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 27 2025 20:13:46 | Capital One Visa, P. O. Box 30285, Salt Lake City, UT 84130-0285 |
| 13839430 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 27 2025 20:13:37 | Citibank Mastercard, P. O. Box 6500, Sioux Falls, SD 57117-6500 |
| 13850025 | + Email/Text: asteele@wsfs-law.com | Mar 27 2025 20:03:00 | Don and Marla Lair, c/o Anthony R. Steele, Esq., Walter N. Winchester, Esq., P.O. Box 2428, Knoxville, TN 37901-2428 |
| 13842179 | + Email/Text: EBN@brockandscott.com | Mar 27 2025 20:02:00 | First Horizon Bank, C/O Brock and Scott, PLLC, Attorneys at Law, 3825 Forrestgate Dr., Winston-Salem, NC 27103-2930 |
| 13850026 | + Email/Text: asteele@wsfs-law.com | Mar 27 2025 20:03:00 | Terry and Sharon Vaughan, c/o Anthony R. Steele, Esq., Walter N. Winchester, Esq., P.O. Box 2428, Knoxville, TN 37901-2428 |

TOTAL: 12

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 13839447 | ##+ | Joshua Mankini, 155 Bluegrass Drive, Hendersonville, TN 37075-2751 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 29, 2025     Signature:     /s/Gustava Winters

| District/off: 0649-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Mar 27, 2025 | Form ID: pdfbk | Total Noticed: 52 |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 27, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew Wesley Hogan | on behalf of Creditor First Horizon Bank andrew.hogan@brockandscott.com  wbecf@brockandscott.com |
| Anthony R. Steele | on behalf of Creditor Terry and Sharon Vaughan asteele@wsfs-law.com |
| Anthony R. Steele | on behalf of Creditor Don and Marla Lair asteele@wsfs-law.com |
| Eric W. Reecher | on behalf of Creditor United Southeast Federal Credit Union ereecher@elliottlawson.com  thopkins@elliottlawson.com |
| M. Aaron Spencer | aspencer@wmbac.com  TN56@ecfcbis.com;tclanton@wmbac.com;mas2@trustesolutions.net |
| Maurice K. Guinn | on behalf of Debtor Jack Robert Thacker  Jr. mkg@tennlaw.com |
| Tiffany A. Diiorio | on behalf of U.S. Trustee United States Trustee Tiffany.Diiorio@usdoj.gov |
| United States Trustee | Ustpregion08.kx.ecf@usdoj.gov |
| Walter N. Winchester | on behalf of Creditor Don and Marla Lair wwinchester@wsfs-law.com |
| Walter N. Winchester | on behalf of Creditor Terry and Sharon Vaughan wwinchester@wsfs-law.com |

TOTAL: 10



**SO ORDERED.**
**SIGNED this 27th day of March, 2025**

**THIS ORDER HAS BEEN ENTERED ON THE DOCKET.**
**PLEASE SEE DOCKET FOR ENTRY DATE.**

*Rachel Ralston Mancl*
Rachel Ralston Mancl
**UNITED STATES BANKRUPTCY JUDGE**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION AT GREENEVILLE

| | | |
|---|---|---|
| **In re** | : | |
| | : | |
| **JACK ROBERT THACKER, JR.** | : | Case No. 2:25-bk-50237-RRM |
| a/k/a JACK R. THACKER, | : | Chapter 11 – Subchapter V |
| a/k/a J. R. THACKER | : | |
| | : | |
| **Debtor** | : | |

**ORDER GRANTING APPLICATION FOR APPROVAL OF**
**EMPLOYMENT OF simpliHOM**
**PURSUANT TO E.D. TENN. LBR 2014-1**
**AND RETROACTIVE TO MARCH 6, 2025**

On March 12, 2025, Jack Robert Thacker, Jr. filed his Application (Doc 29) requesting approval of his employment of simpliHOM. The Application is supported by the Affidavit of Meagan Miller. Copies of the Application For Approval of Employment of simpliHOM, including the Notice of Hearing, and the proposed Order Granting Application, were served upon the attorney for the U.S. Trustee, the United States Attorney for the Eastern District of Tennessee, the Debtor, and all creditors and parties in interest. Based on the Affidavit supporting the Application, it appears that simpliHOM is disinterested within the meaning of that term as defined in 11 U.S.C. §101(14). Don Lair and Marla Lair and Terry Vaughn and Sharon Vaughn

1

("Objectors") filed an Objection (Doc 45) to the Application. The hearing on Application and the Objection was held on March 25, 2025. The Objectors' Objection is overruled, and the Application is GRANTED. Pursuant to E.D. Tenn. LBR 2014-1, and as requested in the Application, the Application relates back to March 6, 2025, the date of the Order for relief. Jack Robert Thacker, Jr. may pay a six percent (6%) realtor commission at the closing of the sale approved by the Court of the property at 4332 Pretoria Run, Murfreesboro, Tennessee. The realtor commission shall be divided equally between simpliHOM and Compass RE-Murfreesboro.

###

APPROVED FOR ENTRY:

/s/Tiffany DiIorio
Tiffany DiIorio
U.S. Trustee's Office
800 Market Street, Suite 114
Knoxville, TN 37902
(865) 545-4754
tiffany.diiorio@usdoj.gov


/s/Maurice K. Guinn
Maurice K. Guinn (BPR # 000366)
Gentry, Tipton & McLemore, P.C.
P.O. Box 1990
Knoxville, Tennessee 37901
(865) 525-5300
mkg@tennlaw.com
Attorneys for Jack Robert Thacker, Jr.

/s/M. Aaron Spencer
M. Aaron Spencer (BPR #029911)
P. O. Box 900
Knoxville, TN 37901
(865) 215-1000
aspencer@wmbac.com
Subchapter V Trustee

2

/s/Anthony R. Steele
Anthony R. Steele  (BPR #016303)
P. O. Box 2428
Knoxville, TN  37901
(865) 637-1980
asteele@wsfs-law.com
Attorney for Don Lair, Marla Lair, Terry Vaughn & Sharon Vaughn

Order Granting Application For Approval of Employment of simpliHOM (3-25-25)

3