United States Bankruptcy Court

Eastern District of Tennessee

| | |
|---|---|
| In re: | Case No. 25-50237-RRM |
| Jack Robert Thacker, Jr. | Chapter 11 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0649-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Mar 28, 2025 | Form ID: pdfAgrdO | Total Noticed: 5 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 30, 2025:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| db | + Email/PDF: jr@jrthacker.com | Mar 28 2025 19:51:00 | Jack Robert Thacker, Jr., 2261 Bullock Hollow Road, Bristol, TN 37620-1135 |
| cr | Email/Text: BKCourtNotices@yourmortgageonline.com | Mar 28 2025 19:52:00 | First Horizon Bank, 1 Corporate Drive, Suite 360, Lake Zurich, IL 60047 |
| cr | + Email/Text: asteele@wsfs-law.com | Mar 28 2025 19:52:00 | Don and Marla Lair, c/o Anthony R. Steele, Esq., P.O. Box 2428, Knoxville, TN 37901-2428 |
| cr | + Email/Text: asteele@wsfs-law.com | Mar 28 2025 19:52:00 | Terry and Sharon Vaughan, c/o Anthony R. Steele, Esq., P.O. Box 2428, Knoxville, TN 37901-2428 |
| cr | + Email/Text: tblanton@usfcu.org | Mar 28 2025 19:52:00 | United Southeast Federal Credit Union, 1545 Bluff City Highway, Bristol, TN 37620-6018 |

TOTAL: 5

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| | | |
|---|---|---|
| Date: Mar 30, 2025 | Signature: | /s/Gustava Winters |

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 28, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew Wesley Hogan | |

| | |
|---|---|
| | on behalf of Creditor First Horizon Bank andrew.hogan@brockandscott.com wbecf@brockandscott.com |
| Anthony R. Steele | on behalf of Creditor Don and Marla Lair asteele@wsfs-law.com |
| Anthony R. Steele | on behalf of Creditor Terry and Sharon Vaughan asteele@wsfs-law.com |
| Eric W. Reecher | on behalf of Creditor United Southeast Federal Credit Union ereecher@elliottlawson.com thopkins@elliottlawson.com |
| M. Aaron Spencer | aspencer@wmbac.com TN56@ecfcbis.com;tclanton@wmbac.com;mas2@trustesolutions.net |
| Maurice K. Guinn | on behalf of Debtor Jack Robert Thacker Jr. mkg@tennlaw.com |
| Tiffany A. Diiorio | on behalf of U.S. Trustee United States Trustee Tiffany.Diiorio@usdoj.gov |
| United States Trustee | Ustpregion08.kx.ecf@usdoj.gov |
| Walter N. Winchester | on behalf of Creditor Don and Marla Lair wwinchester@wsfs-law.com |
| Walter N. Winchester | on behalf of Creditor Terry and Sharon Vaughan wwinchester@wsfs-law.com |

TOTAL: 10



**SO ORDERED.**
**SIGNED this 28th day of March, 2025**

THIS ORDER HAS BEEN ENTERED ON THE DOCKET.
PLEASE SEE DOCKET FOR ENTRY DATE.

Rachel Ralston Mancl
**UNITED STATES BANKRUPTCY JUDGE**

_____

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF TENNESSEE
### NORTHEASTERN DIVISION AT GREENEVILLE

| | |
|---|---|
| In re : | |
| : | |
| JACK ROBERT THACKER, JR. : | Case No. 2:25-bk-50237-RRM |
| a/k/a JACK R. THACKER, : | Chapter 11 – Subchapter V |
| a/k/a J. R. THACKER : | |
| : | |
| Debtor : | |

### AMENDED AGREED ORDER GRANTING MOTION TO SELL 4332 PRETORIA RUN FREE AND CLEAR OF LIENS AND INTERESTS

On March 11, 2025, Jack Robert Thacker, Jr. filed his Motion to Sell 4332 Pretoria Run Free and Clear of Liens and Interests (Doc 25). Copies of the Motion, including the Notice of Hearing, and the proposed Order granting the Motion were served upon the Attorney for the U.S. Trustee, the United States Attorney for the Eastern District of Tennessee, the Debtor, and all creditors and parties in interest. Don Lair and Marla Lair and Terry Vaughn and Sharon Vaughn filed an Objection (Doc 44), not to the proposed sale but to the Debtor's proposed deposit of any sale proceeds to the debtor or debtor-in-possession account. A hearing on the Motion to Sell and the Objection was held on March 25, 2025. Based on the statements at the March 25, 2025 hearing,

the proposed sale is approved. The lien claim of First Horizon Bank shall attach to the sale proceeds and shall be paid in full at closing. The remaining unpaid cost for the roof replacement, estimated at $14,287.17, shall be paid to Perimeter Roofing as a cost of closing. Within three (3) days after closing, Debtor shall forward payment in the same amount paid to Perimeter Roofing at closing to the Subchapter V Trustee. A six percent (6%) realtor commission on the sale shall be paid at the closing, with three percent (3%) paid to simpliHOM and three percent (3%) paid to Compass RE-Murfreesboro. The balance of the sale proceeds shall be paid to M. Aaron Spencer, the Subchapter V Trustee, to be held in an account that is identified as a Subchapter V trustee account and is covered by his Subchapter V blanket bond, pending further order of the Court. Pursuant to Federal Rule of Bankruptcy Procedure 6004(h), the sale of 4332 Pretoria Run shall not be stayed for 14 days.

# # #

APPROVED FOR ENTRY:

/s/Tiffany DiIorio
Tiffany DiIorio
(Fla. Bar No. 0719706)
U.S. Trustee's Office
800 Market Street, Suite 114
Knoxville, TN 37902
tiffany.diiorio@usdoj.gov
(865) 545-4754

/s/Maurice K. Guinn
Maurice K. Guinn
(BPR # 000366)
Gentry, Tipton & McLemore, P.C.
P.O. Box 1990
Knoxville, TN 37901
(865) 525-5300
mkg@tennlaw.com
Attorneys for Jack Robert Thacker, Jr.

/s/M. Aaron Spencer
M. Aaron Spencer
(BPR #029911)
P. O. Box 900
Knoxville, TN  37901
(865) 215-1000
aspencer@wmbac.com
Subchapter V Trustee

/s/Anthony R. Steele
Anthony R. Steele
(BPR #016303)
Winchester, Sellers, Foster & Steele, PC
P. O. Box 2428
Knoxville, TN  37901
(865) 637-1980
asteele@wsfs-law.com
Attorney for Don Lair, Marla Lair, Terry Vaughn & Sharon Vaughn

*Amended Agreed Order Granting Motion to Sell Pretoria Run  (3-27-25)*

3