### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF TENNESSEE (GREENEVILLE)

| | |
|---|---|
| **IN RE:** ) | |
| ) | |
| **JACK ROBERT THACKER, JR.,** ) | **Case No. 2:25-bk-50237-RRM** |
| ) | **Chapter 11** |
| **Debtor.** ) | |

### ORDER GRANTING DON LAIR AND MARLA LAIR'S AMENDED
### MOTION FOR RELIEF FROM AUTOMATIC STAY

WHEREAS, **DON LAIR** and **MARLA LAIR** (the "Movants") filed an Amended Motion for Relief from Automatic Stay and for Adequate Protection pursuant to Federal Rules of Bankruptcy Procedure 4001 and 9013, E.D. Tenn. LBR 4001-1(a) and 9013, and 11 U.S.C. § 362; and

WHEREAS, the Motion recited that Movants filed a Financial Industry Regulatory Authority ("FINRA") Statement of Claim against Debtor, among others, for the mishandling of Movants' assets. Before a final decision was published by FINRA Dispute Resolution Services on Movants' claims against Debtor, Debtor filed a voluntary Chapter 11, Subchapter V petition. The imposition of the automatic stay suspended FINRA Dispute Resolution Services' release of its determination and final award. Movants seek relief from the automatic stay pursuant to 11 U.S.C. § 362 to allow

FINRA Dispute Resolution Services to render a final award and to pursue confirmation of said final award. Accordingly, for good cause shown, it is

ORDERED, ADJUDGED AND DECRED that the Motion filed by the Movants is GRANTED FOR CAUSE pursuant to 11 U.S.C. § 362(d)(1), and the automatic stay pursuant to 11 U.S.C. § 362(a) is modified accordingly so that said Movants shall be permitted to (1) proceed with the FINRA Arbitration Proceedings involving the Debtor and any other parties thereto and to allow Movants to finalize any final award to be issued by the arbitration panel and later confirmation proceedings of such final award, but not enforcement of any final award pending further Orders of this Court; (2) to provide said Stay Relief to be immediately enforceable upon entry pursuant to FRBP 4001(a)(4); and, (3) for such other and further relief as to which the Movants may be entitled, including adequate protection of Movants' respective rights and interest pursuant to 11 U.S.C. § 361 to protect their Arbitration and other contract rights, all such rights of Movants being reserved.

# # #

APPROVED FOR ENTRY:

   /s/ Anthony R. Steele
Walter N. Winchester, BPR #014530
Anthony R. Steele, BPR #016303
Attorneys for Don Lair and Marla Lair
Winchester, Sellers, Foster & Steele, P.C.
P.O. Box 2428
Knoxville, TN  37901-2428
Phone: (865) 637-1980
Email: wwinchester@wsfs-law.com
Email: asteele@wsfs-law.com