### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF TENNESSEE (GREENEVILLE)

| | |
|---|---|
| **IN RE:** ) | |
| ) | |
| **JACK ROBERT THACKER, JR.,** ) | **Case No. 2:25-bk-50237-RRM** |
| ) | **Chapter 11** |
| **Debtor.** ) | |

### ORDER GRANTING TERRY VAUGHN AND SHARON VAUGHN'S
### AMENDED MOTION FOR RELIEF FROM AUTOMATIC STAY

WHEREAS, **TERRY VAUGHN** and **SHARON VAUGHN** (the "Movants") filed an Amended Motion for Relief from Automatic Stay and for Adequate Protection pursuant to Federal Rules of Bankruptcy Procedure 4001 and 9013, E.D. Tenn. LBR 4001-1(a) and 9013, and 11 U.S.C. § 362; and

WHEREAS, the Motion recited that Movants filed a Financial Industry Regulatory Authority ("FINRA") Statement of Claim against Debtor, among others, for the mishandling of Movants' assets. After FINRA Dispute Resolution Services determined Movants' award, Movants filed a Petition to Confirm the Arbitration Award in the Eastern District of Missouri. Before confirmation of the award could be completed, Debtor filed a voluntary Chapter 11, Subchapter V petition with this Court. The imposition of the automatic stay suspended the United States District Court for the

Easten District of Missouri from proceeding with confirmation of the award. Movants seek relief from the automatic stay pursuant to 11 U.S.C. § 362 to allow the United States District Court for the Eastern District of Missouri to confirm the FINRA Arbitration award. Accordingly, for good cause shown, it is

ORDERED, ADJUDGED AND DECRED that the Motion filed by the Movants is GRANTED FOR CAUSE pursuant to 11 U.S.C. § 362(d)(1), and the automatic stay pursuant to 11 U.S.C. § 362(a) is modified accordingly so that said Movants shall be permitted to (1) proceed with the Petition to Confirm Arbitration Award involving the Debtor and any other parties thereto and to allow Movants to finalize the final award, but not enforcement of any final award pending further Orders of this Court; (2) to provide said Stay Relief to be immediately enforceable upon entry pursuant to FRBP 4001(a)(4); and, (3) for such other and further relief as to which the Movants may be entitled, including adequate protection of Movants' respective rights and interest pursuant to 11 U.S.C. § 361 to protect their Arbitration and other contract rights, all such rights of Movants being reserved.

# # #

APPROVED FOR ENTRY:

_____/s/ Anthony R. Steele_____
Walter N. Winchester, BPR #014530
Anthony R. Steele, BPR #016303
Attorneys for Terry Vaughn and Sharon Vaughn
Winchester, Sellers, Foster & Steele, P.C.
P.O. Box 2428
Knoxville, TN 37901-2428
Phone: (865) 637-1980
Email: wwinchester@wsfs-law.com
Email: asteele@wsfs-law.com