**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF TENNESSEE (GREENEVILLE)**

| | |
|---|---|
| IN RE: | ) |
| | ) |
| JACK ROBERT THACKER, JR., | )  Case No. 2:25-bk-50237-RRM |
| | )  Chapter 11 |
| Debtor. | ) |

**NOTICE OF WITHDRAWAL OF AMENDED**
**MOTION FOR RELIEF FROM AUTOMATIC STAY AND ADEQUATE**
**PROTECTION**

COMES **DON LAIR AND MARLA LAIR**, by and through counsel, and hereby notifies the Court and parties in interest of the withdrawal of its Amended Motion for Relief from Automatic Stay and Adequate Protection, filed on April 3, 2025 [Doc No. 64], which was filed in error.

Respectfully submitted, this the 4th day of April, 2025.

**DON LAIR and MARLA LAIR**

By: /s/ Anthony R. Steele
Walter N. Winchester, BPR #014530
Anthony R. Steele, BPR #016303
Attorneys for Don Lair and Marla Lair
Winchester, Sellers, Foster & Steele, P.C.
P.O. Box 2428
Knoxville, TN  37901-2428
Phone: (865) 637-1980
Email: wwinchester@wsfs-law.com
Email: asteele@wsfs-law.com

## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that a true and accurate copy of the foregoing **Withdrawal of Amended Motion for Relief from Automatic Stay and Adequate Protection** has been sent electronically to all parties receiving electronic notices via ECF as indicated on the filing receipt, including:

Tiffany Diiorio, Tiffany.Diiorio@usdoj.gov, Trustee;
Maurice K. Guinn, mkg@tennlaw.com, Attorney for Debtor;
M. Aaron Spencer, aspencer@wmbac.com, Trustee;

and by United States mail to the Debtor, Jack Robert Thacker, Jr., 2261 Bullock Hollow Road, Bristol, TN 37620, with sufficient postage thereupon to carry same to its destination, this the 4th day of April, 2025.

    Winchester, Sellers, Foster & Steele, P.C.

    By: /s/ Anthony R. Steele
        Anthony R. Steele, Attorney