IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION AT GREENEVILLE

| | | |
|---|---|---|
| In re | : | |
| | : | |
| JACK ROBERT THACKER, JR. | : | Case No.  2:25-bk-50237-RRM |
| a/k/a JACK R. THACKER, | : | Chapter 11 – Subchapter V |
| a/k/a J. R. THACKER | : | |
| | : | |
| Debtor | : | |

## AMENDED REPORT OF SALE

On March 28, 2025, the Debtor filed the Report of Sale (Doc 56) pertaining to the sale of 4332 Pretoria Run, Murfreesboro, Tennessee. The Settlement Statement attached to the Report of Sale did not include the correct amount for the payoff to First Horizon Bank, omitted some charges connected to the closing and did not include the correct amount to be sent to the Subchapter V Trustee. Accordingly, the Debtor submits this Amended Report of Sale with the "Final ALTA Settlement – Seller" and "Closing Disclosure" and "Final Closing Disclosure – Attachment." The Subchapter V Trustee should receive $513,095.65.

/s/Maurice K. Guinn
Maurice K. Guinn   (Bar Code No. 000366)
Gentry, Tipton & McLemore, P.C.
P.O. Box 1990
Knoxville, TN   37901
Phone:  (865)  525-5300
mkg@tennlaw.com
Attorneys for Jack Robert Thacker, Jr.

### CERTIFICATE OF SERVICE

The undersigned certifies that on April 11, 2025, the foregoing **"Amended Report of Sale"** was filed electronically and will be sent by operation of the Court's electronic filing system to Tiffany DiIorio, Andrew Wesley Hogan, Eric W. Reecher, M. Aaron Spencer, Anthony R. Steele, Walter N. Winchester, and the United States Trustee.

*/s/ Maurice K. Guinn*
Maurice K. Guinn