| American Land Title Association | Final ALTA Settlement Statement - Seller |
|---|---|
| | Adopted 05-01-2015 |

**Tri Star Title & Escrow, LLC**
**ALTA Universal ID:**
**1535 W. Northfield Blvd., Suite 16**
**Murfreesboro, TN 37129**

| | |
|---|---|
| File No./Escrow No.: | 0225-047 |
| Print Date & Time: | April 09, 2025 1:35 pm |
| Officer/Escrow Officer: | |
| Settlement Location: | 1535 W. Northfield Blvd., Suite 16 Murfreesboro, TN 37129 |
| Property Address: | 4332 Pretoria Run Murfreesboro, TN 37128 |
| Buyer: | Doug Atkins and Heather Atkins 1128 Julian Way Murfreesboro, TN 37128 |
| Seller: | Jack Robert Thacker, Jr. 4332 Pretoria Run Murfreesboro, TN 37128 |
| Settlement Date : | March 28, 2025 |
| Disbursement Date : | March 28, 2025 |

| Description | Seller | |
|---|---|---|
| | Debit | Credit |
| **Financial** | | |
| Sale Price of Property | | 1,107,500.00 |
| Seller Credit | 2,500.00 | |
| | | |
| **Prorations/Adjustments** | | |
| HOA Dues 03/28/25-03/31/25 | | 7.78 |
| City/Town Taxes 01/01/25-03/27/25 | 442.72 | |
| County Taxes 01/01/25-03/27/25 | 872.02 | |
| | | |
| **Title Charges and Escrow/Settlement Charges** | | |
| Closing Fee to Closed Title | 595.00 | |
| Digital Storage Fee to Closed Title | 99.00 | |
| Search Fee to Closed Title | 80.00 | |
| Payoff Delivery/Overnight Fee to Tri Star Title & Escrow, LLC | 25.00 | |
| | | |
| **Commissions** | | |
| Broker Fee to SimpliHOM | 599.00 | |

| Description | Seller Debit | Seller Credit |
|---|---:|---:|
| **Commissions (continued)** | | |
| Commission - Listing Agent to SimpliHOM | 33,225.00 | |
| Commission - Selling Agent to Compass RE | 33,225.00 | |
| | | |
| **Payoffs** | | |
| Payoff of First Mortgage Loan to First Horizon Bank pending update | 508,009.22 | |
| | | |
| **Miscellaneous** | | |
| ERecording Fee (S) to Corporation Service Company | 6.00 | |
| HOA Current balance to Puckett Station Homeowners-1535 | 200.00 | |
| HOA Service/Delivery Fee to Bill2Pay | 20.00 | |
| HOA Statement of Account to Ghertner and Company | 265.00 | |
| Record Non-Identity Affidavit to Rutherford County Register of Deeds | 17.00 | |
| Release Tracking Fee to ReQuire | 45.00 | |
| Perimeter Roofing Payoff to Perimeter Roofing | 14,187.17 | |
| Balance of Proceeds to be send to Subchapter V trustee account to Closed Title | 513,095.65 | |
| | **Debit** | **Credit** |
| **Subtotals** | 1,107,507.78 | 1,107,507.78 |
| **Totals** | 1,107,507.78 | 1,107,507.78 |

Copyright 2015 American Land Title Association
All rights reserved
Page 2 of 2
File # 0225-047/33
Printed on 04/09/25 at 1:35:33 PM by Molly Smith

# Final
# Closing Disclosure

## Closing Information

| | |
|---|---|
| Date Issued | |
| Closing Date | 03/28/2025 |
| Disbursement Date | 03/28/2025 |
| Settlement Agent | Tri Star Title & Escrow, LLC |
| File # | 0225-047 |
| Property | 4332 Pretoria Run<br>Murfreesboro, TN 37128 |
| Sale Price | $1,107,500 |

## Transaction Information

| | |
|---|---|
| Buyer | Doug Atkins and Heather Atkins<br>1128 Julian Way<br>Murfreesboro, TN 37128 |
| Seller | Jack Robert Thacker, Jr.<br>4332 Pretoria Run<br>Murfreesboro, TN 37128 |

## Summaries of Transactions

### SELLER'S TRANSACTION

| M. Due to Seller at Closing | | $1,107,507.78 |
|---|---|---|
| 01 Sale Price of Property | | $1,107,500.00 |
| 02 Sale Price of Any Personal Property Included in Sale | | |
| 03 | | |
| 04 | | |
| 05 | | |
| 06 | | |
| 07 | | |
| 08 | | |
| **Adjustments for Items Paid by Seller in Advance** | | |
| 09 City/Town Taxes | | |
| 10 County Taxes | | |
| 11 Assessments | | |
| 12 HOA Dues | 03/28/25-03/31/25 | $7.78 |
| 13 | | |
| 14 | | |
| 15 | | |
| 16 | | |

| N. Due from Seller at Closing | | $1,107,507.78 |
|---|---|---|
| 01 Excess Deposit | | |
| 02 Closing Costs Paid at Closing (J) | | $68,401.00 |
| 03 Existing Loan(s) Assumed or Taken Subject to | | |
| 04 Payoff of First Mortgage Loan t | pending update | $508,009.22 |
| 05 Payoff of Second Mortgage Loan | | |
| 06 Perimeter Roofing Payoff to Perimeter Roofing | | $14,187.17 |
| 07 | | |
| 08 Seller Credit | | $2,500.00 |
| 09 Balance of Proceeds to be send to Subchapter V trustee | | $513,095.65 |
| 10 | | |
| 11 | | |
| 12 | | |
| 13 | | |
| **Adjustments for Items Unpaid by Seller** | | |
| 14 City/Town Taxes | 01/01/25 to 03/27/25 | $442.72 |
| 15 County Taxes | 01/01/25 to 03/27/25 | $872.02 |
| 16 Assessments | | |
| 17 | | |
| 18 | | |
| 19 | | |

### CALCULATION

| | |
|---|---|
| Total Due to Seller at Closing (M) | $1,107,507.78 |
| Total Due from Seller at Closing (N) | -$1,107,507.78 |
| Cash ☐ From ☐ To Seller | $0.00 |

## Contact Information

### REAL ESTATE BROKER (B)

| | |
|---|---|
| Name | Compass RE |
| Address | 3990 Hillsboro Pike<br>Suite 320<br>Nashville, TN 37215 |
| TN License ID | |
| Contact | Brent Long |
| Contact TN License ID | |
| Email | brent.long@compass.com |
| Phone | (615)475-5616 |

### REAL ESTATE BROKER (S)

| | |
|---|---|
| Name | SimpliHOM |
| Address | 836 N. Thompson Lane<br>Ste 1E<br>Murfreesboro, TN 37129 |
| TN License ID | |
| Contact | |
| Contact TN License ID | |
| Email | |
| Phone | |

### SETTLEMENT AGENT

| | |
|---|---|
| Name | Tri Star Title & Escrow, LLC |
| Address | 1535 W. Northfield Blvd., Suite 16<br>Murfreesboro, TN 37129 |
| TN License ID | 2260781 |
| Contact | |
| Contact TN License ID | |
| Email | lwalker@tristartitleandescrow.com |
| Phone | |



**Questions?** If you have questions about the loan terms or costs on this form, use the contact information above. To get more information or make a complaint, contact the Consumer Financial Protection Bureau at www.consumerfinance.gov/mortgage-closing

## Closing Cost Details

| Loan Costs | Seller-Paid At Closing | Before Closing |
|---|---|---|
| **A. Origination Charges** | | |
| 01  % of Loan Amount (Points) | | |
| 02 | | |
| 03 | | |
| 04 | | |
| 05 | | |
| **B. Services Buyer Did Not Shop For** | | |
| 01 | | |
| 02 | | |
| 03 | | |
| 04 | | |
| 05 | | |
| **C. Services Buyer Did Shop For** | | |
| 01  Title - Buyer Closing Fee to Tri Star Title & Escrow, LLC | | |
| 02  Title - ERecording Fee (B) to Corporation Service Company | | |
| 03  Title - ERecording Fee (S) to Corporation Service Company | $6.00 | |
| 04  Title - Wire Fee to Tri Star Title & Escrow, LLC | | |

| Other Costs | | |
|---|---|---|
| **E. Taxes and Other Government Fees** | | |
| 01  Recording Fees         Deed:        Mortgage: | | |
| 02  State Tax Stamps- Deed to Rutherford County Register of Deeds | | |
| 03  State Tax Stamps- Mortgage to Rutherford County Register of Deeds | | |
| **F. Prepaids** | | |
| 01  Homeowner's Insurance Premium (  mo.) | | |
| 02  Mortgage Insurance Premium (  mo.) | | |
| 03  Prepaid Interest (     per day from       to     ) | | |
| 04  Property Taxes (  mo.) | | |
| 05 | | |
| **G. Initial Escrow Payment at Closing** | | |
| 01  Homeowner's Insurance | | |
| 02  Mortgage Insurance | | |
| 03  Property Taxes | | |
| 04 | | |
| 05 | | |
| 06 | | |
| 07 | | |
| 08  Aggregate Adjustment | | |
| **H. Other** | | |
| 01  Broker Fee to SimpliHOM | $599.00 | |
| 02  Closing Fee to Closed Title | $595.00 | |
| 03  Commission - Listing Agent to SimpliHOM | $33,225.00 | |
| 04  Commission - Selling Agent to Compass RE | $33,225.00 | |
| 05  Digital Storage Fee to Closed Title | $99.00 | |
| 06  HOA Current balance to Puckett Station Homeowners-1535 | $200.00 | |
| 07  HOA Quarterly Dues ($175) to Puckett Station Homeowners-1535   2nd Qtr Dues - good throu | | |
| 08  HOA Service/Delivery Fee to Bill2Pay | $20.00 | |
| 09  HOA Statement of Account to Ghertner and Company | $265.00 | |
| 10  HOA Transfer Fee to Ghertner and Company | | |
| 11  HOA Working Capital to Puckett Station Homeowners-1535 | | |
| 12  Record Non-Identity Affidavit to Rutherford County Register of Deeds | $17.00 | |
| 13  Search Fee to Closed Title | $80.00 | |
| 14  Title - Owner's Title Insurance (optional) to Tri Star Title & Escrow, LLC | | |
| 15  Title - Payoff Delivery/Overnight Fee to Tri Star Title & Escrow, LLC | $25.00 | |
| 16  Title - Release Tracking Fee to ReQuire | $45.00 | |
| **J. TOTAL CLOSING COSTS** | $68,401.00 | |

CLOSING DISCLOSURE                                                                                                          PAGE 2 OF 2

# Final Closing Disclosure - Attachment

**Seller:** Jack Robert Thacker, Jr.
4332 Pretoria Run
Murfreesboro, TN 37128

**Settlement Agent:** Tri Star Title & Escrow, LLC
1535 W. Northfield Blvd., Suite 16
Murfreesboro, TN 37129
615-425-3350
**Closing Date:** March 28, 2025
**Disbursement Date:** March 28, 2025
**Property Location:** 4332 Pretoria Run
Murfreesboro, TN 37128

| Payoffs Payee/Description | | Seller Paid at Closing | Seller Paid Before Closing |
|---|---|---|---|
| **Seller's Transactions-Due from Seller at Closing** | | | |
| N.04 First Horizon Bank | | $508,009.22 | |
| Payoff of First Mortgage Loan | | | |
| Note/Ref. No.: pending update | | | |
| Loan Payoff | $0.00 | | |
| Total Payoff | $508,009.22 | | |

| Prorated Items Proration Date | Amount Prorated | | Seller Paid at Closing | Seller Paid Before Closing |
|---|---|---|---|---|
| **Seller's Transactions-Due to Seller at Closing** | | | | |
| M.12  03/28/25 | $175.00 | | $7.78 | |
| HOA Dues | | | | |
| 03/28/25-03/31/25 | | | | |
| Buyer pays 4 Days of 90, Seller pays 86 Days of 90 | | | | |
| | | Line M.12 Prorated Item Total: | $7.78 | $0.00 |

CLOSING DISCLOSURE - ATTACHMENT                                                                                                   PAGE 1 OF 1