IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION AT GREENEVILLE

| | | |
|---|---|---|
| In re | : | |
| | : | |
| JACK ROBERT THACKER, JR. | : | Case No.  2:25-bk-50237-RRM |
| a/k/a JACK R. THACKER, | : | Chapter 11 – Subchapter V |
| a/k/a J. R. THACKER | : | |
| | : | |
| Debtor | : | |

ORDER GRANTING APPLICATION FOR APPROVAL OF
EMPLOYMENT OF PENN STUART ESKRIDGE
PURSUANT TO E.D. TENN. LBR 2014-1
AND RETROACTIVE TO APRIL 15, 2025

On April 15, 2025, Jack Robert Thacker, Jr. filed his Application requesting approval of his employment of Penn Stuart Eskridge.  The Application is supported by the Affidavit of Mark Esposito. Copies of the Application For Approval of Employment of Penn Stuart Eskridge, including the Notice of Hearing, and the proposed Order Granting Application, were served upon the attorney for the U.S. Trustee, the United States Attorney for the Eastern District of Tennessee, the Debtor, and all creditors and parties in interest.  The hearing on Application was held on April 29, 2025.  Based on the Affidavit supporting the Application, it appears that Penn

1

Stuart Eskridge is disinterested within the meaning of that term as defined in 11 U.S.C. §101(14). In the absence of any objection and based on the Court's own review, the Application is GRANTED. Compensation to Penn Stuart Eskridge is subject to approval of the Court after notice and a hearing. Pursuant to E.D. Tenn. LBR 2014-1, and as requested in the Application by Penn Stuart Eskridge, the Application relates back to April 15, 2025, the date the Application was filed.

# # #

APPROVED FOR ENTRY:

*/s/ Maurice K. Guinn*
Maurice K. Guinn
(BPR # 000366)
Gentry, Tipton & McLemore, P.C.
P.O. Box 1990
Knoxville, Tennessee 37901
(865) 525-5300
Attorneys for Jack Robert Thacker, Jr.

*Order Granting Application For Approval of Employment of Penn Stuart Eskridge (4-15-25)*

2