**Fill in this information to identify the case:**

Debtor Name  Jack Robert Thacker, Jr.

United States Bankruptcy Court for the:  Eastern District of Tennessee

Case number:  25-50237

☐ Check if this is an amended filing

## Official Form 425C

## Monthly Operating Report for Small Business Under Chapter 11            12/17

Month:  __March 2025__                          Date report filed: __04/15/2025__
                                                                    MM / DD / YYYY

Line of business:  __Former Financial Advisor__       NAISC code: _____

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party:              Jack Robert Thacker, Jr.

Original signature of responsible party   *[signature]*

Printed name of responsible party   Jack Robert Thacker, Jr.

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

| | | Yes | No | N/A |
|---|---|---|---|---|
| | **If you answer No to any of the questions in lines 1-9, attach an explanation and label it Exhibit A.** | | | |
| 1. | Did the business operate during the entire reporting period? | ☐ | ☐ | ☑ |
| 2. | Do you plan to continue to operate the business next month? | ☐ | ☐ | ☑ |
| 3. | Have you paid all of your bills on time? | ☑ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☐ | ☐ | ☑ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☐ | ☑ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☑ | ☐ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☑ | ☐ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☐ | ☐ | ☑ |
| 9. | Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |
| | **If you answer Yes to any of the questions in lines 10-18, attach an explanation and label it Exhibit B.** | | | |
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☑ | ☐ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☑ | ☐ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

Debtor Name  Jack Robert Thacker, Jr.

Case number  25-50237

17. Have you paid any bills you owed before you filed bankruptcy?  ☐ ☑ ☐

18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?  ☑ ☐ ☐

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

   This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

   $ 329,965.00

20. **Total cash receipts**

   Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

   Report the total from *Exhibit C* here.

   $ 21,314.08

21. **Total cash disbursements**

   Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

   Report the total from *Exhibit D* here.

   – $ 9,253.04

22. **Net cash flow**

   Subtract line 21 from line 20 and report the result here.
   This amount may be different from what you may have calculated as *net profit*.

   + $ 12,061.04

23. **Cash on hand at the end of the month**

   Add line 22 + line 19. Report the result here.

   Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

   = $ 342,026.04

   This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**

   *(Exhibit E)*

   $ 0.00

Debtor Name  Jack Robert Thacker, Jr.                                    Case number  25-50237

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy.  Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**                                                                     $ _____0.00

    *(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed?                    _____0

27. What is the number of employees as of the date of this monthly report?        _____0

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?              $ _____0.00

29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?  $ _____0.00

30. How much have you paid this month in other professional fees?                                         $ _____0.00

31. How much have you paid in total other professional fees since filing the case?                        $ _____0.00

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

| | Column A | | Column B | | Column C |
|---|---|---|---|---|---|
| | **Projected** | — | **Actual** | = | **Difference** |
| | Copy lines 35-37 from the previous month's report. | | Copy lines 20-22 of this report. | | Subtract Column B from Column A. |
| 32. **Cash receipts** | $ _____ | — | $ 21,314.00 | = | $ _____ |
| 33. **Cash disbursements** | $ _____ | — | $ 9,253.00 | = | $ _____ |
| 34. **Net cash flow** | $ _____ | — | $ 12,061.00 | = | $ _____ |

35. Total projected cash receipts for the next month:                          $ ___6,227.00

36. Total projected cash disbursements for the next month:                   - $ ___6,676.00

37. Total projected net cash flow for the next month:                        = $ ___-449.00

Debtor Name  Jack Robert Thacker, Jr. _____  Case number  25-50237 _____

---

### 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

- ☑ 38. Bank statements for each open account (redact all but the last 4 digits of account numbers).

- ☐ 39. Bank reconciliation reports for each account.

- ☐ 40. Financial reports such as an income statement (profit & loss) and/or balance sheet.

- ☐ 41. Budget, projection, or forecast reports.

- ☐ 42. Project, job costing, or work-in-progress reports.

March 6- March 31 2025

Monthly Operating Report – Form 425 C


Exhibit A

Question - Line # 5

One automatic deposit (ACH) for interest from E2c for $1,758.88 was deposited into United Southeast FCU checking on March 18, 2025 (this has now been changed to deposit into DIP account going forward)

One automatic deposit for investment income from Montego Silver Peak for $646.66 was deposited into United Southeast FCU checking on March 26, 2025 (this has now been changed to deposit into DIP account going forward)

March 6- March 31 2025

Monthly Operating Report – Form 425 C

Exhibit B

Question line  #10

I have been unable to completely close the bank accounts at United Southeast Federal Credit Union as there is still a balance owed on the VISA through them.  The end of month balance was $7,425.43 and I am attaching a copy of the end of march statement showing this balance and the account activity.

Question line #14

I have some hospital bills from being in ICU at Franklin Woods Hospital (part of Ballad Health) for excessively high blood pressure and various heart tests.  I am still waiting to see what my health insurance pays and what amount I may owe from the various deductibles.  Originally the hospital called and said I owed $5,990, but I requested they double check the amounts and make sure they filed it with Blue Cross Blue Shield and not my previous health insurance.  I have not yet received a bill for what portions I may owe for deductibles and co-pays.

Question line #18

Checks cleared after filing date of March 6, 2025:

Redstone Credit Union Check # 156 to Middle TN Electric for $325.40 cleared March 7, 2025

United Southeast Credit Union Check #1506 to Sam's Club for $317.81 for groceries cleared March 10, 2025.

March 6- March 31 2025

Monthly Operating Report – Form 425 C


Exhibit C

Line #20 cash receipts


**United Southeast Credit Union (before ACH could be changed)**

March 18 – E2c bond interest                                   $1,758.88

March 26 – Montego Silver Peak investment income              $646.66


**First Bank & Trust DIP account**

March 14 – interest from closed account at First Community Bank    $9.98

March 14 – February Rent for 951 Cumberland St. Bristol VA         $1,500

March 14 – March Rent for 951 Cumberland St. Bristol VA            $1,500

March 18 – Capital One Visa rewards refund check                   $20.85

March 18 – Erie auto insurance refund for overpayment              $935

March 26 – Montego Midland Mesa investment income                  $322.00

March 26 – Montego Asset Mgt investment income                     $433.54

March 26 – Erie Insurance roof repair for Pretoria Run house       $14,187.17

(Check for this amount of $14,187.17 was sent to Trustee on April 1, 2025)


**Total**                                                          **$21,314.08**

March 6- March 31 2025

Monthly Operating Report – Form 425 C

**Exhibit D**

First Bank & Trust DIP account

DIP account – See included excel spreadsheet with descriptions

**Total from DIP account**        **$8,803.17**

United Southeast Credit Union

| 3/10/2025 | Sams Club | Groceries | $317.81 |
|-----------|-----------|-----------|---------|
| 3/17/2025 | Planet Fitness | Gym Membership | $22.06 |
| 3/17/2025 | John Hancock | Life Insurance | $70.00 |

**USFCU Total**              **$409.87**

Redstone Federal Credit Union

*These accounts were closed on March 27, 2025 and proceeds deposited into DIP account. When the accounts were closed I lost online access. The statements are mailed out on the 9th of each month but I have not received it yet. There may have been some automatic drafts from this account during March for utilities or insurance prior to it being closed. These can be reported when I receive the final months statement for March.

Physical cash spent

2 haircuts at Bristol barber shop for $15 each

1 prescription co pay at Walgreens on March 7 for $10

**Cash Total**              **$40.00**

| Processed Date | Description | Check Number | Credit o... | Amount | Description |
|---|---|---|---|---|---|
| 3/31/2025 | DBT CRD 1224 03/28/25 26971151 ARBYS 8304 GORDONSVILLE TN | | Debit | 13.16 | Food |
| 3/31/2025 | POS DEB 1710 03/28/25 002005937 LOVES #0787 OUTSIDE LOVE S 0787 OUTSI MOSHEIM TN | | Debit | 66.33 | Fuel |
| 3/31/2025 | DBT CRD 1945 03/29/25 27436533 AMAZON PRIME*V46YSF43 AMZN.COM/BILL WA | | Debit | 3.27 | Entertainment |
| 3/31/2025 | DBT CRD 0840 03/29/25 28595669 PRIME VIDEO CHANNELS AMZN.COM/BILL WA | | Debit | 7.65 | Entertainment |
| 3/31/2025 | POS DEB 1838 03/30/25 78671800 WAL-MART #0620 220 CENTURY BLVD BRISTOL TN | | Debit | 23.95 | Grocery/ Household items |
| 3/31/2025 | DBT CRD 2129 03/30/25 89788026 PRIME VIDEO CHANNELS AMZN.COM/BILL WA | | Debit | 14.22 | Entertainment |
| 3/31/2025 | DBT CRD 0646 03/28/25 28606950 HARDEES 1501870 MURFREESBORO TN | | Debit | 8.65 | Food |
| 3/28/2025 | POS DEB 1039 03/28/25 00591117 COSTCO WHSE #1448 COSTCO WHSE 1448 MURFREESBORO TN | | Debit | 134.3 | Grocery/ Household items |
| 3/28/2025 | POS DEB 1639 03/27/25 00724267 WM SUPERCENTER #5148 WAL-MART SUPER CEN MURFREESBORO TN | | Debit | 8.5 | Grocery/ Household items |
| 3/28/2025 | POS DEB 1103 03/28/25 00001966 COFFEE FUSION COFFEE FUSION MURFREESBORO TN | | Debit | 3.98 | Food |
| 3/28/2025 | DBT CRD 1789 03/26/25 15497228 RUBY TUESDAY 5112 DANDRIDGE TN | | Debit | 21.97 | Food |
| 3/27/2025 | POS DEB 1920 03/26/25 25469000 PILOT #0114 2449 GENESIS ROAD CROSSVILLE TN | | Debit | 6.59 | Fuel |
| 3/27/2025 | POS DEB 1249 03/27/25 00001867 COFFEE FUSION COFFEE FUSION MURFREESBORO TN | | Debit | 3.98 | Food |
| 3/27/2025 | DBT CRD 0004 03/26/25 82637518 PY *STORAGE SOLUTIONS MURFREESBORO TN | | Debit | 139 | Storage Rental |
| 3/27/2025 | DBT CRD 1048 03/26/25 69261713 BRISTOL RENT ALL 276-6693401 VA | | Debit | 184.48 | Equipment rental for building repair |
| 3/27/2025 | POS DEB 1911 03/26/25 27297100 PILOT #0114 2449 GENESIS ROAD CROSSVILLE TN | | Debit | 44.85 | Fuel |
| 3/26/2025 | POS DEB 0748 03/27/25 00001323 ALL AMERICAN CAF 2805 OLD FORT PKWY MURFREESBORO TN | | Debit | 18.81 | Food |
| 3/26/2025 | DBT CRD 0844 03/24/25 94960149 138* SULLIVAN CLERK BLV BLOUNTVILLE TN | | Debit | 58.78 | Fuel |
| 3/25/2025 | DBT CRD 0840 03/24/25 92039694 138* SULLIVAN CLERK BLV BLOUNTVILLE TN | | Debit | 16.62 | Drivers License change |
| 3/25/2025 | DBT CRD 0000 03/24/25 80351882 APPLE.COM/BILL 866-712-7753 CA | | Debit | 4.99 | Entertainment |
| 3/24/2025 | UTILITY BI SOUTH FORK UTILI PPD | | Debit | 67.01 | Water bill |
| 3/26/2025 | POD CHECK 1005 | 1005 | Debit | 3415 | Prop Taxes Bullock Hollow Rd. |
| 3/26/2025 | DBT CRD 1437 03/25/25 06613174 CROCKETT ENTERPRISES 1 GREENEVILLE TN | | Debit | 12 | Parking |
| 3/26/2025 | POS DEB 1900 03/25/25 00222002 SAMS CLUB #6518 SAM S CLUB BRISTOL VA | | Debit | 4.79 | Food |
| 3/24/2025 | DBT CRD 1610 03/21/25 62415526 SQ *BIG RED APPLE SHED BRISTOL TN | | Debit | 134.63 | Grocery/ Household items |
| 3/24/2025 | POS DEB 1706 03/23/25 00046028 WM SUPERCENTER #620 WAL-MART SUPER CEN BRISTOL TN | | Debit | 11.55 | Grocery/ Household items |
| 3/21/2025 | DBT CRD 1014 03/20/25 47759036 PILOT 04596 WHITE PINE TN | | Debit | 75 | Grocery/ Household items |
| 3/20/2025 | REG CHECK 1004 | 1004 | Debit | 37.23 | Fuel |
| 3/20/2025 | DBT CRD 0439 03/19/25 47436657 NETFLIX.COM NETFLIX.COM CA | | Debit | 728.18 | Prop Taxes 951 Cumberland St |
| 3/19/2025 | POS DEB 1108 03/18/25 81291114 APPLE.COM/BILL 866-712-7753 CA | | Debit | 27.36 | Entertainment |
| 3/19/2025 | DBT CRD 1820 03/18/25 40104302 PRIME VIDEO CHANNELS AMZN.COM/BILL WA | | Debit | 18.55 | Entertainment |
| 3/19/2025 | DBT CRD 1847 03/18/25 00237026 WM SUPERCENTER #620 WAL-MART SUPER CEN BRISTOL TN | | Debit | 18.6 | Entertainment |
| 3/19/2025 | CHK ORDER HARLAND CLARKE PPD | | Debit | 78.79 | Grocery/ Household items |
| 3/18/2025 | WEB PMT BCBSTN WEB | | Debit | 98.55 | Checks ordered |
| 3/18/2025 | POS DEB 1908 03/17/25 00011336 WALGREENS STORE 1388 VOLU WALGREENS STORE 13 BRISTOL TN | | Debit | 1021.45 | Health Insurance |
| 3/18/2025 | DBT CRD 1426 03/17/25 00009111 PY *STORAGE SOLUTIONS 615-893-5125 TN | | Debit | 18.56 | Medical |
| 3/18/2025 | POS DEB 1900 03/17/25 00848503 FOOD CITY #617 FOOD CITY 617 BRISTOL TN | | Debit | 104 | Storage Rental |
| 3/18/2025 | REG CHECK 1002 | 1002 | Debit | 26.76 | Grocery/ Household items |
| 3/18/2025 | REG CHECK 1003 | 1003 | Debit | 902 | Insurance 951 Cumberland Street |
| 3/17/2025 | POS DEB 1800 03/14/25 90457000 WAL-MART #0620 220 CENTURY BLVD BRISTOL TN | | Debit | 614 | Insurance umbrella policy |
| 3/17/2025 | DBT CRD 1405 03/14/25 85796895 WEAVER PIKE MARKET BRISTOL TN | | Debit | 116.95 | Grocery/ Household items |
| 3/17/2025 | DBT CRD 1023 03/14/25 54359423 CRAIGS CLEANERS BRISTOL TN | | Debit | 27.75 | Fuel |
| 3/13/2025 | POS DEB 1748 03/12/25 00688021 WM SUPERCENTER #620 WAL-MART SUPER CEN BRISTOL TN | | Debit | 34.49 | Dry Cleaning |
| 3/12/2025 | POS DEB 1941 03/11/25 00353868 CVS/PHARMACY #03 03726--2 CVS/PHARMACY 03 0 BRISTOL TN | | Debit | 60.38 | Grocery/ Household items |
| 3/12/2025 | DBT CRD 1206 03/11/25 16048195 BHMA WCS KINGSPORT TN | | Debit | 6.56 | Medical |
| 3/12/2025 | DBT CRD 1618 03/11/25 67261920 PREMIER PHARMACY INC KINGSPORT TN | | Debit | 120 | Medical |
| 3/12/2025 | DBT CRD 1534 03/11/25 40670761 PERFORMANCE MEDICINE O KINGSPORT TN | | Debit | 52.38 | Medical |
| | | | | 150 | Medical |
| Total | | | | 8803.17 | |

# First Bank
## & Trust Company

```
                                    Date  3/31/25           Page    1
                                    Primary Account         8439
        ********AUTO**SCH 5-DIGIT 37621    C 31         Enclosures    14
        18212 1.1270 AV 0.545   50 1 428
        Jack Robert Thacker Jr
        Debtor-in-Possession
        Case No. 2:25-bk-50237-RMM
        2261 Bullock Hollow Road
        Bristol TN  37620-1135
```

                                            CHECKING ACCOUNTS

```
Regular Checking                 Number of Enclosures            14
Account Number           8439    Statement Dates   3/10/25 thru 3/31/25
Previous Balance          .00    Days in the Statement Period    22
    13 Deposits/Credits   331,882.38   Average Ledger         215,539.91
    50 Checks/Debits        8,803.17   Average Collected      179,801.20
Service Charge            .00
Interest Paid            .00
Ending Balance        323,079.21
```

Deposits and Additions

| Date | Description | | Amount |
|------|-------------|--|-------:|
| 3/11 | Deposit | | 5,010.05 |
| 3/11 | Deposit | | 17,399.17 |
| 3/14 | Deposit | | 9.98 |
| 3/14 | Deposit | | 1,500.00 |
| 3/14 | Deposit | | 1,500.00 |
| 3/14 | Deposit | | 230,000.00 |
| 3/18 | Deposit | | 20.86 |
| 3/18 | Deposit | | 935.00 |
| 3/26 | MID MESA    MONTEGO ASSET | | 322.00 |
|      | CCD      556 | | |
| 3/26 | MRM DIST    MONTEGO ASSET MA | | 433.54 |
|      | CCD      838 | | |
| 3/26 | Deposit | | 14,187.17 |
| 3/31 | CREDIT      AXOS CLEARING | | 1,865.24 |
|      | PPD | | |
| 3/31 | Deposit | | 58,699.37 |

Withdrawals and Deductions

| Date | Description | Amount |
|------|-------------|-------:|
| 3/12 | POS DEB 1941 03/11/25 00353868 | 6.56- |
|      | CVS/PHARMACY #03 03726--2 | |
|      | CVS/PHARMACY  03 0 | |
|      | BRISTOL        TN | |
| 3/12 | DBT CRD 1618 03/11/25 67281920 | 52.38- |
|      | PREMIER PHARMACY INC | |
|      | KINGSPORT      TN | |
| 3/12 | DBT CRD 1206 03/11/25 16048195 | 120.00- |
|      | BHMA WCS | |
|      | KINGSPORT      TN | |
| 3/12 | DBT CRD 1534 03/11/25 40670761 | 150.00- |
|      | PERFORMANCE MEDICINE O | |
|      | KINGSPORT      TN | |

**Change of Name or Address Request**
Please indicate correct name and address as you wish it to appear on our records:

| | | Mail To: First Bank & Trust |
|---|---|---|
| Name | City, State, Zip | Attn: Customer Operations |
| | | P.O. Box 1000 |
| Second Name (If Joint Account) | Telephone      Social Security # | Abingdon, VA 24212-1000 |
| | | Phone: 276-623-2265 |
| Street Address | Signature of Account Holder(s) | |

Cut here and return to the address above

| Step 1 | Step 3 | | Step 4 | |
|---|---|---|---|---|
| In your checkbook, make the following entries so that all transactions are recorded on both your records and the Bank's | List checks outstanding. | | Reconcile your account: | |
| | Check Number | Amount | 1. Bank statement balance. | $ |
| **Add** Any deposits/credits shown on this statement but not in your checkbook. | | | 2. Total amount of deposits not shown on statement. | $ |
| | | | 3. Add line 1 and 2. | $ |
| **Subtract** Any withdrawals/debits on this statement but not entered in your checkbook. | | | 4. Total amount of checks outstanding | $ |
| | | | 5. Subtract line 4 from line 3 | $ |

Line 5 must be equal to your checkbook balance

**Step 2**
List deposits not on your statement.

| Date | Amount |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| Total | |

| Check Number | Amount |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| Total | |

**Electronic Services Information** (for Consumer Accounts Only)
In case of errors or questions about your electronic transfers, call or write us at the telephone number or address listed above as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared.

- Tell us your name and account number (if any).
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

we will investigate your complaint and correct any error promptly. If we take more than 10 days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

*Ever considered e-Statements?*
*They're convenient, secure and easy!!*
*www.firstbank.com*



The Bank That Puts You First
www.FirstBank.com , Member FDIC

```
Date  3/31/25      Page: 3 of 8
Primary Account            8439
Enclosures                   14
```

Jack Robert Thacker Jr
Debtor-in-Possession
Case No. 2:25-bk-50237-RMM
2261 Bullock Hollow Road
Bristol TN 37620

Regular Checking                    8439  (Continued)

Withdrawals and Deductions

| Date | Description | Amount |
|------|-------------|--------|
| 3/13 | POS DEB 1748 03/12/25 00688021<br>WM SUPERCENTER #620<br>Wal-Mart Super Cen<br>BRISTOL        TN | 60.38- |
| 3/17 | DBT CRD 1405 03/14/25 85796895<br>WEAVER PIKE MARKET<br>BRISTOL        TN | 27.75- |
| 3/17 | DBT CRD 1023 03/14/25 54359423<br>Craigs Cleaners<br>Bristol        TN | 34.49- |
| 3/17 | POS DEB 1800 03/14/25 90457000<br>WAL-MART #0620<br>220 CENTURY BLVD<br>BRISTOL        TN | 116.95- |
| 3/18 | POS DEB 1908 03/17/25 00011336<br>WALGREENS STORE 1388 VOLU<br>WALGREENS STORE 13<br>BRISTOL        TN | 18.56- |
| 3/18 | POS DEB 1900 03/17/25 00848503<br>FOOD CITY #617<br>FOOD CITY  617<br>BRISTOL        TN | 26.76- |
| 3/18 | DBT CRD 1426 03/17/25 00009111<br>PY *STORAGE SOLUTIONS<br>615-893-5125  TN | 104.00- |
| 3/18 | WEB PMT  BCBSTN<br>WEB | 1,021.45- |
| 3/19 | DBT CRD 1820 03/18/25 40104302<br>Prime Video Channels<br>amzn.com/bill WA | 18.60- |
| 3/19 | POS DEB 1847 03/18/25 00237026<br>WM SUPERCENTER #620<br>Wal-Mart Super Cen<br>BRISTOL        TN | 78.79- |
| 3/19 | DBT CRD 1108 03/18/25 81291114<br>APPLE.COM/BILL<br>866-712-7753  CA | 18.55- |
| 3/19 | CHK ORDER  HARLAND CLARKE<br>PPD | 98.55- |
| 3/20 | DBT CRD 0439 03/19/25 47436657<br>Netflix.com | 27.36- |

Date  3/31/25    Page: 4 of 8
Primary Account            8439
Enclosures                  14

Jack Robert Thacker Jr
Debtor-in-Possession
Case No. 2:25-bk-50237-RMM
2261 Bullock Hollow Road
Bristol TN 37620

Regular Checking                          8439  (Continued)

Withdrawals and Deductions

| Date | Description | Amount |
|------|-------------|--------|
|      | netflix.com   CA |  |
| 3/21 | DBT CRD 1014 03/20/25 47759036 | 37.23- |
|      | PILOT 04596 | |
|      | WHITE PINE      TN | |
| 3/24 | DBT CRD 1610 03/21/25 62415526 | 11.55- |
|      | SQ *BIG RED APPLE SHED | |
|      | Bristol          TN | |
| 3/24 | DBT CRD 1108 03/20/25 80807343 | 12.00- |
|      | RPS KNOXVILLE PRYOR BR | |
|      | KNOXVILLE        TN | |
| 3/24 | POS DEB 1706 03/23/25 00646028 | 75.00- |
|      | WM SUPERCENTER #620 | |
|      | Wal-Mart Super Cen | |
|      | BRISTOL          TN | |
| 3/24 | UTILITY BI SOUTH FORK UTILI | 67.01- |
|      | PPD | |
| 3/25 | DBT CRD 0840 03/24/25 92039694 | 16.62- |
|      | I3B*SULLIVAN CLERK BLV | |
|      | BLOUNTVILLE      TN | |
| 3/25 | DBT CRD 0844 03/24/25 94960149 | 29.91- |
|      | I3B*SULLIVAN CLERK BLV | |
|      | BLOUNTVILLE      TN | |
| 3/25 | DBT CRD 0000 03/24/25 80351982 | 4.99- |
|      | APPLE.COM/BILL | |
|      | 866-712-7753  CA | |
| 3/26 | DBT CRD 1437 03/25/25 06613174 | 4.79- |
|      | CROCKETT ENTERPRISES 1 | |
|      | GREENEVILLE      TN | |
| 3/26 | DBT CRD 1748 03/25/25 20809708 | 6.56- |
|      | Prime Video Channels | |
|      | amzn.com/bill WA | |
| 3/26 | POS DEB 1527 03/25/25 60417500 | 58.78- |
|      | BP#9671520DAVY CROCKETT | |
|      | 195 VAN HILL ROAD | |
|      | GREENEVILLE      TN | |
| 3/26 | POS DEB 1900 03/25/25 00222002 | 134.63- |
|      | SAMS CLUB #6518 | |
|      | SAM S Club | |
|      | BRISTOL          VA | |
| 3/27 | POS DEB 1249 03/27/25 00001857 | 3.98- |
|      | COFFEE FUSION | |

```
                                        Date  3/31/25      Page: 5 of 8
                                        Primary Account             8439
                                        Enclosures                    14

        Jack Robert Thacker Jr
        Debtor-in-Possession
        Case No. 2:25-bk-50237-RMM
        2261 Bullock Hollow Road
        Bristol TN 37620
```

Regular Checking                              8439  (Continued)

Withdrawals and Deductions

| Date | Description | Amount |
|------|-------------|--------|
|      | COFFEE FUSION | |
|      | MURFREESBORO   TN | |
| 3/27 | POS DEB 1920 03/26/25 25469000 | 6.59- |
|      | PILOT #0114 | |
|      | 2449 GENESIS ROAD | |
|      | CROSSVILLE     TN | |
| 3/27 | POS DEB 0748 03/27/25 00001323 | 18.91- |
|      | ALL AMERICAN CAF | |
|      | 2805 OLD FORT PKWY | |
|      | MURFREESBORO   TN | |
| 3/27 | POS DEB 1911 03/26/25 27297100 | 44.85- |
|      | PILOT #0114 | |
|      | 2449 GENESIS ROAD | |
|      | CROSSVILLE     TN | |
| 3/27 | DBT CRD 1048 03/26/25 69261713 | 184.48- |
|      | BRISTOL RENT ALL | |
|      | 276-6693401    VA | |
| 3/27 | DBT CRD 0004 03/26/25 82637518 | 139.00- |
|      | PY *STORAGE SOLUTIONS | |
|      | MURFREESBORO   TN | |
| 3/28 | POS DEB 1103 03/28/25 00001966 | 3.98- |
|      | COFFEE FUSION | |
|      | COFFEE FUSION | |
|      | MURFREESBORO   TN | |
| 3/28 | POS DEB 1639 03/27/25 00724267 | 8.50- |
|      | WM SUPERCENTER #5148 | |
|      | Wal-Mart Super Cen | |
|      | MURFREESBORO   TN | |
| 3/28 | DBT CRD 1739 03/26/25 15497228 | 21.97- |
|      | RUBY TUESDAY 5112 | |
|      | DANDRIDGE      TN | |
| 3/28 | POS DEB 1039 03/28/25 00591117 | 134.30- |
|      | COSTCO WHSE #1448 | |
|      | COSTCO WHSE  1448 | |
|      | MURFREESBORO   TN | |
| 3/31 | DBT CRD 1945 03/29/25 27436533 | 3.27- |
|      | AMAZON PRIME*V46YS3F43 | |
|      | amzn.com/bill WA | |
| 3/31 | DBT CRD 0940 03/29/25 28595669 | 7.65- |
|      | Prime Video Channels | |
|      | amzn.com/bill WA | |

```
                                        Date  3/31/25    Page: 6 of 8
                                        Primary Account            8439
                                        Enclosures                   14

            Jack Robert Thacker Jr
            Debtor-in-Possession
            Case No. 2:25-bk-50237-RMM
            2261 Bullock Hollow Road
            Bristol TN 37620
```

Regular Checking                          8439   (Continued)

Withdrawals and Deductions

| Date | Description | Amount |
|------|-------------|--------|
| 3/31 | DBT CRD 0646 03/28/25 23806950 HARDEES 1501870 MURFREESBORO   TN | 8.65- |
| 3/31 | DBT CRD 1224 03/28/25 26971151 ARBYS 8304 GORDONSVILLE   TN | 13.16- |
| 3/31 | DBT CRD 2129 03/30/25 89788026 Prime Video Channels amzn.com/bill WA | 14.22- |
| 3/31 | POS DEB 1638 03/30/25 78671800 WAL-MART #0620 220 CENTURY BLVD BRISTOL      TN | 23.95- |
| 3/31 | POS DEB 1710 03/28/25 00205937 Love s #0787 Outside Love s  0787 Outsi MOSHEIM      TN | 66.33- |

Checks

| Date | Check No | Amount | Date | Check No | Amount |
|------|----------|--------|------|----------|--------|
| 3/18 | 1002 | 902.00 | 3/20 | 1004 | 728.18 |
| 3/18 | 1003 | 614.00 | 3/26 | 1005 | 3,415.00 |

*Indicates Skip In Check Numbers

Daily Balance Information

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 3/10 | .00 | 3/18 | 253,119.78 | 3/26 | 263,218.39 |
| 3/11 | 22,409.22 | 3/19 | 252,905.29 | 3/27 | 262,820.58 |
| 3/12 | 22,080.28 | 3/20 | 252,149.75 | 3/28 | 262,651.83 |
| 3/13 | 22,019.90 | 3/21 | 252,112.52 | 3/31 | 323,079.21 |
| 3/14 | 255,029.88 | 3/24 | 251,946.96 | | |
| 3/17 | 254,850.69 | 3/25 | 251,895.44 | | |

| Credit | DDA Deposit |
|---|---|
| **Bank:** The First Bank & Trust Co. | **Date/Time:** 3/11/2025  10:28 AM |
| **Branch #:** 3 | **Workstation:** JRGR1N3 |
| **Branch Name:** East Bristol | **HIN #:** 920103130000070 |
| **Teller ID:** W34LLE | **Owner:** J R Thacker |
| **Drawer #:** 17 | |
| **Trans #:** 18 | |
| **Misc.:** Trn DDA Deposit, | |

SUBSTITUTE IMAGE / VIRTUAL DOCUMENT

| AUXILIARY | R/T | ACCOUNT | PC/TC | AMOUNT |
| | 5408-0011 | 8439 | 20 | $5,010.05 |

Amount $5,010.05 Date 3/11/2025

| Credit | DDA Deposit |
|---|---|
| **Bank:** The First Bank & Trust Co. | **Date/Time:** 3/18/2025  4:35 PM |
| **Branch #:** 22 | **Workstation:** F723N83 |
| **Branch Name:** Volunteer Parkway | **HIN #:** 920822100000243 |
| **Teller ID:** W34JCJ | **Owner:** J R Thacker |
| **Drawer #:** 215 | |
| **Trans #:** 66 | |
| **Misc.:** Trn DDA Deposit, | |

SUBSTITUTE IMAGE / VIRTUAL DOCUMENT

| AUXILIARY | R/T | ACCOUNT | PC/TC | AMOUNT |
| | 5408-0011 | 8439 | 20 | $20.86 |

Amount $20.86 Date 3/18/2025

| Credit | DDA Deposit |
|---|---|
| **Bank:** The First Bank & Trust Co. | **Date/Time:** 3/11/2025  11:37 AM |
| **Branch #:** 22 | **Workstation:** F724N83 |
| **Branch Name:** Volunteer Parkway | **HIN #:** 920127080000080 |
| **Teller ID:** W34CIIM | **Owner:** J R Thacker |
| **Drawer #:** 256 | |
| **Trans #:** 24 | |
| **Misc.:** Trn DDA Deposit, | |

SUBSTITUTE IMAGE / VIRTUAL DOCUMENT

| AUXILIARY | R/T | ACCOUNT | PC/TC | AMOUNT |
| | 5408-0011 | 8439 | 20 | $17,399.17 |

Amount $17,399.17 Date 3/11/2025

| Credit | DDA Deposit |
|---|---|
| **Bank:** The First Bank & Trust Co. | **Date/Time:** 3/18/2025  4:34 PM |
| **Branch #:** 22 | **Workstation:** F723N83 |
| **Branch Name:** Volunteer Parkway | **HIN #:** 920827100000241 |
| **Teller ID:** W34JCJ | **Owner:** J R Thacker |
| **Drawer #:** 215 | |
| **Trans #:** 65 | |
| **Misc.:** Trn DDA Deposit, | |

SUBSTITUTE IMAGE / VIRTUAL DOCUMENT

| AUXILIARY | R/T | ACCOUNT | PC/TC | AMOUNT |
| | 5408-0011 | 8439 | 20 | $935.00 |

Amount $935.00 Date 3/18/2025

| Credit | DDA Deposit |
|---|---|
| **Bank:** The First Bank & Trust Co. | **Date/Time:** 3/14/2025  11:34 AM |
| **Branch #:** 22 | **Workstation:** F724N83 |
| **Branch Name:** Volunteer Parkway | **HIN #:** 920427080000068 |
| **Teller ID:** W34CIIM | **Owner:** J R Thacker |
| **Drawer #:** 256 | |
| **Trans #:** 28 | |
| **Misc.:** Trn DDA Deposit, | |

SUBSTITUTE IMAGE / VIRTUAL DOCUMENT

| AUXILIARY | R/T | ACCOUNT | PC/TC | AMOUNT |
| | 5408-0011 | 8439 | 20 | $230,000.00 |

Amount $230,000.00 Date 3/14/2025

| Credit | DDA Deposit |
|---|---|
| **Bank:** The First Bank & Trust Co. | **Date/Time:** 3/26/2025  2:45 PM |
| **Branch #:** 22 | **Workstation:** F724N83 |
| **Branch Name:** Volunteer Parkway | **HIN #:** 921622080000042 |
| **Teller ID:** W34REO | **Owner:** J R Thacker |
| **Drawer #:** 211 | |
| **Trans #:** 20 | |
| **Misc.:** Trn DDA Deposit, | |

SUBSTITUTE IMAGE / VIRTUAL DOCUMENT

| AUXILIARY | R/T | ACCOUNT | PC/TC | AMOUNT |
| | 5408-0011 | 8439 | 20 | $14,187.17 |

Amount $14,187.17 Date 3/26/2025

| Credit | DDA Deposit |
|---|---|
| **Bank:** The First Bank & Trust Co. | **Date/Time:** 3/14/2025  2:19 PM |
| **Branch #:** 3 | **Workstation:** 98781M3 |
| **Branch Name:** East Bristol | **HIN #:** 920413150000060 |
| **Teller ID:** W34JMW | **Owner:** J R Thacker |
| **Drawer #:** 61 | |
| **Trans #:** 27 | |
| **Misc.:** Trn DDA Deposit, | |

SUBSTITUTE IMAGE / VIRTUAL DOCUMENT

| AUXILIARY | R/T | ACCOUNT | PC/TC | AMOUNT |
| | 5408-0011 | 8439 | 20 | $1,500.00 |

Amount $1,500.00 Date 3/14/2025

| Credit | DDA Deposit |
|---|---|
| **Bank:** The First Bank & Trust Co. | **Date/Time:** 3/31/2025  11:25 AM |
| **Branch #:** 22 | **Workstation:** 5G96YY2 |
| **Branch Name:** Volunteer Parkway | **HIN #:** 922153160000118 |
| **Teller ID:** W34REO | **Owner:** J R Thacker |
| **Drawer #:** 212 | |
| **Trans #:** 31 | |
| **Misc.:** Trn DDA Deposit, | |

SUBSTITUTE IMAGE / VIRTUAL DOCUMENT

| AUXILIARY | R/T | ACCOUNT | PC/TC | AMOUNT |
| | 5408-0011 | 8439 | 20 | $58,699.37 |

Amount $58,699.37 Date 3/31/2025

| Credit | DDA Deposit |
|---|---|
| **Bank:** The First Bank & Trust Co. | **Date/Time:** 3/14/2025  2:18 PM |
| **Branch #:** 3 | **Workstation:** 98781M3 |
| **Branch Name:** East Bristol | **HIN #:** 920413150000056 |
| **Teller ID:** W34JMW | **Owner:** J R Thacker |
| **Drawer #:** 61 | |
| **Trans #:** 26 | |
| **Misc.:** Trn DDA Deposit, | |

SUBSTITUTE IMAGE / VIRTUAL DOCUMENT

| AUXILIARY | R/T | ACCOUNT | PC/TC | AMOUNT |
| | 5408-0011 | 8439 | 20 | $1,500.00 |

Amount $1,500.00 Date 3/14/2025

JACK ROBERT THACKER JR.
DEBTOR-IN-POSSESSION
CASE NO. 2:25-BK-50237 RRM
2281 BULLOCK HOLLOW ROAD
BRISTOL, TN 37620

1002

3-18-25

Pay to the Order of  Erie Insurance  $ 902.00

Nine hundred two  Dollars

First Bank
& Trust Company

For  Prop Ins. 951 Cumberland

⑆051404464⑆   843 9* 1002

Check 1002 Amount $902.00 Date 3/18/2025

| Credit | DDA Deposit |
|---|---|
| **Bank:** The First Bank & Trust Co. | **Date/Time:** 3/14/2025  12:02 PM |
| **Branch #:** 22 | **Workstation:** F716N83 |
| **Branch Name:** Volunteer Parkway | **HIN #:** 920427150000032 |
| **Teller ID:** W34SAR | **Owner:** J R Thacker |
| **Drawer #:** 214 | |
| **Trans #:** 15 | |
| **Misc.:** Trn DDA Deposit, | |

SUBSTITUTE IMAGE / VIRTUAL DOCUMENT

| AUXILIARY | R/T | ACCOUNT | PC/TC | AMOUNT |
| | 5408-0011 | 8439 | 20 | $9.98 |

Amount $9.98 Date 3/14/2025

JACK ROBERT THACKER JR.
DEBTOR-IN-POSSESSION
CASE NO. 2:25-BK-50237 RRM
2281 BULLOCK HOLLOW ROAD
BRISTOL, TN 37620

1003

3-18-2025

Pay to the Order of  Erie Insurance  $ 614.00

Six hundred fourteen  Dollars

First Bank
& Trust Company

For  Umbrella Q27017 3224

⑆051404464⑆   843 9* 1003

Check 1003 Amount $614.00 Date 3/18/2025

**JACK ROBERT THACKER JR.**
DEBTOR-IN-POSSESSION
CASE NO. 2:25-BK-50237 RRM
2201 BULLOCK HOLLOW ROAD
BRISTOL, TN 37620

1004

3-19-25

Pay to the Order of  Treasurer, City Bristol VA     | $728 18

Seven hundred twenty eight + 18/100 ————— Dollars

**First** Bank
& Trust Company

For Prop. Taxes 951 Cumberland

843 9⁰ 1004

Check 1004 Amount $728.18 Date 3/20/2025



**JACK ROBERT THACKER JR.**
DEBTOR-IN-POSSESSION
CASE NO. 2:25-BK-50237 RRM
2201 BULLOCK HOLLOW ROAD
BRISTOL, TN 37620

1005

3-24-25

Pay to the Order of  Sullivan County Trustee     | $3,415 00

Three thousand four hundred fifteen ————— Dollars

**First** Bank
& Trust Company   82339

For 2261 Bullockhollow 2024 tyres

843 9⁰ 1005

Check 1005 Amount $3,415.00 Date 3/26/2025



**First**
**Community** Bank
Member FDIC

P.O. Box 1014
Bluefield, VA 24605

| | |
|---|---|
| Date  3/25/25 | Page        1 |
| Primary Account | Acct Ending 4815 |
| Branch 145 | |
| Enclosures | 2 |

12280788

Jack R Thacker
2261 Bullock Hollow Rd
Bristol TN 37620

## Checking Accounts

Bank like a pro and score a slam dunk when you bank with the best! Our
championship-worthy accounts can help you elevate your game with MVP
rewards. With more than 50 branches, it's easy to make the most of home
court advantage. And, you'll always outsmart the play clock when you bank
24/7 with XpressBanker ATMs, Xpress by FCB mobile app, or Online Banking.

COMMUNITY 50 CHECKING                    Number of Enclosures               2
Account Number        Acct Ending 4815   Statement Dates  2/27/25 thru  3/25/25
Previous Balance              5,020.03   Days in the statement period       27
    Deposits/Credits               .00
  2 Checks/Debits            5,020.03
Service Charge                     .00
Interest Paid                      .00
Current Balance                    .00   2025 Interest Paid               .03



## Checks and Withdrawals

| Date | Description | Amount |
|---|---|---|
| 3/11 | Exception Force Debit | 5,010.05- |
| 3/12 | Closing Transaction | 9.98- |

* * * END OF STATEMENT * * *

NOTICE: SEE REVERSE SIDE FOR IMPORTANT INFORMATION

Date: 3/25/2025   Page: 3 of 3

Primary Account: ******4815



**DEBIT**                                    **CHECKING WITHDRAWAL**

CUSTOMER NAME  Jack Thacker        DATE  3-10-25    TELLER #   3

DESCRIPTION _____        72 - Default (Check Debit)
                                   73 - Telephone Transfer
_____    50 - Clearing Charge
_____    66 - MMA Withdrawal (In Person Only)

SIGNATURE _____

0081          4815         72  $ 5010   .05

Check 0 Amount $5,010.05 Date 3/10/2025

**DEBIT**                                    **CHECKING WITHDRAWAL**

CUSTOMER NAME _____        DATE _____    TELLER #

DESCRIPTION _____        72 - Default (Check Debit)
                                   73 - Telephone Transfer
_____    50 - Clearing Charge
_____    66 - MMA Withdrawal (In Person Only)

SIGNATURE _____

0081                           $             .

Check 0 Amount $9.98 Date 3/12/2025

12280788 - 169



**NEW PEOPLES BANK**
PO Box 1810
Honaker, Virginia 24260



## February 2025

Page: 1 of 1
Primary Account: 4170

Reporting Activity 01/23 - 02/24

Scan code or visit
**www.newpeoples.bank**
for maps, hours and contact info.

'SRLNUM' 0.4500 WCL0001
J R THACKER
951 CUMBERLAND ST
BRISTOL, VA 24201-4103

0
0

**Contact Information:**
New Peoples Bank-State Street
901 W State Street, PO Box 1136
Bristol, VA 24203

Phone: 276-644-3869
Telephone Banking: Press Option 1

## Download the NPB Mobile App
### Banking Made Easy - Anytime, Anywhere!

 App Store    GET IT ON Google Play

| REGULAR CHECKING ACCOUNT | | | | | Account: 200204170 |
|---|---|---|---|---|---|
| Last Statement | Previous Balance | This Statement | Current Balance | Total Credits | Total Debits |
| 01/22/25 | 17,767.22 | 02/24/25 | 17,424.17 | 0.00 | 343.05 (3) |

Minimum Balance  17,424.17
Average Balance  17,511.42

### TRANSACTIONS

| Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 01/22/25 | Balance Last Statement | | | 17,767.22 |
| 01/29/25 | Capital One Crcardpmt 42pz713npolip3c | 293.00 | | 17,474.22 |
| 02/12/25 | Visa Payment Payment 409629100090127 | 30.00 | | 17,444.22 |
| 02/18/25 | Planet Fitness H lclub Fees Pr2504505720161 | 20.05 | | 17,424.17 |
| 02/24/25 | Balance This Statement | | | 17,424.17 |

Total Days In Statement Period 01/23/25 Through 02/24/25:   33

| Itemization of Overdraft and Returned Item Fees | Total For This Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Fees | 0.00 | 0.00 |
| Total Returned Item Fees | 0.00 | 0.00 |

# CASHIER'S CHECK

4483

## NEW PEOPLES BANK

P.O. Box 1810
Honaker, Virginia 24260
276-873-7000

**CUSTOMER COPY**

DATE    3/11/2025

$* 17,399.17 *

PAY TO THE
ORDER OF    **JACK ROBERT THACKER JR**

**Seventeen thousand three hundred ninety nine dollars and seventeen cents **

MEMO:    DEBTOR IN POSSESSION CASE NO 2:25-BK-50237-RMM

REMITTER    J R THACKER



**NON-NEGOTIABLE**

AUTHORIZED SIGNATURE

**COPY**                **COPY**                **COPY**

---

THIS CHECK CONTAINS THE FOLLOWING SECURITY FEATURES: MULTI-COLOR PRINTING ON FACE, WATERMARK IN PAPER, AND MICROPRINTING ON BORD

## NEW PEOPLES BANK

P.O. Box 1810
Honaker, Virginia 24260
276-873-7000

# CASHIER'S CHECK

4483

DATE    3/11/2025

$* 17,399.17 *

PAY TO THE
ORDER OF    **JACK ROBERT THACKER JR**

**Seventeen thousand three hundred ninety nine dollars and seventeen cents **    DOLLARS

MEMO:    DEBTOR IN POSSESSION CASE NO 2:25-BK-50237-RMM

REMITTER    J R THACKER

AUTHORIZED SIGNATURE

⑈4483⑈    ⑆8897⑈    ⑈263062⑈    500

---

## NEW PEOPLES BANK

WHEN MAKING A DEPOSIT AT A TELLER'S
WINDOW, ALWAYS OBTAIN AN OFFICIAL RECEIPT.

Checks and other items received for deposit are subject
to the provisions of the Uniform Commercial Code or
any applicable collection agreement.

03/11/2025    11.04 AM
Branch # 20    Teller #    2004
Account XXXXX4170
**DDA Withdrawal $17,399.17**

DEPOSITS MAY NOT BE AVAILABLE FOR
IMMEDIATE WITHDRAWAL. BANK SYMBOL,
TRANSACTION NUMBER AND AMOUNT OF
DEPOSIT ARE SHOWN ABOVE.

Automatically round Debit Card purchases
to nearest dollar & deposit the change
into your Savings Account - Ask us How

**Current Balance $0.00**

**United Southeast**
Federal Credit Union

1545 Bluff City Hwy
Bristol, TN 37620

888-202-1212 or 423-989-2100

| Account Number: | Statement Period: | 70 |
|---|---|---|
| xxxxxx113 | 03/01/2025-03/31/2025 | |

**Summary at a Glance:**

| Total Shares: | 8,430.43 |
|---|---|
| Total Loans: | 0.00 |

Page 1 of 2

JACK R THACKER JR
PO BOX 35
BRISTOL TN 37621



Hit The Road
with an Auto Loan from *US*
NO PAYMENTS FOR UP TO 90 DAYS

## Summary of Accounts:

| Savings | Ending Balance | YTD Dividend | Loans | Ending Balance | YTD Interest |
|---|---|---|---|---|---|
| 0001 - REGULAR SHARE ACCOUNT | 1,005.00 | 17.38 | 0001 - HELOC PRIME 30YR MON-FLOOR 4% | 0.00 | 6.95 |
| 0017 - GREEN CHECKING | 7,425.43 | 0.00 | | | |
| **Total** | **8,430.43** | **523.86** | **Total** | **0.00** | **6.95** |

YTD information includes any shares, certificates or loans closed year to date.

**Total Penalties Assessed Year to Date 1,000.78**

### ID 0001 REGULAR SHARE ACCOUNT

| Trans | Transaction | Deposit | Withdrawal | Balance |
|---|---|---|---|---|
| **03/01** | **Balance Forward** | | | **33,329.46** |
| 03/14 | Withdrawal | | -32,324.46 | 1,005.00 |
| **03/31** | **Ending Balance** | | | **1,005.00** |
| | Total Withdrawals 32,324.46 | | | |

### ID 0017 GREEN CHECKING

| Trans | Transaction | Deposit | Withdrawal | Balance |
|---|---|---|---|---|
| **03/01** | **Balance Forward** | | | **224,659.83** |
| 03/03 | Withdrawal ACH BCBSTN TYPE: WEB PMT ID: 1520181413 CO: BCBSTN NAME: JACK THACKER Entry Class Code: WEB | | -1,021.45 | 223,638.38 |
| 03/03 | Check 1505 Tracer 0092020432 | | -20,000.00 | 203,638.38 |
| 03/05 | Withdrawal ACH BRISTOL TN ESSEN TYPE: ELEC. BILL ID: 1626000150 CO: BRISTOL TN ESSEN Entry Class Code: PPD | | -533.08 | 203,105.30 |
| 03/10 | Check 1506 Tracer 043305134422843 Point of Purchase Check - SAMS CLUB STORES Terminal City & State - BRIS VA TYPE: PURCHASE ID: 9049022252 Entry Class Code: POP | | -317.81 | 202,787.49 |
| 03/14 | Deposit | 32,324.46 | | 235,111.95 |
| 03/14 | Withdrawal | | -230,000.00 | 5,111.95 |
| 03/17 | Withdrawal ACH PLANET FITNESS H TYPE: IClub Fees ID: G710602737 CO: PLANET FITNESS H Entry Class Code: PPD | | -22.06 | 5,089.89 |

*This credit union is federally insured by the National Credit Union Administration. Equal Housing Lender.*

Anywhere, Anytime.

Download the USFCU mobile app:

| Account Number: | Statement Period: |
|---|---|
| xxxxxxx113 | 03/01/2025-03/31/2025 |

Page 2 of 2

## ID 0017 GREEN CHECKING - Continued

| Trans | Transaction | Deposit | Withdrawal | Balance |
|---|---|---|---|---|
| 03/17 | Withdrawal ACH JOHN HANCOCK MAN | | -70.00 | 5,019.89 |
| | TYPE: PAYMENT ID: 6779361019 | | | |
| | CO: JOHN HANCOCK MAN | | | |
| | Entry Class Code: PPD | | | |
| 03/18 | Deposit ACH E2C | 1,758.88 | | 6,778.77 |
| | TYPE: E2C ID: 9ESA00EC1D CO: E2C | | | |
| | Entry Class Code: PPD | | | |
| 03/26 | Deposit ACH MONTEGO ASSET MA | 646.66 | | 7,425.43 |
| | TYPE: SILV PEAK ID: 130105864E | | | |
| | CO: MONTEGO ASSET MA | | | |
| | Entry Class Code: CCD | | | |
| 03/31 | **Ending Balance** | | | **7,425.43** |
| | Total Deposits 34,730.00 | | | |
| | Total Withdrawals 251,964.40 | | | |

### Drafts for 0017 - GREEN CHECKING

| Date | Draft Number | Amount | Date | Draft Number | Amount | Date | Draft Number | Amount |
|---|---|---|---|---|---|---|---|---|
| 03/03 | ❑ 1505 | 20,000.00 | 03/10 | ❑ 1506 | 317.81 | | | |

* denotes skipped sequence

| | | | |
|---|---|---|---|
| Previous Balance as of 03/01/2025 | 224,659.83 | Ending Balance as of 03/31/2025 | 7,425.43 |
| Total of 2 Draft(s) for | 20,317.81 | Minimum/Lowest Monthly Balance | 5,019.89 |
| Total of 5 Other Debit(s) for | 231,646.59 | Highest Monthly Balance | 235,111.95 |
| Total of 3 Deposit(s) for | 34,730.00 | Average Monthly Balance | 90,400.37 |

## ID 0001 HELOC PRIME 30YR MON-FLOOR 4%

| Trans | Transaction | Amount | Fees | Interest | Principal | Balance |
|---|---|---|---|---|---|---|
| 03/01 | Balance Forward | | | | | 0.00 |
| Mar 14 | 0001 - HELOC PRIME 30YR MON-FLOOR 4% Closed | | | | | |

*** This is the final statement you will receive for this account ***
*** Please retain this final statement for tax reporting purposes ***

Annual Percentage Rate: 7.500%   Daily Periodic Rate: .020547%  (The rate shown is variable and is subject to change)



Spring Forward
with a Home Equity Loan from USFCU