| Fill in this information to identify your case: | |
|---|---|
| Debtor | **Jack Robert Thacker, Jr.** |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF TENNESSEE |
| Case number (if known) | **2:25-bk-50237** |

Official Form 426

## Periodic Report Regarding Value, Operations, and Profitability of Entities in Which the Debtor's Estate Holds a Substantial or Controlling Interest

12/17

This is the *Periodic Report* as of **3/31/25** on the value, operations, and profitability of those entities in which a Debtor holds, or two or more Debtors collectively hold, a substantial or controlling interest (a "Controlled Non-Debtor Entity"), as required by Bankruptcy Rule 2015.3. For purposes of this form, "Debtor" shall include the estate of such Debtor.

Jack Robert Thacker, Jr.  holds a substantial or controlling interest in the following entities:

| Name of Controlled Non-Debtor Entity | Interest of the Debtor | Tab # |
|---|---|---|
| Resource Media, LLC | 100% - Single Member LLC | |
| Thacker & Associates, LLC | 100% - Single Member, LLC | |

This *Periodic Report* contains separate reports (*Entity Reports*) on the value, operations, and profitability of each Controlled Non-Debtor Entity.

Each *Entity Report* consists of five exhibits.

*Exhibit A* contains the most recently available: balance sheet, statement of income (*loss*), statement of cash flows, and a statement of changes in shareholders' or partners' equity (*deficit*) for the period covered by the *Entity Report*, along with summarized footnotes.

*Exhibit B* describes the Controlled Non-Debtor Entity's business operations.

*Exhibit C* describes claims between the Controlled Non-Debtor Entity and any other Controlled Non-Debtor Entity.

*Exhibit D* describes how federal, state or local taxes, and any tax attributes, refunds, or other benefits, have been allocated between or among the Controlled Non-Debtor Entity and any Debtor or any other Controlled Non-Debtor Entity and includes a copy of each tax sharing or tax allocation agreement to which the Controlled Non-Debtor Entity is a party with any other Controlled Non-Debtor Entity.

*Exhibit E* describes any payment, by the Controlled Non-Debtor Entity, of any claims, administrative expenses or professional fees that have been or could be asserted against any Debtor, or the incurrence of any obligation to make such payments, together with the reason for the entity's payment thereof or incurrence of any obligation with respect thereto.

**This Periodic Report must be signed by a representative of the trustee or debtor in possession.**

Debtor Name  _Jack Robert Thacker Jr._          Case number _2:25-bk-50237-RMM_

The undersigned, having reviewed the *Entity Reports* for each Controlled Non-Debtor Entity, and being familiar with the Debtor's financial affairs, verifies under the penalty of perjury that to the best of his or her knowledge, (i) this *Periodic Report* and the attached *Entity Reports* are complete, accurate, and truthful to the best of his or her knowledge, and (ii) the Debtor did not cause the creation of any entity with actual deliberate intent to evade the requirements of Bankruptcy Rule 2015.3

**For non-individual Debtors:**

✖ _____
Signature of Authorized Individual

_____
Printed name of Authorized Individual

Date _____
     MM / DD / YYYY

**For individual Debtors:**

✖ _Jack Robert Thacker Jr._        ✖ _____
Signature of Debtor 1                   Signature of Debtor 2

_Jack Robert Thacker Jr._              _____
Printed name of Debtor 1                Printed name of Debtor 2

Date _04 / 17 / 2025_                   Date _____
     MM / DD / YYYY                          MM / DD / YYYY

Debtor Name: **Jack Robert Thacker, Jr.**                                          Case number
**2:25-bk-50237**

**Exhibit A: Financial Statements for Resource Media, LLC**

**NONE**

Debtor Name: <u>Jack Robert Thacker, Jr.</u>
<u>2:25-bk-50237</u>

Case number

---

**Exhibit A-1: Balance Sheet for Resource Media, LLC**

---

[Provide a balance sheet dated as of the end of the most recent 3-month period of the current fiscal year and as of the end of the preceding fiscal year.

Describe the source of this information.   Member; Manager

| Assets | | Liabilities | |
|---|---|---|---|
| Cash assets: | | Current liabilities: | |
| Petty cash: | | Accounts payable: | |
| Accounts receivable: | | Notes payable: | |
| Inventory value: | | Long-term liabilities: | |
| Investments: | | Taxes:  (state): | 100.00 |
| Prepaid expenses: | | Taxes (federal): | |
| Land: | | Taxes (property): | |
| Land improvements: | | Taxes (misc): | |
| Buildings: | | Payroll/wages: | |
| Vehicles: | | Misc.: | |
| Equipment: | | | |
| Furnishings: | | | |
| Miscellaneous assets: | | | |
| Intangible assets: | | | |
| 400 Copies of Book-Index Interest | 400.00 | | |
| | | | |
| **Total Assets:** | **400.00** | **Total liabilities:** | **100.00** |

Case 2:25-bk-50237-RRM    Doc 80    Filed 04/18/25    Entered 04/18/25 10:36:53    Desc

large.png (PNG Image, 770 × 1024 pixels) — Scaled (78%) Document    Page 5 of 30 //www.pdffiller.com/preview/399/120/399120987/large.png

## ~~Document~~ Balance Sheet

*By filling out a personal balance sheet, you will be able to determine your net worth. Finding out your net worth is an important early step in the process of becoming a business owner because you need to find out what assets are available to you for investment in your business.*

Statement of Financial Condition __12 / 31__ 20 __24__

| Assets | | TOTALS |
|---|---|---|
| Cash/Checking and Savings Accounts | | |
| Marketable Securities | | |
| Nonmarketable Securities | | |
| Real Estate/Home | | |
| Partial Interest in Real Estate | | |
| Automobiles | | |
| Personal Property | | |
| Personal Loans | | |
| Insurance Cash Values | | |
| Other | | |
| 400 copies of self published book | | $400 |
| Total Assets | A | $ 400 |

| Liabilities | | TOTALS |
|---|---|---|
| Secured Loans | | |
| Unsecured Loans | | |
| Credit Card/Charge Account Bills | | |
| Personal Debts | | |
| Current Monthly Bills | | |
| Real Estate Mortgages | | |
| Unpaid Income Tax | | |
| Other Unpaid Taxes and Interest | | |
| Other Itemized Debts | | |
| TN minimum F+E Tax | | $100 |
| Total Liabilities | B | $100 |
| Net Worth (A – B = C) | C | $300 |
| Total Liabilities & Net Worth | D | $400 |

## Degree of Debt

*Note:*
*If total liabilities exceed total assets, subtract assets from liabilities to determine degree of debt (B – A = E)*

| | | |
|---|---|---|
| Total Liabilities | B | |
| Total Assets | A | |
| Degree of Debt | E | |

Debtor Name: __Jack Robert Thacker, Jr.__
__2:25-bk-50237__                                                              Case number

---

**Exhibit A-2: Statement of Income (*Loss*) for Resource Media, LLC**

[Provide a statement of income (loss) for the following periods:

 (i) For the initial report:
    a. the period between the end of the preceding fiscal year and the end of the most recent 3-month period of the current fiscal year; and

    b. the prior fiscal year.

(ii) For subsequent reports, since the closing date of the last report.

Describe the source of this information.    **MEMBER/MANAGER**

printable-blank-profit-and-loss-statement-152756798...          https://...odrags.com/wp-content/uploads/2018/08/printable-bl...

| YEAR | | PROFIT & LOSS | |
|---|---|---|---|
| 2025 Q1 | | | |

2025 1st Quarter

| | THIS MONTH | LAST MONTH (2024) |
|---|---|---|
| **INCOME** | | |
| GROSS SALES: | O | O |
| - LESS RETURNS | | |
| - LESS DISCOUNTS | | |
| - LESS BAD DEBT | | |
| INTEREST, RENT AND ROYALTIES | | |
| TOTAL INCOME | 0 | 0 |
| **EXPENSES** | | |
| - COST OF GOODS SOLD | | |
| - DIRECT PAYROLL | | |
| - INDIRECT PAYROLL | | |
| - TAXES, OTHER THAN INCOME TAX | 100 | 100 |
| SALES EXPENSES | | |
| - SHIPPING AND POSTAGE | | |
| - ADVERTISING AND PROMOTION | | |
| - OFFICE EXPENSES | | |
| TRAVEL AND ENTERTAINMENT | | |
| - PHONE | | |
| - OTHER UTILITIES | | |
| - AUTOMOBILE | | |
| INSURANCE | | |
| - PROFESSIONAL FEES | | |
| RENT | | |
| - INTEREST ON LOANS | | |
| - OTHER, MISC. | | |
| TOTAL EXPENSES | 100 | 100 |
| NET INCOME | (100) | (100) |
| - LESS INCOME TAX | | |
| NET INCOME AFTER TAX | (100) | (100) |

3/16/2025, 10:12 AM

printable-blank-profit-and-loss-statement-1527567980... https://www.scabma0drags.com/wp-content/uploads/2018/08/printable-bl...

| YEAR 2024 | PROFIT & LOSS (ANNUAL) | |
|---|---|---|
| **INCOME** | | |
| GROSS SALES: | | |
| - LESS RETURNS | | |
| LESS DISCOUNTS | | |
| - LESS BAD DEBT | | |
| INTEREST, RENT AND ROYALTIES | | |
| TOTAL INCOME | Ø | Ø |
| **EXPENSES** | | |
| - COST OF GOODS SOLD | | |
| - DIRECT PAYROLL | | |
| - INDIRECT PAYROLL | | |
| - TAXES, OTHER THAN INCOME TAX | | $100 |
| - SALES EXPENSES | | |
| - SHIPPING AND POSTAGE | | |
| - ADVERTISING AND PROMOTION | | |
| - OFFICE EXPENSES | | |
| - TRAVEL AND ENTERTAINMENT | | |
| - PHONE | | |
| - OTHER UTILITIES | | |
| - AUTOMOBILE | | |
| INSURANCE | | |
| - PROFESSIONAL FEES | | |
| - RENT | | |
| - INTEREST ON LOANS | | |
| - OTHER, MISC. | | |
| TOTAL EXPENSES | | $100 |
| NET INCOME | | —(100) |
| - LESS INCOME TAX | | |
| NET INCOME AFTER TAX | | —($100) |

Debtor Name: **Jack Robert Thacker, Jr.**                                          Case number
**2:25-bk-50237**

| | Exhibit A-3: Statement of Cash Flows for Resource Media, LLC for period ending 3/31/25 |
|---|---|

[Provide a statement of changes in cash position for the following periods:

(i) For the initial report:
  a. the period between the end of the preceding fiscal year and the end of the most recent 3-month period
  of the current fiscal year; and    **NO CHANGE**

  b. the prior fiscal year.    **NO CHANGE**

(ii) For subsequent reports, since the closing date of the last report.    **NO CHANGE**

Describe the source of this information.    **MEMBER/MANAGER**

Debtor Name: **Jack Robert Thacker, Jr.**
**2:25-bk-50237**

Case number

**Exhibit A-4: Statement of Changes in Shareholders'/Partners' Equity (*Deficit*) for Resource Media, LLC
for period ending** 3/31/25

[Provide a statement of changes in shareholders'/partners equity (deficit) for the following periods:
(i) For the initial report:
      a. the period between the end of the preceding fiscal year and the end of the most recent 3-month period
        of the current fiscal year; and    **NO CHANGES**

      b. the prior fiscal year.   **NO CHANGES**

(ii) For subsequent reports, since the closing date of the last report.

Describe the source of this information.   **MEMBER/MANAGER**

Debtor Name: **Jack Robert Thacker, Jr.**
**2:25-bk-50237**

Case number

**Exhibit B: Description of Operations for Resource Media, LLC**

[Describe the nature and extent of the Debtor's interest in the Controlled Non-Debtor Entity.

Describe the business conducted and intended to be conducted by the Controlled Non-Debtor Entity, focusing on the entity's dominant business segments.

Describe the source of this information.]

**Single Member, LLC  -- Jack Robert Thacker, Jr.**

**Owns the publishing rights and unsold copies of the Self Published Book "Index Interests: from 2012.**

Debtor Name: **Jack Robert Thacker, Jr.**
**2:25-bk-50237**

Case number

**Exhibit C: Description of Intercompany Claims**

[List and describe the Controlled Non-Debtor Entity's claims against any other Controlled Non-Debtor Entity, together with the basis for such claims and whether each claim is contingent, unliquidated or disputed. **NONE**

Describe the source of this information.]   **MEMBER/MANAGER**

Debtor Name: **Jack Robert Thacker, Jr.**
**2:25-bk-50237**

Case number

---

**Exhibit D: Allocation of Tax Liabilities and Assets**

[Describe how income, losses, tax payments, tax refunds, or other tax attributes relating to federal, state, or local taxes have been allocated between or among the Controlled Non-Debtor Entity and one or more other Controlled Non-Debtor Entities.

Include a copy of each tax sharing or tax allocation agreement to which the entity is a party with any other Controlled Non-Debtor Entity.

Describe the source of this information.]

**Income/Loss reported on Schedule C to Single Member's federal tax form 1040.   Separate Schedule C from other entities.**

Debtor Name: __Jack Robert Thacker, Jr.__
__2:25-bk-50237__                                                                                          Case number

**Exhibit E: Description of Controlled Non-Debtor Entity's payments of Administrative Expenses, or Professional Fees otherwise payable by a Debtor**

[Describe any payment made, or obligations incurred (or claims purchased), by the Controlled Non-Debtor Entity in connection with any claims, administrative expenses, or professional fees that have been or could be asserted against any Debtor.   **NONE**

Describe the source of this information.]   **MEMBER/MANAGER**

Debtor Name _____**Jack Robert Thacker, Jr.**_____

Case number _____**25-50237**_____

---

**Exhibit A: Financial Statements for** Thacker & Associates, LLC

NONE

---

Debtor Name    **Jack Robert Thacker, Jr.**                                    Case number_____ **25-50237**

---

**Exhibit A-1: Balance Sheet for** Thacker & Associates, LLC **as of** 3/31/25

[Provide a balance sheet dated as of the end of the most recent 3-month period of the current fiscal year and as of the end of the preceding fiscal year.

Describe the source of this information.]         Member/Manager
                                               Jack Robert Thacker, Jr.

Balance_Sheet_Blank-1.pdf.png (PNG Image, 1275...) ...nloads.net/download/Balance_Sheet_Blank-1.pdf.png

# Balance Sheet

Month ending: _3 - 31 - 2025_

| Assets | | Liabilities | |
|---|---|---|---|
| Cash assets: | 52,944 | Current liabilities: | |
| Petty cash: | | Accounts payable: | |
| Accounts receivable: | | Notes payable: | |
| Inventory value: | | Long-term liabilities: | |
| Investments: | | Taxes (state): | |
| Prepaid expenses: | | Taxes (federal): | |
| Land: | | Taxes (property): | |
| Land improvements: | | Taxes (misc.): | |
| Buildings: | | Payroll/wages: | |
| Vehicles: | | Misc: | |
| Equipment: | | | |
| Furnishings: | 1000 | | |
| Miscellaneous assets: | | Amer | 724 |
| Intangible assets: | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| **Total assets:** | 53,944 | **Total liabilities:** | 724 |

www.BusinessFormTemplate.com

| Debtor Name | Jack Robert Thacker, Jr. | Case number | 25-50237 |
| --- | --- | --- | --- |

**Exhibit A-2: Statement of Income (*Loss*) for** Thacker & Associates, LLC **for period ending** 3/31/25

[Provide a statement of income (*loss*) for the following periods:

 (i) For the initial report:

   a.  the period between the end of the preceding fiscal year and the end of the most recent 3-month period of the current fiscal year; and

   b.  the prior fiscal year.

 (ii) For subsequent reports, since the closing date of the last report.

Describe the source of this information.]

Source:  Member/Manager    Jack Robert Thacker, Jr.

5:50 PM

04/16/25

Accrual Basis

# Thacker & Associates
## Profit & Loss
### March 2025

|  | Mar 25 |
| --- | --- |
| **Ordinary Income/Expense** | |
| **Income** | |
| Commission Income | 681.95 |
| **Total Income** | 681.95 |
| **Expense** | |
| Credit Card Payment | 310.37 |
| Insurance Expense | 1,537.00 |
| Taxes | 149.25 |
| Utilities | 0.00 |
| **Total Expense** | 1,996.62 |
| **Net Ordinary Income** | -1,314.67 |
| **Net Income** | **-1,314.67** |

5:48 PM
04/16/25
Accrual Basis

# Thacker & Associates
## Profit & Loss
### January through March 2025

| | Jan - Mar 25 |
|---|---|
| **Ordinary Income/Expense** | |
| **Income** | |
| Commission Income | 31,323.16 |
| **Total Income** | 31,323.16 |
| **Expense** | |
| Advertising and Promotion | 59.00 |
| Commissions Pd. | 16,779.62 |
| Credit Card Payment | 10,649.57 |
| Insurance Expense | 1,537.00 |
| Office Supplies | 221.14 |
| Owners Capital Draw | 8,000.00 |
| Payroll Expenses | 1,399.38 |
| Repairs and Maintenance | 1,825.00 |
| Taxes | 149.25 |
| Utilities | 824.22 |
| **Total Expense** | 41,444.18 |
| **Net Ordinary Income** | -10,121.02 |
| **Net Income** | -10,121.02 |

3:44 PM
03/16/25
Accrual Basis

# Thacker & Associates
## Profit & Loss
### January through December 2024

|  | Jan - Dec 24 |
|---|---|
| **Ordinary Income/Expense** |  |
| **Income** |  |
| Commission Income | 381,919.79 |
| **Total Income** | 381,919.79 |
| **Expense** |  |
| Accounting Firm | 1,100.00 |
| Advertising and Promotion | 8,690.81 |
| Commissions Pd. | 202,042.78 |
| Computer and Internet Expenses | 1,589.10 |
| Credit Card Payment | 20,994.77 |
| Final payment Insurance Buyout | 7,500.00 |
| Insurance Buyout | 7,500.00 |
| Insurance Expense | 3,547.00 |
| Janitorial Expense | 1,615.00 |
| LEGAL FEES | 58,888.30 |
| License Fees | 278.52 |
| Maintenance and Grounds | 3,738.12 |
| Office Supplies | 974.91 |
| Owners Capital Draw | 23,500.00 |
| Payroll Expenses | 33,390.50 |
| Payroll Taxes | 37.00 |
| Postage and Delivery | 400.00 |
| Printing and Reproduction | 228.50 |
| Professional Fees | 10.00 |
| Stop Payment Charge | 22.00 |
| Taxes | 706.61 |
| Trash Pickup | 600.00 |
| Utilities | 6,453.19 |
| **Total Expense** | 383,807.11 |
| **Net Ordinary Income** | -1,887.32 |
| **Net Income** | -1,887.32 |

| Debtor Name | **Jack Robert Thacker, Jr.** | Case number | **25-50237** |
|---|---|---|---|

**Exhibit A-3: Statement of Cash Flows for** Thacker & Associates LLC **for period ending** 3/31/25

[Provide a statement of changes in cash position for the following periods:

 (i) For the initial report:

  a. the period between the end of the preceding fiscal year and the end of the most recent 3-month period of
   the current fiscal year; and

  b. the prior fiscal year.

 (ii) For subsequent reports, since the closing date of the last report.

Describe the source of this information.]

       Source:    Member/Manager
                  Jack Robert Thacker, Jr.

11:13 AM
04/17/25

## Thacker & Associates
## Statement of Cash Flows
### January 1 through April 17, 2025

|  | Jan 1 - Apr 17, 25 |
|---|---|
| **OPERATING ACTIVITIES** | |
| Net Income | -10,121.02 |
| **Net cash provided by Operating Activities** | -10,121.02 |
| Net cash increase for period | -10,121.02 |
| Cash at beginning of period | 65,725.99 |
| **Cash at end of period** | **55,604.97** |

**Thacker & Associates**
**Statement of Cash Flows**
January through December 2024

| | Jan - Dec 24 |
|---|---|
| **OPERATING ACTIVITIES** | |
| Net Income | -1,887.32 |
| **Net cash provided by Operating Activities** | -1,887.32 |
| Net cash increase for period | -1,887.32 |
| Cash at beginning of period | 67,613.31 |
| **Cash at end of period** | **65,725.99** |

| Debtor Name | Jack Robert Thacker, Jr. | Case number | 25-50237 |
|---|---|---|---|

**Exhibit A-4: Statement of Changes in Shareholders'/Partners' Equity (*Deficit*) for** Thacker & Associates, Inc. **for period ending** 3/31/25

[Provide a statement of changes in shareholders'/partners equity (*deficit*) for the following periods:

(i) For the initial report:

    a. the period between the end of the preceding fiscal year and the end of the most recent 3-month period of the current fiscal year; and

    b. the prior fiscal year.

(ii) For subsequent reports, since the closing date of the last report.    NO CHANGES

Describe the source of this information.]    Source: Member/Manager    Jack Robert Thacker, Jr.

Debtor Name  **Jack Robert Thacker, Jr.**                           Case number  **25-50237**

---

**Exhibit B: Description of Operations for** Thacker & Associates, LLC

[Describe the nature and extent of the Debtor's interest in the Controlled Non-Debtor Entity.

Describe the business conducted and intended to be conducted by the Controlled Non-Debtor Entity, focusing on the entity's dominant business segments.

Describe the source of this information.]


Single Member LLC        Jack Robert Thacker, Jr.

Thacker & Associates is an insurance agency for life insurance and annuity sales.

Source:  Member/Manager    Jack Robert Thacker, Jr.

Debtor Name **Jack Robert Thacker, Jr.**

Case number **25-50237**

---

**Exhibit C: Description of Intercompany Claims**

[List and describe the Controlled Non-Debtor Entity's claims against any other Controlled Non-Debtor Entity, together with the basis for such claims and whether each claim is contingent, unliquidated or disputed.

Describe the source of this information.]

```
None -- Jack Robert Thacker, Jr.
        Member/Manager


Source:  Member/Manager - Jack Robert Thacker, Jr.
```

| Debtor Name | **Jack Robert Thacker, Jr.** | Case number | 25-50237 |
|---|---|---|---|

---

**Exhibit D: Allocation of Tax Liabilities and Assets**

---

[Describe how income, losses, tax payments, tax refunds, or other tax attributes relating to federal, state, or local taxes have been allocated between or among the Controlled Non-Debtor Entity and one or more other Controlled Non-Debtor Entities.

Include a copy of each tax sharing or tax allocation agreement to which the entity is a party with any other Controlled Non-Debtor Entity.

Describe the source of this information.]

Income/Loss reported Schedule C to single member's Federal Tax 1040 form.

Seperate Schedule C from other entities.

Source:  Member/Manager    Jack Robert Thacker, Jr.

| Debtor Name | Jack Robert Thacker, Jr. | Case number | 25-50237 |
|---|---|---|---|

**Exhibit E: Description of Controlled Non-Debtor Entity's payments of Administrative Expenses, or Professional Fees otherwise payable by a Debtor**

[Describe any payment made, or obligations incurred (or claims purchased), by the Controlled Non-Debtor Entity in connection with any claims, administrative expenses, or professional fees that have been or could be asserted against any Debtor.

Describe the source of this information.]


None

Source:  Member Manager

Jack Robert Thacker, Jr.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on April 18, 2025, the foregoing **"Periodic Report Regarding Value, Operations, and Profitability of Entities in Which the Debtor's Estate Holds a Substantial or Controlling Interest"** was filed and will be served by operation of the Court's electronic case filing notice system on Tiffany A. DiIorio, Andrew Wesley Hogan, Eric W. Reecher, M. Aaron Spencer, Anthony R. Steele, Walter N. Winchester, and the United States Trustee.

/s/ Maurice K. Guinn
Maurice K. Guinn
(BPR #000366)
Gentry, Tipton & McLemore
P. O. Box 1990
Knoxville, TN  37902
(865) 525-5300

*Attorneys for Jack Robert Thacker, Jr.*

*Cert of Service Periodic Report  (4/18/25)*