# U.S. District Court
## Eastern District of Missouri (St. Louis)
### CIVIL DOCKET FOR CASE #: 4:25-cv-00078-SPM

Vaughn et al v. Center Street Securities, Inc. et al  
Assigned to: Magistrate Judge Shirley Padmore Mensah  
Demand: $1,736,000  
Cause: 09:1 U.S. Arbitration Act  

Date Filed: 01/17/2025  
Jury Demand: None  
Nature of Suit: 896 Other Statutes: Arbitration  
Jurisdiction: Federal Question  

**Plaintiff**

**Terry Vaughn**  represented by  **Michael C. Bixby**  
BIXBY LAW PLLC  
4300 Bayou Boulevard  
Suite 16  
Pensacola, FL 32503  
850-332-6945  
Email: michael@bixbylawfirm.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*  

**Sarah Shoemake Doles**  
LEVIN LAW FIRM  
316 S. Baylen Street  
Suite 600  
Pensacola, FL 32502  
850-435-7000  
Email: sdoles@levinlaw.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*  

**Plaintiff**

**Sharon Vaughn**  represented by  **Michael C. Bixby**  
(See above for address)  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*  

**Sarah Shoemake Doles**  
(See above for address)  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*  

V.

**Defendant**

**Center Street Securities, Inc.**

**Defendant**

**Jack R. Thacker**

**Defendant**

**Jeffrey T. Kennedy**  represented by  **Jeffrey T. Kennedy**  
1093 County Road 205  
Giddings, TX 78942  
PRO SE  

**Counter Claimant**

| | | |
|---|---|---|
| **Jeffrey T. Kennedy** | represented by | **Jeffrey T. Kennedy**<br>(See above for address)<br>PRO SE |

V.

**Counter Defendant**

| | | |
|---|---|---|
| **Sharon Vaughn** | represented by | **Michael C. Bixby**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Sarah Shoemake Doles**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Counter Defendant**

| | | |
|---|---|---|
| **Terry Vaughn** | represented by | **Michael C. Bixby**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Sarah Shoemake Doles**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 01/17/2025 | 1 | COMPLAINT *Petition To Confirm Arbitration Award* against defendant All Plaintiffs with receipt number AMOEDC-11040184, in the amount of $405 Non-Jury Demand,, filed by Terry Vaughn, Sharon Vaughn. (Attachments: # 1 Exhibit A, # 2 Civil Cover Sheet, # 3 Original Filing Form, # 4 Summons, # 5 Summons, # 6 Summons)(Doles, Sarah) (Entered: 01/17/2025) |
| 01/22/2025 | 2 | NOTICE of Filing Deficiency re 1 Complaint,. In accordance with Eastern District of Missouri Local Rules and the Case Management/Electronic Case Filing (CM/ECF) Procedures Manual, a filing deficiency has been identified as follows: Notice of Process Server form not filed. This deficiency must be filed in the case record immediately. (JWD) (Entered: 01/22/2025) |
| 01/23/2025 | 3 | FINAL NOTICE of Filing Deficiency re 1 Complaint, 2 Electronic Notice of Filing Deficiency. The filing deficiency previously identified has not been corrected by the filing attorney. Case to proceed to judge assignment and further review by the Clerks Office Exec. Team. (JWD) (Entered: 01/23/2025) |
| 01/23/2025 | | Case Opening Notification. Judge Assigned: Honorable Shirley P. Mensah. All parties must file the Notice Regarding Magistrate Judge Jurisdiction Form consenting to or opting out of the Magistrate Judge jurisdiction. Click here for the instructions. Pursuant to Local Rule 2.09, every nongovernmental corporate party or nongovernmental corporation that seeks to intervene in any case, and every party or intervenor in an action in which jurisdiction is based upon diversity, must file a Disclosure Statement immediately upon entering its appearance in the case. Please complete and file the certificate as soon as possible. (moed-0001.pdf). (JWD) (Entered: 01/23/2025) |
| 01/24/2025 | 4 | NOTICE OF PROCESS SERVER by Plaintiffs Terry Vaughn, Sharon Vaughn Process Server: ABC Legal Services, LLC (Doles, Sarah) (Entered: 01/24/2025) |
| 01/24/2025 | 5 | DISCLOSURE STATEMENT by Terry Vaughn. No corporate parents or affiliates identified. (Doles, Sarah) (Entered: 01/24/2025) |
| 01/24/2025 | 6 | DISCLOSURE STATEMENT by Sharon Vaughn. No corporate parents or affiliates identified. (Doles, Sarah) (Entered: 01/24/2025) |
| 01/28/2025 | | Summons Issued as to defendant Center Street Securities, Inc., Jeffrey T. Kennedy, Jack R. Thacker. The summons were emailed to attorney Sarah Shoemake Doles. (JEB) (Entered: 01/29/2025) |
| 02/14/2025 | 7 | SUMMONS Returned Executed filed by Terry Vaughn, Sharon Vaughn. Center Street Securities, Inc. served on 2/11/2025, answer due 3/4/2025; Jeffrey T. Kennedy served on 2/7/2025, answer due 2/28/2025; Jack R. Thacker |

| Date | # | Description |
|---|---|---|
| | | served on 2/8/2025, answer due 3/3/2025. (Attachments: # 1 Summons Center Street Securities Inc., # 2 Summons Jack R. Thacker, # 3 Summons Jeffrey T. Kennedy)(Doles, Sarah) (Entered: 02/14/2025) |
| 02/25/2025 | 8 | MOTION for Leave to Appear Pro Hac Vice Michael C. Bixby. The Certificate of Good Standing was attached. (Filing fee $150 receipt number AMOEDC-11106571) by Plaintiffs Sharon Vaughn, Terry Vaughn. (Attachments: # 1 Certificate of Good Standing Michael Bixby Certificate of Good Standing)(Bixby, Michael) (Entered: 02/25/2025) |
| 03/06/2025 | 9 | ANSWER to 1 Complaint and COUNTERCLAIM against plaintiff Sharon Vaughn, Terry Vaughn by Jeffrey T. Kennedy. (Attachments: # 1 Exhibit Arbitrator Disclosure Report)(HMA) (Entered: 03/06/2025) |
| 03/11/2025 | 10 | Docket Text ORDER Re: 8 Motion for Leave to Appear Pro Hac Vice filed by Michael C. Bixby; ORDERED GRANTED. Signed by Magistrate Judge Shirley Padmore Mensah on 3/11/2025. (JEB) (Entered: 03/11/2025) |
| 03/17/2025 | 11 | AMENDED ANSWER to 1 Complaint and COUNTERCLAIM filed by Counter Claimant Jeffrey T. Kennedy, Defendant Jeffrey T. Kennedy. (Attachments: # 1 Arbitrator Disclosure Report)(KXS) (Entered: 03/17/2025) |
| 03/18/2025 | 12 | Letter from Clerk sent to Defendant Jeffrey T. Kennedy re: Failure to file Notice Regarding Magistrate Judge Jurisdiction. Notice re: Magistrate Judge Jurisdiction due by 3/25/2025. (Attachments: # 1 Attachment Magistrate Consent Form) (ANR) (Entered: 03/18/2025) |
| 03/18/2025 | | ORDER RECEIPT: (see receipt) Docket No: 12. Tue Mar 18 13:15:49 CDT 2025 (ANR) (Entered: 03/18/2025) |
| 03/25/2025 | 13 | ORDER SETTING RULE 16 CONFERENCE. This case is assigned to Track: 2 Standard. Joint Scheduling Plan due by 4/3/2025. Rule 16 Conference set for 4/10/2025 02:00 PM in Chambers before Magistrate Judge Shirley Padmore Mensah. Notice re: Magistrate Judge Jurisdiction due by 4/3/2025. Signed by Magistrate Judge Shirley Padmore Mensah on 3/25/2025. (HMA) (Entered: 03/25/2025) |
| 03/25/2025 | | ORDER RECEIPT: (see receipt) Docket No: 13. copy sent to non-electronic party this date. Tue Mar 25 15:03:10 CDT 2025 (HMA) (Entered: 03/25/2025) |
| 04/01/2025 | 14 | *Petitioners and Counter-Respondents'* ANSWER to Counterclaim *Motion/Petition to Vacate by Jeffrey T. Kennedy* by Sharon Vaughn, Terry Vaughn.(Bixby, Michael) (Entered: 04/01/2025) |
| 04/03/2025 | 15 | JOINT SCHEDULING PLAN by Plaintiffs Sharon Vaughn, Terry Vaughn, Counter Defendants Sharon Vaughn, Terry Vaughn. . (Bixby, Michael) (Entered: 04/03/2025) |
| 04/03/2025 | 16 | MOTION for Leave to Appear Via Zoom for April 10, 2025 Scheduling Conference by Plaintiffs Sharon Vaughn, Terry Vaughn, Counter Defendants Sharon Vaughn, Terry Vaughn. (Bixby, Michael) (Entered: 04/03/2025) |
| 04/04/2025 | 17 | Docket Text ORDER Re: 16 Motion for Leave to Appear Via Zoom; ORDERED GRANTED. Signed by Magistrate Judge Shirley Padmore Mensah on 4/4/2025. (JEB) (Entered: 04/04/2025) |
| 04/07/2025 | 18 | ORDER: IT IS HEREBY ORDERED that the Rule 16 Scheduling Conference is VACATED. The Court will instead hold a telephone conference with the parties at the same time as the previously scheduled Rule 16 Scheduling Conference, April 10, 2025 at 2:00 p.m. The parties will receive call-in information in advance of the conference. (Telephone Conference set for 4/10/2025 02:00 PM in Telephone Conference in Chambers before Magistrate Judge Shirley Padmore Mensah.) Signed by Magistrate Judge Shirley Padmore Mensah on 4/7/2025. (CLH) (Entered: 04/08/2025) |
| 04/08/2025 | | ORDER RECEIPT: (see receipt) Docket No: 17, 18. Mailed to party not set up for electronic delivery. Tue Apr 8 07:58:51 CDT 2025 (CLH) (Entered: 04/08/2025) |
| 04/10/2025 | 19 | ELECTRONIC MINUTE ENTRY (no pdf attached) for proceedings held before Magistrate Judge Shirley Padmore Mensah: Telephone Conference held on 4/10/2025. Discussion held. Order to issue. (proceedings started: 2:05 PM) (proceedings ended: 2:23 PM) (Appearance for Plaintiff: Michael C. Bixby)(Appearance for Defendant: PRO SE- Jeffrey T. Kennedy) (CLH) (Entered: 04/10/2025) |
| 04/10/2025 | 20 | ORDER: IT IS HEREBY ORDERED that, within fourteen (14) days of this order, Petitioners shall either (1) make it known to the Clerk of the Court that Respondents Center Street and Thacker have failed to answer and are subject to entry of default; (2) make it known to the Court that Petitioners, Respondent Center Street, and Respondent Thacker are in communication or are otherwise negotiating settlement of this case without further need of court intervention, and move to dismiss the case; or (3) file another appropriate motion. IT IS FURTHER ORDERED that, within fourteen (14) days of this order, Petitioners shall file a file a written status report apprising the Court of how Petitioners wish to proceed with respect to Respondent Kennedy. Failure to comply with this order may result in the dismissal of this action without prejudice. Signed by Magistrate Judge Shirley Padmore Mensah on 4/10/2025. (CLH) (Entered: 04/10/2025) |
| 04/10/2025 | | ORDER RECEIPT: (see receipt) Docket No: 20. Mailed to party not set up for electronic delivery. Thu Apr 10 16:34:19 CDT 2025 (CLH) (Entered: 04/10/2025) |

| | | |
|---|---|---|
| 04/18/2025 | 21 | DISCLOSURE STATEMENT by Jeffrey T. Kennedy. No corporate parents or affiliates identified. (CLH) (Entered: 04/18/2025) |
| 04/24/2025 | 22 | First MOTION for Extension of Time to File ;Extension to file the following: In Compliance with Court's April 10, 2025 Order (Doc. #20) ;Proposed extension date May 8, 2025 by Plaintiffs Sharon Vaughn, Terry Vaughn, Counter Defendants Sharon Vaughn, Terry Vaughn. (Bixby, Michael) (Entered: 04/24/2025) |
| 04/25/2025 | 23 | Docket Text ORDER: re 22 Motion for Extension of Time to File Response to Court; extension date: 5/8/2025. ORDERED: GRANTED. (Response to Court due by 5/8/2025.) Signed by Magistrate Judge Shirley Padmore Mensah on 4/25/2025. (CBL) (Entered: 04/25/2025) |
| 04/28/2025 | | ORDER RECEIPT: (see receipt) Docket No: 23. Order sent to party not electronically notified. Mon Apr 28 12:43:53 CDT 2025 (CBL) (Entered: 04/28/2025) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 04/28/2025 14:53:51 | | | |
| **PACER Login:** | wsfs0240 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 4:25-cv-00078-SPM |
| **Billable Pages:** | 4 | **Cost:** | 0.40 |