**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | Jack Robert Thacker, Jr. |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF TENNESSEE |
| Case number: | 2:25-bk-50237 |

☐ Check if this is an amended filing

Official Form 425C

**Monthly Operating Report for Small Business Under Chapter 11**    12/17

| | | | |
|---|---|---|---|
| Month: | April 2025 | Date report filed: | 05/14/2025 MM/DD/YYYY |
| Line of business: | Former Financial Advisor | NAISC code: | |

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party: Jack Robert Thacker, Jr.

Original signature of responsible party: /s/ Jack Robert Thacker Jr.

Printed name of responsible party: Jack Robert Thacker, Jr.

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

If you answer No to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A.*

| | | Yes | No | N/A |
|---|---|---|---|---|
| 1. | Did the business operate during the entire reporting period? | ☐ | ☐ | ☑ |
| 2. | Do you plan to continue to operate the business next month? | ☐ | ☐ | ☑ |
| 3. | Have you paid all of your bills on time? | ☑ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☐ | ☐ | ☑ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☑ | ☐ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☑ | ☐ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☑ | ☐ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☐ | ☐ | ☑ |
| 9. | Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |

If you answer Yes to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B.*

| | | Yes | No | N/A |
|---|---|---|---|---|
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☑ | ☐ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☑ | ☐ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☑ | ☐ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☑ | ☐ |
| 17. | Have you paid any bills you owed before you filed bankruptcy? | ☐ | ☑ | ☐ |
| 18. | Have you allowed any checks to clear the bank that were issued before you filed bankruptcy? | ☐ | ☑ | ☐ |

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**    $ 342,026.04
    This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

20. **Total cash receipts**

| Debtor Name | Jack Robert Thacker, Jr. | Case number | 2:25-bk-50237 |
|---|---|---|---|

Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

Report the total from *Exhibit C* here.   $ __6,461.44__

21. **Total cash disbursements**
Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstandingchecks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

Report the total from *Exhibit D* here.   -$ __24,855.73__

22. **Net case flow**   -$ __18,394.29__
Subtract line 21 from line 20 and report the result here.
This amount may be different from what you may have calculated as *net profit*.

23. **Cash on hand at the end of the month**

Add line 22 + line 19. Report the result here.   =$ __323,631.75__

Report this figure as *the cash on hand at the beginning of the month* on your next operating report.

This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

### 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**   $ __0.00__
    *(Exhibit E)*

### 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy. Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**   $ __0.00__
    *(Exhibit F)*

### 5. Employees

26. What was the number of employees when the case was filed?   $ __0__

27. What is the number of employees as of the date of this monthly report?   $ __0__

### 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?   $ __0.00__

29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?   $ __0.00__

| Debtor Name | Jack Robert Thacker, Jr. | Case number | 2:25-bk-50237 |
|---|---|---|---|

30. How much have you paid this month in other professional fees?  $ __0.00__

31. How much have you paid in total other professional fees since filing the case?  $ __0.00__

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

|  |  | Column A<br>**Projected**<br>Copy lines 35-37 from the previous month's report. | − | Column B<br>**Actual**<br>Copy lines 20-22 of this report. | = | Column C<br>**Difference**<br>Subtract Column B from Column A. |
|---|---|---|---|---|---|---|
| 32. | **Cash receipts** | $ 6,227.00 | − | $ 6,461.44 | = | $ -234.44 |
| 33. | **Cash disbursements** | $ 6,676.00 | − | $ 24,855.73 | = | $ -18,179.73 |
| 34. | **Net cash flow** | $ -449.00 | − | $ -18,394.24 | = | $ -18,843.29 |

35. Total projected cash receipts for the next month:  $ __6,227.00__

36. Total projected cash disbursements for the next month:  − $ __6,676.00__

37. Total projected net cash flow for the next month:  = $ __-449.00__

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

- [✓] 38. Bank statements for each open account (redact all but the last 4 digits of account numbers).
- [ ] 39. Bank reconciliation reports for each account.
- [ ] 40. Financial reports such as an income statement (profit & loss) and/or balance sheet.
- [ ] 41. Budget, projection, or forecast reports.
- [ ] 42. Project, job costing, or work-in-progress reports.

Jack Robert Thacker, Jr.

Case No. 2:25-50237

## EXHIBIT B

United Southern Federal Credit Union account is still open because the Credit Union has an administrative freeze on the account, pending the Court's Order on the Motion for Agreed Order for Relief From Stay (Doc 86) filed on 4/25/25.

Erie Insurance Company cancelled the property insurance policy for 4332 Pretoria Run, Murfreesboro, Tennessee, after Debtor sold the property pursuant to the Amended Order Granting Motion to Sell (Doc 55) entered on 3/28/2025.

Debtor made a significant payment ($5,992.21) to Ballard Health for medical expenses. Payment Receipt is attached.



**BALLAD HEALTH**
**Payment Receipt**
Receipt Number: 8747311

| | | | |
|---|---|---|---|
| Guarantor Name: | Jack Robert Thacker Jr. | Patient Name: | Jack R. Thacker Jr. |
| Guarantor ID: | 407362 | Patient Address: | 2261 Bullock Hollow Rd |
| Receipt Date: | 4/28/2025 | Payment Location: | Franklin Woods Community Hospital |
| Electronic Type: | Checking | Electronic Tx ID: | 3135118506136335 |
| Last 4 digits #: | 8439 | Electronic Auth: | 014190 |

DETAIL OF PAYMENT:

 Previous Balance

Acct #5800829902 - Admission from 03/05/25 to 03/06/25        $5,863.41

Acct #5800830722 - Echocardiogram Visit on 03/06/25        $128.80

___

METHOD OF PAYMENT:

 Payment Methods

Checking x8439        $5,992.21
*Authorization number: 014190*

**Thank you for your payment. For account inquiries please call (423) 408-7400.**

Exhibit C

| Account Name | Processed | Description | Check Number | Credit or Debit | Amount | |
|---|---|---|---|---|---|---|
| REG CK | 000 4/30/2025 | FUND VI D  CPFVI LLC OP PPD | | Credit | 500 | Cygnus fund quarterly Distribution |
| REG CK | 000 4/28/2025 | CREDIT   AXOS CLEARING PPD | | Credit | 241.67 | Interest from brokerage acct |
| REG CK | 000 4/25/2025 | MID MESA  MONTEGO ASSET CCD  556 | | Credit | 375.98 | Royalty income |
| REG CK | 000 4/25/2025 | SILV PEAK  MONTEGO ASSET MA CCD  738 | | Credit | 724.72 | Royalty income |
| REG CK | 000 4/25/2025 | MRM DIST  MONTEGO ASSET MA CCD  838 | | Credit | 660.19 | Royalty Income |
| REG CK | 000 4/16/2025 | E2C    E2C PPD | | Credit | 1758.88 | Interest Income |
| REG CK | 000 4/15/2025 | DEPOSIT | | Credit | 1500 | April Rent from 951 Cumberland St. |
| REG CK | 000 4/9/2025 | DEPOSIT | | Credit | 700 | *Income from work painting a house interior |

Total = $6,461.44


EXHIBIT C

**EXHIBIT D**

| Account Name | Processed Date | Description | Check Number | Credit or Debit | Amount | |
|---|---|---|---|---|---|---|
| REG CK 0001 | 4/1/2025 | ELEC. BILL BRISTOL TN ESSEN PPD | | Debit | 500.45 | utilities |
| REG CK 0001 | 4/1/2025 | DBT CRD 1017 03/31/25 50331967 VIOC 040231 BRISTOL TN | | Debit | 242.7 | oil change and auto service |
| REG CK 0001 | 4/1/2025 | DBT CRD 1038 03/31/25 63254154 PREMIER PHARMACY INC 423-2451022 TN | | Debit | 72.48 | medication |
| REG CK 0001 | 4/1/2025 | DBT CRD 2258 04/01/25 43015384 PRIME VIDEO CHANNELS AMZN.COM/BILL WA | | Debit | 6.56 | entertainment |
| REG CK 0001 | 4/2/2025 | DBT CRD 1922 04/01/25 11059821 PILOT 00656 WHITELAND IN | | Debit | 57.34 | gas |
| REG CK 0001 | 4/2/2025 | DBT CRD 1113 04/01/25 82713522 PILOT 04596 WHITE PINE TN | | Debit | 38.57 | gas |
| REG CK 0001 | 4/3/2025 | DBT CRD 0602 04/01/25 97415991 PY *HIGHWAY 126 SELF S 423-968-3321 TN | | Debit | 100 | storage unit |
| REG CK 0001 | 4/8/2025 | POS DEB 1132 04/08/25 00759779 GOOD TO GO 4250 S. STATE RD 2 LEBANON IN | | Debit | 69.57 | gas |
| REG CK 0001 | 4/8/2025 | DBT CRD 2040 04/08/25 60341584 PRIME VIDEO CHANNELS AMZN.COM/BILL WA | | Debit | 8.75 | entertainment |
| REG CK 0001 | 4/9/2025 | POS DEB 1803 04/08/25 95922200 PILOT #0412 3624 ROY MESSER HW WHITE PINE TN | | Debit | 46.25 | gas |
| REG CK 0001 | 4/9/2025 | POS DEB 1426 04/09/25 90771978 WAL WAL-MART #0620 001606 220 CENTURY BLVD BRISTOL TN | | Debit | 46.99 | groceries |
| REG CK 0001 | 4/9/2025 | DBT CRD 0003 04/07/25 82174407 WEAVER PIKE MINI STORA 800-789-3638 TN | | Debit | 140 | storage unit |
| REG CK 0001 | 4/10/2025 | DBT CRD 1021 04/08/25 52713988 ARBYS 6259 LEBANON IN | | Debit | 12.85 | food |
| REG CK 0001 | 4/10/2025 | DBT CRD 1957 04/09/25 34525077 PRIME VIDEO CHANNELS AMZN.COM/BILL WA | | Debit | 8.75 | entertainment |
| REG CK 0001 | 4/10/2025 | POS DEB 1056 04/10/25 00376211 WENDYS 4596 3663 ROY MESSER HW WHITE PINE TN | | Debit | 11.84 | food |
| REG CK 0001 | 4/10/2025 | DBT CRD 1238 04/09/25 34972591 SQ *BIG RED APPLE SHED BRISTOL TN | | Debit | 9.72 | groceries |
| REG CK 0001 | 4/11/2025 | POS DEB 0949 04/11/25 00143514 BLACK DIAMOND MA 5620 HIGHWAY 11 EA PINEY FLATS TN | | Debit | 47.14 | gas |
| REG CK 0001 | 4/11/2025 | POS DEB 1225 04/11/25 00213798 WALGREENS STORE 2340 HIGH WALGREENS STORE 23 BLOUNTVILLE TN | | Debit | 18.91 | medication |
| REG CK 0001 | 4/14/2025 | DBT CRD 1051 04/10/25 71182478 RPS KNOXVILLE PRYOR BR KNOXVILLE TN | | Debit | 12 | parking |
| REG CK 0001 | 4/14/2025 | DBT CRD 1307 04/13/25 52532757 WENDYS #5 BRISTOL TN | | Debit | 5.88 | food |
| REG CK 0001 | 4/14/2025 | POS DEB 1117 04/14/25 11400715 APPLE COM BILL APPLE COM BILL CUPERTINO CA | | Debit | 13.1 | utilities |
| REG CK 0001 | 4/14/2025 | POS DEB 1559 04/12/25 00501117 SAMS CLUB #6518 SAM S CLUB BRISTOL VA | | Debit | 286.24 | groceries |
| REG CK 0001 | 4/14/2025 | POS DEB 2200 04/12/25 08194180 APPLE.COM/BILL 866-712-7753 CA | | Debit | 2.99 | utilities |
| REG CK 0001 | 4/14/2025 | POS DEB 1533 04/11/25 00703162 FOOD CITY #669 FOOD CITY 669 BLOUNTVILLE TN | | Debit | 40.29 | groceries |
| REG CK 0001 | 4/15/2025 | POD CHECK 1007 | 1007 | Debit | 200 | Church donation |
| REG CK 0001 | 4/15/2025 | PAYMENT JOHN HANCOCK MAN PPD TRN*1*E42395053| | Debit | 70 | life insurance |
| REG CK 0001 | 4/16/2025 | DBT CRD 0007 04/15/25 84655368 PY *STORAGE SOLUTIONS MURFREESBORO TN | | Debit | 104 | storage unit |
| REG CK 0001 | 4/16/2025 | POS DEB 1454 04/16/25 00096659 SHELL SERVICE STATION SHELL SERVICE STAT BRISTOL VA | | Debit | 45.22 | gas |
| REG CK 0001 | 4/17/2025 | POS DEB 1140 04/17/25 00460690 FOOD CITY #821 FOOD CITY 821 BRISTOL VA | | Debit | 19.71 | groceries |
| REG CK 0001 | 4/17/2025 | DBT CRD 1413 04/16/25 92247435 SQ *BIG RED APPLE SHED BRISTOL TN | | Debit | 35.85 | groceries |
| REG CK 0001 | 4/17/2025 | DBT CRD 1152 04/15/25 07411261 TST*SULLYS STEAMERS JO JOHNSON CITY TN | | Debit | 31.75 | food |
| REG CK 0001 | 4/17/2025 | DBT CRD 1010 04/15/25 46347758 STARBUCKS STORE 65510 BRISTOL TN | | Debit | 9.96 | food and coffee |
| REG CK 0001 | 4/17/2025 | DBT CRD 1423 04/16/25 98317718 SQ *BIG RED APPLE SHED BRISTOL TN | | Debit | 19.76 | tomato plants |
| REG CK 0001 | 4/18/2025 | WEB PMT BCBSTN WEB | | Debit | 1021.45 | health insurance |
| REG CK 0001 | 4/21/2025 | POS DEB 1358 04/21/25 00885417 BASS PRO STORE BRISTOL BASS PRO STORE BRI BRISTOL TN | | Debit | 48 | row boat registration renewal |
| REG CK 0001 | 4/21/2025 | POS DEB 1714 04/18/25 00809097 WM SUPERCENTER #620 WAL-MART SUPER CEN BRISTOL TN | | Debit | 90.88 | groceries and home supplies |
| REG CK 0001 | 4/21/2025 | DBT CRD 0359 04/19/25 23437435 NETFLIX.COM NETFLIX.COM CA | | Debit | 27.36 | entertainment |
| REG CK 0001 | 4/21/2025 | DBT CRD 1822 04/18/25 41436177 PRIME VIDEO CHANNELS AMZN.COM/BILL WA | | Debit | 18.6 | entertainment |
| REG CK 0001 | 4/22/2025 | DBT CRD 1709 04/25/25 97569062 PRIME VIDEO CHANNELS AMZN.COM/BILL WA | | Debit | 6.56 | entertainment |
| REG CK 0001 | 4/23/2025 | DBT CRD 1323 04/21/25 61865354 SQ *BIG RED APPLE SHED BRISTOL TN | | Debit | 17.89 | produce |
| REG CK 0001 | 4/28/2025 | DBT CRD 1305 04/26/25 00045506 WALGREENS STORE 1388 VOLU WALGREENS STORE 13 BRISTOL TN | | Debit | 9.48 | medication |
| REG CK 0001 | 4/28/2025 | DBT CRD 1050 04/28/25 70279883 PREMIER PHARMACY INC 423-2451022 TN | | Debit | 123.9 | medication |
| REG CK 0001 | 4/29/2025 | UTILITY BI SOUTH FORK UTILI PPD | | Debit | 65.99 | water bill |
| REG CK 0001 | 4/24/2025 | POS DEB 1543 04/23/25 00930854 FOOD CITY #821 FOOD CITY 821 BRISTOL VA | | Debit | 45.54 | groceries |
| REG CK 0001 | 4/25/2025 | POD CHECK 1006 | 1006 | Debit | 14187.2 | check to Aaron Spencer trustee for insurance on murfreesboro house |
| REG CK 0001 | 4/25/2025 | POS DEB 1754 04/24/25 41801300 SAMSCLUB #6518 21483 MARKET CENTE BRISTOL VA | | Debit | 180.72 | groceries |
| REG CK 0001 | 4/28/2025 | DBT CRD 0006 04/26/25 84157748 PY *STORAGE SOLUTIONS MURFREESBORO TN | | Debit | 139 | storage unit |
| REG CK 0001 | 4/28/2025 | POS DEB 1246 04/27/25 00089217 WEAVER PIKE MARK 2117 WEAVER PIKE BRISTOL TN | | Debit | 60.54 | gas |
| REG CK 0001 | 4/29/2025 | DBT CRD 0000 04/28/25 80377739 APPLE.COM/BILL 866-712-7753 CA | | Debit | 4.99 | utilities |
| REG CK 0001 | 4/29/2025 | POS DEB 1323 04/29/25 05082800 CROCKETT ENTERPRISES 1 195 VAN HILL RD GREENEVILLE TN | | Debit | 9.16 | food |
| REG CK 0001 | 4/29/2025 | ELEC. BILL BRISTOL TN ESSEN PPD | | Debit | 386.7 | utilities |
| REG CK 0001 | 4/29/2025 | WEBPAYMENBALLADMYCHART WEB | | Debit | 5992.21 | hospital bill to ballad health paid online |
| REG CK 0001 | 4/29/2025 | POS DEB 1523 04/28/25 00601117 KROGER #335 31 MIDWAY ST. KROGER 335 31 MID BRISTOL VA | | Debit | 73.05 | groceries |
| REG CK 0001 | 4/30/2025 | DBT CRD 0918 04/29/25 15396817 PRIME VIDEO CHANNELS AMZN.COM/BILL WA | | Debit | 7.65 | entertainment |
| REG CK 0001 | 4/30/2025 | DBT CRD 1931 04/29/25 18959427 AMAZON PRIME*NB9PA8BR2 AMZN.COM/BILL WA | | Debit | 3.27 | entertainment |
| | | | | total | 24855.7 | |

**United Southeast Federal Credit Union**
1545 Bluff City Hwy
Bristol, TN 37620
888-202-1212 or 423-989-2100

| Account Number: | Statement Period: |
|---|---|
| xxxxxxx113 | 04/01/2025-04/30/2025 |

**Summary at a Glance:**
| Total Shares: | 8,392.04 |
|---|---|
| Total Loans: | 0.00 |

Page 1 of 2

JACK R THACKER JR
PO BOX 35
BRISTOL TN 37621



## Summary of Accounts:

| Savings | Ending Balance | YTD Dividend |
|---|---|---|
| 0001 - REGULAR SHARE ACCOUNT | 988.67 | 31.05 |
| 0017 - GREEN CHECKING | 7,403.37 | 0.00 |
| Total | 8,392.04 | 537.53 |

YTD information includes any shares, certificates or loans closed year to date.

**Total Penalties Assessed Year to Date 1,000.78**

### ID 0001 REGULAR SHARE ACCOUNT

| Trans | Transaction | Deposit | Withdrawal | Balance |
|---|---|---|---|---|
| 04/01 | Balance Forward | | | 1,005.00 |
| 04/01 | Deposit Dividend Tiered Rate | 13.67 | | 1,018.67 |
| | Annual Percentage Yield Earned 0.200% from 01/01/2025 through 03/31/2025 | | | |
| 04/02 | Withdrawal | | -30.00 | 988.67 |
| | PAST DUE VISA PMT | | | |
| 04/30 | Ending Balance | | | 988.67 |

Total Deposits 13.67
Total Withdrawals 30.00

### ID 0017 GREEN CHECKING

| Trans | Transaction | Deposit | Withdrawal | Balance |
|---|---|---|---|---|
| 04/01 | Balance Forward | | | 7,425.43 |
| 04/17 | Withdrawal ACH PLANET FITNESS H | | -22.06 | 7,403.37 |
| | TYPE: IClub Fees ID: G710602737 | | | |
| | CO: PLANET FITNESS H | | | |
| | Entry Class Code: PPD | | | |
| 04/30 | Ending Balance | | | 7,403.37 |

Total Withdrawals 22.06

| Previous Balance as of 04/01/2025 | 7,425.43 | Ending Balance as of 04/30/2025 | 7,403.37 |
|---|---|---|---|
| Total of 0 Draft(s) for | 0.00 | Minimum/Lowest Monthly Balance | 7,403.37 |
| Total of 1 Other Debit(s) for | 22.06 | Highest Monthly Balance | 7,425.43 |
| Total of 0 Deposit(s) for | 0.00 | Average Monthly Balance | 7,415.14 |

This credit union is federally insured by the National Credit Union Administration. Equal Housing Lender.

# First Bank & Trust Company
### The Bank That Puts You First.

Online Banking Log-in

```
Date   4/30/25            Page        1
Primary Account              ****8439
C 31               Enclosures        4
```

Jack Robert Thacker Jr
Debtor-in-Possession
Case No. 2:25-bk-50237-RMM
2261 Bullock Hollow Road
Bristol TN 37620

## CHECKING ACCOUNTS

```
Regular Checking                              Number of Enclosures                4
Account Number              30408439          Statement Dates   4/01/25 thru 4/30/25
Previous Balance          323,079.21          Days in the Statement Period       30
   8 Deposits/Credits       6,461.44          Average Ledger             320,001.25
  55 Checks/Debits          24,855.73         Average Collected          320,001.25
Service Charge                    .00
Interest Paid                     .00
Ending Balance            304,684.92
```

## DEPOSITS AND ADDITIONS

| Date | Description | | Amount |
|---|---|---|---:|
| 4/09 | Deposit | | 700.00 |
| 4/15 | Deposit | | 1,500.00 |
| 4/16 | E2C PPD | E2C | 1,758.88 |
| 4/25 | MID MESA CCD | MONTEGO ASSET 556 | 375.98 |
| 4/25 | MRM DIST CCD | MONTEGO ASSET MA 838 | 660.19 |
| 4/25 | SILV PEAK CCD | MONTEGO ASSET MA 738 | 724.72 |
| 4/28 | CREDIT PPD | AXOS CLEARING | 241.67 |
| 4/30 | Fund VI D PPD | CPFVI LLC OP | 500.00 |

## WITHDRAWALS AND DEDUCTIONS

| Date | Description | Amount |
|---|---|---:|
| 4/01 | DBT CRD 2258 04/01/25 43015384<br>Prime Video Channels<br>amzn.com/bill WA | 6.56- |
| 4/01 | DBT CRD 1038 03/31/25 63254154<br>PREMIER PHARMACY INC<br>423-2451022     TN | 72.48- |
| 4/01 | DBT CRD 1017 03/31/25 50313967<br>VIOC 040231<br>BRISTOL          TN | 242.70- |
| 4/01 | ELEC. BILL BRISTOL TN ESSEN<br>PPD | 500.45- |
| 4/02 | DBT CRD 1113 04/01/25 82713522<br>PILOT 04596<br>WHITE PINE       TN | 38.57- |
| 4/02 | DBT CRD 1922 04/01/25 11059821<br>PILOT 00656 | 57.34- |

# First Bank & Trust Company
### The Bank That Puts You First.

Online Banking Log-in

Date  4/30/25  
Primary Account ████8439  
Enclosures  4  
Page  2

Jack Robert Thacker Jr  
Debtor-in-Possession  
Case No. 2:25-bk-50237-RMM  
2261 Bullock Hollow Road  
Bristol TN 37620

Regular Checking                            ████8439   (Continued)

**WITHDRAWALS AND DEDUCTIONS**

| Date | Description | Amount |
|---|---|---|
| 4/03 | DBT CRD 0602 04/01/25 97415991 WHITELAND IN | 100.00- |
|      | PY *HIGHWAY 126 SELF S 423-968-3321 TN |  |
| 4/08 | DBT CRD 2040 04/08/25 60341584 Prime Video Channels amzn.com/bill WA | 8.75- |
| 4/08 | POS DEB 1132 04/08/25 00759779 Good To Go 4250 S. State Rd 2 Lebanon IN | 69.57- |
| 4/09 | POS DEB 1803 04/08/25 95922200 PILOT #0412 3624 ROY MESSER HW WHITE PINE TN | 46.25- |
| 4/09 | POS DEB 1426 04/09/25 90771978 WAL WAL-MART #0620 001606 220 CENTURY BLVD BRISTOL TN | 46.99- |
| 4/09 | DBT CRD 0003 04/07/25 82174407 WEAVER PIKE MINI STORA 800-789-3638 TN | 140.00- |
| 4/10 | DBT CRD 1957 04/09/25 34525077 Prime Video Channels amzn.com/bill WA | 8.75- |
| 4/10 | DBT CRD 1238 04/09/25 34972591 SQ *BIG RED APPLE SHED Bristol TN | 9.72- |
| 4/10 | POS DEB 1056 04/10/25 00376211 WENDYS 4596 3663 ROY MESSER HW WHITE PINE TN | 11.84- |
| 4/10 | DBT CRD 1021 04/08/25 52713988 ARBYS 6259 LEBANON IN | 12.85- |
| 4/11 | POS DEB 1225 04/11/25 00213798 WALGREENS STORE 2340 HIGH WALGREENS STORE 23 BLOUNTVILLE TN | 18.91- |
| 4/11 | POS DEB 0949 04/11/25 00143514 Black Diamond Ma | 47.14- |

# First Bank & Trust Company
### The Bank That Puts You First.

Online Banking Log-in

Date  4/30/25   Page   3
Primary Account        8439
Enclosures              4

Jack Robert Thacker Jr
Debtor-in-Possession
Case No. 2:25-bk-50237-RMM
2261 Bullock Hollow Road
Bristol TN 37620

Regular Checking                           8439  (Continued)

## WITHDRAWALS AND DEDUCTIONS

| Date | Description | Amount |
|---|---|---|
| | 5620 Highway 11 Ea | |
| | Piney Flats    TN | |
| 4/14 | DBT CRD 1307 04/13/25 52532757 | 5.88- |
| | WENDYS #5 | |
| | BRISTOL      TN | |
| 4/14 | DBT CRD 1051 04/10/25 71182478 | 12.00- |
| | RPS KNOXVILLE PRYOR BR | |
| | KNOXVILLE    TN | |
| 4/14 | POS DEB 1533 04/11/25 00703162 | 40.29- |
| | FOOD CITY #669 | |
| | FOOD CITY  669 | |
| | BLOUNTVILLE  TN | |
| 4/14 | POS DEB 1559 04/12/25 00501117 | 286.24- |
| | SAMS CLUB #6518 | |
| | SAM S Club | |
| | BRISTOL      VA | |
| 4/14 | DBT CRD 2200 04/12/25 08194180 | 2.99- |
| | APPLE.COM/BILL | |
| | 866-712-7753 CA | |
| 4/14 | POS DEB 1117 04/14/25 11400715 | 13.10- |
| | APPLE COM BILL | |
| | APPLE COM BILL | |
| | CUPERTINO    CA | |
| 4/15 | PAYMENT    JOHN HANCOCK MAN | 70.00- |
| | PPD | |
| | TRN*1*E42395053\ | |
| 4/16 | POS DEB 1454 04/16/25 00096659 | 45.22- |
| | SHELL SERVICE STATION | |
| | SHELL SERVICE STAT | |
| | BRISTOL      VA | |
| 4/16 | DBT CRD 0007 04/15/25 84655368 | 104.00- |
| | PY *STORAGE SOLUTIONS | |
| | MURFREESBORO  TN | |
| 4/17 | DBT CRD 1010 04/15/25 46347758 | 9.96- |
| | STARBUCKS STORE 65510 | |
| | BRISTOL      TN | |
| 4/17 | POS DEB 1140 04/17/25 00460690 | 19.71- |
| | FOOD CITY #821 | |
| | FOOD CITY  821 | |
| | BRISTOL      VA | |
| 4/17 | DBT CRD 1423 04/16/25 98317718 | 19.76- |
| | SQ *BIG RED APPLE SHED | |

# First Bank & Trust Company
### The Bank That Puts You First.

Online Banking Log-in

Date  4/30/25  
Primary Account  ████8439  
Enclosures  4  
Page  4

Jack Robert Thacker Jr  
Debtor-in-Possession  
Case No. 2:25-bk-50237-RMM  
2261 Bullock Hollow Road  
Bristol TN 37620

Regular Checking                                      ████8439  (Continued)

## WITHDRAWALS AND DEDUCTIONS

| Date | Description | Amount |
|---|---|---|
| 4/17 | DBT CRD 1152 04/15/25 07411261<br>TST*SULLYS STEAMERS JO<br>Johnson City    TN | 31.75- |
| 4/17 | DBT CRD 1413 04/16/25 92247435<br>SQ *BIG RED APPLE SHED<br>Bristol         TN | 35.85- |
| 4/18 | WEB PMT   BCBSTN<br>WEB | 1,021.45- |
| 4/21 | DBT CRD 1822 04/18/25 41436177<br>Prime Video Channels<br>amzn.com/bill WA | 18.60- |
| 4/21 | POS DEB 1358 04/21/25 00885417<br>BASS PRO STORE BRISTOL<br>BASS PRO STORE BRI<br>BRISTOL         TN | 48.00- |
| 4/21 | POS DEB 1714 04/18/25 00809097<br>WM SUPERCENTER #620<br>Wal-Mart Super Cen<br>BRISTOL         TN | 90.88- |
| 4/21 | DBT CRD 0359 04/19/25 23437435<br>NETFLIX.COM<br>NETFLIX.COM    CA | 27.36- |
| 4/22 | DBT CRD 1323 04/21/25 61865354<br>SQ *BIG RED APPLE SHED<br>Bristol         TN | 17.89- |
| 4/23 | UTILITY BI SOUTH FORK UTILI<br>PPD | 65.99- |
| 4/24 | POS DEB 1543 04/23/25 00930854<br>FOOD CITY #821<br>FOOD CITY   821<br>BRISTOL         VA | 45.54- |
| 4/25 | POS DEB 1754 04/24/25 41801300<br>SAMSCLUB #6518<br>21483 MARKET CENTE<br>BRISTOL         VA | 180.72- |
| 4/28 | DBT CRD 1709 04/25/25 97569062<br>Prime Video Channels<br>amzn.com/bill WA | 6.56- |
| 4/28 | POS DEB 1305 04/26/25 00045506<br>WALGREENS STORE 1388 VOLU | 9.48- |

# First Bank & Trust Company
### The Bank That Puts You First.

Online Banking Log-in

Jack Robert Thacker Jr
Debtor-in-Possession
Case No. 2:25-bk-50237-RMM
2261 Bullock Hollow Road
Bristol TN 37620

Date   4/30/25
Primary Account        8439
Enclosures                4

Page   5

Regular Checking                                         8439   (Continued)

## WITHDRAWALS AND DEDUCTIONS

| Date | Description | Amount |
|---|---|---|
| 4/28 | WALGREENS STORE 13 BRISTOL TN<br>POS DEB 1246 04/27/25 00089217 | 60.54- |
| 4/28 | WEAVER PIKE MARK 2117 Weaver Pike Bristol TN<br>DBT CRD 0006 04/26/25 84157748 | 139.00- |
| 4/29 | PY *STORAGE SOLUTIONS MURFREESBORO TN<br>POS DEB 1323 04/29/25 05082800 | 9.16- |
| 4/29 | CROCKETT ENTERPRISES 1 195 VAN HILL RD GREENEVILLE TN<br>POS DEB 1523 04/28/25 00601117 | 73.05- |
| 4/29 | KROGER #335 31 MIDWAY ST. KROGER 335 31 MID BRISTOL VA<br>DBT CRD 1050 04/28/25 70279883 | 123.90- |
| 4/29 | PREMIER PHARMACY INC 423-2451022 TN<br>DBT CRD 0000 04/28/25 80377739 | 4.99- |
| 4/29 | APPLE.COM/BILL 866-712-7753 CA<br>ELEC. BILL BRISTOL TN ESSEN PPD | 386.70- |
| 4/29 | WEBPAYMENBALLADMYCHART WEB | 5,992.21- |
| 4/30 | DBT CRD 1931 04/29/25 18959427 AMAZON PRIME*NB9PA8BR2 amzn.com/bill WA | 3.27- |
| 4/30 | DBT CRD 0918 04/29/25 15396817 Prime Video Channels amzn.com/bill WA | 7.65- |

## CHECKS

| Date | Check No | Amount | Date | Check No | Amount |
|---|---|---|---|---|---|
| 4/25 | 1006 | 14,187.17 | 4/15 | 1007 | 200.00 |

*Indicates Skip In Check Numbers

## DAILY BALANCE INFORMATION

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 4/01 | 322,257.02 | 4/02 | 322,161.11 | 4/03 | 322,061.11 |

# First Bank & Trust Company
### The Bank That Puts You First.

Online Banking Log-in

```
                                        Date   4/30/25         Page      6
                                        Primary Account              8439
                                        Enclosures                      4
Jack Robert Thacker Jr
Debtor-in-Possession
Case No. 2:25-bk-50237-RMM
2261 Bullock Hollow Road
Bristol TN 37620
```

Regular Checking                                    8439   (Continued)

## DAILY BALANCE INFORMATION

| Date  | Balance    | Date  | Balance    | Date  | Balance    |
|-------|------------|-------|------------|-------|------------|
| 4/08  | 321,982.79 | 4/16  | 324,819.50 | 4/24  | 323,366.76 |
| 4/09  | 322,449.55 | 4/17  | 324,702.47 | 4/25  | 310,759.76 |
| 4/10  | 322,406.39 | 4/18  | 323,681.02 | 4/28  | 310,785.85 |
| 4/11  | 322,340.34 | 4/21  | 323,496.18 | 4/29  | 304,195.84 |
| 4/14  | 321,979.84 | 4/22  | 323,478.29 | 4/30  | 304,684.92 |
| 4/15  | 323,209.84 | 4/23  | 323,412.30 |       |            |

**Credit**
Bank: The First Bank & Trust Co.
Branch #: 22
Branch Name: Volunteer Parkway
Teller ID: W34SAR
Drawer #: 214
Trans #: 32
Misc: Trn DDA Deposit,

**DDA Deposit**
Date/Time: 4/9/2025  2:03 PM
Workstation: FZ16N83
HIN #: 923022120000067
Owner: J R Thacker

SUBSTITUTE IMAGE / VIRTUAL DOCUMENT

| AUXILIARY | R/T 5408-0011 | ACCOUNT ■8439 | PC/TC 20 | AMOUNT $700.00 |

Deposit  Date: 04/09  Amount: $700.00

JACK ROBERT THACKER JR.
DEBTOR-IN-POSSESSION
CASE NO. 2:25-BK-50237 RMM
2261 BULLOCK HOLLOW ROAD
BRISTOL, TN 37620

1006
68-446/514
03

Date: 4-1-2025

Pay to the Order of: Aaron Spencer, Subchapter V, TTE    $ 14,187.17
Fourteen thousand one hundred eighty seven + 17/100 Dollars

First Bank & Trust Company

For: Erie Insurance Check

⑈051404464⑈  ■■■■8439⑈  9⑈ 1006

1006  Date: 04/25  Amount: $14,187.17

---

**Credit**
Bank: The First Bank & Trust Co.
Branch #: 22
Branch Name: Volunteer Parkway
Teller ID: W34JCJ
Drawer #: 215
Trans #: 11
Misc: Trn DDA Deposit,

**DDA Deposit**
Date/Time: 4/15/2025  10:53 AM
Workstation: FZ23N83
HIN #: 923622100000025
Owner: J R Thacker

SUBSTITUTE IMAGE / VIRTUAL DOCUMENT

| AUXILIARY | R/T 5408-0011 | ACCOUNT ■8439 | PC/TC 20 | AMOUNT $1,500.00 |

Deposit  Date: 04/15  Amount: $1,500.00

JACK ROBERT THACKER JR.
DEBTOR-IN-POSSESSION
CASE NO. 2:25-BK-50237 RMM
2261 BULLOCK HOLLOW ROAD
BRISTOL, TN 37620

1007
68-446/514
03

Date: 4-13-25

Pay to the Order of: North Bristol Baptist Church    $ 200.00
Two hundred Dollars

First Bank & Trust Company

For:

⑈051404464⑈  ■■■■8439⑈  9⑈ 1007

1007  Date: 04/15  Amount: $200.00