

**SO ORDERED.**
**SIGNED this 20th day of May, 2025**

THIS ORDER HAS BEEN ENTERED ON THE DOCKET.
PLEASE SEE DOCKET FOR ENTRY DATE.

/s/ Rachel Ralston Mancl
**Rachel Ralston Mancl**
**UNITED STATES BANKRUPTCY JUDGE**

_____

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF TENNESSEE (GREENEVILLE)

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| JACK ROBERT THACKER, JR., | ) | Case No. 2:25-bk-50237-RRM |
| | ) | Chapter 11 |
| Debtor. | ) | |

## AGREED ORDER EXTENDING DEADLINE TO FILE
## COMPLAINTS TO DETERMINE DISCHARGEABILITY OF DEBT

COME **JACK ROBERT THACKER, JR.** (the "Debtor") and **TERRY VAUGHN and SHARON VAUGHN, KENT CROW AND NANCY CROW, DARRELL VINCENT AND JOAN VINCENT, THOMAS ELLIOTT AND DIANN ELLIOTT, AND DON LAIR,** (collectively, the "Unsecured Creditors"), by and through their respective legal counsel, and hereby jointly announce to the Court that the parties have reached an agreement to extend the deadlines for the filing of a complaint for determination of dischargeability of debt pursuant to 11 U.S.C. §523 and are in agreement that the deadline to file such complaints in this case, originally set for June 9, 2025, should be extended for sixty (60) days to August 8, 2025. Accordingly, upon agreement of the parties and for good cause shown, it is

ORDERED, ADJUDGED AND DECREED that the deadline to file a complaint for determination of dischargeability of debt pursuant to 11 U.S.C. §523 in this case, originally set for June 9, 2025 shall be extended for sixty (60) days through and including **August 8, 2025**.

# # #

**APPROVED FOR ENTRY:**

**/s/ Anthony R. Steele**
Anthony R. Steele, TN BPR# 016303
*Attorney for Unsecured Creditors*
Winchester, Sellers, Foster & Steele, P.C.
P. O. Box 2428
Knoxville, TN  37901-2428
Phone: (865) 637-1980
Facsimile: (865) 637-4489
Email: asteele@wsfs-law.com


**/s/ Maurice K. Guinn by permission 5-19-25 ARS**
*Maurice K. Guinn,, TN BPR #000366)*
*Attorney for Debtor, Jack Robert Thacker, Jr.*
Gentry, Tipton, & McLemore, P.C.
P.O. Box 1990
Knoxville, TN 37901
Phone: (865) 525-5300
E-mail: mkg@tennlaw.com