**Fill in this information to identify the case:**

Debtor Name: Jack Robert Thacker, Jr.

United States Bankruptcy Court for the: Eastern District of Tennessee

Case number: 2:25-BK-50237

☐ Check if this is an amended filing

Official Form 425C

# Monthly Operating Report for Small Business Under Chapter 11        12/17

Month: May 2025          Date report filed: 06/16/2025
                                            MM / DD / YYYY

Line of business: Former Financial Advisor          NAISC code:

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party: Jack Robert Thacker, Jr.

Original signature of responsible party: /s/ Jack Robert Thacker, Jr.

Printed name of responsible party: Jack Robert Thacker, Jr.

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.

|    | Question | Yes | No | N/A |
|----|----------|-----|----|----|
| 1. | Did the business operate during the entire reporting period? | ☐ | ☐ | ☑ |
| 2. | Do you plan to continue to operate the business next month? | ☐ | ☐ | ☑ |
| 3. | Have you paid all of your bills on time? | ☑ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☐ | ☐ | ☑ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☑ | ☐ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☑ | ☐ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☑ | ☐ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☐ | ☐ | ☑ |
| 9. | Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |

If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.

| 10. | Do you have any bank accounts open other than the DIP accounts? | ☑ | ☐ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

Official Form 425C        Monthly Operating Report for Small Business Under Chapter 11        page 1

Debtor Name  Jack Robert Thacker, Jr.                          Case number  2:25-BK-50237

17. Have you paid any bills you owed before you filed bankruptcy?  ☐ ☑ ☐
18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?  ☐ ☑ ☐

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

    This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

    $ 323,631.75

20. **Total cash receipts**

    Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

    Report the total from *Exhibit C* here.     $ 5,107.01

21. **Total cash disbursements**

    Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

    Report the total from *Exhibit D* here.     − $ 5,685.07

22. **Net cash flow**

    Subtract line 21 from line 20 and report the result here.
    This amount may be different from what you may have calculated as *net profit*.

    + $ -578.06

23. **Cash on hand at the end of the month**

    Add line 22 + line 19. Report the result here.

    Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

    = $ 323,653.69

    This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**      $ 0.00

    *(Exhibit E)*

Official Form 425C          Monthly Operating Report for Small Business Under Chapter 11          page **2**

Debtor Name  Jack Robert Thacker, Jr.                                 Case number  2:25-BK-50237

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy. Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**                                                                                       $ _____0.00_____

   *(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed?                                            _____0_____
27. What is the number of employees as of the date of this monthly report?                               _____0_____

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?              $ _____0.00_____
29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?  $ _____0.00_____
30. How much have you paid this month in other professional fees?                                        $ _____0.00_____
31. How much have you paid in total other professional fees since filing the case?                       $ _____0.00_____

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

|  | Column A<br>**Projected**<br>Copy lines 35-37 from the previous month's report. | − | Column B<br>**Actual**<br>Copy lines 20-22 of this report. | = | Column C<br>**Difference**<br>Subtract Column B from Column A. |
|---|---|---|---|---|---|
| 32. **Cash receipts** | $ 6,227.00 | − | $ 5,107.01 | = | $ 1,119.99 |
| 33. **Cash disbursements** | $ 6,676.00 | − | $ 5,685.07 | = | $ 990.93 |
| 34. **Net cash flow** | $ -499.00 | − | $ -578.06 | = | $ -1,027.06 |

35. Total projected cash receipts for the next month:                                                    $ _____5,107.00_____
36. Total projected cash disbursements for the next month:                                             − $ _____5,688.00_____
37. Total projected net cash flow for the next month:                                                  = $ _____-581.00_____

Debtor Name   Jack Robert Thacker, Jr.                                    Case number  2:25-BK-50237

### 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

- [x] 38. Bank statements for each open account (redact all but the last 4 digits of account numbers).

- [ ] 39. Bank reconciliation reports for each account.

- [ ] 40. Financial reports such as an income statement (profit & loss) and/or balance sheet.

- [ ] 41. Budget, projection, or forecast reports.

- [ ] 42. Project, job costing, or work-in-progress reports.

Exhibit B May 2025

The savings and checking accounts at United Southeast Federal Credit Union were still open in May but were closed on June 2, 2025.  They were prevented from being closed sooner due to a balance on a credit card there but an agreed order resolved that situation in May.

Attached is the final statement and deposit receipt into the DIP account showing the above.



United Southeast Federal Credit Union
Main Office
1545 Bluff City Highway
423-989-2100

# (MINI-STATEMENT)

| JACK R THACKER JR
2261 BULLOCK HOLLOW RD
BRISTOL TN 37620 | ACCOUNT: XXXXXXX113 | PERIOD: 05/01/25 TO 06/02/25 |

**REGULAR SHARE ACCOUNT ID:0001**

| EFFECT | POST | TRANSACTION DESCRIPTION | AMOUNT | NEW BALANCE |
|---|---|---|---|---|
| 05/01/25 | | ID 0001 - **Regular Share Account** Balance Forward | | 988.67 |
| 06/02/25 | | Ending Balance | | 988.67 |

**GREEN CHECKING ID:0017**

| EFFECT | POST | TRANSACTION DESCRIPTION | AMOUNT | NEW BALANCE |
|---|---|---|---|---|
| 05/01/25 | | ID 0017 - **Green Checking** Balance Forward | | 7,403.37 |
| 05/15/25 | 05/15/25 | WITHDRAWAL VISA PAYOFF | - 2,715.87 | 4,687.50 |
| 05/19/25 | 05/19/25 | WITHDRAWAL ACH PLANET FITNESS H TYPE: ICLUB FEES ID: G710602737 CO: PLANET FITNESS H | - 22.06 | 4,665.44 |
| 06/02/25 | 06/02/25 | WITHDRAWAL ACH PLANET FITNESS H TYPE: ICLUB FEES ID: G710602737 CO: PLANET FITNESS H | - 39.00 | 4,626.44 |
| 06/02/25 | | Ending Balance | | 4,626.44 |



United Southeast Federal Credit Union
Main Office
1545 Bluff City Highway
Bristol TN 37620
Inquiries Call:          423-989-2100

Acct XXXXXXXX13         THACKER JR,JACK
Eff: 06/02/25           Date: 06/02/25
Tlr: 0198                       3:41pm
------------------------------------------

Withdrwl from  GREEN CHECKING 0017
Prev Bal:               4,626.44
Amount:                 4,626.44
New Bal:                    0.00
Seq:                    #254024
Comment for GREEN CHECKING 0017
Share Closure Transfer
Deposit to  REGULAR SHARE ACCOUNT
                             0001
Prev Bal.                 988.67
Amount:                 4,626.44
New Bal:                5,615.11
Seq:                    #254022
Comment for REGULAR SHARE ACCOUNT
                             0001
Share Closure Transfer
Withdrwl from  REGULAR SHARE ACCOUNT
                             0001
Prev Bal:               5,615.11
Amount:                 5,615.11
New Bal.                    0.00
Seq:                    #254031
Comment for REGULAR SHARE ACCOUNT
                             0001
Account Closure - Share Closure
Comment for REGULAR SHARE ACCOUNT
                             0001
Check 0000375478 Disbursed $
                         5615.11
------------------------------------------

Check Disbursed         -5,615.11
JACK ROBERT THACKER, JR.
Ref number:             0000375478

           Authorized by
---------------------------------
ID Source:
   Drv Lic
   SigCard
   Known
   Other

"Helping Our Members Live Better Lives."


JACK R THACKER JR
2261 BULLOCK HOLLOW RD
BRISTOL TN 37620



1314 VOLUNTEER PARKWAY
BRISTOL, TN 37620
(423) 652-2022


RECEIPT    Drawer:   212        06/02/25
           Trans#:    31        15:50:57

************8439

DDA Deposit                     $5,615.11


Try person to person online payments
The Bank That Puts You First!

UNITED SOUTHEAST FEDERAL CREDIT UNION

No. 0000375478

Acct: 0000139113 Teller: 0198 Date: 06/02/25 Time:  3:41pm
----------------------------------------------------------
See receipt for reference
----------------------------------------------------------
Check Number: 00 0000375478
Purpose :
Amount : $5,615.11
Pay to : JACK ROBERT THACKER, JR.
         DIP
         CASE # 2:25-BK-50237RMM

---



**UNITED SOUTHEAST FEDERAL CREDIT UNION**
1545 Bluff City Highway
Bristol, Tennessee 37620
(423) 989-2100  Fax: (423) 989-2119

No. 0000375478

87-7844 / 2642

\*\*\* FIVE THOUSAND SIX HUNDRED FIFTEEN DOLLARS AND 11 \*\*\*       06/02/25
\*\*\* CENTS \*\*\*

PAY                                            $5,615.11

TO THE       JACK ROBERT THACKER, JR.
ORDER OF     DIP                                    UNITED SOUTHEAST FEDERAL CREDIT UNION
             CASE # 2:25-BK-50237RMM                         BRISTOL, TN 37620

                                                        _Michelle Bush_
                                                      AUTHORIZED SIGNATURE

⑈000037547⑈

COPY

| Account Name | Processed Date | Description | Check Number | Credit or Debit | Amount | | |
|---|---|---|---|---|---|---|---|
| REG CK 0001 | 5/28/2025 | CREDIT AXOS CLEARING PPD | | Credit | 291.67 | investment income | |
| REG CK 0001 | 5/27/2025 | SILV PEAK MONTEGO ASSET MA CCD 738 | | Credit | 616.57 | investment income | |
| REG CK 0001 | 5/27/2025 | MRM DIST MONTEGO ASSET MA CCD 838 | | Credit | 555.06 | investment income | |
| REG CK 0001 | 5/27/2025 | MID MESA MONTEGO ASSET CCD 556 | | Credit | 384.83 | investment income | |
| REG CK 0001 | 5/16/2025 | E2C E2C PPD | | Credit | 1758.88 | interest income | |
| REG CK 0001 | 5/8/2025 | DEPOSIT | | Credit | 1500 | rental income cumberland street office | |
| | | | Total | | 5107.01 | | |


EXHIBIT C

| Account Name | Processed Date | Description | Check Num | Credit or Debit | Amount | |
|---|---|---|---|---|---|---|
| REG CK 0001 | 5/30/2025 | DBT CRD 2109 05/30/25 77703760 PRIME VIDEO CHANNELS AMZN.COM/BILL WA | | Debit | 14.22 | entertainment |
| REG CK 0001 | 5/30/2025 | DBT CRD 0955 05/29/25 37154851 PRIME VIDEO CHANNELS AMZN.COM/BILL WA | | Debit | 7.65 | entertainment |
| REG CK 0001 | 5/30/2025 | DBT CRD 1947 05/29/25 28599002 AMAZON PRIME*NN71U9QD1 AMZN.COM/BILL WA | | Debit | 3.27 | entertainment |
| REG CK 0001 | 5/29/2025 | DBT CRD 0000 05/28/25 80443006 APPLE.COM/BILL 866-712-7753 CA | | Debit | 4.99 | entertainment |
| REG CK 0001 | 5/28/2025 | DBT CRD 0914 05/27/25 12923579 PREMIER PHARMACY INC 423-2451022  TN | | Debit | 72.48 | medical |
| REG CK 0001 | 5/28/2025 | ELEC. BILL BRISTOL TN ESSEN PPD | | Debit | 408.15 | electric bill |
| REG CK 0001 | 5/27/2025 | DBT CRD 0004 05/26/25 82708047 PY *STORAGE SOLUTIONS MURFREESBORO  TN | | Debit | 139 | storage unit |
| REG CK 0001 | 5/27/2025 | DBT CRD 1726 05/25/25 07784707 PRIME VIDEO CHANNELS AMZN.COM/BILL WA | | Debit | 6.56 | entertainment |
| REG CK 0001 | 5/27/2025 | POS DEB 1714 05/25/25 64350100 SUNOCO 0311460000 3500 EAST SOUTH RA NEW SPRINGFIE OH | | Debit | 59.77 | fuel |
| REG CK 0001 | 5/27/2025 | POS DEB 1650 05/26/25 00039989 JEWEL OSCO 3491 JEWEL OSCO 3491 ROLLING MEADO IL | | Debit | 138.56 | groceries |
| REG CK 0001 | 5/23/2025 | UTILITY BI SOUTH FORK UTILI PPD | | Debit | 65.37 | water bill |
| REG CK 0001 | 5/21/2025 | DBT CRD 1125 05/20/25 91353111 WATERFRONT PAVILION CAMDEN        NJ | | Debit | 8.57 | food |
| REG CK 0001 | 5/21/2025 | DBT CRD 1049 05/20/25 69605565 WATERFRONT PAVILION CAMDEN        NJ | | Debit | 25.74 | food |
| REG CK 0001 | 5/20/2025 | DBT CRD 0322 05/19/25 01473093 NETFLIX.COM NETFLIX.COM  CA | | Debit | 27.36 | entertainment |
| REG CK 0001 | 5/19/2025 | POS DEB 1212 05/17/25 70417100 SUNOCO 0592309900 9250 LIMERIDGE ROA MANTUA        OH | | Debit | 67.8 | fuel |
| REG CK 0001 | 5/19/2025 | DBT CRD 1852 05/18/25 59512016 PRIME VIDEO CHANNELS AMZN.COM/BILL WA | | Debit | 18.6 | entertainment |
| REG CK 0001 | 5/19/2025 | POS DEB 1658 05/17/25 72516000 SUNOCO 0569111800 ROUTE 441 & INDUST MIDDLETOWN   PA | | Debit | 44.68 | fuel |
| REG CK 0001 | 5/19/2025 | WEB PMT  BCBSTN WEB | | Debit | 1021.45 | health insurance |
| REG CK 0001 | 5/19/2025 | DBT CRD 1018 05/18/25 50842123 APPLE.COM/BILL 866-712-7753 CA | | Debit | 13.1 | entertainment |
| REG CK 0001 | 5/16/2025 | DBT CRD 0005 05/15/25 83432946 PY *STORAGE SOLUTIONS MURFREESBORO  TN | | Debit | 104 | storage unit |
| REG CK 0001 | 5/15/2025 | PAYMENT   JOHN HANCOCK MAN PPD TRN*1*E43478486\ | | Debit | 70 | life insurance |
| REG CK 0001 | 5/13/2025 | DBT CRD 2159 05/12/25 07635612 APPLE.COM/BILL 866-712-7753 CA | | Debit | 2.99 | entertainment |
| REG CK 0001 | 5/12/2025 | DBT CRD 1943 05/09/25 26150433 PRIME VIDEO CHANNELS AMZN.COM/BILL WA | | Debit | 8.75 | entertainment |
| REG CK 0001 | 5/9/2025 | DBT CRD 0003 05/07/25 82234635 WEAVER PIKE MINI STORA 800-789-3638 TN | | Debit | 140 | storage unit |
| REG CK 0001 | 5/9/2025 | POS DEB 2117 05/08/25 00750203 MARATHON PETRO23 300 LACEFIELD ROAD MIDWAY      KY | | Debit | 51.11 | fuel |
| REG CK 0001 | 5/8/2025 | POS DEB 1912 05/07/25 00802834 WM SUPERCENTER #620 220 CENTURY BLVD BRISTOL     TN | | Debit | 59.94 | groceries |
| REG CK 0001 | 5/8/2025 | DBT CRD 2010 05/07/25 42015943 PRIME VIDEO CHANNELS AMZN.COM/BILL WA | | Debit | 8.75 | entertainment |
| REG CK 0001 | 5/8/2025 | DBT CRD 1555 05/07/25 53042089 SQ *BIG RED APPLE SHED BRISTOL     TN | | Debit | 9.92 | groceries |
| REG CK 0001 | 5/8/2025 | POS DEB 1357 05/08/25 00928963 WEIGELS #95 WEIGELS  95 BRISTOL     TN | | Debit | 67.47 | fuel |
| REG CK 0001 | 5/8/2025 | DBT CRD 1725 05/07/25 07398825 WENDYS #5 BRISTOL      TN | | Debit | 12.01 | food |
| REG CK 0001 | 5/7/2025 | POD CHECK 1009 | 1009 | Debit | 389.47 | final payment for pool service on house that sold |
| REG CK 0001 | 5/7/2025 | POS DEB 1903 05/06/25 19500778 LOWE S #2591 1340 VOLUNTEER PAR BRISTOL     TN | | Debit | 171.87 | home maintence |
| REG CK 0001 | 5/7/2025 | 8009233223 MIDLAND NATIONAL TEL     421309622381 | | Debit | 1900 | life insurqnce |
| REG CK 0001 | 5/7/2025 | POS DEB 1945 05/06/25 00471406 OLLIES BARGAIN OUTLET 180 OLLIES BARGAIN OUT BRISTOL      VA | | Debit | 17.93 | home suppl;ies |
| REG CK 0001 | 5/6/2025 | CUD WATER  CONSOLIDATE UTL CHECK # 1008 1008 | 1008 | Debit | 141.54 | final water bill for house that sold |
| REG CK 0001 | 5/6/2025 | POS DEB 1708 05/05/25 06525817 WAL WAL-MART SUPER 001945 0620 WAL-SAMS BRISTOL     TN | | Debit | 52.08 | groceries |
| REG CK 0001 | 5/5/2025 | DBT CRD 1420 05/02/25 96572774 ATMOS ENERGY 888-286-6700 TX | | Debit | 72.23 | natural gas bill |
| REG CK 0001 | 5/5/2025 | POS DEB 1546 05/04/25 79056047 WAL SAM S CLUB    0004966518 WAL-SAMS BRISTOL      VA | | Debit | 136.91 | groceries |
| REG CK 0001 | 5/2/2025 | DBT CRD 0705 05/01/25 35104087 PY *HIGHWAY 126 SELF S 423-968-3321 TN | | Debit | 100 | storage unit |
| REG CK 0001 | 5/2/2025 | DBT CRD 2230 05/01/25 26218075 PRIME VIDEO CHANNELS AMZN.COM/BILL WA | | Debit | 6.56 | entertainment |
| REG CK 0001 | 5/1/2025 | DBT CRD 2133 04/30/25 92093314 PRIME VIDEO CHANNELS AMZN.COM/BILL WA | | Debit | 14.22 | entertainment |
| | | | Total | | 5685.07 | |



# First Bank & Trust Company
### The Bank That Puts You First.

Online Banking Log-in

Date  5/30/25        Page     1
Primary Account              8439
C 31          Enclosures      2

Jack Robert Thacker Jr
Debtor-in-Possession
Case No. 2:25-bk-50237-RMM
2261 Bullock Hollow Road
Bristol TN 37620

## CHECKING ACCOUNTS

| | | | |
|---|---|---|---|
| Regular Checking | | Number of Enclosures | 2 |
| Account Number | 30408439 | Statement Dates  5/01/25 thru | 6/01/25 |
| Previous Balance | 304,684.92 | Days in the Statement Period | 32 |
| 6 Deposits/Credits | 5,107.01 | Average Ledger | 303,584.38 |
| 41 Checks/Debits | 5,685.07 | Average Collected | 303,584.38 |
| Service Charge | .00 | | |
| Interest Paid | .00 | | |
| Ending Balance | 304,106.86 | | |

## DEPOSITS AND ADDITIONS

| Date | Description | | Amount |
|---|---|---|---|
| 5/08 | Deposit | | 1,500.00 |
| 5/16 | E2C    E2C | | 1,758.88 |
| | PPD | | |
| 5/27 | MID MESA    MONTEGO ASSET | | 384.83 |
| | CCD    556 | | |
| 5/27 | MRM DIST    MONTEGO ASSET MA | | 555.06 |
| | CCD    838 | | |
| 5/27 | SILV PEAK    MONTEGO ASSET MA | | 616.57 |
| | CCD    738 | | |
| 5/28 | CREDIT    AXOS CLEARING | | 291.67 |
| | PPD | | |

## WITHDRAWALS AND DEDUCTIONS

| Date | Description | Amount |
|---|---|---|
| 5/01 | DBT CRD 2133 04/30/25 92093314 | 14.22- |
| | Prime Video Channels | |
| | amzn.com/bill WA | |
| 5/02 | DBT CRD 2230 05/01/25 26218075 | 6.56- |
| | Prime Video Channels | |
| | amzn.com/bill WA | |
| 5/02 | DBT CRD 0705 05/01/25 35104087 | 100.00- |
| | PY *HIGHWAY 126 SELF S | |
| | 423-968-3321   TN | |
| 5/05 | DBT CRD 1420 05/02/25 96572774 | 72.23- |
| | ATMOS ENERGY | |
| | 888-286-6700   TX | |
| 5/05 | POS DEB 1546 05/04/25 79056047 | 136.91- |
| | WAL SAM S Club    000496 | |
| | 6518 WAL-SAMS | |
| | BRISTOL    VA | |
| 5/06 | POS DEB 1708 05/05/25 06525817 | 52.08- |
| | WAL Wal-Mart Super 001945 | |

# First Bank & Trust Company
The Bank That Puts You First.

Online Banking Log-in

```
                                           Date   5/30/25          Page      2
                                           Primary Account         8439
                                           Enclosures                 2
     Jack Robert Thacker Jr
     Debtor-in-Possession
     Case No. 2:25-bk-50237-RMM
     2261 Bullock Hollow Road
     Bristol TN 37620
```

Regular Checking                          30408439   (Continued)

## WITHDRAWALS AND DEDUCTIONS

| Date | Description | Amount |
|---|---|---|
|  | 0620 WAL-SAMS<br>BRISTOL         TN |  |
| 5/06 | CUD Water   Consolidate UTL | 141.54- |
|  | CHECK # 1008 | 17.93- |
| 5/07 | POS DEB 1945 05/06/25 00471406<br>OLLIES BARGAIN OUTLET 180<br>OLLIES BARGAIN OUT<br>BRISTOL         VA |  |
| 5/07 | POS DEB 1903 05/06/25 19500778<br>LOWE S #2591<br>1340 VOLUNTEER PAR<br>BRISTOL         TN | 171.87- |
| 5/07 | 8009233223 MIDLAND NATIONAL<br>TEL        421309622381 | 1,900.00- |
| 5/08 | DBT CRD 2010 05/07/25 42015943<br>Prime Video Channels<br>amzn.com/bill WA | 8.75- |
| 5/08 | DBT CRD 1555 05/07/25 53042089<br>SQ *BIG RED APPLE SHED<br>BRISTOL         TN | 9.92- |
| 5/08 | DBT CRD 1725 05/07/25 07398925<br>WENDYS #5<br>BRISTOL         TN | 12.01- |
| 5/08 | POS DEB 1912 05/07/25 00802834<br>WM SUPERCENTER #620<br>220 CENTURY BLVD<br>BRISTOL         TN | 59.94- |
| 5/08 | POS DEB 1357 05/08/25 00928963<br>WEIGELS #95<br>WEIGELS   95<br>BRISTOL         TN | 67.47- |
| 5/09 | POS DEB 2117 05/08/25 00750203<br>MARATHON PETRO23<br>300 Lacefield Road<br>Midway          KY | 51.11- |
| 5/09 | DBT CRD 0003 05/07/25 82234635<br>WEAVER PIKE MINI STORA<br>800-789-3638   TN | 140.00- |
| 5/12 | DBT CRD 1943 05/09/25 26150433<br>Prime Video Channels<br>amzn.com/bill WA | 8.75- |

# First Bank & Trust Company
## The Bank That Puts You First.

Online Banking Log-in

Date  5/30/25
Primary Account  8439
Enclosures  2
Page  3

Jack Robert Thacker Jr
Debtor-in-Possession
Case No. 2:25-bk-50237-RMM
2261 Bullock Hollow Road
Bristol TN 37620

Regular Checking                                30408439   (Continued)

### WITHDRAWALS AND DEDUCTIONS

| Date | Description | Amount |
|---|---|---|
| 5/13 | DBT CRD 2159 05/12/25 07635612 APPLE.COM/BILL 866-712-7753 CA | 2.99- |
| 5/15 | PAYMENT    JOHN HANCOCK MAN PPD TRN*1*E43478486\ | 70.00- |
| 5/16 | DBT CRD 0005 05/15/25 83432946 PY *STORAGE SOLUTIONS MURFREESBORO  TN | 104.00- |
| 5/19 | DBT CRD 1852 05/18/25 59512016 Prime Video Channels amzn.com/bill WA | 18.60- |
| 5/19 | POS DEB 1658 05/17/25 72516000 SUNOCO 0569111800 ROUTE 441 & INDUST MIDDLETOWN    PA | 44.68- |
| 5/19 | POS DEB 1212 05/17/25 70417100 SUNOCO 0592309900 9250 LIMERIDGE ROA MANTUA        OH | 67.80- |
| 5/19 | DBT CRD 1018 05/18/25 50842123 APPLE.COM/BILL 866-712-7753 CA | 13.10- |
| 5/19 | WEB PMT   BCBSTN WEB | 1,021.45- |
| 5/20 | DBT CRD 0322 05/19/25 01473093 NETFLIX.COM NETFLIX.COM    CA | 27.36- |
| 5/21 | DBT CRD 1125 05/20/25 91353111 WATERFRONT PAVILION CAMDEN        NJ | 8.57- |
| 5/21 | DBT CRD 1049 05/20/25 69605565 WATERFRONT PAVILION CAMDEN        NJ | 25.74- |
| 5/23 | UTILITY BI SOUTH FORK UTILI PPD | 65.37- |
| 5/27 | DBT CRD 1726 05/25/25 07784707 Prime Video Channels amzn.com/bill WA | 6.56- |
| 5/27 | POS DEB 1714 05/25/25 64350100 SUNOCO 0311460000 | 59.77- |

# First Bank & Trust Company
### The Bank That Puts You First.

Online Banking Log-in

Date  5/30/25         Page      4
Primary Account              8439
Enclosures                      2

Jack Robert Thacker Jr
Debtor-in-Possession
Case No. 2:25-bk-50237-RMM
2261 Bullock Hollow Road
Bristol TN 37620

Regular Checking                         30408439   (Continued)

## WITHDRAWALS AND DEDUCTIONS

| Date | Description | Amount |
|---|---|---:|
| 5/27 | 3500 EAST SOUTH RA<br>NEW SPRINGFIE OH<br>POS DEB 1650 05/26/25 00039989 | 138.56- |
| 5/27 | JEWEL OSCO 3491<br>JEWEL OSCO 3491<br>ROLLING MEADO IL<br>DBT CRD 0004 05/26/25 82708047 | 139.00- |
| 5/28 | PY *STORAGE SOLUTIONS<br>MURFREESBORO    TN<br>DBT CRD 0914 05/27/25 12923579 | 72.48- |
| 5/28 | PREMIER PHARMACY INC<br>423-2451022    TN<br>ELEC. BILL BRISTOL TN ESSEN<br>PPD | 408.15- |
| 5/29 | DBT CRD 0000 05/28/25 80443006<br>APPLE.COM/BILL<br>866-712-7753   CA | 4.99- |
| 5/30 | DBT CRD 1947 05/29/25 28599002<br>AMAZON PRIME*NN71U9QD1<br>amzn.com/bill WA | 3.27- |
| 5/30 | DBT CRD 0955 05/29/25 37154851<br>Prime Video Channels<br>amzn.com/bill WA | 7.65- |
| 5/30 | DBT CRD 2109 05/30/25 77703760<br>Prime Video Channels<br>amzn.com/bill WA | 14.22- |

## CHECKS

| Date | Check No | Amount | Date | Check No | Amount |
|---|---|---|---|---|---|
| 5/06 | 1008 | -See above- | 5/07 | 1009 | 389.47 |

*Indicates Skip In Check Numbers

## DAILY BALANCE INFORMATION

| Date | Balance | Date | Balance | Date | Balance |
|---|---:|---|---:|---|---:|
| 5/01 | 304,670.70 | 5/12 | 302,824.16 | 5/23 | 303,113.38 |
| 5/02 | 304,564.14 | 5/13 | 302,821.17 | 5/27 | 304,325.95 |
| 5/05 | 304,355.00 | 5/15 | 302,751.17 | 5/28 | 304,136.99 |
| 5/06 | 304,161.38 | 5/16 | 304,406.05 | 5/29 | 304,132.00 |
| 5/07 | 301,682.11 | 5/19 | 303,240.42 | 5/30 | 304,106.86 |
| 5/08 | 303,024.02 | 5/20 | 303,213.06 | | |
| 5/09 | 302,832.91 | 5/21 | 303,178.75 | | |

**Credit**
Bank: The First Bank & Trust Co.
Branch #: 5
Branch Name: Pinnacle
Teller ID: W34LGK
Drawer #: 33
Trans #: 13
Misc: Trn DDA Deposit,

**DDA Deposit**
Date/Time: 5/8/2025 1:50 PM
Workstation: 3V1F2N3
HIN #: 925905110000029
Owner: J R Thacker

SUBSTITUTE IMAGE / VIRTUAL DOCUMENT

| AUXILIARY | R/T | ACCOUNT | PC/TC | AMOUNT |
|---|---|---|---|---|
|  | 5408-0011 | ·8439 | 20 | $1,500.00 |

Deposit  Date: 05/08  Amount: $1,500.00

---

JACK ROBERT THACKER JR.
DEBTOR-IN-POSSESSION
CASE NO. 2:25-BK-50237 RMM
2261 BULLOCK HOLLOW ROAD
BRISTOL, TN 37620

1009

Date: 4-28-2025

Pay to the Order of: Cary's Pool Care    $ 389.47

Three hundred eighty nine + 47/100 Dollars

First Bank & Trust Company

For: 717-4332 Pretoria Run - Pool

⑆051404464⑆   843 9⑈ 1009

1009  Date: 05/07  Amount: $389.47