

**SO ORDERED.**
**SIGNED this 8th day of July, 2025**

THIS ORDER HAS BEEN ENTERED ON THE DOCKET.
PLEASE SEE DOCKET FOR ENTRY DATE.

                                                                Rachel Ralston Mancl
                                                        **UNITED STATES BANKRUPTCY JUDGE**

_____

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF TENNESSEE
### NORTHEASTERN DIVISION AT GREENEVILLE

| | | |
|---|---|---|
| In re | : | |
| | : | |
| JACK ROBERT THACKER, JR. | : | Case No.  2:25-bk-50237-RRM |
| a/k/a JACK R. THACKER, | : | Chapter 11 – Subchapter V |
| a/k/a J. R. THACKER | : | |
| | : | |
| Debtor | : | |

### ORDER GRANTING APPLICATION FOR APPROVAL OF
### EMPLOYMENT OF POWELL AUCTION & REALTY

On June 11, 2025, Debtor filed his Application requesting approval of his employment of Powell Auction & Realty. The Application is supported by the Affidavit of Kenny Phillips. Copies of the Application For Approval of Employment of Powell Auction & Realty, including the Notice of Opportunity to Object and For Hearing, and the proposed Order Granting Application were served upon the attorney for the U.S. Trustee, the Debtor, and all creditors and parties in interest. Based on the Affidavit supporting the Application, it appears that Powell Auction & Realty is disinterested within the meaning of that term as defined in 11 U.S.C. §101(14). In the absence of any objection and based on the Court's own review, the Application is GRANTED.

### # # #

APPROVED FOR ENTRY:

*/s/ Maurice K. Guinn*
Maurice K. Guinn
(Bar Code No. 000366)
Gentry, Tipton & McLemore, P.C.
P.O. Box 1990
Knoxville, Tennessee  37901
(865) 525-5300
mkg@tennlaw.com
Attorneys for Jack Robert Thacker, Jr.

*Order Granting Application For Employment of Powell Auction (5-30-25)*

2