**Fill in this information to identify the case:**

Debtor Name: Jack Robert Thacker, Jr.

United States Bankruptcy Court for the: Eastern District of Tennessee

Case number: 2:25-bk-50237-RRM

☐ Check if this is an amended filing

Official Form 425C

## Monthly Operating Report for Small Business Under Chapter 11    12/17

Month: June 2025    Date report filed: 07/15/2025 (MM / DD / YYYY)

Line of business: Former Financial Advisor    NAISC code: _____

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party: Jack Robert Thacker, Jr.

Original signature of responsible party: /s/ Jack Robert Thacker, Jr.

Printed name of responsible party: Jack Robert Thacker, Jr.

### 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.

| # | Question | Yes | No | N/A |
|---|---|---|---|---|
| 1. | Did the business operate during the entire reporting period? | ☐ | ☐ | ☑ |
| 2. | Do you plan to continue to operate the business next month? | ☐ | ☐ | ☑ |
| 3. | Have you paid all of your bills on time? | ☑ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☐ | ☐ | ☑ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☑ | ☐ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☑ | ☐ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☑ | ☐ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☐ | ☐ | ☑ |
| 9. | Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |

If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.

| # | Question | Yes | No | N/A |
|---|---|---|---|---|
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☐ | ☑ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

Debtor Name  Jack Robert Thacker, Jr.                    Case number  2:25-bk-50237-RRM

17. Have you paid any bills you owed before you filed bankruptcy?  ☐ ☑ ☐
18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?  ☐ ☑ ☐

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

    This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

    $ 323,053.69

20. **Total cash receipts**

    Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

    Report the total from *Exhibit C* here.   $ 11,794.06

21. **Total cash disbursements**

    Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

    Report the total from *Exhibit D* here.    - $ 7,840.54

22. **Net cash flow**

    Subtract line 21 from line 20 and report the result here.
    This amount may be different from what you may have calculated as *net profit*.

    + $ 3,953.52

23. **Cash on hand at the end of the month**

    Add line 22 + line 19. Report the result here.

    Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

    = $ 327,007.21

    This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**    $ 0.00

    *(Exhibit E)*

Debtor Name  Jack Robert Thacker, Jr.                              Case number 2:25-bk-50237-RRM

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy. Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**                                                                 $ _____0.00_____

    *(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed?                              _____0_____
27. What is the number of employees as of the date of this monthly report?                 _____0_____

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?           $ _____0.00_____
29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?   $ _____0.00_____
30. How much have you paid this month in other professional fees?                                      $ _____0.00_____
31. How much have you paid in total other professional fees since filing the case?                     $ _____0.00_____

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

|  | Column A<br>Projected<br>Copy lines 35-37 from the previous month's report. | − | Column B<br>Actual<br>Copy lines 20-22 of this report. | = | Column C<br>Difference<br>Subtract Column B from Column A. |
|---|---|---|---|---|---|
| 32. Cash receipts | $ 5,107.00 | − | $ 11,794.06 | = | $ 6,687.06 |
| 33. Cash disbursements | $ 5,685.00 | − | $ 7,840.54 | = | $ -2,155.54 |
| 34. Net cash flow | $ -578.00 | − | $ 3,953.52 | = | $ 3,375.52 |

35. Total projected cash receipts for the next month:                   $ _____5,107.00_____
36. Total projected cash disbursements for the next month:           − $ _____5,685.00_____
37. Total projected net cash flow for the next month:                 = $ _____-578.00_____

Debtor Name  Jack Robert Thacker, Jr.  Case number 2:25-bk-50237-RRM

# 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

- [x] 38. Bank statements for each open account (redact all but the last 4 digits of account numbers).
- [ ] 39. Bank reconciliation reports for each account.
- [ ] 40. Financial reports such as an income statement (profit & loss) and/or balance sheet.
- [ ] 41. Budget, projection, or forecast reports.
- [ ] 42. Project, job costing, or work-in-progress reports.

| Account Name | Processed Date | Description | Check Number | Credit or Debit | Amount | |
|---|---|---|---|---|---|---|
| REG CK  0001 | 6/26/2025 | CREDIT    AXOS CLEARING PPD | | Credit | 291.67 | investment dividends |
| REG CK  0001 | 6/24/2025 | MID MESA   MONTEGO ASSET CCD | | Credit | 274.27 | investment dividends |
| REG CK  0001 | 6/24/2025 | MRM DIST   MONTEGO ASSET MA CCD    556 | | Credit | 891.95 | investment dividends |
| REG CK  0001 | 6/24/2025 | SILV PEAK MONTEGO ASSET MA CCD    838 | | Credit | 1462.18 | investment dividends |
| REG CK  0001 | 6/17/2025 | E2C       E2C PPD    738 | | Credit | 1758.88 | Bond interest |
| REG CK  0001 | 6/9/2025 | DEPOSIT | | Credit | 1500 | Rent |
| REG CK  0001 | 6/2/2025 | DEPOSIT | | Credit | 5615.11 | Deposit from closing account at USFCU |



| Account Name | Processed Date | Description | Check Number | Credit or Debit | Amount | |
|---|---|---|---|---|---|---|
| REG CK 0001 | 6/30/2025 | DBT CRD 0001 06/28/25 80964353 APPLE.COM/BILL 866-712-7753 CA | | Debit | 4.99 | entertainment |
| REG CK 0001 | 6/30/2025 | DBT CRD 0950 06/29/25 34197039 PRIME VIDEO CHANNELS AMZN.COM/BILL WA | | Debit | 7.65 | entertainment |
| REG CK 0001 | 6/27/2025 | DBT CRD 0006 06/26/25 83923855 PY *STORAGE SOLUTIONS 615-893-5125 TN | | Debit | 139 | storage unit |
| REG CK 0001 | 6/26/2025 | DBT CRD 0925 06/24/25 15967272 FASMART 409 BRISTOL VA | | Debit | 25.1 | fuel |
| REG CK 0001 | 6/26/2025 | ELEC. BILL BRISTOL TN ESSEN PPD | | Debit | 400.41 | utilities |
| REG CK 0001 | 6/26/2025 | DBT CRD 1744 06/25/25 18896817 PRIME VIDEO CHANNELS AMZN.COM/BILL WA | | Debit | 6.56 | entertainment |
| REG CK 0001 | 6/25/2025 | POS DEB 1610 06/24/25 17162924 BUC-EE S #55 1013 BUC-EE S BOUL RICHMOND KY | | Debit | 27.54 | fuel |
| REG CK 0001 | 6/25/2025 | POS DEB 1118 06/23/25 87093486 OLIVE GARDEN ZK 002183 KINGSPORT TN | | Debit | 36.93 | food |
| REG CK 0001 | 6/25/2025 | DBT CRD 1124 06/24/25 90768501 PREMIER PHARMACY INC 423-2451022 TN | | Debit | 55 | medical |
| REG CK 0001 | 6/25/2025 | DBT CRD 1306 06/24/25 50205068 PILOT 04596 WHITE PINE TN | | Debit | 53.37 | fuel |
| REG CK 0001 | 6/25/2025 | POD CHECK 1011 | 1011 | Debit | 92 | utilities |
| REG CK 0001 | 6/25/2025 | UTILITY BI SOUTH FORK UTILI PPD | | Debit | 52.9 | utilities |
| REG CK 0001 | 6/25/2025 | POS DEB 1300 06/23/25 00180929 TJ MAXX #1001 2003 N EASTMAN RD KINGSPORT TN | | Debit | 1015.69 | windshield replacement on truck |
| REG CK 0001 | 6/23/2025 | POD CHECK 1010 | 1010 | Debit | 835.05 | Vehicle repairs |
| REG CK 0001 | 6/23/2025 | DBT CRD 1908 06/18/25 05217048 PRIME VIDEO CHANNELS AMZN.COM/BILL WA | | Debit | 18.6 | entertainment |
| REG CK 0001 | 6/24/2025 | POS DEB 1833 06/23/25 30099100 SAMSCLUB #6518 21483 MARKET CENTE BRISTOL VA | | Debit | 385.1 | groceries |
| REG CK 0001 | 6/24/2025 | DBT CRD 1017 06/18/25 50785678 APPLE.COM/BILL 866-712-7753 CA | | Debit | 13.1 | entertainment |
| REG CK 0001 | 6/24/2025 | POS DEB 1036 06/23/25 61693996 PREMIER PHARMACY INC 423-2451022 TN | | Debit | 17.48 | medical |
| REG CK 0001 | 6/24/2025 | POS DEB 1419 06/24/25 00986779 WENDY'S 4596 3663 ROY MESSER HW WHITE PINE TN | | Debit | 6.45 | food |
| REG CK 0001 | 6/24/2025 | POS DEB 1436 06/20/25 00696343 WEAVER PIKE MARK 2117 WEAVER PIKE BRISTOL TN | | Debit | 16.69 | fuel |
| REG CK 0001 | 6/23/2025 | DBT CRD 0954 06/20/25 36763480 HARDEES 1501799 BRISTOL TN | | Debit | 8.5 | food |
| REG CK 0001 | 6/23/2025 | DBT CRD 0410 06/19/25 30295398 NETFLIX.COM NETFLIX.COM CA | | Debit | 27.36 | entertainment |
| REG CK 0001 | 6/20/2025 | POS DEB 1333 06/20/25 00991743 FOOD CITY #821 FOOD CITY 821 BRISTOL VA | | Debit | 23.29 | groceries |
| REG CK 0001 | 6/20/2025 | POS DEB 1218 06/20/25 00718091 LOWE S #3456 LOWE S 3456 BRISTOL VA | | Debit | 25.19 | home repair |
| REG CK 0001 | 6/20/2025 | POS DEB 0947 06/18/25 00229716 WEAVER PIKE MARK 2117 WEAVER PIKE BRISTOL TN | | Debit | 63.75 | fuel |
| REG CK 0001 | 6/18/2025 | DBT CRD 1326 06/17/25 64194537 SQ *BIG RED APPLE SHED BRISTOL TN | | Debit | 28.63 | groceries |
| REG CK 0001 | 6/18/2025 | WEB PMT BCBSTN WEB | | Debit | 1021.45 | health insurance |
| REG CK 0001 | 6/18/2025 | POS DEB 1216 16277200 CURT S ACE HARDWARE#6821 1247 OLD EUCLID CE BRISTOL VA | | Debit | 6.93 | home repair |
| REG CK 0001 | 6/17/2025 | DBT CRD 1339 06/16/25 71517403 BYU AUTHORITY 276-669-4112 VA | | Debit | 127.99 | utility |
| REG CK 0001 | 6/18/2025 | POS DEB 1845 06/10/25 00362756 LOWE S #2591 LOWE S 2591 BRISTOL TN | | Debit | 10.9 | home repair |
| REG CK 0001 | 6/11/2025 | DBT CRD 1202 06/10/25 13777111 HARDEES 1501799 BRISTOL TN | | Debit | 6.43 | food |
| REG CK 0001 | 6/11/2025 | DBT CRD 1609 06/09/25 61748862 BELMONT PACKAGE LIQUO BRISTOL TN | | Debit | 55.11 | groceries |
| REG CK 0001 | 6/16/2025 | DBT CRD 0005 06/15/25 83491192 PY *STORAGE SOLUTIONS MURFREESBORO TN | | Debit | 104 | storage unit |
| REG CK 0001 | 6/11/2025 | DBT CRD 1956 06/09/25 33973071 PRIME VIDEO CHANNELS AMZN.COM/BILL WA | | Debit | 8.75 | entertainment |
| REG CK 0001 | 6/16/2025 | PAYMENT JOHN HANCOCK MAN PPD TRN*1*E44558772A | | Debit | 70 | Life Insurance |
| REG CK 0001 | 6/13/2025 | POS DEB 1903 06/12/25 49118363 WAL WAL-MART #0620 002460 220 CENTURY BLVD BRISTOL TN | | Debit | 220.17 | groceries |
| REG CK 0001 | 6/10/2025 | POS DEB 1720 06/09/25 26784500 ADVANCE AUTO PARTS #3530 709 VOLUNTEER PKWY BRISTOL TN | | Debit | 72.09 | auto repair |
| REG CK 0001 | 6/13/2025 | POS DEB 1604 06/09/25 00183236 FOOD CITY #617 FOOD CITY 617 BRISTOL TN | | Debit | 62.13 | groceries |
| REG CK 0001 | 6/13/2025 | POS DEB 1422 06/13/25 00305526 WEAVER PIKE MARK 2117 WEAVER PIKE BRISTOL TN | | Debit | 52.67 | fuel |
| REG CK 0001 | 6/13/2025 | DBT CRD 2159 06/12/25 07511928 APPLE.COM/BILL 866-712-7753 CA | | Debit | 2.99 | entertainment |
| REG CK 0001 | 6/9/2025 | DBT CRD 1444 06/07/25 10762982 SQ *BIG RED APPLE SHED BRISTOL TN | | Debit | 12.12 | groceries |
| REG CK 0001 | 6/9/2025 | DBT CRD 0004 06/07/25 82973646 WEAVER PIKE MINI STORA 800-789-3638 TN | | Debit | 140 | storage unit |
| REG CK 0001 | 6/9/2025 | DBT CRD 1030 06/06/25 57401444 PILOT 04596 WHITE PINE TN | | Debit | 36.32 | fuel |
| REG CK 0001 | 6/9/2025 | POS DEB 1611 06/07/25 00857005 FOOD CITY #821 FOOD CITY 821 BRISTOL VA | | Debit | 58.09 | groceries |
| REG CK 0001 | 6/9/2025 | DBT CRD 2007 06/07/25 40634847 PRIME VIDEO CHANNELS AMZN.COM/BILL WA | | Debit | 8.75 | entertainment |
| REG CK 0001 | 6/6/2025 | INSURANCE MIDLAND NATIONAL PPD | | Debit | 950 | Life insurance |
| REG CK 0001 | 6/4/2025 | POS DEB 2059 06/03/25 81637700 ZOOMERZ #966 524 COMMONWEALTH A BRISTOL VA | | Debit | 66.05 | fuel |
| REG CK 0001 | 6/4/2025 | DBT CRD 0620 06/02/25 08221345 PY *HIGHWAY 126 SELF S 423-968-3321 TN | | Debit | 100 | storage unit |
| REG CK 0001 | 6/4/2025 | DBT CRD 1502 06/03/25 21587903 HARDEES 1501883 BRISTOL VA | | Debit | 6.79 | food |
| REG CK 0001 | 6/3/2025 | DBT CRD 1329 06/02/25 65736895 SQ *BIG RED APPLE SHED BRISTOL TN | | Debit | 31.62 | groceries |
| REG CK 0001 | 6/2/2025 | POS DEB 1326 05/31/25 00015761 LOVE S #0303 OUTSIDE LOVE S 0303 OUTSI WADDY KY | | Debit | 65.54 | fuel |
| REG CK 0001 | 6/2/2025 | POS DEB 1400 06/02/25 00791096 BASS PRO STORE BRISTOL BASS PRO STORE BRI BRISTOL TN | | Debit | 175.92 | fishing and hunting licenses |
| REG CK 0001 | 6/2/2025 | DBT CRD 1135 06/02/25 97014141 MCALISTER S 101064 BRISTOL VA | | Debit | 40.3 | food |
| REG CK 0001 | 6/2/2025 | POS DEB 1428 06/01/25 00336462 SAMS CLUB #6518 13249 LEE HWY BRISTOL VA | | Debit | 411.12 | groceries |
| REG CK 0001 | 6/2/2025 | POS DEB 1908 06/01/25 00929533 FOOD CITY #617 FOOD CITY 617 BRISTOL TN | | Debit | 59.21 | groceries |
| REG CK 0001 | 6/2/2025 | DBT CRD 2249 06/01/25 37725560 PRIME VIDEO CHANNELS AMZN.COM/BILL WA | | Debit | 6.56 | entertainment |
| | | | | Total | 7840.54 | |



# First Bank & Trust Company
### The Bank That Puts You First.

Online Banking Log-in

```
Date    6/30/25          Page      1
Primary Account          8439
C 31             Enclosures      4
```

Jack Robert Thacker Jr
Debtor-in-Possession
Case No. 2:25-bk-50237-RMM
2261 Bullock Hollow Road
Bristol TN 37620

## CHECKING ACCOUNTS

Effective June 30, 2025, our Funds Availability policy will be changed. We are increasing the amount we make immediately available for withdrawal by checks not subject to next day availability from $225 to $275. In addition, the amount available for withdrawal on the second business day after the day of your deposit for large deposits and new accounts will increase from $5,525 to $6,725.

```
Regular Checking                                Number of Enclosures                    4
Account Number                     8439         Statement Dates     6/02/25 thru  6/30/25
Previous Balance             304,106.86         Days in the Statement Period           29
    7 Deposits/Credits        11,794.06         Average Ledger                  308,407.10
   59 Checks/Debits            7,840.54         Average Collected               308,213.47
Service Charge                      .00
Interest Paid                       .00
Ending Balance               308,060.38
```

## DEPOSITS AND ADDITIONS

| Date | Description | | Amount |
|---|---|---|---|
| 6/02 | Deposit | | 5,615.11 |
| 6/09 | Deposit | | 1,500.00 |
| 6/17 | E2C        E2C | | 1,758.88 |
|      | PPD | | |
| 6/24 | MID MESA   MONTEGO ASSET | | 274.27 |
|      | CCD        556 | | |
| 6/24 | MRM DIST   MONTEGO ASSET MA | | 891.95 |
|      | CCD        838 | | |
| 6/24 | SILV PEAK  MONTEGO ASSET MA | | 1,462.18 |
|      | CCD        738 | | |
| 6/26 | CREDIT     AXOS CLEARING | | 291.67 |
|      | PPD | | |

## WITHDRAWALS AND DEDUCTIONS

| Date | Description | Amount |
|---|---|---|
| 6/02 | DBT CRD 2249 06/01/25 37725560 | 6.56- |
|      | Prime Video Channels | |
|      | amzn.com/bill WA | |
| 6/02 | DBT CRD 1135 06/02/25 97014141 | 40.30- |
|      | MCALISTER S 101064 | |
|      | BRISTOL         VA | |
| 6/02 | POS DEB 1908 06/01/25 00929533 | 59.21- |
|      | FOOD CITY #617 | |
|      | FOOD CITY   617 | |
|      | BRISTOL         TN | |

# First Bank & Trust Company
## The Bank That Puts You First.

Online Banking Log-in

Date  6/30/25     Page     2
Primary Account     8439
Enclosures     4

Jack Robert Thacker Jr
Debtor-in-Possession
Case No. 2:25-bk-50237-RMM
2261 Bullock Hollow Road
Bristol TN 37620

Regular Checking                                      8439  (Continued)

### WITHDRAWALS AND DEDUCTIONS

| Date | Description | Amount |
|---|---|---|
| 6/02 | POS DEB 1326 05/31/25 00015761<br>Love s #0303 Outside<br>Love s  0303 Outsi<br>WADDY          KY | 65.54- |
| 6/02 | POS DEB 1400 06/02/25 00791096<br>BASS PRO STORE BRISTOL<br>BASS PRO STORE BRI<br>BRISTOL        TN | 175.92- |
| 6/02 | POS DEB 1428 06/01/25 00336462<br>SAMS CLUB #6518<br>13249 LEE HWY<br>BRISTOL        VA | 411.12- |
| 6/03 | DBT CRD 1329 06/02/25 65736895<br>SQ *BIG RED APPLE SHED<br>Bristol        TN | 31.62- |
| 6/04 | DBT CRD 1502 06/03/25 21587903<br>HARDEES 1501883<br>BRISTOL        VA | 6.79- |
| 6/04 | POS DEB 2059 06/03/25 81637700<br>ZOOMERZ #966<br>524 COMMONWEALTH A<br>BRISTOL        VA | 66.05- |
| 6/04 | DBT CRD 0620 06/02/25 08221345<br>PY *HIGHWAY 126 SELF S<br>423-968-3321   TN | 100.00- |
| 6/06 | INSURANCE   MIDLAND NATIONAL<br>PPD | 950.00- |
| 6/09 | DBT CRD 2007 06/07/25 40634847<br>Prime Video Channels<br>amzn.com/bill WA | 8.75- |
| 6/09 | DBT CRD 1444 06/07/25 10762982<br>SQ *BIG RED APPLE SHED<br>Bristol        TN | 12.12- |
| 6/09 | DBT CRD 1030 06/06/25 57401444<br>PILOT 04596<br>WHITE PINE     TN | 36.32- |
| 6/09 | POS DEB 1611 06/07/25 00857005<br>FOOD CITY #821<br>FOOD CITY  821<br>BRISTOL        VA | 58.09- |
| 6/09 | DBT CRD 0004 06/07/25 82973646<br>WEAVER PIKE MINI STORA | 140.00- |

# First Bank & Trust Company
### The Bank That Puts You First.

Online Banking Log-in

Date  6/30/25    Page  3
Primary Account    8439
Enclosures    4

Jack Robert Thacker Jr
Debtor-in-Possession
Case No. 2:25-bk-50237-RMM
2261 Bullock Hollow Road
Bristol TN 37620

Regular Checking                8439  (Continued)

### WITHDRAWALS AND DEDUCTIONS

| Date | Description | Amount |
|---|---|---|
|  | 800-789-3638  TN |  |
| 6/10 | POS DEB 1604 06/09/25 00183236<br>FOOD CITY #617<br>FOOD CITY   617<br>BRISTOL        TN | 62.13- |
| 6/10 | POS DEB 1720 06/09/25 26784500<br>ADVANCE AUTO PARTS #3530<br>709 VOLUNTEER PKWY<br>BRISTOL        TN | 72.09- |
| 6/11 | DBT CRD 1202 06/10/25 13777111<br>HARDEES 1501799<br>BRISTOL        TN | 6.43- |
| 6/11 | DBT CRD 1956 06/09/25 33973071<br>Prime Video Channels<br>amzn.com/bill WA | 8.75- |
| 6/11 | POS DEB 1845 06/10/25 00362756<br>LOWE S #2591<br>LOWE S   2591<br>BRISTOL        TN | 10.90- |
| 6/11 | DBT CRD 1609 06/09/25 61748862<br>BELMONT PACKAGE   LIQUO<br>BRISTOL        TN | 55.11- |
| 6/12 | POS DEB 1507 06/11/25 58067717<br>WAL SAM S Club      001046<br>6518 WAL-SAMS<br>BRISTOL        VA | 419.47- |
| 6/13 | POS DEB 1422 06/13/25 00305526<br>WEAVER PIKE MARK<br>2117 Weaver Pike<br>Bristol         TN | 52.67- |
| 6/13 | POS DEB 1903 06/12/25 49118363<br>WAL WAL-MART #0620 002460<br>220 CENTURY BLVD<br>BRISTOL        TN | 220.17- |
| 6/13 | DBT CRD 2159 06/12/25 07511928<br>APPLE.COM/BILL<br>866-712-7753   CA | 2.99- |
| 6/16 | DBT CRD 0005 06/15/25 83491192<br>PY *STORAGE SOLUTIONS<br>MURFREESBORO   TN | 104.00- |
| 6/16 | PAYMENT    JOHN HANCOCK MAN<br>PPD | 70.00- |

# First Bank & Trust Company
### The Bank That Puts You First.

Online Banking Log-in

Date 6/30/25  Page 4
Primary Account 8439
Enclosures 4

Jack Robert Thacker Jr
Debtor-in-Possession
Case No. 2:25-bk-50237-RMM
2261 Bullock Hollow Road
Bristol TN 37620

Regular Checking                               8439   (Continued)

## WITHDRAWALS AND DEDUCTIONS

| Date | Description | Amount |
|---|---|---|
| | TRN*1*E44558724\ | |
| 6/17 | DBT CRD 1339 06/16/25 71517403<br>BVU AUTHORITY<br>276-669-4112    VA | 127.99- |
| 6/18 | POS DEB 1216 06/18/25 16277200<br>CURT S ACE HARDWARE#6821<br>1247 OLD EUCLID CE<br>BRISTOL          VA | 6.93- |
| 6/18 | DBT CRD 1326 06/17/25 64194537<br>SQ *BIG RED APPLE SHED<br>Bristol          TN | 28.63- |
| 6/18 | POS DEB 0947 06/18/25 00229716<br>WEAVER PIKE MARK<br>2117 Weaver Pike<br>Bristol          TN | 63.75- |
| 6/18 | WEB PMT   BCBSTN<br>WEB | 1,021.45- |
| 6/20 | POS DEB 1436 06/20/25 00696343<br>WEAVER PIKE MARK<br>2117 Weaver Pike<br>Bristol          TN | 16.69- |
| 6/20 | DBT CRD 1908 06/18/25 05217048<br>Prime Video Channels<br>amzn.com/bill WA | 18.60- |
| 6/20 | POS DEB 1333 06/20/25 00991743<br>FOOD CITY #821<br>FOOD CITY  821<br>BRISTOL          VA | 23.29- |
| 6/20 | POS DEB 1218 06/20/25 00718091<br>LOWE S #3456<br>LOWE S   3456<br>BRISTOL          VA | 25.19- |
| 6/20 | DBT CRD 1017 06/18/25 50785678<br>APPLE.COM/BILL<br>866-712-7753   CA | 13.10- |
| 6/20 | DBT CRD 0410 06/19/25 30295398<br>Netflix.com<br>netflix.com    CA | 27.36- |
| 6/23 | DBT CRD 0954 06/20/25 36763480<br>HARDEES 1501799<br>BRISTOL          TN | 8.50- |

# First Bank & Trust Company
### The Bank That Puts You First.

Online Banking Log-in

Date 6/30/25   Page    5
Primary Account      8439
Enclosures              4

Jack Robert Thacker Jr
Debtor-in-Possession
Case No. 2:25-bk-50237-RMM
2261 Bullock Hollow Road
Bristol TN 37620

Regular Checking                              8439   (Continued)

## WITHDRAWALS AND DEDUCTIONS

| Date | Description | Amount |
|---|---|---|
| 6/23 | DBT CRD 1500 06/19/25 20369007<br>MOE S SW GRILL # 10134<br>BRISTOL         TN | 33.81- |
| 6/23 | POS DEB 1300 06/23/25 00180929<br>TJ MAXX #1001<br>2003 N EASTMAN RD<br>KINGSPORT       TN | 52.90- |
| 6/23 | UTILITY BI SOUTH FORK UTILI<br>PPD | 92.00- |
| 6/24 | POS DEB 1419 06/24/25 00986779<br>WENDYS 4596<br>3663 ROY MESSER HW<br>WHITE PINE       TN | 6.45- |
| 6/24 | POS DEB 1258 06/24/25 00784785<br>FOOD CITY #669<br>FOOD CITY  669<br>BLOUNTVILLE      TN | 10.93- |
| 6/24 | DBT CRD 1036 06/23/25 61693996<br>PREMIER PHARMACY INC<br>423-2451022      TN | 17.48- |
| 6/24 | POS DEB 1833 06/23/25 30099100<br>SAMSCLUB #6518<br>21483 MARKET CENTE<br>BRISTOL          VA | 385.10- |
| 6/25 | POS DEB 1610 06/24/25 17162924<br>BUC-EE S #55<br>1013 BUC-EE S BOUL<br>RICHMOND         KY | 27.54- |
| 6/25 | DBT CRD 1118 06/23/25 87093486<br>OLIVE GARDEN ZK 002183<br>KINGSPORT       TN | 36.93- |
| 6/25 | DBT CRD 1306 06/24/25 50205068<br>PILOT 04596<br>WHITE PINE       TN | 53.37- |
| 6/25 | DBT CRD 1124 06/24/25 90768501<br>PREMIER PHARMACY INC<br>423-2451022      TN | 55.00- |
| 6/26 | DBT CRD 1744 06/25/25 18896817<br>Prime Video Channels<br>amzn.com/bill WA | 6.56- |
| 6/26 | DBT CRD 0925 06/24/25 15967272<br>FASMART 409 | 25.10- |

# First Bank & Trust Company
*The Bank That Puts You First.*

Online Banking Log-in

Date  6/30/25    Page    6
Primary Account    8439
Enclosures    4

Jack Robert Thacker Jr
Debtor-in-Possession
Case No. 2:25-bk-50237-RMM
2261 Bullock Hollow Road
Bristol TN 37620

Regular Checking                                        8439    (Continued)

## WITHDRAWALS AND DEDUCTIONS

| Date | Description | Amount |
|---|---|---|
| 6/26 | ELEC. BILL BRISTOL TN ESSEN BRISTOL VA PPD | 400.41- |
| 6/27 | DBT CRD 0006 06/26/25 83923855 PY *STORAGE SOLUTIONS 615-893-5125 TN | 139.00- |
| 6/30 | DBT CRD 0950 06/29/25 34197039 Prime Video Channels amzn.com/bill WA | 7.65- |
| 6/30 | DBT CRD 0001 06/28/25 80964353 APPLE.COM/BILL 866-712-7753 CA | 4.99- |

## CHECKS

| Date | Check No | Amount | Date | Check No | Amount |
|---|---|---|---|---|---|
| 6/23 | 1010 | 835.05 | 6/25 | 1011 | 1,015.69 |

*Indicates Skip In Check Numbers

## DAILY BALANCE INFORMATION

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 6/02 | 308,963.32 | 6/12 | 308,418.70 | 6/24 | 309,540.95 |
| 6/03 | 308,931.70 | 6/13 | 308,142.87 | 6/25 | 308,352.42 |
| 6/04 | 308,758.86 | 6/16 | 307,968.87 | 6/26 | 308,212.02 |
| 6/06 | 307,808.86 | 6/17 | 309,599.76 | 6/27 | 308,073.02 |
| 6/09 | 309,053.58 | 6/18 | 308,479.00 | 6/30 | 308,060.38 |
| 6/10 | 308,919.36 | 6/20 | 308,354.77 | | |
| 6/11 | 308,838.17 | 6/23 | 307,332.51 | | |

**Check 1010 (Deposit Date: 06/02, Amount: $5,615.11)**

- Credit — Bank: The First Bank & Trust Co.
- Branch #: 22
- Branch Name: Volunteer Parkway
- Teller ID: W34RED
- Drawer #: 212
- Trans #: 31
- Misc: Trn DDA Deposit,
- DDA Deposit — Date/Time: 6/2/2025 3:50 PM
- Workstation: 5G964Y2
- HIN #: 928453160000115
- Owner: J R Thacker
- R/T: 5408-0011   PC/TC: 20   Amount: $5,615.11

Check 1010:
- Jack Robert Thacker Jr., Debtor-in-Possession, Case No. 2:25-BK-50237 RMM, 2261 Bullock Hollow Road, Bristol, TN 37620
- Date: 6-18-25
- Pay to the Order of: Bristol Chevrolet
- $835.05
- Eight hundred thirty five + 05/100 Dollars
- First Bank & Trust Company
- For: Truck Service 101298
- 1010   Date: 06/23   Amount: $835.05

**Check 1011 (Deposit Date: 06/09, Amount: $1,500.00)**

- Credit — Bank: The First Bank & Trust Co.
- Branch #: 3
- Branch Name: East Bristol
- Teller ID: W34MBT
- Drawer #: 18
- Trans #: 29
- Misc: Trn DDA Deposit,
- DDA Deposit — Date/Time: 6/9/2025 1:51 PM
- Workstation: 1SGR1N3
- HIN #: 929103120000091
- Owner: J R Thacker
- R/T: 5408-0011   PC/TC: 20   Amount: $1,500.00

Check 1011:
- Jack Robert Thacker Jr., Debtor-in-Possession, Case No. 2:25-BK-50237 RMM, 2261 Bullock Hollow Road, Bristol, TN 37620
- Date: 6-23-25
- Pay to the Order of: Safelite
- $1015.69
- One thousand fifteen + 69/100 Dollars
- First Bank & Trust Company
- For: Windshield Repair
- 1011   Date: 06/25   Amount: $1,015.69