IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION AT GREENEVILLE

| In re | : | |
|---|---|---|
| | : | |
| JACK ROBERT THACKER, JR. | : | Case No. 2:25-bk-50237-RRM |
| a/k/a JACK R. THACKER, | : | Chapter 11 – Subchapter V |
| a/k/a J. R. THACKER | : | |
| | : | |
| Debtor | : | |

## SUMMARY OF BALLOTS

Pursuant to the Order (Doc 116) entered on June 9, 2025, Jack Robert Thacker, Jr. files this Summary of Ballots, reporting acceptances and rejections by Creditors:

| CLASS | ACCEPTANCES | REJECTIONS |
|---|---|---|
| 3 | Number 6<br>Amount $2,711,552.11 | Number 0 |

/s/ Maurice K. Guinn
Maurice K. Guinn
(BPR # 000366)
Gentry, Tipton & McLemore, P.C.
P.O. Box 1990
Knoxville, Tennessee 37901
(865) 525-5300
mkg@tennlaw.com
Attorneys for Jack Robert Thacker, Jr.

## CERTIFICATE OF SERVICE

The undersigned certifies that on July 17, 2025, the foregoing "**Summary of Ballots**" was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to Tiffany A. DiIorio, Andrew Wesley Hogan, Eric W. Reecher, M. Aaron Spencer, Anthony R. Steele, Walter N. Winchester, and the United States Trustee.

/s/ Maurice K. Guinn
Maurice K. Guinn

*10432 -Summary of Ballots (07-17-20254)*