**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TENNESSEE (GREENEVILLE)**

| | |
|---|---|
| IN RE: ) | |
| ) | |
| JACK ROBERT THACKER, JR., ) | Case No. 2:25-bk-50237-RRM |
| ) | Chapter 11 |
| Debtor. ) | |

**WITHDRAWAL
AMENDED MOTION FOR RELIEF FROM AUTOMATIC STAY**

COMES **DON LAIR**, by and through counsel, and hereby notifies the Court and parties in interest of his withdrawal the Amended Motion for Relief from Automatic Stay and Adequate Protection filed April 4, 2025 [Doc. 69].

Accordingly, the Amended Motion for Relief from Automatic Stay and Adequate Protection is WITHDRAWN.

This the 17th day of July, 2025.

**DON LAIR**

By: /s/ Anthony R. Steele
Walter N. Winchester, BPR #014530
Anthony R. Steele, BPR #016303
Attorneys for Don Lair
Winchester, Sellers, Foster & Steele, P.C.
P.O. Box 2428
Knoxville, TN 37901-2428
Phone: (865) 637-1980
Email: wwinchester@wsfs-law.com
Email: asteele@wsfs-law.com

## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that a true and accurate copy of the foregoing Withdrawal of Amended Motion for Relief from Automatic Stay has been sent electronically to:

Tiffany Diiorio, Tiffany.Diiorio@usdoj.gov, Trustee;
Maurice K. Guinn, mkg@tennlaw.com, Attorney for Debtor;
M. Aaron Spencer, aspencer@wmbac.com, Trustee;

and by United States mail to the Debtor, Jack Robert Thacker, Jr., 2261 Bullock Hollow Road, Bristol, TN 37620, with sufficient postage thereupon to carry same to its destination, this the 17th day of July, 2025.

**Winchester, Sellers, Foster & Steele, P.C.**

**By:      /s/ Anthony R. Steele**