IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION AT GREENEVILLE

| | |
|---|---|
| In re : | |
| : | |
| JACK ROBERT THACKER, JR. : | Case No.  2:25-bk-50237-RRM |
| a/k/a JACK R. THACKER, : | Chapter 11 – Subchapter V |
| a/k/a J. R. THACKER : | |
| : | |
| Debtor : | |

ORDER GRANTING APPLICATION FOR APPROVAL OF
EMPLOYMENT OF AMBER B. HAYES
PURSUANT TO E.D. TENN. LBR 2014-1

On July 18, 2025, Debtor filed his Application requesting approval of his employment of Amber B. Hayes. The Application is supported by the Affidavit of Amber B. Hayes. Copies of the Application For Approval of Employment of Amber B. Hayes and the proposed Order Granting Application were served upon the attorney for the U.S. Trustee, Internal Revenue Service, the U.S. Attorney for the Eastern District of Tennessee, the Debtor, and all parties who have requested notice. Based on the Affidavit supporting the Application, it appears that Amber B. Hayes is disinterested within the meaning of that term as defined in 11 U.S.C. §101(14). In the absence of any objection and based on the Court's own review, the Application is GRANTED. Compensation

to Amber B. Hayes is subject to approval of the Court after notice and a hearing. Pursuant to E.D. Tenn. LBR 2014-1, the Application relates back to July 18, 2025, the date the Application was filed.

# # #

APPROVED FOR ENTRY:

/s/ *Maurice K. Guinn*
Maurice K. Guinn
(Bar Code No. 000366)
Gentry, Tipton & McLemore, P.C.
P.O. Box 1990
Knoxville, Tennessee  37901
(865) 525-5300
mkg@tennlaw.com
Attorneys for Jack R. Thacker, Jr.

*Order Granting Application For Employment of Amber B. Hayes (7-18-25)*

2