IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION AT GREENEVILLE

| | | |
|---|---|---|
| **In re** | : | |
| | : | |
| **JACK ROBERT THACKER, JR.** | : | Case No. 2:25-bk-50237-RRM |
| a/k/a JACK R. THACKER, | : | Chapter 11 – Subchapter V |
| a/k/a J. R. THACKER | : | |
| | : | |
| **Debtor** | : | |

## ORDER SUSTAINING OBJECTION TO IRS PROOF OF CLAIM NO. 11

On July 25, 2025, Debtor filed his Objection to IRS Proof of Claim No. 11. Notice of the August 26, 2025 hearing on the Objection was given to the Internal Revenue Service and the United States Attorney for the Eastern District of Tennessee by the Debtor's attorney. As of the August 26th hearing, the Debtor had filed his 2024 Form 1040 and no income tax is owing in view of the $38,473.00 carry-forward payment from 2023. Accordingly, the Objection is sustained and Claim No. 11 is disallowed.

# # #

APPROVED FOR ENTRY:

/s/Maurice K. Guinn
Maurice K. Guinn
(Bar Code No. 000366)
Gentry, Tipton & McLemore, P.C.
P.O. Box 1990
Knoxville, TN  37901
(865) 525-5300
mkg@tennlaw.com
Attorneys for Jack Robert Thacker, Jr.

*Order Sustaining Objection to IRS Proof of Claim No. 11 – 7-24-25*

2