IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION AT GREENEVILLE

| | |
|---|---|
| In re : | |
| : | |
| JACK ROBERT THACKER, JR. : | Case No. 2:25-bk-50237-RRM |
| a/k/a JACK R. THACKER, : | Chapter 11 – Subchapter V |
| a/k/a J. R. THACKER : | |
| : | |
| Debtor : | |

## PROJECTED PLAN PAYMENTS

Jack Robert Thacker, Jr. submits his Projected Plan Payments as a supplement to the Plan of Reorganization (Doc 115) filed on June 3, 2025.

**Priority Claims**

| Creditor | Claim No. | Projected Total Payment |
|---|---|---|
| Joy Necessary | | $ 90,000.00 |

**General Unsecured Claims Filed**

| Creditor | Claim No. | Projected Total Payment |
|---|---|---|
| Kent & Nancy Crowe | 8 | $ 54,660.00 |
| Thomas & Diann Elliott | 9 | $ 55,215.00 |
| Don Lair | 6 | $111,841.00 |
| Joshua Mankini | 3 | $ 26,000.00 |
| Roy Parker, Jr. Revocable Trust | 2 | $ 65,000.00 |
| Michael Siegforth | 4 | $ 26,000.00 |
| Terry & Sharon Vaughan | 7 | $399,456.00 |
| Darrell & Joan Vincent | 10 | $ 70,831.00 |
| James Wood | 5 | $ 26,000.00 |

1

**General Unsecured Claims Scheduled But No Claim Filed**

| Creditor | Projected Total Payment |
|---|---|
| Barclay Bank Mastercard | $ 2,045.00 |
| Blank Rome | $ 6,596.00 |
| Capital One Visa | $ 177.00 |
| Celia M. Howe Osborne | $13,000.00 |
| CitiBank Mastercard | $ 1,093.00 |
| David Porteous/Faegre Drinker Biddle & Reath, LLP | $ 27,880.00 |
| FINRA | $ 4,168.00 |

The Projected Plan Payments are based on approximately $993,000.00 currently held by J. R. Thacker, Jr. and M. Aaron Spencer, Subchapter V Trustee. The funds currently held by J.R. Thacker include approximately $180,000.00 received earlier this month from the e2c ESA Bond I investment. Additional amounts from Debtor's receipt of funds from illiquid investments, the forthcoming sale of two motor vehicles, and claims which are property of the Estate are not included in the Projected Total Payment Amounts.

/s/ Maurice K. Guinn
Maurice K. Guinn
(BPR # 000366)
Gentry, Tipton & McLemore, P.C.
P.O. Box 1990
Knoxville, Tennessee 37901
(865) 525-5300
Attorneys for Jack R. Thacker, Jr.

2

## CERTIFICATE OF SERVICE

The undersigned certifies that on July 29, 2025, the foregoing "**Projected Plan Payments**" was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to Tiffany A. DiIorio, Andrew Wesley Hogan, Eric W. Reecher, M. Aaron Spencer, Anthony R. Steele, Walter Winchester and the United States Trustee.

Additionally, copies of the "**Projected Plan Payments**" were served on July 29, 2025, by first-class mail with sufficient postage prepaid in envelopes addressed as shown on the attachment hereto.

/s/ *Maurice K. Guinn*
Maurice K. Guinn

*Projected Plan Payments (7/28/25)*

Label Matrix
Case 2:25-bk-50237-RRM
Eastern District of Tennessee
Greeneville

Arete Wealth
1115 W. Fulton Market, 3rd Floor
Chicago, IL  60607-1213

Barclays Bank Mastercard
P. O. Box 8801
Wilmington, DE  19899-8801

Blank Rome, LLP
130 North 18th Street
One Logan Square
Philadelphia, PA  19103-6998

Bradford Gucciardo, Esq.
Gucciardo Law Group, P.A.
8470 Enterprise Circle, Suite 110
Lakewood Ranch, FL  34202-4105

Capital One Visa
P. O. Box 30285
Salt Lake City, UT  84130-0285

Celia M. Howell Osborne
1252 Reed Hollow Road
Gate City, VA  24251-5449

Center Street Securities, Inc.
1115 W. Fulton Market, 3rd Floor
Chicago, IL  60607-1213

Citibank Mastercard
P. O. Box 6500
Sioux Falls, SD  57117-6500

Courtney M. Werring, Esq.
Meyer Wilson Co., LPA
305 W. Nationwide Blvd.
Columbus, OH  43215-2309

Darrell and Joan Vincent
1470 South Street
Fowler, IL  62338-2360

David Porteous
Faegre Drinker Biddle & Realth, LLP
P. O. Box 1450
Minneapolis, MN  55485-6193

Diane M. Dierking
3532 Stonecreek Circle
Jeffersonville, IN  47130-8049

Don Lair, Jr. and Marla Lair
202 S. Main Street
P. O. Box 251
Payson, IL  62360-0251

Doug & Heather Atkins
c/o Brent Long
Compass Real Estate
1535 W. Northfield Blvd.
Murfreesboro, TN  37129

FINRA
P. O. Box 418911
Boston, MA  02241-8911

First Horizon
P. O. Box 0054
Palatine, IL  60055-0054

(p)Dovenmuehle Mortgage
1 Corporate Drive, Suite 360
Lake Zurich, IL  60047-8945

First Horizon Bank
c/o Brock and Stott, PLLC
Attorneys at Law
3825 Forrestgate Dr.
Winston-Salem,  NC  27103-2930

Grant Dixon
P. O. Box 141756
Spokane Valley, WA  99214-1756

United States Attorney
Howard H. Baker, Jr. US Courthouse
800 Market Street, Suite 211
Knoxville, TN  37902

H. Joseph and Constance Schilmiller
6855 Stiller Road
Floyds Knobs, IN  47119-9207

Hans and Carol Bietsch
229 Wilbrook Road
Stratford, CT  06614-1981

Andrew Wesley Hogan
Brock & Scott, PLLC
3825 Forrestgate Drive
Winston-Salem, NC  27103-2930

(p)Internal Revenue Service
Centralized Insolvency Operations
P. O. Box 7346
Philadelphia, PA  19101-7346

James Wood
1250 Hancel Road
Equality, AL  36026-2637

Jeff Kennedy
1093 County Road 205
Giddings, TX  78942-5726

Jeffrey Erez, Esq. & Michael Rappaport
EREX Law
One Downtown 1 SE
3rd Ave., Suite 1670
Miami, FL  33131

Jeffrey Semersheim
9304 South State Road 257
Stendal, IN  47585-8849

| | | |
|---|---|---|
| John English<br>2599 Rockville Center Parkway<br>Oceanside, NY  11572-1646 | Joshua Mankini<br>4662 Long Branch Road<br>Spencer, TN  38585 | Joy Necessary<br>1009 Blue Heron Way<br>Tarpon Springs, FL  34689-7142 |
| Kalju Nekvasil, Esq.<br>Goodman & Nekvasil, P.A.<br>624 1st Ave. South<br>Saint Petersburg, FL  33701-4120 | Kent and Nancy Crow<br>306 Country Lane<br>Mendon, IL  62351-1262 | Mary Santana<br>13121 Avenida Santa Tecia<br>La Mirada, CA  90638-3213 |
| Michael C. Bixby<br>Bixby Law PLLC<br>4300 Bayou Blvd, Suite 16<br>Pensacola, FL  32503-2671 | Michael C. Bixby, Esq.<br>Bixby Law PLLC<br>1149 Creighton Road<br>Pensacola, FL  32504-7096 | Michael Roden<br>2707 Cape Rock Pass<br>Prescott, AZ  86301-9604 |
| Michael Siegforth<br>8843 East Yucca Blossom Dr.<br>Gold Canyon, AZ  85118-7067 | Peter Mougey, Esq.<br>Levin Papantonio<br>316 South Baylen St., Suite 600<br>Pensacola, FL  32502-5996 | Socorro Galam<br>6675 Shemiran Street<br>La Verna, CA  91750-2390 |
| M. Aaron Spencer<br>P. O. Box 900<br>Knoxville, TN  37901-0900 | Terry & Sharon Vaughn<br>2024 North Arrowood Court<br>Quincy, IL  62305-8987 | Jack Robert Thacker, Jr.<br>2261 Bullock Hollow Road<br>Bristol, TN  37620-1135 |
| The Roy W. Parker, Jr. Revocable Trust<br>641 Columbia Drive<br>Winter Park, FL  3278901407 | Thomas & Diann Elliott<br>1551 N. 900th Ave.<br>Liberty, IL  62347-4800 | USF Credit Union<br>1545 Bluff City Highway<br>Bristol, TN  37620-6018 |
| WL Financial Advisors, LLC<br>951 Cumberland Street<br>Bristol, VA  24201-4103 | William J. Layne<br>432 Corte Verde<br>Upland, CA  91786-5168 | William Young Esq,<br>Colling Gilbert Wright, PLLC<br>801 North Orange Ave., Suite 830<br>Orlando, FL  32801-5203 |
| simpliHOM<br>836 N. Thompson Lane<br>Murfreesboro, TN  37129-4342 | | |