IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION AT GREENEVILLE

| | |
|---|---|
| In re                              : | |
|                                    : | |
| **JACK ROBERT THACKER, JR.**       : | Case No.  2:25-bk-50237-RRM |
| a/k/a JACK R. THACKER,             : | Chapter 11 – Subchapter V |
| a/k/a J. R. THACKER                : | |
|                                    : | |
| **Debtor**                         : | |

### ORDER GRANTING MOTION TO SELL 2012 PORSCHE AND 2017 MASERATI FREE AND CLEAR OF LIENS AND INTERESTS

On August 4, 2025, Jack Robert Thacker, Jr. filed his Motion to Sell 2012 Porsche and 2017 Maserati Free and Clear of Liens and Interests. Copies of the Motion, including the Notice of Hearing, and the proposed Order granting the Motion were served upon the Attorney for the U.S. Trustee, the United States Attorney for the Eastern District of Tennessee, the Debtor, and all creditors and parties in interest. A hearing on the Motion to Sell was held on August 26, 2025. In the absence of any objection and based on the Debtor's representation the proposed sale is in the best interest of the estate, the Motion is GRANTED. The lien claim of IRS, if any, shall attach to

1

the sales proceeds. Powell Auction & Realty may collect a fifteen percent (15%) buyers premium for its compensation for selling the Vehicles.

###

APPROVED FOR ENTRY:

*/s/ Maurice K. Guinn*
Maurice K. Guinn
(BPR # 000366)
Gentry, Tipton & McLemore, P.C.
P.O. Box 1990
Knoxville, Tennessee 37901
(865) 525-5300
Attorneys for Jack Robert Thacker, Jr.

*Order Granting Motion to Sell 2012 Porsche & 2017 Maserati (8-4-25)*