Fill in this information to identify the case:

Debtor Name: Jack Robert Thacker, Jr.

United States Bankruptcy Court for the: Eastern District of Tennessee

Case number: 2-25-bk-50237-RRM

☐ Check if this is an amended filing

Official Form 425C

# Monthly Operating Report for Small Business Under Chapter 11                                                    12/17

Month: July 2025                                                       Date report filed: 08/13/2025
                                                                                           MM / DD / YYYY

Line of business: Former Financial Advisor                            NAISC code: _____

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party: Jack Robert Thacker, Jr.

Original signature of responsible party: /s/ Jack Robert Thacker, Jr.

Printed name of responsible party: Jack Robert Thacker, Jr.

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

**If you answer No to any of the questions in lines 1-9, attach an explanation and label it Exhibit A.**

| # | Question | Yes | No | N/A |
|---|---|---|---|---|
| 1. | Did the business operate during the entire reporting period? | ☐ | ☐ | ☑ |
| 2. | Do you plan to continue to operate the business next month? | ☐ | ☐ | ☑ |
| 3. | Have you paid all of your bills on time? | ☑ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☐ | ☐ | ☑ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☑ | ☐ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☑ | ☐ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☑ | ☐ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☐ | ☐ | ☑ |
| 9. | Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |

**If you answer Yes to any of the questions in lines 10-18, attach an explanation and label it Exhibit B.**

| # | Question | Yes | No | N/A |
|---|---|---|---|---|
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☐ | ☑ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

Official Form 425C          Monthly Operating Report for Small Business Under Chapter 11          page 1

Debtor Name  Jack Robert Thacker, Jr.                                    Case number  2-25--bk-50237-RRM

17. Have you paid any bills you owed before you filed bankruptcy?                          ☐ ☑ ☐
18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?   ☐ ☑ ☐

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

    This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

    $ 327,007.21

20. **Total cash receipts**

    Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

    Report the total from *Exhibit C* here.    $ 180,478.99

21. **Total cash disbursements**

    Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

    Report the total from *Exhibit D* here.    – $ 6,144.73

22. **Net cash flow**

    Subtract line 21 from line 20 and report the result here.
    This amount may be different from what you may have calculated as *net profit*.

    + $ 174,334.26

23. **Cash on hand at the end of the month**

    Add line 22 + line 19. Report the result here.

    Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

    = $ 501,341.47

    This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**    $ 0.00

    *(Exhibit E)*

Debtor Name  Jack Robert Thacker, Jr.                    Case number  2-25--bk-50237-RRM

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy. Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**                                                        $ _____0.00_____

    *(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed?                    _____0_____
27. What is the number of employees as of the date of this monthly report?       _____0_____

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?                    $ _____0.00_____
29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?      $ _____0.00_____
30. How much have you paid this month in other professional fees?                                              $ _____0.00_____
31. How much have you paid in total other professional fees since filing the case?                             $ _____0.00_____

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

|  | Column A<br>**Projected**<br>Copy lines 35-37 from the previous month's report. | − | Column B<br>**Actual**<br>Copy lines 20-22 of this report. | = | Column C<br>**Difference**<br>Subtract Column B from Column A. |
|---|---|---|---|---|---|
| 32. **Cash receipts** | $ 5,107.00 | − | $ 184,789.99 | = | $ 179,682.99 |
| 33. **Cash disbursements** | $ 5,685.00 | − | $ 6,144.73 | = | $ -459.73 |
| 34. **Net cash flow** | $ -578.00 | − | $ 174,334.26 | = | $ 173,756.29 |

35. Total projected cash receipts for the next month:              $ 3,779.00
36. Total projected cash disbursements for the next month:       − $ 5,685.00
37. Total projected net cash flow for the next month:            = $ -1,906.00

Debtor Name  Jack Robert Thacker, Jr.                              Case number 2-25--bk-50237-RRM

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

- [x] 38. Bank statements for each open account (redact all but the last 4 digits of account numbers).

- [ ] 39. Bank reconciliation reports for each account.

- [ ] 40. Financial reports such as an income statement (profit & loss) and/or balance sheet.

- [ ] 41. Budget, projection, or forecast reports.

- [ ] 42. Project, job costing, or work-in-progress reports.

| Account Name | | Processed Date | Description | Check Number | Credit or Debit | Amount | |
|---|---|---|---|---|---|---|---|
| REG CK | 0001 | 7/28/2025 | CREDIT   AXOS CLEARING PPD | | Credit | 241.67 | Dividends |
| REG CK | 0001 | 7/25/2025 | SILV PEAK MONTEGO ASSET MA CCD    738 | | Credit | 623.87 | Royalties |
| REG CK | 0001 | 7/25/2025 | MRM DIST   MONTEGO ASSET MA CCD    838 | | Credit | 494.59 | Royalties |
| REG CK | 0001 | 7/25/2025 | MID MESA  MONTEGO ASSET CCD    556 | | Credit | 921.94 | Royalties |
| REG CK | 0001 | 7/22/2025 | POS CRE 0000 07/19/25 76261522 BHMA WCS 423-4087400  TN | | Credit | 120 | Refund |
| REG CK | 0001 | 7/17/2025 | DEPOSIT | | Credit | 1191.8 | Rent -renter paid window repisr for 951 Cumberland St |
| REG CK | 0001 | 7/3/2025 | E2C    E2C PPD | | Credit | 176885.12 | Maturity payoff from E2c bonds |
| | | | | | Total | 180478.99 | |



| Account Name | | Processed Date | Description | Check Number | Credit or Debit | Amount | |
|---|---|---|---|---|---|---|---|
| REG CK | 0001 | 7/31/2025 | DBT CRD 1300 07/30/25 48499635 PERFORMANCE MEDICINE O BRISTOL    VA | | Debit | 150 | Medical |
| REG CK | 0001 | 7/31/2025 | POS DEB 1537 07/30/25 00083172 WEAVER PIKE MARK 2117 WEAVER PIKE BRISTOL    TN | | Debit | 63.84 | Fuel |
| REG CK | 0001 | 7/31/2025 | DBT CRD 1145 07/30/25 03225424 CRAIGS CLEANERS BRISTOL    TN | | Debit | 13.29 | Dry cleaning |
| REG CK | 0001 | 7/30/2025 | DBT CRD 1915 07/29/25 09590502 AMAZON PRIME*903TG4H73 AMZN.COM/BILL WA | | Debit | 3.27 | entertainment |
| REG CK | 0001 | 7/30/2025 | DBT CRD 1636 07/28/25 77971561 TACO BELL #029025 BRISTOL    TN | | Debit | 22.93 | food |
| REG CK | 0001 | 7/30/2025 | POS DEB 1559 07/29/25 00740224 FOOD CITY #669 FOOD CITY 669 BLOUNTVILLE    TN | | Debit | 45.22 | groceries |
| REG CK | 0001 | 7/30/2025 | DBT CRD 2159 07/30/25 07762734 PRIME VIDEO CHANNELS AMZN.COM/BILL WA | | Debit | 14.22 | entertainment |
| REG CK | 0001 | 7/30/2025 | POS DEB 1317 07/30/25 00150199 WALGREENS STORE 1460 LEE WALGREENS STORE 14 BRISTOL    VA | | Debit | 34.17 | medical |
| REG CK | 0001 | 7/30/2025 | DBT CRD 0943 07/29/25 29945658 PRIME VIDEO CHANNELS AMZN.COM/BILL WA | | Debit | 7.65 | entertainment |
| REG CK | 0001 | 7/29/2025 | ELEC. BILL BRISTOL TN ESSEN PPD | | Debit | 502.02 | utilities |
| REG CK | 0001 | 7/29/2025 | DBT CRD 0000 07/28/25 80180353 APPLE.COM/BILL 866-712-7753  CA | | Debit | 4.99 | entertianment |
| REG CK | 0001 | 7/28/2025 | DBT CRD 1635 07/25/25 77045773 PRIME VIDEO CHANNELS AMZN.COM/BILL WA | | Debit | 6.56 | entertianment |
| REG CK | 0001 | 7/28/2025 | POS DEB 1426 07/28/25 00003297 ANDERSON COMPOUNDING PHAR ANDERSON COMPOUNDI BRISTOL    TN | | Debit | 500 | medical |
| REG CK | 0001 | 7/28/2025 | DBT CRD 0005 07/26/25 83561637 PY *STORAGE SOLUTIONS 615-893-5125 TN | | Debit | 139 | storage |
| REG CK | 0001 | 7/28/2025 | DBT CRD 1520 07/27/25 32583008 PARKWAY WINE & LIQUOR BRISTOL    TN | | Debit | 23.47 | groceries |
| REG CK | 0001 | 7/28/2025 | POS DEB 1648 07/27/25 00764110 WM SUPERCENTER # 220 CENTURY BLVD BRISTOL    TN | | Debit | 87.18 | groceries and household |
| REG CK | 0001 | 7/28/2025 | POS DEB 1554 07/24/25 00835383 FOOD CITY #617 FOOD CITY  617 BRISTOL    TN | | Debit | 26.11 | groceries |
| REG CK | 0001 | 7/23/2025 | DBT CRD 1228 07/22/25 29232329 NJ EZPASS 888-288-6865 NJ | | Debit | 51.45 | tolls |
| REG CK | 0001 | 7/23/2025 | DBT CRD 1218 07/22/25 23323413 ULTIMATE SHINE CAR WAS BRISTOL    VA | | Debit | 25 | vehicle maint |
| REG CK | 0001 | 7/23/2025 | POS DEB 1616 07/22/25 00700395 FOOD CITY #821 FOOD CITY #821 BRISTOL    VA | | Debit | 84.29 | groceries |
| REG CK | 0001 | 7/23/2025 | UTILITY BI SOUTH FORK UTILI PPD | | Debit | 76.83 | utilities |
| REG CK | 0001 | 7/23/2025 | POS DEB 1630 07/22/25 00909560 QUICK STOP MARKE 1190 VOLUNTEER PAR BRISTOL    TN | | Debit | 27.3 | fuel |
| REG CK | 0001 | 7/22/2025 | DBT CRD 1055 07/21/25 73040905 MIDDLE TENNESSEE ELECT HTTPS://WWW.F TN | | Debit | 550.82 | utilities |
| REG CK | 0001 | 7/22/2025 | DBT CRD 1328 07/20/25 64838167 COOK OUT VOLUNTEER PKW BRISTOL    TN | | Debit | 10.89 | food |
| REG CK | 0001 | 7/22/2025 | POS DEB 1356 07/22/25 00575882 VA ABC STORE 343 VA ABC STORE 343 BRISTOL    VA | | Debit | 47.36 | groceries |
| REG CK | 0001 | 7/22/2025 | DBT CRD 1252 07/21/25 43407796 KY-IN RIVERLINK TOLL 855-7485465  TX | | Debit | 123.52 | tolls |
| REG CK | 0001 | 7/21/2025 | POS DEB 1422 07/20/25 59297200 3403 SCOTCHMAN 1290 VOLUNTEER PKY BRISTOL    TN | | Debit | 61.49 | fuel |
| REG CK | 0001 | 7/21/2025 | POS DEB 1822 07/18/25 35299200 WAL-MART #0620 220 CENTURY BLVD BRISTOL    TN | | Debit | 79.6 | groceries |
| REG CK | 0001 | 7/21/2025 | DBT CRD 0542 07/19/25 85507079 NETFLIX.COM NETFLIX.COM  CA | | Debit | 27.36 | entertainment |
| REG CK | 0001 | 7/21/2025 | DBT CRD 1823 07/18/25 42099696 PRIME VIDEO CHANNELS AMZN.COM/BILL WA | | Debit | 18.6 | entertainment |
| REG CK | 0001 | 7/18/2025 | WEB PMT  BCBSTN WEB | | Debit | 1021.45 | health insurance |



| REG CK | 0001 | 7/18/2025 | POS DEB 1659 07/17/25 00124903 FOOD CITY #821 FOOD CITY 821 BRISTOL VA | | Debit | 76.39 | groceries |
|---|---|---|---|---|---|---|---|
| REG CK | 0001 | 7/16/2025 | DBT CRD 0002 07/15/25 81673363 PY *STORAGE SOLUTIONS 615-893-5125 TN | | Debit | 104 | storage |
| REG CK | 0001 | 7/16/2025 | DBT CRD 1634 07/15/25 76962814 APPLE.COM/BILL 866-712-7753 CA | | Debit | 50.3 | entertainment |
| REG CK | 0001 | 7/15/2025 | POS DEB 1854 07/14/25 80105149 WAL WAL-MART #0620 001159 220 CENTURY BLVD BRISTOL TN | | Debit | 148.09 | groceries |
| REG CK | 0001 | 7/15/2025 | PAYMENT JOHN HANCOCK MAN PPD TRN*1*E45626201\ | | Debit | 70 | life insurance |
| REG CK | 0001 | 7/14/2025 | POS DEB 1459 07/13/25 00541509 FOOD CITY #821 FOOD CITY 821 BRISTOL VA | | Debit | 48.67 | groceries |
| REG CK | 0001 | 7/14/2025 | POS DEB 2259 07/11/25 22041039 APPLE COM BILL APPLE COM BILL CUPERTINO CA | | Debit | 2.99 | entertainment |
| REG CK | 0001 | 7/14/2025 | DBT CRD 1450 07/13/25 14183165 PARKWAY WINE & LIQUOR BRISTOL TN | | Debit | 39.32 | groceries |
| REG CK | 0001 | 7/14/2025 | POS DEB 1049 07/14/25 92503200 SAMSCLUB #8222 3060 FRANKLIN TERR JOHNSON CITY TN | | Debit | 471.15 | groceries and household |
| REG CK | 0001 | 7/10/2025 | POS DEB 2246 07/09/25 31337900 ZOOMERZ #968 13425 W. ANDREW JO BULLS GAP TN | | Debit | 52.39 | fuel |
| REG CK | 0001 | 7/10/2025 | DBT CRD 1924 07/09/25 14470448 PRIME VIDEO CHANNELS AMZN.COM/BILL WA | | Debit | 8.75 | entertainment |
| REG CK | 0001 | 7/9/2025 | INSURANCE MIDLAND NATIONAL PPD | | Debit | 950 | life insurance |
| REG CK | 0001 | 7/9/2025 | DBT CRD 0004 07/07/25 82724237 WEAVER PIKE MINI STORA 800-789-3638 TN | | Debit | 140 | storage |
| REG CK | 0001 | 7/8/2025 | DBT CRD 2022 07/07/25 49687497 PRIME VIDEO CHANNELS AMZN.COM/BILL WA | | Debit | 8.75 | entertainment |
| REG CK | 0001 | 7/2/2025 | DBT CRD 0651 07/01/25 26924319 PY *HIGHWAY 126 SELF S 423-968-3321 TN | | Debit | 100 | storage |
| REG CK | 0001 | 7/2/2025 | DBT CRD 2250 07/01/25 38455191 PRIME VIDEO CHANNELS AMZN.COM/BILL WA | | Debit | 6.56 | entertainment |
| REG CK | 0001 | 7/1/2025 | DBT CRD 2001 06/29/25 36716189 AMAZON PRIME*NQ61R3KL0 AMZN.COM/BILL WA | | Debit | 3.27 | entertainment |
| REG CK | 0001 | 7/1/2025 | DBT CRD 2152 06/30/25 03394387 PRIME VIDEO CHANNELS AMZN.COM/BILL WA | | Debit | 14.22 | entertainment |
| | | | | Total | | 6144.73 | |

# First Bank & Trust Company
### The Bank That Puts You First.

Online Banking Log-in

```
Date    7/31/25         Page        1
Primary Account         ████8439
C  31                   Enclosures  1
```

Jack Robert Thacker Jr
Debtor-in-Possession
Case No. 2:25-bk-50237-RMM
2261 Bullock Hollow Road
Bristol TN 37620

## CHECKING ACCOUNTS

Effective June 30, 2025, our Funds Availability policy will be changed. We are increasing the amount we make immediately available for withdrawal by checks not subject to next day availability from $225 to $275. In addition, the amount available for withdrawal on the second business day after the day of your deposit for large deposits and new accounts will increase from $5,525 to $6,725.

```
Regular Checking
Account Number                    ████8439   Number of Enclosures                      1
Previous Balance              308,060.38     Statement Dates    7/01/25 thru  7/31/25
 7 Deposits/Credits           180,478.99     Days in the Statement Period            31
49 Checks/Debits                6,144.73     Average Ledger                   472,092.26
Service Charge                       .00     Average Collected                472,092.26
Interest Paid                        .00
Ending Balance                482,394.64
```

## DEPOSITS AND ADDITIONS

| Date | Description | Amount |
|---|---|---|
| 7/03 | E2C         E2C<br>PPD | 176,885.12 |
| 7/17 | Deposit | 1,191.80 |
| 7/22 | POS CRE 0000 07/19/25 76261522<br>BHMA WCS<br>423-4087400    TN | 120.00 |
| 7/25 | MRM DIST    MONTEGO ASSET MA<br>CCD          838 | 494.59 |
| 7/25 | SILV PEAK   MONTEGO ASSET MA<br>CCD          738 | 623.87 |
| 7/25 | MID MESA    MONTEGO ASSET<br>CCD          556 | 921.94 |
| 7/28 | CREDIT      AXOS CLEARING<br>PPD | 241.67 |

## WITHDRAWALS AND DEDUCTIONS

| Date | Description | Amount |
|---|---|---|
| 7/01 | DBT CRD 2001 06/29/25 36716189<br>AMAZON PRIME*NQ61R3KL0<br>amzn.com/bill WA | 3.27- |
| 7/01 | DBT CRD 2152 06/30/25 03394387<br>Prime Video Channels<br>amzn.com/bill WA | 14.22- |
| 7/02 | DBT CRD 2250 07/01/25 38455191<br>Prime Video Channels | 6.56- |

# First Bank & Trust Company
### The Bank That Puts You First.

Online Banking Log-in

Date 7/31/25
Primary Account ████8439
Enclosures 1
Page 2

Jack Robert Thacker Jr
Debtor-in-Possession
Case No. 2:25-bk-50237-RMM
2261 Bullock Hollow Road
Bristol TN 37620

Regular Checking                        ████8439   (Continued)

## WITHDRAWALS AND DEDUCTIONS

| Date | Description | Amount |
|---|---|---|
| 7/02 | amzn.com/bill WA<br>DBT CRD 0651 07/01/25 26924319<br>PY *HIGHWAY 126 SELF S<br>423-968-3321  TN | 100.00- |
| 7/08 | DBT CRD 2022 07/07/25 49687497<br>Prime Video Channels<br>amzn.com/bill WA | 8.75- |
| 7/09 | DBT CRD 0004 07/07/25 82724237<br>WEAVER PIKE MINI STORA<br>800-789-3638  TN | 140.00- |
| 7/09 | INSURANCE   MIDLAND NATIONAL<br>PPD | 950.00- |
| 7/10 | DBT CRD 1924 07/09/25 14470448<br>Prime Video Channels<br>amzn.com/bill WA | 8.75- |
| 7/10 | POS DEB 2246 07/09/25 31337900<br>ZOOMERZ #968<br>13425 W. ANDREW JO<br>BULLS GAP    TN | 52.39- |
| 7/14 | DBT CRD 1450 07/13/25 14183165<br>PARKWAY WINE & LIQUOR<br>BRISTOL     TN | 39.32- |
| 7/14 | POS DEB 1459 07/13/25 00541509<br>FOOD CITY #821<br>FOOD CITY  821<br>BRISTOL     VA | 48.67- |
| 7/14 | POS DEB 1049 07/14/25 92503200<br>SAMSCLUB #8222<br>3060 FRANKLIN TERR<br>JOHNSON CITY  TN | 471.15- |
| 7/14 | POS DEB 2259 07/11/25 22041039<br>APPLE COM BILL<br>APPLE COM BILL<br>CUPERTINO    CA | 2.99- |
| 7/15 | POS DEB 1854 07/14/25 80105149<br>WAL WAL-MART #0620 001159<br>220 CENTURY BLVD<br>BRISTOL     TN | 148.09- |
| 7/15 | PAYMENT    JOHN HANCOCK MAN<br>PPD<br>TRN*1*E45626201\ | 70.00- |

# First Bank & Trust Company
### The Bank That Puts You First.

Online Banking Log-in

Date  7/31/25
Primary Account  ████8439
Enclosures  1

Page  3

Jack Robert Thacker Jr
Debtor-in-Possession
Case No. 2:25-bk-50237-RMM
2261 Bullock Hollow Road
Bristol TN 37620

Regular Checking                                    ████8439   (Continued)

## WITHDRAWALS AND DEDUCTIONS

| Date | Description | Amount |
|---|---|---|
| 7/16 | DBT CRD 1634 07/15/25 76962814<br>APPLE.COM/BILL<br>866-712-7753  CA | 50.30- |
| 7/16 | DBT CRD 0002 07/15/25 81673363<br>PY *STORAGE SOLUTIONS<br>615-893-5125  TN | 104.00- |
| 7/18 | POS DEB 1659 07/17/25 00124903<br>FOOD CITY #821<br>FOOD CITY  821<br>BRISTOL       VA | 76.39- |
| 7/18 | WEB PMT  BCBSTN<br>WEB | 1,021.45- |
| 7/21 | DBT CRD 1823 07/18/25 42099696<br>Prime Video Channels<br>amzn.com/bill WA | 18.60- |
| 7/21 | POS DEB 1422 07/20/25 59297200<br>3403 SCOTCHMAN<br>1290 VOLUNTEER PKY<br>BRISTOL       TN | 61.49- |
| 7/21 | POS DEB 1822 07/18/25 35299200<br>WAL-MART #0620<br>220 CENTURY BLVD<br>BRISTOL       TN | 79.60- |
| 7/21 | DBT CRD 0542 07/19/25 85507079<br>Netflix.com<br>netflix.com  CA | 27.36- |
| 7/22 | DBT CRD 1328 07/20/25 64838167<br>COOK OUT VOLUNTEER PKW<br>BRISTOL       TN | 10.89- |
| 7/22 | POS DEB 1356 07/22/25 00575882<br>VA ABC STORE 343<br>VA ABC STORE 343<br>BRISTOL       VA | 47.36- |
| 7/22 | DBT CRD 1252 07/21/25 43407796<br>KY-IN RIVERLINK TOLL<br>855-7485465  TX | 123.52- |
| 7/22 | DBT CRD 1055 07/21/25 73040905<br>MIDDLE TENNESSEE ELECT<br>https://www.f TN | 550.82- |
| 7/23 | DBT CRD 1218 07/22/25 23323413<br>ULTIMATE SHINE CAR WAS | 25.00- |

# First Bank & Trust Company
### The Bank That Puts You First.

Online Banking Log-in

Date   7/31/25
Primary Account          8439
Enclosures                    1

Page   4

```
Jack Robert Thacker Jr
Debtor-in-Possession
Case No. 2:25-bk-50237-RMM
2261 Bullock Hollow Road
Bristol TN 37620
```

Regular Checking                                    8439   (Continued)

## WITHDRAWALS AND DEDUCTIONS

| Date | Description | Amount |
|---|---|---|
| | BRISTOL     VA | |
| 7/23 | POS DEB 1630 07/22/25 00909560<br>QUICK STOP MARKE<br>1190 VOLUNTEER PAR<br>BRISTOL     TN | 27.30- |
| 7/23 | DBT CRD 1228 07/22/25 29232329<br>NJ EZPASS<br>888-288-6865   NJ | 51.45- |
| 7/23 | POS DEB 1616 07/22/25 00700395<br>FOOD CITY #821<br>FOOD CITY   821<br>BRISTOL     VA | 84.29- |
| 7/23 | UTILITY BI SOUTH FORK UTILI<br>PPD | 76.83- |
| 7/25 | POS DEB 1554 07/24/25 00835383<br>FOOD CITY #617<br>FOOD CITY   617<br>BRISTOL     TN | 26.11- |
| 7/28 | DBT CRD 1635 07/25/25 77045773<br>Prime Video Channels<br>amzn.com/bill WA | 6.56- |
| 7/28 | DBT CRD 1520 07/27/25 32583008<br>PARKWAY WINE & LIQUOR<br>BRISTOL     TN | 23.47- |
| 7/28 | POS DEB 1648 07/27/25 00764110<br>WM SUPERCENTER #<br>220 CENTURY BLVD<br>BRISTOL     TN | 87.18- |
| 7/28 | DBT CRD 0005 07/26/25 83561637<br>PY *STORAGE SOLUTIONS<br>615-893-5125   TN | 139.00- |
| 7/28 | POS DEB 1426 07/28/25 00003297<br>ANDERSON COMPOUNDING PHAR<br>ANDERSON COMPOUNDI<br>BRISTOL     TN | 500.00- |
| 7/29 | DBT CRD 0000 07/28/25 80180353<br>APPLE.COM/BILL<br>866-712-7753   CA | 4.99- |
| 7/29 | ELEC. BILL BRISTOL TN ESSEN<br>PPD | 502.02- |
| 7/30 | DBT CRD 1915 07/29/25 09590502<br>AMAZON PRIME*903TG4H73 | 3.27- |

# First Bank & Trust Company
### The Bank That Puts You First.

Online Banking Log-in

```
                                          Date    7/31/25           Page         5
                                          Primary Account              ****8439
                                          Enclosures                          1
```

```
Jack Robert Thacker Jr
Debtor-in-Possession
Case No. 2:25-bk-50237-RMM
2261 Bullock Hollow Road
Bristol TN 37620
```

Regular Checking                            ****8439   (Continued)

## WITHDRAWALS AND DEDUCTIONS

| Date | Description | Amount |
|------|-------------|--------|
| 7/30 | DBT CRD 0943 07/29/25 29945658<br>Prime Video Channels<br>amzn.com/bill WA | 7.65- |
| 7/30 | DBT CRD 2159 07/30/25 07762734<br>Prime Video Channels<br>amzn.com/bill WA | 14.22- |
| 7/30 | DBT CRD 1636 07/28/25 77971561<br>TACO BELL #029025<br>BRISTOL         TN | 22.93- |
| 7/30 | POS DEB 1317 07/30/25 00150199<br>WALGREENS STORE 1460 LEE<br>WALGREENS STORE 14<br>BRISTOL         VA | 34.17- |
| 7/30 | POS DEB 1559 07/29/25 00740224<br>FOOD CITY #669<br>FOOD CITY   669<br>BLOUNTVILLE     TN | 45.22- |
| 7/31 | DBT CRD 1145 07/30/25 03225424<br>Craigs Cleaners<br>Bristol         TN | 13.29- |
| 7/31 | POS DEB 1537 07/30/25 00083172<br>WEAVER PIKE MARK<br>2117 Weaver Pike<br>Bristol         TN | 63.84- |
| 7/31 | DBT CRD 1300 07/30/25 48499635<br>PERFORMANCE MEDICINE O<br>BRISTOL         VA | 150.00- |

## DAILY BALANCE INFORMATION

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 7/01 | 308,042.89 | 7/15 | 482,881.34 | 7/25 | 483,770.78 |
| 7/02 | 307,936.33 | 7/16 | 482,727.04 | 7/28 | 483,256.24 |
| 7/03 | 484,821.45 | 7/17 | 483,918.84 | 7/29 | 482,749.23 |
| 7/08 | 484,812.70 | 7/18 | 482,821.00 | 7/30 | 482,621.77 |
| 7/09 | 483,722.70 | 7/21 | 482,633.95 | 7/31 | 482,394.64 |
| 7/10 | 483,661.56 | 7/22 | 482,021.36 | | |
| 7/14 | 483,099.43 | 7/23 | 481,756.49 | | |

**Credit**
Bank: The First Bank & Trust Co
Branch #: 22
Branch Name: Volunteer Parkway
Teller ID: W34RED
Drawer #: 212
Trans #: 18
Misc: Trn DDA Deposit,

**DDA Deposit**
Date/Time: 7/17/2025  2:50 PM
Workstation: 5G964Y2
HIN #: 932953160000090
Owner: J R Thacker

SUBSTITUTE IMAGE / VIRTUAL DOCUMENT

| AUXILIARY | R/T | ACCOUNT | PC/TC | AMOUNT |
|---|---|---|---|---|
|  | 5408-0011 | ████8439 | 20 | $1,191.80 |

Deposit   Date: 07/17   Amount: $1,191.80