IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION AT GREENEVILLE

| | | |
|---|---|---|
| In re | : | |
| | : | |
| JACK ROBERT THACKER, JR. | : | Case No. 2:25-bk-50237-RMM |
| | : | Chapter 11 – Subchapter V |
| | : | |
| Debtor | : | |

## WITHDRAWAL OF OBJECTION TO IRS PROOF OF CLAIM NO. 11

On July 25, 2025, the Debtor filed his Objection to IRS Proof of Claim No. 11 (Doc 146).

On August 22, 2025, IRS amended its Proof of Claim to reduce the amount of the claim to zero.

Accordingly, Debtor withdraws his Objection to IRS Proof of Claim No. 11.

/s/ Maurice K. Guinn
Maurice K. Guinn
(Bar Code No. 000366)
Gentry, Tipton & McLemore, P.C.
P.O. Box 1990
Knoxville, Tennessee  37901
(865) 525-5300
mkg@tennlaw.com
Attorneys for Jack Robert Thacker, Jr.

## CERTIFICATE OF SERVICE

The undersigned certifies that on August 25, 2025, the foregoing "**Withdrawal of Objection to IRS Proof of Claim No. 11**" was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to Tiffany DiIorio, Andrew Wesley Hogan, Eric W. Reecher, M. Aaron Spencer, Anthony R. Steele, Walter N. Winchester, and the United States Trustee.

Additionally, copies of the "**Withdrawal of Objection to IRS Proof of Claim No. 11**" were served on August 25, 2025, by first-class mail with sufficient postage prepaid in envelopes addressed as follows:

| | |
|---|---|
| Internal Revenue Service<br>801 Broadway, Room 285, M/S 146<br>Nashville, TN  37203<br>Attn:  Valerie R. Ogilvie | United States Attorney<br>Howard H., Baker, Jr. U.S. Courthouse<br>800 Market Street, Suite 211<br>Knoxville, TN  37902 |

Internal Revenue Service
Centralized Insolvency Operation
P. O. Box 7346
Philadelphia, PA  19101-7346

                                               */s/ Maurice K. Guinn*
                                               Maurice K. Guinn

*Withdrawal of Objection to IRS Proof of Claim No. 11-8/22/25*