IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION AT GREENEVILLE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| JACK ROBERT THACKER, JR. | ) | Case No.  2:25-bk-50237-RRM |
| a/k/a JACK R. THACKER | ) | Chapter 11 – Subchapter V |
| a/k/a J. R. THACKER, | ) | |
| | ) | |
|     Debtor. | ) | |

**AGREED ORDER AUTHORIZING M. AARON SPENCER, SUBCHAPTER V TRUSTEE TO DISBURSE FUNDS HELD IN SUBCHAPTER V TRUST ACCOUNT TO THE DEBTOR TO FUND CONFIRMED CHAPTER 11 PLAN**

On March 28, 2025, the Court entered an Amended Agreed Order Granting Motion to Sell 4332 Pretoria Run Free and Clear of Liens and Interests [Doc. No. 55], whereby the balance of the sale proceeds from the closing of the real property commonly known as 4332 Pretoria Run (the "Real Property") were to be held in an account by M. Aaron Spencer, the Subchapter V Trustee (the "Sub-V Trustee") pending further order of the Court.  At the closing of the Real Property, the Sub-V Trustee received the excess proceeds from the sale in the amount of $513,095.65. Additionally, the Sub-V Trustee is holding $14,187.17 in the account that was a refund from Erie Insurance.   The Sub-V Trustee is holding $527,282.82 in the trustee account as of August 25,

6738472.1

2025. On July 29, 2025, the Court entered an Order Confirming Plan [Doc. No. 148] that provides for these funds to be disbursed to creditors pursuant to the plan. It appearing to the Court that the parties have reached a resolution in regard to the funds being held in the Sub-V Trustee's account and good cause being shown, it is therefore

ORDERED, that M. Aaron Spencer, the Subchapter V Trustee, may disburse the funds in the amount of $527,282.82 that he is holding to Jack Robert Thacker, Jr. to be deposited in the debtor-in-possession account to be used to fund the confirmed plan.

# # #

**APPROVED FOR ENTRY:**

/s/ Tiffany A. DiIorio
Tiffany A. DiIorio
(Fla. Bar No. 0719706)
U.S. Trustee's Office
800 Market Street, Suite 114
Knoxville, TN  37902
tiffany.diiorio@usdoj.gov
(865) 545-4754

/s/ Maurice K. Guinn
Maurice K. Guinn
(BPR No. 000366)
Gentry, Tipton & McLemore, P.C.
P.O. Box 1990
Knoxville, TN  37901
(865) 525-5300
mkg@tennlaw.com
Attorneys for Jack Robert Thacker, Jr.

/s/ M. Aaron Spencer
M. Aaron Spencer
(BPR No. 029911)
P. O. Box 900
Knoxville, TN   37901
(865) 215-1000
aspencer@wmbac.com
Subchapter V Trustee