IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION AT GREENEVILLE

| | |
|---|---|
| In re : | |
| : | |
| JACK ROBERT THACKER, JR. : | Case No. 2:25-bk-50237-RRM |
| a/k/a JACK R. THACKER, : | Chapter 11 – Subchapter V |
| a/k/a J. R. THACKER : | |
| : | |
| Debtor : | |

## REPORT OF SALE

The Debtor employed Powell Auction & Realty, LLC for the purpose of selling two motor vehicles. The vehicles were sold at auction on August 28, 2025. After deducting expenses, Powell Auction & Realty, LLC has forwarded payment to the order of Debtor in the amount of $27,612.06. A copy of the Consignor Settlement is attached as Exhibit 1.

/s/Maurice K. Guinn
Maurice K. Guinn   (Bar Code No. 000366)
Gentry, Tipton & McLemore, P.C.
P.O. Box 1990
Knoxville, TN   37901
Phone: (865) 525-5300
mkg@tennlaw.com
Attorneys for Jack Robert Thacker, Jr.

## CERTIFICATE OF SERVICE

The undersigned certifies that on September 12, 2025, the foregoing **"Report of Sale** was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to Tiffany A. DiIorio, Andrew Wesley Hogan, Eric W. Reecher, M. Aaron Spencer, Anthony R. Steele, Walter N. Winchester, and the United States Trustee.

/s/ Maurice K. Guinn
Maurice K. Guinn

*Report of Sale (9-12-25)*

**Consignor Settlement**                                                                 v9.19-COMaint-12

**Powell Auction & Realty, LLC**
**6729 Pleasant Ridge Road**
**Knoxville, TN  37921**
**Phone: 865-938-3403   Fax: 865-947-5668**

| CO #: | 20670 |
|---|---|
| Date: | 9/8/2025 |
| Page: | 1 |

**Consignor: 4385**
JACK ROBERT THACKER, JR.
P.O. BOX 1990
Knoxville, TN 37901
Phone: 865-525-5300

Auction: 8.28.25 CLASSIC AUTOS AND MORE

| Lot# | Description | Quantity | Unit Price | Ext.Price | Comm/BuyBack | Expenses |
|---|---|---|---|---|---|---|
| 17 | 2012 PORSCHE PANAMERA 4 4DR SEDAN - AUTO - LEATHER - ALLOY - ALL POWER - BLUETTOH - NAVIG - 3.6L V6 - SUNROOF - GRAY - 94155 MILES - HEADLINER IS COMING LOSE - VIN-WP0AA2A78CL072088 - BANKRUPTCY CASE #2:25-BK-50237-RRM | 1.00 | 12,600.00 | 12,600.00 | 0.00 | 0.00 |
| 20 | 2017 MASERATI LEVANTE S 4DR SUV - AUTO - LEATHER - ALLOY - ALL POWER - BLUETOOTH - NAVIG - BLACK - 3.0L V6 - 54569 MILES - **LOADED - LOADED LOADED** - VIN-ZN661YUA2HX216071 - BANKRUPTCY CASE #2:25-BK-50237-RPM | 1.00 | 17,100.00 | 17,100.00 | 0.00 | 0.00 |

|  |  |
|---|---|
| CO Expense - PICK UP 2017 MASERATI | ( 495.00) |
| CO Expense - PICK UP 2012 PORSCHE | ( 550.00) |
| CO Expense - BATTERY FOR 2017 MASERATI | ( 228.29) |
| CO Expense - MECHANIC WORK ON 2017 MASERATI | ( 797.65) |
| CO Expense - CAR WASH FOR 2017 MASERATI | ( 17.00) |

| | |
|---|---|
| Total Quantity: | 2.00 |
| Total Invoice Sale Price: | 29,700.00 |
| Total Expenses: ( | 2,087.94) |
| Total Due to Consignor: | 27,612.06 |
| Total Payments: | 0.00 |
| Balance: | $27,612.06 |

*Pd Ck# 32085*

Positive Balance, Monies Owed to Consignor
No inventory remains for this consignment order

*James K. Phillips*

**EXHIBIT 1**

**COMMISSION SETTINGS**
Calculate Commission By: Each
Commission Structure Type: Fixed

Any Amount                                             $0