IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION AT GREENVILLE

In re                         :

                           :

**JACK ROBERT THACKER, JR.**    :    Case No.  2:25-bk-50237-RRM

**a/k/a JACK R. THACKER,**       :    Chapter 11 – Subchapter V

**a/k/a J. R. THACKER**          :

                           :

     **Debtor**                :

### SECOND APPLICATION OF GENTRY, TIPTON & McLEMORE, P.C. FOR INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES

---

### NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING

**Notice is hereby given that:**

     **Pursuant to E.D. Tenn. LBR 9013-1(h), the court may consider this matter without further notice or hearing unless a party in interest files an objection. If you object to the relief requested in this paper, you must file with the clerk of court at U.S. Bankruptcy Court, James H. Quillen U.S. Courthouse, Suite 218, 220 W. Depot Street, Greeneville, Tennessee 37743, an objection within 21 days from the date this paper was filed and serve a copy on the movant's attorney, Maurice K. Guinn, P.O. Box 1990, Knoxville, TN 37901. If you file and serve an objection within the time permitted, the court will schedule a hearing and you will be notified.  If you do not file an objection within the time permitted, the court will consider that you do not oppose the granting of the relief requested in this paper and may grant the relief requested in this paper and may grant the relief requested without further notice or hearing.**

     <u>**Your rights may be affected.**</u>  **You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  If you do not have an attorney, you may wish to consult one.**

---

     Pursuant to 11 U.S.C. § 331 and Federal Rule of Bankruptcy Procedure 2016, Gentry, Tipton & McLemore, P.C. ("GT&M") requests interim compensation for legal services between June 4, 2025 and September 30, 2025.  In support of its Application, GT&M represents:

     (1)      On March 6, 2025, Jack Robert Thacker, Jr. ("Debtor") filed his Voluntary Petition under Chapter 11 Subchapter V.

(2)    On March 6, 2025, the Debtor filed the Application For Approval of Employment of Gentry, Tipton & McLemore, P.C. Pursuant To E.D. Tenn. LBR 2014-1 And Retroactive To March 6, 2025 (Doc 16). On March 25, 2025, the Court entered the Order Granting the Application (Doc 50).

(3)    GT&M was retained based on its customary hourly rates, plus reimbursement of expenses. GT&M received a $60,000.00 security deposit from the Debtor in the one-year period preceding the Petition Date, from which $8,906.00 was paid to the firm for its services performed between February 14, 2025 and March 5, 2025.

(4)    For services between June 4, 2025 and September 30, 2025, GT&M requests compensation in the amount of $19,053.50 plus reimbursement of $780.00 for expenses. The itemization of services performed and the expenses for which reimbursement is requested are identified in Exhibit A attached hereto.[1] The services involve advising the Debtor; responding to creditors; court appearances; obtaining confirmation of a Chapter 11 Plan; obtaining court approval of the sale of motor vehicles; and other services itemized in Exhibit A.

(5)    The services for which final compensation is requested consist of hours performed by the following attorney:

| Attorney | Hourly Rate | Hours |
|---|---|---|
| Maurice K. Guinn | $325.00 | 50.80 |

2.2 hours of travel time (not included in the 50.80 hours) is billed at one-half of the customary $325.00 hourly rate.

Additionally, law clerks performed 24.65 hours of services billed at $90.00 per hour.

---

[1] A copy of Exhibit A will be provided to any creditor or party in interest upon request directed to mkg@tennlaw.com or mailed to Maurice K. Guinn.

(6)    This is GT&M's second Application for Interim Compensation.  On July 9, 2025, the Court entered the Order Granting First Application of Gentry, Tipton & McLemore, P.C. (Doc 132) authorizing payment of $34,076.25 for fees and reimbursement of $2,269.50 for expenses. All compensation is subject to Court approval on an interim and a final basis.

WHEREFORE, GT&M requests interim compensation in the amount of $19,053.50 for services between June 4, 2025 and September 30, 2025, plus reimbursement of $780.00 for expenses.

GENTRY, TIPTON & McLEMORE, P.C.

*/s/ Maurice K. Guinn*
Maurice K. Guinn
(BPR # 000366)
Gentry, Tipton & McLemore, P.C.
P.O. Box 1990
Knoxville, Tennessee  37901
(865) 525-5300
mkg@tennlaw.com
Attorneys for Jack Robert Thacker, Jr.

## CERTIFICATE OF SERVICE

The undersigned certifies that on October 13, 2025, the foregoing **"Second Application Of Gentry, Tipton & McLemore, P.C. For Interim Compensation And Reimbursement Of Expenses"** and proposed **"Order Granting Second Application Of Gentry, Tipton & McLemore, P.C. For Interim Compensation And Reimbursement Of Expenses"** were filed electronically.  Notice of this filing will be sent by operation of the Court's electronic filing system to Tiffany A. DiIorio, Andrew Wesley Hogan, Eric W. Reecher, M. Aaron Spencer, Anthony Steele, Walter N. Winchester and the United States Trustee.

Additionally, copies of the **"Second Application Of Gentry, Tipton & McLemore, P.C. For Interim Compensation And Reimbursement Of Expenses"** and proposed **"Order Granting Second Application Of Gentry, Tipton & McLemore, P.C. For Interim Compensation And Reimbursement Of Expenses"** were served on October 13, 2025, by first-class mail with sufficient postage prepaid in envelopes addressed as shown in the attachment hereto.  Due to the number of pages, Exhibit A is not attached to the service copies mailed to creditors and parties in interest.  A copy of Exhibit A will be provided to any requesting party.

*/s/ Maurice K. Guinn*
Maurice K. Guinn

*Second  Application of GT&M For Compensation And Reimbursement of Expenses (10-10-2025)*

Label Matrix
Case 2:25-bk-50237-RRM
Eastern District of Tennessee
Greeneville

Arete Wealth
1115 W. Fulton Market, 3rd Floor
Chicago, IL 60607-1213

Barclays Bank Mastercard
P. O. Box 8801
Wilmington, DE 19899-8801

Blank Rome, LLP
130 North 18th Street
One Logan Square
Philadelphia, PA 19103-6998

Bradford Gucciardo, Esq.
Gucciardo Law Group, P.A.
8470 Enterprise Circle, Suite 110
Lakewood Ranch, FL 34202-4105

Capital One Visa
P. O. Box 30285
Salt Lake City, UT 84130-0285

Celia M. Howell Osborne
1252 Reed Hollow Road
Gate City, VA 24251-5449

Center Street Securities, Inc.
1115 W. Fulton Market, 3rd Floor
Chicago, IL 60607-1213

Citibank Mastercard
P. O. Box 6500
Sioux Falls, SD 57117-6500

Courtney M. Werring, Esq.
Meyer Wilson Co., LPA
305 W. Nationwide Blvd.
Columbus, OH 43215-2309

Darrell and Joan Vincent
1470 South Street
Fowler, IL 62338-2360

David Porteous
Faegre Drinker Biddle & Realth, LLP
P. O. Box 1450
Minneapolis, MN 55485-6193

Diane M. Dierking
3532 Stonecreek Circle
Jeffersonville, IN 47130-8049

Don Lair, Jr. and Marla Lair
202 S. Main Street
P. O. Box 251
Payson, IL 62360-0251

Doug & Heather Atkins
c/o Brent Long
Compass Real Estate
1535 W. Northfield Blvd.
Murfreesboro, TN 37129

FINRA
P. O. Box 418911
Boston, MA 02241-8911

First Horizon
P. O. Box 0054
Palatine, IL 60055-0054

(p)Dovenmuehle Mortgage
1 Corporate Drive, Suite 360
Lake Zurich, IL 60047-8945

First Horizon Bank
c/o Brock and Stott, PLLC
Attorneys at Law
3825 Forrestgate Dr.
Winston-Salem, NC 27103-2930

Grant Dixon
P. O. Box 141756
Spokane Valley, WA 99214-1756

United States Attorney
Howard H. Baker, Jr. US Courthouse
800 Market Street, Suite 211
Knoxville, TN 37902

H. Joseph and Constance Schilmiller
6855 Stiller Road
Floyds Knobs, IN 47119-9207

Hans and Carol Bietsch
229 Wilbrook Road
Stratford, CT 06614-1981

Andrew Wesley Hogan
Brock & Scott, PLLC
3825 Forrestgate Drive
Winston-Salem, NC 27103-2930

(p)Internal Revenue Service
Centralized Insolvency Operations
P. O. Box 7346
Philadelphia, PA 19101-7346

James Wood
1250 Hancel Road
Equality, AL 36026-2637

Jeff Kennedy
1093 County Road 205
Giddings, TX 78942-5726

Jeffrey Erez, Esq. & Michael Rappaport
EREX Law
One Downtown 1 SE
3rd Ave., Suite 1670
Miami, FL 33131

Jeffrey Semersheim
9304 South State Road 257
Stendal, IN 47585-8849

John English
2599 Rockville Center Parkway
Oceanside, NY  11572-1646

Joshua Mankini
4662 Long Branch Road
Spencer, TN  38585

Joy Necessary
1009 Blue Heron Way
Tarpon Springs, FL  34689-7142

Kalju Nekvasil, Esq.
Goodman & Nekvasil, P.A.
624 1st Ave. South
Saint Petersburg, FL  33701-4120

Kent and Nancy Crow
306 Country Lane
Mendon, IL  62351-1262

Mary Santana
13121 Avenida Santa Tecia
La Mirada, CA  90638-3213

Michael C. Bixby
Bixby Law PLLC
4300 Bayou Blvd, Suite 16
Pensacola, FL  32503-2671

Michael Roden
2707 Cape Rock Pass
Prescott, AZ  86301-9604

Michael Siegforth
8843 East Yucca Blossom Dr.
Gold Canyon, AZ  85118-7067

Peter Mougey, Esq.
Levin Papantonio
316 South Baylen St., Suite 600
Pensacola, FL  32502-5996

Socorro Galam
6675 Shemiran Street
La Verna, CA  91750-2390

M. Aaron Spencer
P. O. Box 900
Knoxville, TN  37901-0900

Terry & Sharon Vaughn
2024 North Arrowood Court
Quincy, IL  62305-8987

Jack Robert Thacker, Jr.
2261 Bullock Hollow Road
Bristol, TN  37620-1135

The Roy W. Parker, Jr. Revocable Trust
641 Columbia Drive
Winter Park, FL  3278901407

Thomas & Diann Elliott
1551 N. 900th Ave.
Liberty, IL  62347-4800

USF Credit Union
1545 Bluff City Highway
Bristol, TN  37620-6018

WL Financial Advisors, LLC
951 Cumberland Street
Bristol, VA  24201-4103

William J. Layne
432 Corte Verde
Upland, CA  91786-5168

William Young Esq,
Colling Gilbert Wright, PLLC
801 North Orange Ave., Suite 830
Orlando, FL  32801-5203

simpliHOM
836 N. Thompson Lane
Murfreesboro, TN  37129-4342

# Gentry, Tipton & McLemore, PC

# INVOICE

P.O. Box 1990
Knoxville, TN 37901
United States

Invoice # 3832
Date: 10/13/2025
Due On: 11/12/2025

Jack R. Thacker
2261 Bullock Hollow Road
Bristol, TN 37620

## 10432.000

## Re: Miscellaneous

### Services

| Type | Date | Attorney | Notes | Quantity | Rate | Total |
|------|------|----------|-------|----------|------|-------|
| Service | 06/04/2025 | MG | Work on Ballot form | 0.20 | $325.00 | $65.00 |
| Service | 06/04/2025 | MG | Work on Amendment to Statement of Financial Affairs | 0.10 | $325.00 | $32.50 |
| Service | 06/04/2025 | MG | Dictate email to J.R. regarding Axos account | 0.10 | $325.00 | $32.50 |
| Service | 06/04/2025 | MG | Revise Notice of Amendment | 0.10 | $325.00 | $32.50 |
| Service | 06/04/2025 | MG | Telephone call with Anthony Steele regarding potential global settlement | 0.20 | $325.00 | $65.00 |
| Service | 06/04/2025 | MG | Telephone call with J.R. regarding global settlement issues, FINRA, Mankini and Arete | 0.80 | $325.00 | $260.00 |
| Service | 06/04/2025 | MG | Revise email to J.R. regarding Amendment | 0.10 | $325.00 | $32.50 |
| Service | 06/09/2025 | LC | Researching preclusion of FINRA awards in Bankruptcy | 5.90 | $90.00 | $531.00 |
| Service | 06/09/2025 | MG | Review David Porteous email regarding Status Report and reply | 0.10 | $325.00 | $32.50 |
| Service | 06/09/2025 | MG | Email to D. Porteous regarding filed Plan | 0.20 | $325.00 | $65.00 |
| Service | 06/09/2025 | MG | Review D. Porteous email and reply regarding 6/9 date | 0.10 | $325.00 | $32.50 |
| Service | 06/09/2025 | MG | Review D. Porteous response and reply regarding draft of Status Report | 0.20 | $325.00 | $65.00 |



EXHIBIT

A

| Service | 06/09/2025 | MG | Review Order scheduling Preliminary Confirmation Hearing | 0.10 | $325.00 | $32.50 |
|---|---|---|---|---|---|---|
| Service | 06/09/2025 | MG | Dictate email to J.R. regarding preliminary confirmation hearing and Order | 0.10 | $325.00 | $32.50 |
| Service | 06/09/2025 | MG | Review L. Guerena letter to Courtney Waring regarding FINRA | 0.10 | $325.00 | $32.50 |
| Service | 06/09/2025 | MG | Review J.R. email regarding Axos account and reply | 0.10 | $325.00 | $32.50 |
| Service | 06/09/2025 | MG | Review J.R. email and credit union closing document | 0.10 | $325.00 | $32.50 |
| Service | 06/09/2025 | MG | Review D. Porteous reply and respond regarding creditor | 0.10 | $325.00 | $32.50 |
| Service | 06/09/2025 | MG | Review D. Porteous second email regarding creditor and reply | 0.10 | $325.00 | $32.50 |
| Service | 06/09/2025 | MG | Review D. Porteous email regarding identity of creditor and reply | 0.10 | $325.00 | $32.50 |
| Service | 06/09/2025 | MG | Draft GT&M fee application | 0.20 | $325.00 | $65.00 |
| Service | 06/10/2025 | LC | Drafting memo for research on preclusion of FINRA awards in bankruptcy cases | 4.70 | $90.00 | $423.00 |
| Service | 06/10/2025 | MG | Text J.R. regarding Arete | 0.10 | $325.00 | $32.50 |
| Service | 06/10/2025 | MG | Email to J.R. regarding accountant | 0.10 | $325.00 | $32.50 |
| Service | 06/10/2025 | MG | Email Kenny Phillips regarding Affidavit | 0.10 | $325.00 | $32.50 |
| Service | 06/10/2025 | MG | Finalize Ballots | 0.10 | $325.00 | $32.50 |
| Service | 06/10/2025 | MG | Review K. Phillips reply and finalize Application to Employ | 0.10 | $325.00 | $32.50 |
| Service | 06/10/2025 | MG | Review D. Porteous email regarding District Court case and reply | 0.10 | $325.00 | $32.50 |
| Service | 06/10/2025 | MG | Match Ballots with creditors and attention to service of copies of Plan and Order | 0.20 | $325.00 | $65.00 |
| Service | 06/10/2025 | MG | Revise GT&M fee application | 0.10 | $325.00 | $32.50 |
| Service | 06/10/2025 | MG | Message from and telephone call with J.R. regarding Arete, discharge issue, Plan and vehicles | 0.30 | $325.00 | $97.50 |
| Service | 06/10/2025 | MG | Review clerk's memo regarding issue preclusion | 0.10 | $325.00 | $32.50 |

| Service | 06/10/2025 | MG | Dictate Order granting GT&M Application for Compensation | 0.10 | $325.00 | $32.50 |
|---|---|---|---|---|---|---|
| Service | 06/10/2025 | MG | Dictate and revise Certificate of Service regarding service of Plan, Order & Ballot | 0.20 | $325.00 | $65.00 |
| Service | 06/10/2025 | MG | Dictate and revise email to K. Phillips regarding vehicle and filed Application | 0.20 | $325.00 | $65.00 |
| Service | 06/11/2025 | LC | Researching outside 6th Circuit for bankruptcy cases with pre-bankruptcy FINRA proceedings. | 4.20 | $90.00 | $378.00 |
| Service | 06/11/2025 | MG | Finalize Certificate of Service regarding copies of Plan, Order and Ballots | 0.10 | $325.00 | $32.50 |
| Service | 06/11/2025 | MG | Revise and finalize Application for Compensation for GT&M and Order | 0.20 | $325.00 | $65.00 |
| Service | 06/12/2025 | LC | Researching bankruptcy cases with pre-bankruptcy FINRA awards outside 6th Circuit | 3.70 | $90.00 | $333.00 |
| Service | 06/12/2025 | MG | Review A. Steele email regarding possible settlement and Lodging Opportunity property interest and forward to J.R. | 0.10 | $325.00 | $32.50 |
| Service | 06/12/2025 | MG | Review J.R. reply regarding Lodging Opportunity property interest and dictate and revise email to A. Steele | 0.20 | $325.00 | $65.00 |
| Service | 06/12/2025 | MG | Review J.R. email regarding May Monthly Operating Report | 0.10 | $325.00 | $32.50 |
| Service | 06/13/2025 | LC | Researching bankruptcy cases with pre-bankruptcy FINRA awards outside 6th Circuit and drafting memo | 2.25 | $90.00 | $202.50 |
| Service | 06/13/2025 | MG | Review 6/12 emails from J.R. regarding Monthly Operating Report | 0.10 | $325.00 | $32.50 |
| Service | 06/13/2025 | MG | Review A. Steele 6/12 email and forward to J.R. | 0.10 | $325.00 | $32.50 |
| Service | 06/13/2025 | MG | Attention to May Monthly Operating Report revisions and exhibits | 0.40 | $325.00 | $130.00 |
| Service | 06/13/2025 | MG | Review J.R. reply regarding call and Monthly Operating Report and reply | 0.10 | $325.00 | $32.50 |
| Service | 06/13/2025 | MG | Review Kaitlynn's email regarding research | 0.10 | $325.00 | $32.50 |
| Service | 06/13/2025 | MG | Review Jones case | 0.30 | $325.00 | $97.50 |

| Service | 06/13/2025 | MG | Email J.R. regarding Monthly Operating Report | 0.10 | $325.00 | $32.50 |
| Service | 06/14/2025 | MG | Review J.R. reply regarding transport of vehicle and Kenny's email | 0.10 | $325.00 | $32.50 |
| Service | 06/16/2025 | MG | Review Hardwick opinion | 0.30 | $325.00 | $97.50 |
| Service | 06/16/2025 | MG | Review Collier discussion regarding Section 523(a)(19) | 0.20 | $325.00 | $65.00 |
| Service | 06/16/2025 | MG | Prepare for conference call with J.R. | 0.10 | $325.00 | $32.50 |
| Service | 06/16/2025 | MG | Attention to May Monthly Operating Report | 0.10 | $325.00 | $32.50 |
| Service | 06/16/2025 | MG | Email Kenny Phillips regarding vehicle | 0.10 | $325.00 | $32.50 |
| Service | 06/16/2025 | MG | Review Sorrells opinion | 0.30 | $325.00 | $97.50 |
| Service | 06/16/2025 | MG | Review K. Phillips reply and forward to J.R. regarding vehicle | 0.10 | $325.00 | $32.50 |
| Service | 06/16/2025 | MG | Review Schuholz opinion | 0.20 | $325.00 | $65.00 |
| Service | 06/16/2025 | MG | Dictate email to J.R. regarding May Monthly Operating Report | 0.10 | $325.00 | $32.50 |
| Service | 06/16/2025 | MG | Telephone call with J.R. regarding FINRA claimants, Arete and Plan issues | 0.80 | $325.00 | $260.00 |
| Service | 06/16/2025 | MG | Review A. Steele email regarding Ballot and telephone call with A. Steele and email to Anthony regarding Ballot | 0.20 | $325.00 | $65.00 |
| Service | 06/16/2025 | MG | Conference call with J.R. and Anthony Steele regarding illiquid investments, Arete and Plan | 0.90 | $325.00 | $292.50 |
| Service | 06/17/2025 | MG | Email Anthony regarding Arete Purchase Agreement | 0.10 | $325.00 | $32.50 |
| Service | 06/17/2025 | MG | Email Anthony regarding Arete insurance premium | 0.10 | $325.00 | $32.50 |
| Service | 06/17/2025 | MG | Telephone call with Anthony Steele regarding Arete Purchase Agreement | 0.10 | $325.00 | $32.50 |
| Service | 06/17/2025 | MG | Dictate and revise letter to Anthony regarding Arete Purchase Agreement | 0.10 | $325.00 | $32.50 |
| Service | 06/17/2025 | MG | Email to David Porteous regarding objection deadline date | 0.10 | $325.00 | $32.50 |
| Service | 06/18/2025 | MG | Review A. Steele email regarding | 0.10 | $325.00 | $32.50 |

| | | | indemnity coverage and email to J.R. and Mark | | | |
|---|---|---|---|---|---|---|
| Service | 06/20/2025 | MG | Telephone call with Aaron Spencer regarding Anthony Steele clients | 0.10 | $325.00 | $32.50 |
| Service | 06/21/2025 | MG | Email to A. Steele regarding 7/24 hearing and global settlement | 0.10 | $325.00 | $32.50 |
| Service | 06/21/2025 | MG | Review A. Steele reply to 6/21 email | 0.10 | $325.00 | $32.50 |
| Service | 06/23/2025 | MG | Review J.R.'s email and forward Anthony 6/21 email to J.R. | 0.10 | $325.00 | $32.50 |
| Service | 06/23/2025 | MG | Review J.R.'s reply and email to Anthony | 0.10 | $325.00 | $32.50 |
| Service | 06/23/2025 | MG | Review A. Spencer email regarding conference call and reply | 0.10 | $325.00 | $32.50 |
| Service | 06/23/2025 | MG | Telephone call with Anthony Steele regarding settlement considerations and 7/24 hearing | 0.20 | $325.00 | $65.00 |
| Service | 06/23/2025 | MG | Telephone call with Marvin Campbell regarding dates and draft email to Anthony and J.R. | 0.10 | $325.00 | $32.50 |
| Service | 06/23/2025 | MG | Review A. Steele reply regarding date for postponement of hearing and email to J.R. and review J.R.'s reply and telephone call with Marvin Campbell regarding 8/28 | 0.20 | $325.00 | $65.00 |
| Service | 06/23/2025 | MG | Dictate and revise email to Scott Holcomb regarding continuation of hearing | 0.10 | $325.00 | $32.50 |
| Service | 06/23/2025 | MG | Review Scott Holcomb's response and reply | 0.10 | $325.00 | $32.50 |
| Service | 06/23/2025 | MG | Draft Motion to Continue Contested Hearing and draft proposed Agreed Order | 0.20 | $325.00 | $65.00 |
| Service | 06/24/2025 | MG | Revise Motion to Continue Hearing and proposed Agreed Order and dictate and revise email to A. Steele | 0.30 | $325.00 | $97.50 |
| Service | 06/24/2025 | MG | Review A. Steele email approving proposed Motion and Order | 0.10 | $325.00 | $32.50 |
| Service | 06/25/2025 | MG | Receive Order continuing hearing; dictate email to J.R. | 0.10 | $325.00 | $32.50 |
| Service | 06/26/2025 | MG | Email to J.R. regarding accountant | 0.10 | $325.00 | $32.50 |
| Service | 06/27/2025 | MG | Review IRS Proof of Claim and | 0.20 | $325.00 | $65.00 |

Invoice # 3832 - 10/13/2025

| | | | dictate and revise email to J.R. | | | |
|---|---|---|---|---|---|---|
| Service | 06/27/2025 | MG | Email Anthony Steele regarding IRS Proof of Claim | 0.10 | $325.00 | $32.50 |
| Service | 06/27/2025 | MG | Telephone call with J.R. regarding IRS Proof of Claim, accountant and vehicles and Powell Auction | 0.30 | $325.00 | $97.50 |
| Service | 06/27/2025 | MG | Review Mike Gustafson email regarding scheduled claim for David Porteous and his firm and review Rule 3005 and reply to Mike | 0.20 | $325.00 | $65.00 |
| Service | 06/27/2025 | MG | Telephone call with Anthony Steele regarding IRS Proof of Claim | 0.10 | $325.00 | $32.50 |
| Service | 06/30/2025 | MG | Dictate and revise proposed Agreement with Creditors | 0.20 | $325.00 | $65.00 |
| Service | 07/01/2025 | MG | Revise proposed Agreement and email J.R. | 0.30 | $325.00 | $97.50 |
| Service | 07/01/2025 | MG | Telephone call with Anthony Steele regarding Agreement | 0.10 | $325.00 | $32.50 |
| Service | 07/02/2025 | MG | Review IRS letter and telephone call with J.R. and email to J.R. regarding IRS letter | 0.30 | $325.00 | $97.50 |
| Service | 07/02/2025 | MG | Telephone call with Brent Long regarding notices | 0.10 | $325.00 | $32.50 |
| Service | 07/03/2025 | MG | Note to Anthony Steele regarding draft of Agreement | 0.10 | $325.00 | $32.50 |
| Service | 07/03/2025 | MG | Review A. Steele email regarding ballots and message for A. Steele and email to A. Steele | 0.10 | $325.00 | $32.50 |
| Service | 07/03/2025 | MG | Review A. Steele email regarding ballot and reply | 0.10 | $325.00 | $32.50 |
| Service | 07/03/2025 | MG | Review J.R. email regarding e2c ESA bonds and email to Aaron Spencer | 0.10 | $325.00 | $32.50 |
| Service | 07/03/2025 | MG | Review J.R. email regarding Judge Jones, GWG case and reply | 0.10 | $325.00 | $32.50 |
| Service | 07/04/2025 | MG | Draft email to A. Steele regarding word form of Agreement | 0.10 | $325.00 | $32.50 |
| Service | 07/07/2025 | MG | Review A. Steele email regarding draft of Agreement and reply and review proposed additional paragraph and reply and instructions regarding forwarding to J.R. | 0.20 | $325.00 | $65.00 |

| Service | 07/07/2025 | MG | Review J.R. email and telephone call with J.R. regarding proposed revision to Agreement | 0.20 | $325.00 | $65.00 |
| Service | 07/07/2025 | MG | Email Scott Holcomb regarding proposed Agreement | 0.10 | $325.00 | $32.50 |
| Service | 07/08/2025 | MG | Telephone call with Anthony Steele regarding proposed Agreement revisions | 0.10 | $325.00 | $32.50 |
| Service | 07/08/2025 | MG | Revise proposed Agreement | 0.10 | $325.00 | $32.50 |
| Service | 07/08/2025 | MG | Dictate and revise email to J.R. regarding proposed Agreement | 0.20 | $325.00 | $65.00 |
| Service | 07/08/2025 | MG | Review Scott Holcomb email regarding proposed Agreement | 0.10 | $325.00 | $32.50 |
| Service | 07/08/2025 | MG | Email J.R. regarding proposed Agreement and Amber Hayes and response to IRS | 0.10 | $325.00 | $32.50 |
| Service | 07/08/2025 | MG | Review J.R. reply regarding proposed Agreement and email to Anthony Steele | 0.10 | $325.00 | $32.50 |
| Service | 07/08/2025 | MG | Receive Order authorizing employment of Powell Auction and dictate and revise email to J.R. and Kenny Phillips | 0.20 | $325.00 | $65.00 |
| Service | 07/09/2025 | MG | Review K. Phillips email and forward to J.R. | 0.10 | $325.00 | $32.50 |
| Service | 07/09/2025 | MG | Review Scott Holcomb email regarding 7/24 hearing and reply | 0.10 | $325.00 | $32.50 |
| Service | 07/09/2025 | MG | Email J.R. regarding response to IRS | 0.10 | $325.00 | $32.50 |
| Service | 07/10/2025 | MG | Review J.R.'s reply regarding IRS response | 0.10 | $325.00 | $32.50 |
| Service | 07/10/2025 | MG | Review J.R. email regarding faxing response to IRS and reply to J.R. and fax to IRS | 0.20 | $325.00 | $65.00 |
| Service | 07/11/2025 | MG | Review Anthony Steele email regarding signature on agreement and forward to J.R. | 0.10 | $325.00 | $32.50 |
| Service | 07/12/2025 | MG | Email J.R. regarding signatures pages | 0.10 | $325.00 | $32.50 |
| Service | 07/14/2025 | MG | Review A. Steele email regarding signatures and reply | 0.10 | $325.00 | $32.50 |
| Service | 07/14/2025 | MG | Review J.R. email regarding signature | 0.10 | $325.00 | $32.50 |

| | | | pages and reply and review Anthony's reply | | | |
|---|---|---|---|---|---|---|
| Service | 07/14/2025 | MG | Review J.R. email regarding Monthly Operating Report and review draft of report | 0.20 | $325.00 | $65.00 |
| Service | 07/15/2025 | MG | Review A. Steele email regarding ballots and reply | 0.10 | $325.00 | $32.50 |
| Service | 07/15/2025 | MG | Dictate email to J.R. regarding June Monthly Operating Report | 0.10 | $325.00 | $32.50 |
| Service | 07/15/2025 | MG | Attention to June MOR and message for J.R. regarding amounts | 0.20 | $325.00 | $65.00 |
| Service | 07/15/2025 | MG | Telephone call with J.R. regarding June Monthly Operating Report and accountant | 0.20 | $325.00 | $65.00 |
| Service | 07/15/2025 | MG | Finalize June Monthly Operating Report | 0.10 | $325.00 | $32.50 |
| Service | 07/15/2025 | MG | Telephone call with J.R. regarding 7/29 hearing, Powell Auction and Thacker & Associates | 0.10 | $325.00 | $32.50 |
| Service | 07/16/2025 | MG | Review J.R. and K. Phillips emails regarding vehicles | 0.10 | $325.00 | $32.50 |
| Service | 07/16/2025 | MG | Review J.R. emails to Kenny Phillips and reply to J.R. | 0.10 | $325.00 | $32.50 |
| Service | 07/16/2025 | MG | Email J.R. regarding no objections to the Plan | 0.10 | $325.00 | $32.50 |
| Service | 07/17/2025 | MG | Prepare Summary of Ballots | 0.30 | $325.00 | $97.50 |
| Service | 07/17/2025 | MG | Review Amber Hayes email and Affidavit and email to J.R. | 0.10 | $325.00 | $32.50 |
| Service | 07/17/2025 | MG | Revise Application to Employ accountant and proposed Order | 0.20 | $325.00 | $65.00 |
| Service | 07/18/2025 | MG | Review A. Steele email regarding withdrawal of stay relief motions and email to J.R. | 0.10 | $325.00 | $32.50 |
| Service | 07/18/2025 | MG | Revise Application and Order to Employ Amber Hayes | 0.10 | $325.00 | $32.50 |
| Service | 07/18/2025 | MG | Review J.R. email regarding Duarte and FINRA notice and reply to J.R. and dictate and revise email to FINRA | 0.40 | $325.00 | $130.00 |
| Service | 07/18/2025 | MG | Email Scott Holcomb and Mark Esposito regarding Duarte and FINRA proceedings | 0.10 | $325.00 | $32.50 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Service | 07/18/2025 | MG | Email Scott regarding withdrawal of stay relief motions | 0.10 | $325.00 | $32.50 |
| Service | 07/18/2025 | MG | Review Scott Holcomb reply regarding Duarte/FINRA | 0.10 | $325.00 | $32.50 |
| Service | 07/18/2025 | MG | Review D. Porteous email and J.R. email regarding 7/29 scheduled status conference and reply to J.R. | 0.10 | $325.00 | $32.50 |
| Service | 07/18/2025 | MG | Review Joint Status Report in District Court and reply to J.R. | 0.10 | $325.00 | $32.50 |
| Service | 07/18/2025 | MG | Receive Order Granting Application to Employ and email to Amber Hayes | 0.10 | $325.00 | $32.50 |
| Service | 07/18/2025 | MG | Message for J.R. regarding D. Porteous request and status report and telephone call with J.R. regarding District Court hearing | 0.20 | $325.00 | $65.00 |
| Service | 07/21/2025 | MG | Draft and revise email to David Porteous regarding the 7/29 hearing and joint status report | 0.20 | $325.00 | $65.00 |
| Service | 07/22/2025 | MG | Dictate letter and email to C. Patil and G. Dubrocq regarding Duarte FINRA proceeding | 0.30 | $325.00 | $97.50 |
| Service | 07/23/2025 | MG | Prepare for 7/29 confirmation hearing | 0.10 | $325.00 | $32.50 |
| Service | 07/23/2025 | MG | Email J.R. regarding IRS Claim No. 11 and need to object | 0.20 | $325.00 | $65.00 |
| Service | 07/23/2025 | MG | Dictate and revise Objection to IRS Proof of Claim | 0.20 | $325.00 | $65.00 |
| Service | 07/23/2025 | MG | Dictate email to J.R. regarding Objection to IRS Proof of Claim | 0.10 | $325.00 | $32.50 |
| Service | 07/23/2025 | MG | Review J.R. reply regarding 2024 tax return and IRS Proof of Claim | 0.10 | $325.00 | $32.50 |
| Service | 07/23/2025 | MG | Review T. DiIorio email regarding 7/29 confirmation hearing and reply | 0.10 | $325.00 | $32.50 |
| Service | 07/23/2025 | MG | Telephone call with T. DiIorio regarding 7/29 confirmation hearing | 0.10 | $325.00 | $32.50 |
| Service | 07/24/2025 | MG | Revise Objection to IRS Proof of Claim and dictate Order Disallowing Proof of Claim and dictate and revise email to J.R. regarding Objection | 0.30 | $325.00 | $97.50 |
| Service | 07/24/2025 | MG | Review J.R. reply regarding Objection to IRS Claim | 0.10 | $325.00 | $32.50 |
| Service | 07/24/2025 | MG | Revise Proposed Order disallowing | 0.10 | $325.00 | $32.50 |

| | | | claim | | | |
|---|---|---|---|---|---|---|
| Service | 07/25/2025 | MG | Finalize Objection to IRS Proof of Claim | 0.10 | $325.00 | $32.50 |
| Service | 07/25/2025 | MG | Dictate email to J.R. regarding filed Objection to IRS Proof of Claim | 0.10 | $325.00 | $32.50 |
| Service | 07/25/2025 | MG | Review K. Phillips email regarding Maserati and reply | 0.10 | $325.00 | $32.50 |
| Service | 07/25/2025 | MG | Review second email from Kenny Phillips regarding sale date and email to J.R. | 0.10 | $325.00 | $32.50 |
| Service | 07/25/2025 | MG | Revise Objection to IRS Proof of Claim; withdraw Doc 144 | 0.20 | $325.00 | $65.00 |
| Service | 07/26/2025 | MG | Prepare for 7/29 confirmation hearing and review form of confirmation order | 0.10 | $325.00 | $32.50 |
| Service | 07/26/2025 | MG | Review form of discharge order | 0.10 | $325.00 | $32.50 |
| Service | 07/26/2025 | MG | Attention to and dictate Projected Plan Payments | 0.40 | $325.00 | $130.00 |
| Service | 07/26/2025 | MG | Dictate email to J.R. regarding distributions | 0.10 | $325.00 | $32.50 |
| Service | 07/28/2025 | MG | Revise Projected Plan Payments and revise email to J.R. | 0.20 | $325.00 | $65.00 |
| Service | 07/28/2025 | MG | Review K. Phillips email regarding August 28 sale date and email to J.R. | 0.10 | $325.00 | $32.50 |
| Service | 07/28/2025 | MG | Telephone call with J.R. regarding 7/29 hearing Arete, attorneys, IRS, and projected payment schedule | 0.40 | $325.00 | $130.00 |
| Service | 07/28/2025 | MG | Revise and finalize email to J.R. regarding form of proposed payment schedule | 0.10 | $325.00 | $32.50 |
| Service | 07/28/2025 | MG | Review Scott Holcomb email regarding Duarte and FINRA | 0.10 | $325.00 | $32.50 |
| Service | 07/28/2025 | MG | Telephone call with J.R. and revise Projected Plan Payments | 0.20 | $325.00 | $65.00 |
| Service | 07/28/2025 | MG | Review ECF notice regarding objection to IRS claim | 0.10 | $325.00 | $32.50 |
| Service | 07/28/2025 | MG | Review J.R. reply regarding account balance | 0.10 | $325.00 | $32.50 |
| Service | 07/28/2025 | MG | Dictate email to J.R. regarding projected payment schedule | 0.10 | $325.00 | $32.50 |

| Service | 07/29/2025 | MG | Finalize email to J.R. regarding projected plan payments | 0.10 | $325.00 | $32.50 |
|---------|------------|-----|------------|------|---------|--------|
| Service | 07/29/2025 | MG | Message for and telephone call with J.R. regarding projected payment schedule | 0.10 | $325.00 | $32.50 |
| Service | 07/29/2025 | MG | Review J.R.'s approval of projected payments schedule and finalize schedule | 0.10 | $325.00 | $32.50 |
| Service | 07/29/2025 | MG | Travel to Greeneville and return to Knoxville | 2.20 | $162.50 | $357.50 |
| Service | 07/29/2025 | MG | Conference with J.R. prior to hearing | 0.10 | $325.00 | $32.50 |
| Service | 07/29/2025 | MG | Court appearance for confirmation hearing | 0.30 | $325.00 | $97.50 |
| Service | 07/29/2025 | MG | Post-hearing conference with J.R. | 0.10 | $325.00 | $32.50 |
| Service | 07/29/2025 | MG | Receive Order confirming Plan and dictate email to J.R. | 0.10 | $325.00 | $32.50 |
| Service | 07/29/2025 | MG | Dictate email to J.R. regarding 7/31 District Court status conference | 0.10 | $325.00 | $32.50 |
| Service | 07/29/2025 | MG | Draft Discharge Order | 0.10 | $325.00 | $32.50 |
| Service | 07/30/2025 | MG | Revise and finalize email to J.R. regarding upcoming District Court conference call | 0.20 | $325.00 | $65.00 |
| Service | 07/30/2025 | MG | Review Section 1141(d) and finalize proposed Discharge Order | 0.10 | $325.00 | $32.50 |
| Service | 07/30/2025 | MG | Review D. Porteous email and reply and draft email to D. Porteous and mark-up of proposed report | 0.20 | $325.00 | $65.00 |
| Service | 07/31/2025 | MG | Review D. Porteous email regarding Arete and reply | 0.10 | $325.00 | $32.50 |
| Service | 07/31/2025 | MG | Message from Valeri Ogilvie (IRS) and email J.R. regarding 2024 tax return | 0.10 | $325.00 | $32.50 |
| Service | 07/31/2025 | MG | Attention to Discharge Order | 0.10 | $325.00 | $32.50 |
| Service | 07/31/2025 | MG | Review D. Porteous email regarding Discharge Order and reply and review his response | 0.10 | $325.00 | $32.50 |
| Service | 08/04/2025 | MG | Draft and revise Motion to Sell | 0.30 | $325.00 | $97.50 |
| Service | 08/04/2025 | MG | Draft Order Granting Motion to Sell | 0.10 | $325.00 | $32.50 |
| Service | 08/04/2025 | MG | Dictate and revise email to Kenny | 0.20 | $325.00 | $65.00 |

|  |  |  | Phillips regarding Motion to Sell |  |  |  |
|---|---|---|---|---|---|---|
| Service | 08/05/2025 | MG | Telephone call with M. Campbell regarding discharge Order entry timing | 0.10 | $325.00 | $32.50 |
| Service | 08/05/2025 | MG | Email to D. Porteous and review D. Porteous reply and dictate email to D. Porteous regarding Order of Discharge | 0.20 | $325.00 | $65.00 |
| Service | 08/05/2025 | MG | Revise and finalize emails to David Porteous and J.R. | 0.10 | $325.00 | $32.50 |
| Service | 08/05/2025 | MG | Review David Porteous reply regarding District Court case | 0.10 | $325.00 | $32.50 |
| Service | 08/05/2025 | MG | Telephone call with Marvin Campbell regarding Plan provision and timing of entry of Discharge Order | 0.10 | $325.00 | $32.50 |
| Service | 08/06/2025 | MG | Review J.R. reply regarding MOR | 0.10 | $325.00 | $32.50 |
| Service | 08/07/2025 | LC | Legal research regarding whether an agreed order extending the deadline to file complaints applies to all creditors or just parties to the order under 11 U.S.C. § 523 | 3.30 | $90.00 | $297.00 |
| Service | 08/07/2025 | MG | Review portion of Arete Complaint | 0.10 | $325.00 | $32.50 |
| Service | 08/07/2025 | MG | Review A. Spencer email and reply regarding dischargeability bar date | 0.10 | $325.00 | $32.50 |
| Service | 08/07/2025 | MG | Review docket entry 110 | 0.10 | $325.00 | $32.50 |
| Service | 08/07/2025 | MG | Review Collier discussion regarding 523(c) and review Rule 4007(c) | 0.20 | $325.00 | $65.00 |
| Service | 08/07/2025 | MG | Review A. Steele email and reply and review A. Steele response regarding Arete Complaint | 0.10 | $325.00 | $32.50 |
| Service | 08/07/2025 | MG | Telephone call with A. Spencer regarding Arete Complaint | 0.10 | $325.00 | $32.50 |
| Service | 08/07/2025 | MG | Review J.R. email regarding Monthly Operating Report | 0.10 | $325.00 | $32.50 |
| Service | 08/07/2025 | MG | Review law clerk memorandum regarding Arete | 0.10 | $325.00 | $32.50 |
| Service | 08/08/2025 | MG | Review McCord case | 0.20 | $325.00 | $65.00 |
| Service | 08/08/2025 | MG | Dictate, revise and finalize email to J.R. regarding Arete Complaint and time limit issue | 0.30 | $325.00 | $97.50 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Service | 08/08/2025 | MG | Draft email to J.R. regarding Arete Complaint | 0.10 | $325.00 | $32.50 |
| Service | 08/08/2025 | MG | Review Gerhart case | 0.10 | $325.00 | $32.50 |
| Service | 08/08/2025 | MG | Review Ichinose case | 0.10 | $325.00 | $32.50 |
| Service | 08/08/2025 | MG | Telephone call with Aaron Spencer regarding Arete | 0.10 | $325.00 | $32.50 |
| Service | 08/08/2025 | MG | Message for and text to J.R. regarding Arete Complaint | 0.10 | $325.00 | $32.50 |
| Service | 08/08/2025 | LC | Legal researching additional cases regarding whether an agreed order extending the deadline to file complaints applies to all creditors or just parties to the order under 11 U.S.C. § 523 | 0.50 | $90.00 | $45.00 |
| Service | 08/09/2025 | MG | Email Ben Cunningham regarding 8/26 hearing | 0.10 | $325.00 | $32.50 |
| Service | 08/09/2025 | MG | Attention to June Monthly Operating Report and draft email to J.R. regarding report | 0.20 | $325.00 | $65.00 |
| Service | 08/11/2025 | MG | Review Mark Esposito email regarding Arete | 0.10 | $325.00 | $32.50 |
| Service | 08/11/2025 | MG | Finalize email to J.R. regarding July MOR | 0.10 | $325.00 | $32.50 |
| Service | 08/11/2025 | MG | Review J.R. email regarding MOR and reply | 0.10 | $325.00 | $32.50 |
| Service | 08/11/2025 | MG | Review J.R. email regarding 2024 Form 1040 and review Amber's email confirming return filed | 0.10 | $325.00 | $32.50 |
| Service | 08/11/2025 | MG | Review portion of Form 1040 and dictate email to Valerie Ogilvie and Ben Cunningham | 0.20 | $325.00 | $65.00 |
| Service | 08/11/2025 | MG | Review J.R. email regarding Wednesday and reply | 0.10 | $325.00 | $32.50 |
| Service | 08/11/2025 | MG | Review J.R. reply regarding District Court and message for Ben Cunningham | 0.10 | $325.00 | $32.50 |
| Service | 08/11/2025 | MG | Telephone call with J.R. regarding Arete | 0.30 | $325.00 | $97.50 |
| Service | 08/12/2025 | MG | Review Ben Cunningham reply regarding 8/26 hearing and respond regarding continuation | 0.10 | $325.00 | $32.50 |

| Service | 08/12/2025 | MG | Telephone call with Marvin Campbell regarding 8/26 hearing on Objection to IRS Proof of Claim and email Ben Cunningham regarding dial-in for hearing | 0.20 | $325.00 | $65.00 |
|---------|------------|----|-----------------------------------------------------------|------|---------|--------|
| Service | 08/13/2025 | MG | Receive Discharge Order and draft and revise email to J.R. | 0.20 | $325.00 | $65.00 |
| Service | 08/13/2025 | MG | Telephone call with Angela regarding Grant Dixon | 0.10 | $325.00 | $32.50 |
| Service | 08/13/2025 | MG | Finalize Monthly Operating Report and Certificate of Service | 0.10 | $325.00 | $32.50 |
| Service | 08/18/2025 | MG | Review Mike Gustafson email regarding payment to his firm and reply | 0.10 | $325.00 | $32.50 |
| Service | 08/21/2025 | MG | Email J.R. regarding Arete and initial distribution | 0.10 | $325.00 | $32.50 |
| Service | 08/22/2025 | MG | Review J.R.'s reply regarding funds held by Aaron and email J.R. | 0.20 | $325.00 | $65.00 |
| Service | 08/22/2025 | MG | Review IRS Amended Proof of Claim and dictate email to J.R. | 0.10 | $325.00 | $32.50 |
| Service | 08/22/2025 | MG | Dictate email to Ben Cunningham regarding IRS Proof of Claim Amendment | 0.10 | $325.00 | $32.50 |
| Service | 08/22/2025 | MG | Message from and telephone call with Aaron regarding Agreed Order for disbursement of funds and forward email to J.R. | 0.10 | $325.00 | $32.50 |
| Service | 08/22/2025 | MG | Dictate withdrawal of Objection to IRS Proof of Claim | 0.10 | $325.00 | $32.50 |
| Service | 08/22/2025 | MG | Review proposed Agreed Order regarding disbursement of funds and telephone call with Aaron | 0.10 | $325.00 | $32.50 |
| Service | 08/22/2025 | MG | Receive J.R.'s reply regarding Arete | 0.10 | $325.00 | $32.50 |
| Service | 08/22/2025 | MG | Review J.R.'s email regarding 8/26 hearing and reply | 0.10 | $325.00 | $32.50 |
| Service | 08/25/2025 | MG | Review Aaron's email regarding Agreed Order and reply | 0.10 | $325.00 | $32.50 |
| Service | 08/25/2025 | MG | Review J.R.'s email regarding car insurance cancellation and reply | 0.10 | $325.00 | $32.50 |
| Service | 08/25/2025 | MG | Revise and finalize Withdrawal of Objection to IRS Proof of Claim | 0.10 | $325.00 | $32.50 |

| Service | 08/25/2025 | MG | Dictate and revise email to J.R. regarding initial distribution to creditors | 0.30 | $325.00 | $97.50 |
| Service | 08/25/2025 | MG | Telephone call with Marvin Campbell regarding the 8/26 hearing and message for T. DiIorio | 0.10 | $325.00 | $32.50 |
| Service | 08/25/2025 | MG | Review Motion for Entry of Agreed Order and proposed Order and dictate email to J.R. | 0.10 | $325.00 | $32.50 |
| Service | 08/25/2025 | MG | Email J.R. regarding 8/26 hearing | 0.10 | $325.00 | $32.50 |
| Service | 08/26/2025 | MG | Review J.R. email regarding Arete and reply | 0.10 | $325.00 | $32.50 |
| Service | 08/26/2025 | MG | Email Ben Cunningham regarding withdrawal of Objection to IRS Proof of Claim | 0.10 | $325.00 | $32.50 |
| Service | 08/26/2025 | MG | Dictate email to K. Phillips regarding Certificates of Title for vehicles | 0.10 | $325.00 | $32.50 |
| Service | 08/26/2025 | MG | Revise Amended Certificate of Service and review Aaron's email to Marvin Campbell | 0.10 | $325.00 | $32.50 |
| Service | 08/26/2025 | MG | Telephonic participation in hearing on Motion to Sell Vehicles | 0.10 | $325.00 | $32.50 |
| Service | 08/26/2025 | MG | Dictate email to Kenny Phillips regarding Order Granting Motion to Sell | 0.10 | $325.00 | $32.50 |
| Service | 08/26/2025 | MG | Dictate and revise email to J.R. regarding Trustee's Motion and funds held by Trustee | 0.20 | $325.00 | $65.00 |
| Service | 08/26/2025 | MG | Review J.R. email regarding amount to distribute | 0.10 | $325.00 | $32.50 |
| Service | 08/26/2025 | MG | Review J.R. email regarding funds of UNDS and call and review his reply regarding distribution | 0.10 | $325.00 | $32.50 |
| Service | 08/27/2025 | MG | Telephone call with J.R. regarding distributions | 0.40 | $325.00 | $130.00 |
| Service | 08/27/2025 | MG | Review J.R. email and reply regarding distribution | 0.10 | $325.00 | $32.50 |
| Service | 08/27/2025 | MG | Attention to distribution chart and dictate and revise email to J.R. | 0.30 | $325.00 | $97.50 |
| Service | 08/27/2025 | MG | Dictate and revise email to Anthony Steele regarding Affidavit and review his reply | 0.20 | $325.00 | $65.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Service | 08/27/2025 | MG | Dictate Affidavit of Anthony Steele and dictate email to Anthony Steele | 0.10 | $325.00 | $32.50 |
| Service | 08/28/2025 | MG | Revise proposed Affidavit and email to Anthony Steele | 0.20 | $325.00 | $65.00 |
| Service | 08/28/2025 | MG | Review A. Steele revised Affidavit and reply | 0.10 | $325.00 | $32.50 |
| Service | 08/28/2025 | MG | Review J.R. email regarding initial distribution | 0.10 | $325.00 | $32.50 |
| Service | 08/28/2025 | MG | Office conference with Aaron Spencer and receive check | 0.10 | $325.00 | $32.50 |
| Service | 08/28/2025 | MG | Email J.R. regarding check from Aaron Spencer | 0.10 | $325.00 | $32.50 |
| Service | 08/29/2025 | MG | Review J.R. 8/28 email regarding delivery of check and dictate and revise letter to J.R. | 0.20 | $325.00 | $65.00 |
| Service | 08/29/2025 | MG | Review K. Phillips email regarding Certificates of Title and reply and dictate and revise letter to Kenny Phillips regarding Certificates of Title and email K. Phillips regarding insurance | 0.40 | $325.00 | $130.00 |
| Service | 08/29/2025 | MG | Telephone call with Anthony Steele initial distribution and funds held by Subchapter V Trustee | 0.10 | $325.00 | $32.50 |
| Service | 08/29/2025 | MG | Dictate Motion to Dismiss Arete Complaint | 0.10 | $325.00 | $32.50 |
| Service | 08/30/2025 | MG | Review Summons; revise Motion to Dismiss Complaint and review BNC Notice | 0.30 | $325.00 | $97.50 |
| Service | 09/01/2025 | MG | Review Burger King, Height and Gerhart cases and work on outline of Brief | 0.90 | $325.00 | $292.50 |
| Service | 09/02/2025 | MG | Review Shahid case and dictate Brief | 0.70 | $325.00 | $227.50 |
| Service | 09/02/2025 | MG | Revise Motion to Dismiss | 0.10 | $325.00 | $32.50 |
| Service | 09/02/2025 | MG | Review J.R. email regarding deposit of check and reply | 0.10 | $325.00 | $32.50 |
| Service | 09/03/2025 | MG | Telephone call with J.R. regarding credit card offers, Arete, records, Midland Life and Thacker Associates | 0.50 | $325.00 | $162.50 |
| Service | 09/03/2025 | MG | Dictate email to Kenny Phillips regarding vehicles and insurance | 0.10 | $325.00 | $32.50 |

| Service | 09/03/2025 | MG | Review A. Steele email regarding checks to Crow and email J.R. | 0.10 | $325.00 | $32.50 |
| Service | 09/03/2025 | MG | Review S. Kitts email regarding payment for vehicles | 0.10 | $325.00 | $32.50 |
| Service | 09/03/2025 | MG | Email to S. Kitts regarding closing of sales | 0.10 | $325.00 | $32.50 |
| Service | 09/04/2025 | MG | Revise and finalize email to Kenny Phillips | 0.10 | $325.00 | $32.50 |
| Service | 09/04/2025 | MG | Review Stephena Kitts email regarding vehicles and email J.R. | 0.10 | $325.00 | $32.50 |
| Service | 09/04/2025 | MG | Revise Memorandum Brief in Support of Motion to Dismiss Complaint and review cases and dictate emails to J.R. | 2.00 | $325.00 | $650.00 |
| Service | 09/05/2025 | MG | Review J.R. reply regarding Motion and Brief | 0.10 | $325.00 | $32.50 |
| Service | 09/05/2025 | MG | Revise and finalize Motion to Dismiss and Memorandum Brief | 0.80 | $325.00 | $260.00 |
| Service | 09/05/2025 | MG | Dictate and revise email to J.R. | 0.10 | $325.00 | $32.50 |
| Service | 09/05/2025 | MG | Review Shannon's email regarding adding notice to Motion and telephone call with Shannon | 0.10 | $325.00 | $32.50 |
| Service | 09/05/2025 | MG | Amend Motion to Dismiss | 0.10 | $325.00 | $32.50 |
| Service | 09/05/2025 | MG | Amend Order Granting Motion to Dismiss | 0.10 | $325.00 | $32.50 |
| Service | 09/05/2025 | MG | Email to J.R. regarding Amended Motion | 0.10 | $325.00 | $32.50 |
| Service | 09/09/2025 | MG | Message from J.R. and email J.R. regarding Periodic Report ending date | 0.10 | $325.00 | $32.50 |
| Service | 09/11/2025 | MG | Review Anthony Steele email regarding 2 large checks and email to J.R.; review J.R. reply and email to Anthony; review Anthony's email and reply regarding checks | 0.30 | $325.00 | $97.50 |
| Service | 09/12/2025 | MG | Receive Powell Auction check and Report of Sale and dictate and revise letter to J.R. | 0.20 | $325.00 | $65.00 |
| Service | 09/12/2025 | MG | Dictate and revise Report of Sale | 0.20 | $325.00 | $65.00 |
| Service | 09/15/2025 | MG | Review Anthony's email regarding checks and email to J.R., review J.R.'s reply regarding cashier checks | 0.30 | $325.00 | $97.50 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | and email to Anthony; review J.R. email regarding cashier's checks and forward to Anthony Steele | | | |
| Service | 09/18/2025 | MG | Receive cashier's checks; telephone call with Anthony Steele; dictate letter to J.R. regarding returning original checks | 0.20 | $325.00 | $65.00 |
| Service | 09/22/2025 | MG | Review Notice of Grant Dixon address change | 0.10 | $325.00 | $32.50 |
| Service | 09/26/2025 | LC | Gather cases and print | 0.10 | $90.00 | $9.00 |
| Service | 09/26/2025 | MG | Review Motion to Substitute Counsel and proposed Order | 0.10 | $325.00 | $32.50 |
| Service | 09/26/2025 | MG | Telephone call with J.R. regarding quarterly report, periodic report and Arete Motion to Substitute Counsel | 0.30 | $325.00 | $97.50 |
| Service | 09/26/2025 | MG | Review Arete response and dictate and revise email to J.R. | 0.70 | $325.00 | $227.50 |
| Service | 09/26/2025 | MG | Review Watkins opinion | 0.10 | $325.00 | $32.50 |
| Service | 09/26/2025 | MG | Review Demos opinion | 0.10 | $325.00 | $32.50 |
| Service | 09/29/2025 | MG | Review J.R. email and reply to J.R. regarding Arete | 0.10 | $325.00 | $32.50 |
| Service | 09/29/2025 | MG | Review J.R. reply regarding Arete | 0.10 | $325.00 | $32.50 |
| Service | 09/30/2025 | MG | Telephone call with J.R. regarding reply to Arete Objection to Motion to Dismiss; work on reply; review J.R. email; review Collier discussion on 4007; review Burger King and McCord cases; dictate reply | 2.50 | $325.00 | $812.50 |

**Services Subtotal**     **$19,053.50**

## Expenses

| Type | Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Expense | 03/26/2025 | Maurice Guinn - Mileage reimbursement to Greenville Court | 1.00 | $91.00 | $91.00 |
| Expense | 04/15/2025 | 300 Copies and Postage | 1.00 | $34.50 | $34.50 |
| Expense | 04/15/2025 | 46 Copies and Postage - MOR | 1.00 | $5.18 | $5.18 |
| Expense | 05/14/2025 | Postage - April MOR | 1.00 | $3.06 | $3.06 |
| Expense | 06/03/2025 | 30 Copies and Postage | 1.00 | $3.06 | $3.06 |

| | | | | | |
|---|---|---|---|---|---|
| Expense | 06/10/2025 | 192 Copies and Postage - Employ Auctioneer | 1.00 | $33.12 | $33.12 |
| Expense | 06/10/2025 | 517 Copies and Postage - Plan | 1.00 | $99.96 | $99.96 |
| Expense | 06/11/2025 | 196 Copies and Postage - Appl. Powell Auction | 1.00 | $33.81 | $33.81 |
| Expense | 06/12/2025 | 147 Copies and Postage | 1.00 | $33.81 | $33.81 |
| Expense | 06/16/2025 | 16 Copies and Postage - Certificate of Service MOR | 1.00 | $1.94 | $1.94 |
| Expense | 07/15/2025 | 26 Copies and Postage - MOR | 1.00 | $4.34 | $4.34 |
| Expense | 07/25/2025 | 18 Copies and Postage | 1.00 | $4.34 | $4.34 |
| Expense | 07/25/2025 | 27 Copies and Postage | 1.00 | $6.51 | $6.51 |
| Expense | 07/29/2025 | Travel to Bankruptcy Court appearance by Maurice Guinn, 130 miles | 1.00 | $91.00 | $91.00 |
| Expense | 07/29/2025 | 49 Copies and Postage | 1.00 | $36.26 | $36.26 |
| Expense | 08/04/2025 | Tennessee Eastern Bankruptcy Court - Filing fee for Motion to Sell | 1.00 | $199.00 | $199.00 |
| Expense | 08/04/2025 | 98 Copies and Postage | 1.00 | $32.26 | $32.26 |
| Expense | 08/13/2025 | Copy charges for 26 pages | 1.00 | $2.60 | $2.60 |
| Expense | 08/13/2025 | Postage Charges | 1.00 | $4.34 | $4.34 |
| Expense | 08/27/2025 | Analysis and computation of Initial creditor payouts | 1.00 | $60.00 | $60.00 |
| | | | **Expenses Subtotal** | | **$780.09** |

| Time Keeper | Quantity | Rate | Total |
|---|---|---|---|
| Maurice Guinn | 50.7 | $325.00 | $16,477.50 |
| Maurice Guinn | 2.2 | $162.50 | $357.50 |
| Law Clerks | 24.65 | $90.00 | $2,218.50 |
| | **Subtotal Services/Expenses** | | **$19,833.59** |
| | **Total** | | **$19,833.59** |

# Detailed Statement of Account

### Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 3832 | 11/12/2025 | $19,833.59 | $0.00 | $19,833.59 |

| | |
|---|---|
| **Outstanding Balance** | **$19,833.59** |
| **Amount in Trust** | **$16,486.25** |
| **Total Amount Outstanding** | **$3,347.34** |

Please make all amounts payable to: Gentry, Tipton & McLemore, PC

Please pay within 30 days.