IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION AT GREENEVILLE

| | |
|---|---|
| In re : | |
| : | |
| JACK ROBERT THACKER, JR. : | Case No.  2:25-bk-50237-RRM |
| a/k/a JACK R. THACKER, : | Chapter 11 – Subchapter V |
| a/k/a J. R. THACKER : | |
| : | |
| Debtor : | |

ORDER GRANTING SECOND APPLICATION OF
GENTRY, TIPTON & McLEMORE, P.C.
FOR INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES

On October 13, 2025, Gentry, Tipton & McLemore, P.C. filed its Second Application Requesting Interim Compensation in the amount of $19,053.50 for services, plus $780.00 for expenses. Notice of an Opportunity to Object and For Hearing was given by the Debtor's attorney to all creditors and parties in interest on October 13, 2025. In the absence of any objection to the Application and based on the Court's own review, the Application is GRANTED. Compensation in the amount of $19,053.50 shall be paid to Gentry, Tipton & McLemore, P.C. for services rendered on behalf of the Debtor between June 4, 2025 and

1

September 30, 2025. Additionally, reimbursement of $780.00 for expenses shall be paid to Gentry, Tipton & McLemore, P.C.  The compensation allowed and the expenses to be reimbursed may be paid from the pre-petition security deposit held by Gentry, Tipton & McLemore, P.C. and from property of the estate.

APPROVED FOR ENTRY:

/s/ Maurice K. Guinn
Maurice K. Guinn
(Bar Code No. 000366)
Gentry, Tipton & McLemore, P.C.
P.O. Box 1990
Knoxville, Tennessee  37901
(865) 525-5300
mkg@tennlaw.com
Attorneys for Jack Robert Thacker, Jr.

Order Granting Second Application of GTM for Interim Comp & Expenses. (10-10-25)

2