### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF TENNESSEE
### NORTHEASTERN DIVISION AT GREENEVILLE

| | | |
|---|---|---|
| In re | : | |
| | : | |
| **JACK ROBERT THACKER, JR.** | : | **Case No.  2:25-bk-50237-RRM** |
| **a/k/a JACK R. THACKER,** | : | **Chapter 11 – Subchapter V** |
| **a/k/a J. R. THACKER** | : | |
| | : | |
| **Debtor** | : | |

---

### QUARTERLY REPORT BY JACK ROBERT THACKER, JR.

---

On July 29, 2025, the Court entered the Order Confirming Plan (Doc 148).  The Plan provides for filing quarterly reports.  Jack Robert Thacker, Jr. filed his July 2025 Monthly Operating Report (Doc 156) on August 13, 2025.

Since August 1, 2025, the estate has received and disbursed the following amounts:

| Month | Deposits | Disbursements |
|---|---|---|
| August | $3,037.63 | $9,879.03 |
| September | $557,849.07 | $365,022.64 |
| October | $2,927.34 | $16,016.38 |

Copies of the estate bank account for August, September, and October 2025 are attached to this Quarterly Report.  The September 2025 deposits included $527,282.82 received from the Subchapter V Trustee, representing the net proceeds from the sale of the Murfreesboro residential property.  As of October 31, 2025, the ending balance in the estate account is $655,290.63.  A $90,000.00 domestic support priority claim shall be paid from these funds in 2026.

*/s/ Jack R. Thacker, Jr.*
Jack R. Thacker, Jr.

## CERTIFICATE OF SERVICE

The undersigned certifies that on November 18, 2025, the foregoing **"Quarterly Report by Jack Robert Thacker, Jr."** was filed electronically and will be sent by operation of the Court's electronic filing system to Tiffany DiIorio, Andrew Wesley Hogan, Eric W. Reecher, M. Aaron Spencer, Anthony R. Steele, Walter N. Winchester, and the United States Trustee.

/s/Maurice K. Guinn
Maurice K. Guinn
(Bar Code No. 000366)
Gentry, Tipton & McLemore, P.C.
P.O. Box 1990
Knoxville, TN   37901
Phone: (865) 525-5300
mkg@tennlaw.com
Attorneys for Jack Robert Thacker, Jr.

Quarterly Report (11-17-2025)

# First Bank
## & Trust Company
### The Bank That Puts You First.

<u>Online Banking Log-in</u>

```
Date  8/29/25         Page    1
Primary Account       30408439
C 31                  Enclosures   3
```

Jack Robert Thacker Jr
Debtor-in-Possession
Case No. 2:25-bk-50237-RMM
2261 Bullock Hollow Road
Bristol TN 37620

## CHECKING ACCOUNTS

Effective June 30, 2025, our Funds Availability policy will be changed. We are increasing the amount we make immediately available for withdrawal by checks not subject to next day availability from $225 to $275. In addition, the amount available for withdrawal on the second business day after the day of your deposit for large deposits and new accounts will increase from $5,525 to $6,725.

```
Regular Checking                    Number of Enclosures              3
Account Number            30408439  Statement Dates  8/01/25 thru 9/01/25
Previous Balance        482,394.64  Days in the Statement Period    32
    5 Deposits/Credits    3,037.63  Average Ledger          478,835.76
   46 Checks/Debits       9,879.03  Average Collected       478,835.76
Service Charge                 .00
Interest Paid                  .00
Ending Balance          475,553.24
```

## DEPOSITS AND ADDITIONS

| Date | Description | | Amount |
|------|-------------|--|--------|
| 8/12 | Deposit | | 1,500.00 |
| 8/25 | MID MESA   MONTEGO ASSET | | 286.77 |
|      | CCD        556 | | |
| 8/25 | MRM DIST   MONTEGO ASSET MA | | 469.88 |
|      | CCD        838 | | |
| 8/25 | SILV PEAK  MONTEGO ASSET MA | | 489.31 |
|      | CCD        738 | | |
| 8/26 | CREDIT     AXOS CLEARING | | 291.67 |
|      | PPD | | |

## WITHDRAWALS AND DEDUCTIONS

| Date | Description | Amount |
|------|-------------|--------|
| 8/01 | DBT CRD 2215 08/01/25 17384302 | 6.56- |
|      | Prime Video Channels | |
|      | amzn.com/bill WA | |
| 8/04 | POS DEB 1650 08/02/25 00437607 | 42.10- |
|      | VA ABC STORE 343 | |
|      | VA ABC STORE 343 | |
|      | BRISTOL      VA | |
| 8/04 | DBT CRD 1537 08/03/25 42686834 | 51.33- |
|      | MCALISTER S 101064 | |
|      | BRISTOL      VA | |
| 8/04 | DBT CRD 0707 08/01/25 36554491 | 100.00- |
|      | PY *HIGHWAY 126 SELF S | |
|      | 423-968-3321  TN | |

# First Bank
# & Trust Company
## The Bank That Puts You First.

Date  8/29/25          Page      2
Primary Account               30408439
Enclosures                    3

Jack Robert Thacker Jr
Debtor-in-Possession
Case No. 2:25-bk-50237-RMM
2261 Bullock Hollow Road
Bristol TN 37620

Regular Checking                    30408439  (Continued)

## WITHDRAWALS AND DEDUCTIONS

| Date | Description | Amount |
|---|---|---|
| 8/05 | POS DEB 1522 08/04/25 00962104<br>FOOD CITY #821<br>FOOD CITY  821<br>BRISTOL        VA | 37.92- |
| 8/06 | POS DEB 1334 08/06/25 00063668<br>FOOD CITY #821<br>FOOD CITY  821<br>BRISTOL        VA | 51.28- |
| 8/06 | INSURANCE  MIDLAND NATIONAL<br>PPD | 950.00- |
| 8/08 | DBT CRD 2037 08/08/25 58236778<br>Prime Video Channels<br>amzn.com/bill WA | 8.75- |
| 8/08 | POS DEB 1228 08/08/25 78268200<br>SAMSCLUB #6518<br>21483 MARKET CENTE<br>BRISTOL        VA | 365.78- |
| 8/11 | DBT CRD 2024 08/09/25 50840246<br>Prime Video Channels<br>amzn.com/bill WA | 8.75- |
| 8/11 | POS DEB 1235 08/10/25 00402308<br>VA ABC STORE 343<br>VA ABC STORE 343<br>BRISTOL        VA | 44.18- |
| 8/11 | DBT CRD 0009 08/07/25 85478882<br>WEAVER PIKE MINI STORA<br>800-789-3638   TN | 140.00- |
| 8/12 | POS DEB 1741 08/11/25 00810903<br>KROGER #335 31 MIDWAY ST.<br>KROGER  335 31 MID<br>BRISTOL        VA | 26.30- |
| 8/12 | POS DEB 1259 08/12/25 00552295<br>6343 Workout Anytime<br>6343 Workout Anyti<br>Bristol        VA | 349.00- |
| 8/13 | DBT CRD 2159 08/12/25 07595215<br>APPLE.COM/BILL<br>866-712-7753  CA | 2.99- |
| 8/14 | POS DEB 1154 08/14/25 00430174<br>VA ABC STORE 343 | 42.10- |



**Bank & Trust Company**
The Bank That Puts You First.

<u>Online Banking Log-in</u>

Date  8/29/25          Page    3
Primary Account        30408439
Enclosures             3

Jack Robert Thacker Jr
Debtor-in-Possession
Case No. 2:25-bk-50237-RMM
2261 Bullock Hollow Road
Bristol TN 37620

Regular Checking                    30408439  (Continued)

**WITHDRAWALS AND DEDUCTIONS**

| Date | Description | Amount |
|------|-------------|--------|
|      | VA ABC STORE 343 | |
|      | BRISTOL      VA | |
| 8/14 | POS DEB 1352 08/14/25 00439757 | 57.57- |
|      | FOOD CITY #821 | |
|      | FOOD CITY  821 | |
|      | BRISTOL      VA | |
| 8/14 | DBT CRD 1449 08/12/25 13702871 | 113.76- |
|      | FOOD CITY #821 | |
|      | BRISTOL      VA | |
| 8/15 | POS DEB 1558 08/14/25 00042597 | 50.46- |
|      | QUICK STOP MARKE | |
|      | 1190 VOLUNTEER PAR | |
|      | BRISTOL      TN | |
| 8/15 | PAYMENT    JOHN HANCOCK MAN | 70.00- |
|      | PPD | |
|      | TRN*1*E46706543\ | |
| 8/18 | POS DEB 1109 08/17/25 00558850 | 40.99- |
|      | FOOD CITY #821 | |
|      | FOOD CITY  821 | |
|      | BRISTOL      VA | |
| 8/18 | DBT CRD 1502 08/17/25 21641028 | 81.93- |
|      | Amazon.com*N11II1K33 | |
|      | Amzn.com/bill WA | |
| 8/18 | DBT CRD 0005 08/15/25 83221210 | 104.00- |
|      | PY *STORAGE SOLUTIONS | |
|      | 615-893-5125  TN | |
| 8/18 | POS DEB 1649 08/15/25 00744967 | 143.93- |
|      | SAMS CLUB #6518 | |
|      | 13249 LEE HWY | |
|      | BRISTOL      VA | |
| 8/18 | WEB PMT  BCBSTN | 1,021.45- |
|      | WEB | |
| 8/19 | DBT CRD 1855 08/18/25 61539391 | 18.60- |
|      | Prime Video Channels | |
|      | amzn.com/bill WA | |
| 8/19 | DBT CRD 1354 08/19/25 80666261 | 102.60- |
|      | AMAZON MKTPL*VJ0668UH3 | |
|      | Amzn.com/bill WA | |
| 8/19 | DBT CRD 1017 08/18/25 50715033 | 13.10- |
|      | APPLE.COM/BILL | |
|      | 866-712-7753  CA | |

# First Bank
## & Trust Company
### The Bank That Puts You First.

Date  8/29/25          Page    4
Primary Account        30408439
Enclosures                3

Jack Robert Thacker Jr
Debtor-in-Possession
Case No. 2:25-bk-50237-RMM
2261 Bullock Hollow Road
Bristol TN 37620

Regular Checking                      30408439  (Continued)

## WITHDRAWALS AND DEDUCTIONS

| Date | Description | Amount |
|------|-------------|--------|
| 8/20 | POS DEB 1434 08/20/25 00148987<br>FOOD CITY #821<br>FOOD CITY  821<br>BRISTOL       VA | 27.49- |
| 8/20 | DBT CRD 0618 08/19/25 06925439<br>Netflix.com<br>408-5403700    CA | 27.36- |
| 8/21 | DBT CRD 1154 08/20/25 08520273<br>KROGER #335<br>BRISTOL       VA | 20.32- |
| 8/22 | POS DEB 1314 08/22/25 00479386<br>VA ABC STORE 343<br>VA ABC STORE 343<br>BRISTOL       VA | 38.95- |
| 8/25 | POS DEB 1742 08/24/25 00466753<br>WM SUPERCENTER #<br>220 CENTURY BLVD<br>BRISTOL       TN | 83.31- |
| 8/25 | UTILITY BI SOUTH FORK UTILI<br>PPD | 64.13- |
| 8/26 | DBT CRD 1652 08/25/25 87731331<br>Prime Video Channels<br>amzn.com/bill WA | 6.56- |
| 8/27 | DBT CRD 0005 08/26/25 83287476<br>PY *STORAGE SOLUTIONS<br>615-893-5125   TN | 139.00- |
| 8/28 | POS DEB 1642 08/27/25 00832003<br>FOOD CITY #821<br>FOOD CITY  821<br>BRISTOL       VA | 28.81- |
| 8/28 | POS DEB 1145 08/28/25 00816362<br>USPS PO 51111603 111 6TH<br>USPS PO 51111603 1<br>BRISTOL       VA | 31.20- |
| 8/28 | POS DEB 1551 08/27/25 00829500<br>WEAVER PIKE MARK<br>2117 Weaver Pike<br>Bristol        TN | 34.77- |
| 8/28 | ELEC. BILL BRISTOL TN ESSEN<br>PPD | 595.10- |
| 8/29 | POS DEB 1615 08/28/25 00120961<br>WALGREENS STORE 2412 W ST | 20.74- |

# First Bank
# & Trust Company
## The Bank That Puts You First.

*Online Banking Log-in*

Date  8/29/25      Page      5
Primary Account          30408439
Enclosures                  3

Jack Robert Thacker Jr
Debtor-in-Possession
Case No. 2:25-bk-50237-RMM
2261 Bullock Hollow Road
Bristol TN 37620

Regular Checking                    30408439  (Continued)

### WITHDRAWALS AND DEDUCTIONS

| Date | Description | Amount |
|------|-------------|--------|
|      | WALGREENS STORE 24 | |
|      | BRISTOL        TN | |
| 8/29 | DBT CRD 1457 08/27/25 18680935 | 25.87- |
|      | BELMONT PACKAGE  LIQUO | |
|      | BRISTOL        TN | |
| 8/29 | DBT CRD 1417 08/28/25 94775836 | 185.00- |
|      | PERFORMANCE MEDICINE O | |
|      | BRISTOL        VA | |
| 8/29 | DBT CRD 0000 08/28/25 80386003 | 4.99- |
|      | APPLE.COM/BILL | |
|      | 866-712-7753  CA | |

### CHECKS

| Date | Check No | Amount | Date | Check No | Amount |
|------|----------|--------|------|----------|--------|
| 8/12 | 1012 | 300.00 | 8/19 | 1013 | 4,200.00 |

*Indicates Skip In Check Numbers

### DAILY BALANCE INFORMATION

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 8/01 | 482,388.08 | 8/13 | 481,409.70 | 8/22 | 475,235.09 |
| 8/04 | 482,194.65 | 8/14 | 481,196.27 | 8/25 | 476,333.61 |
| 8/05 | 482,156.73 | 8/15 | 481,075.81 | 8/26 | 476,618.72 |
| 8/06 | 481,155.45 | 8/18 | 479,683.51 | 8/27 | 476,479.72 |
| 8/08 | 480,780.92 | 8/19 | 475,349.21 | 8/28 | 475,789.84 |
| 8/11 | 480,587.99 | 8/20 | 475,294.36 | 8/29 | 475,553.24 |
| 8/12 | 481,412.69 | 8/21 | 475,274.04 | | |

**Credit**

Bank: The First Bank & Trust Co.
Branch #: 22
Branch Name: Volunteer Parkway
Teller ID: W34LGK
Drawer #: 256
Trans #: 52
Misc: Tra DDA Deposit,

**DDA Deposit**

Date/Time: 8/12/2025  1:42 PM
Workstation: F222N83
HIN #: 93552211000151
Owner: J R Thacker

---

SUBSTITUTE IMAGE / VIRTUAL DOCUMENT

| AUXILIARY | R/T | ACCOUNT | PC/TC | AMOUNT |
|---|---|---|---|---|
| | 5408-0011 | 30408439 | 20 | $1,500.00 |

Deposit  Date: 08/12  Amount: $1,500.00

---

JACK ROBERT THACKER JR.
DEBTOR-IN-POSSESSION
CASE NO. 2:25-BK-50237 RMM
2261 BULLOCK HOLLOW ROAD
BRISTOL, TN 37620                      1012

8-3-25

Pay to the Order of  North Bristol Baptist Church   $300.00

Three hundred ———— Dollars

First Bank & Trust Company

For _____

⑈051404464⑈  3040  843  9⁊  1012

1012  Date: 08/12  Amount: $300.00

---

JACK ROBERT THACKER JR.
DEBTOR-IN-POSSESSION
CASE NO. 2:25-BK-50237 RMM
2261 BULLOCK HOLLOW ROAD
BRISTOL, TN 37620                      1013

August 4, 2025

Pay to the Order of  Bowman Heating & Cooling, Inc.   $ 4,200.00

Four thousand two hundred & 00/100 ———— Dollars

First Bank & Trust Company

For  HVAC Repair

⑈051404464⑈  3040  843  9⁊  1013

1013  Date: 08/19  Amount: $4,200.00

**Change of Name or Address Request**
Please indicate correct name and address as you wish it to appear on our records:

_____     _____

Name                                 City, State, Zip

Mail To: First Bank & Trust
         **Attn: Customer Operations**
         **P.O. Box 1000**
         **Abingdon, VA 24212-1000**

_____     _____     _____

Second Name (If Joint Account)       Telephone                           Social Security #

**Phone: 276-623-2265**

_____     _____

Street Address                       Signature of Account Holder(s)

Cut here and return to the address above

| Step 1 | Step 3 | Step 4 |
|---|---|---|

**Step 1**
In your checkbook, make the following entries so that all transactions are recorded on both your records and the Bank's

**Add**
Any deposits/credits shown on this statement but not in your checkbook.

**Subtract**
Any withdrawals/debits on this statement but not entered in your checkbook.

**Step 2**
List deposits not on your statement.

| Date | Amount |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| **Total** |  |

**Step 3**
List checks outstanding.

| Check Number | Amount |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| **Total** |  |

**Step 4**
Reconcile your account:

1. Bank statement balance.          $ _____

2. Total amount of deposits
   not shown on statement.          $ _____

3. Add line 1 and 2.                $ _____

4. Total amount of checks
   outstanding                      $ _____

5. Subtract line 4 from line 3      $ _____

Line 5 must be equal to your checkbook balance

*Attention Telephone Banking Customers:*
*On Wednesday, November 18th, we will be*
*enhancing First Bank and Trust's telephone*
*banking system. You can still enjoy all the*
*current features plus new capabilities,*
*including speech recognition and greater*
*access to accounts and information –*
*including loans. Please note that you will*
*need to re-establish your PIN the first time*
*you call the enhanced system. Learn more*
*about these upgrades and find the new*
*telephone banking phone number at*
*www.firstbank.com.*

**Electronic Services Information** (for Consumer Accounts Only)
In case of errors or questions about your electronic transfers, call or write us at the telephone number or address listed above as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared.
- Tell us your name and account number (if any).
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.
we will investigate your complaint and correct any error promptly. If we take more than 10 days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.



**First Bank**
**& Trust Company**
The Bank That Puts You First
www.FirstBank.com   Member FDIC

# First Bank
# & Trust Company
### The Bank That Puts You First.

*Online Banking Log-in*

Date   9/30/25        Page    1
Primary Account        30408439
C 31                   Enclosures   22

Jack Robert Thacker Jr
Debtor-in-Possession
Case No. 2:25-bk-50237-RMM
*******************************************
    Bad Address
*******************************************

## CHECKING ACCOUNTS

On Oct. 1st, we will transition all personal accounts to eStatements. If you wish to continue receiving paper statements by mail, please be advised that a $2 monthly paper statement fee will be applied. If you are not enrolled in online banking, you will need to enroll. Visit a branch, call us at (866)428-5998, or send a chat in online banking to request that we continue sending statements by mail or for help with online banking enrollment.

| | | | |
|---|---|---|---|
| Regular Checking | | Number of Enclosures | 22 |
| Account Number | 30408439 | Statement Dates   9/02/25 thru  9/30/25 | |
| Previous Balance | 475,553.24 | Days in the Statement Period | 29 |
| 8 Deposits/Credits | 557,849.07 | Average Ledger | 790,906.36 |
| 91 Checks/Debits | 365,022.64 | Average Collected | 771,772.06 |
| Service Charge | .00 | | |
| Interest Paid | .00 | | |
| Ending Balance | 668,379.67 | | |

## DEPOSITS AND ADDITIONS

| Date | Description | Amount |
|---|---|---|
| 9/02 | Deposit | 527,282.82 |
| 9/05 | Deposit | 1,500.00 |
| 9/10 | POS CRE 0000 09/08/25 81183048 | 10.00 |
| | PY *HIGHWAY 126 SELF S | |
| | BRISTOL      TN | |
| 9/16 | Deposit | 27,612.06 |
| 9/24 | MID MESA    MONTEGO ASSET | 247.04 |
| | CCD      556 | |
| 9/24 | MRM DIST    MONTEGO ASSET MA | 416.64 |
| | CCD      838 | |
| 9/24 | SILV PEAK   MONTEGO ASSET MA | 488.84 |
| | CCD      738 | |
| 9/26 | CREDIT      AXOS CLEARING | 291.67 |
| | PPD | |

## WITHDRAWALS AND DEDUCTIONS

| Date | Description | Amount |
|---|---|---|
| 9/02 | DBT CRD 1922 08/29/25 13604665 | 3.27- |
| | AMAZON PRIME*2Y3CJ1UA3 | |
| | amzn.com/bill WA | |
| 9/02 | DBT CRD 2229 09/01/25 25763558 | 6.56- |
| | Prime Video Channels | |
| | amzn.com/bill WA | |
| 9/02 | DBT CRD 0944 08/29/25 30996076 | 7.65- |
| | Prime Video Channels | |

# First Bank
## & Trust Company
### The Bank That Puts You First.

_Online Banking Log-in_

Date  9/30/25        Page      2
Primary Account           30408439
Enclosures                     22

Jack Robert Thacker Jr
Debtor-in-Possession
Case No. 2:25-bk-50237-RMM
*****************************************
    Bad Address
*****************************************

Regular Checking                    30408439   (Continued)

## WITHDRAWALS AND DEDUCTIONS

| Date | Description | Amount |
|------|-------------|--------|
|      | amzn.com/bill WA | |
| 9/02 | DBT CRD 2156 08/30/25 05931461 | 14.22- |
|      | Prime Video Channels | |
|      | amzn.com/bill WA | |
| 9/02 | POS DEB 1657 08/30/25 00088136 | 32.92- |
|      | WM SUPERCENTER # | |
|      | 220 CENTURY BLVD | |
|      | BRISTOL      TN | |
| 9/02 | POS DEB 1534 08/31/25 00006314 | 33.82- |
|      | FOOD CITY #821 | |
|      | FOOD CITY  821 | |
|      | BRISTOL      VA | |
| 9/02 | DBT CRD 1222 09/01/25 25761191 | 39.84- |
|      | PARKWAY WINE & LIQUOR | |
|      | BRISTOL      TN | |
| 9/02 | POS DEB 1354 09/01/25 00942049 | 48.10- |
|      | FOOD CITY #617 | |
|      | FOOD CITY  617 | |
|      | BRISTOL      TN | |
| 9/02 | DBT CRD 0833 08/29/25 88348887 | 55.00- |
|      | PREMIER PHARMACY INC | |
|      | 423-2451022   TN | |
| 9/02 | DBT CRD 1447 08/31/25 12324566 | 80.13- |
|      | MCDONALD S F965 | |
|      | BRISTOL      TN | |
| 9/04 | DBT CRD 1255 09/03/25 45017425 | 18.53- |
|      | TACO RIENDO FRESH MEX | |
|      | BRISTOL      VA | |
| 9/04 | DBT CRD 0801 09/02/25 68780880 | 100.00- |
|      | PY *HIGHWAY 126 SELF S | |
|      | 423-968-3321  TN | |
| 9/04 | POS DEB 1609 09/03/25 00134778 | 128.61- |
|      | SAMS CLUB #6518 | |
|      | 13249 LEE HWY | |
|      | BRISTOL      VA | |
| 9/05 | POS DEB 1345 09/05/25 05669200 | 47.63- |
|      | 3403 SCOTCHMAN | |
|      | 1290 VOLUNTEER PKY | |
|      | BRISTOL      TN | |
| 9/05 | POS DEB 1449 09/05/25 51943367 | 76.70- |
|      | WAL WAL-MART #0620 000984 | |

# First Bank
## & Trust Company
### The Bank That Puts You First.

Jack Robert Thacker Jr
Debtor-in-Possession
Case No. 2:25-bk-50237-RMM
*****************************************
    Bad Address
*****************************************

Regular Checking                    30408439  (Continued)

| WITHDRAWALS AND DEDUCTIONS | | |
|---|---|---|
| Date | Description | Amount |
| | 220 CENTURY BLVD | |
| | BRISTOL      TN | |
| 9/05 | POS DEB 1406 09/05/25 14913345 | 107.63- |
| | LOWE S #2591 | |
| | 1340 VOLUNTEER PAR | |
| | BRISTOL      TN | |
| 9/05 | POS DEB 1538 09/04/25 00905223 | 110.46- |
| | FOOD CITY #617 | |
| | FOOD CITY  617 | |
| | BRISTOL      TN | |
| 9/05 | CREDITCARD BARCLAYCARD US | 804.08- |
| | CHECK # 1024 | |
| 9/08 | W/D SVC 2034 09/06/25 00004792 | 1.00- |
| | PAI ATM | |
| | 2909 MEDICAL CENTER PKW | |
| 9/08 | DBT CRD 1335 09/07/25 69596915 | 6.23- |
| | LOVE S AI QSR#793 | |
| | MT JULIET    TN | |
| 9/08 | DBT CRD 2007 09/07/25 40284835 | 8.75- |
| | Prime Video Channels | |
| | amzn.com/bill WA | |
| 9/08 | DBT CRD 1912 09/06/25 07306561 | 34.55- |
| | VICTORY VILLAGE LIQUOR | |
| | MURFREESBORO  TN | |
| 9/08 | POS DEB 2012 09/06/25 00079324 | 39.14- |
| | UBER    * EATS PENDING | |
| | 405 Howard St | |
| | San Francisco CA | |
| 9/08 | POS DEB 1919 09/06/25 00466249 | 55.02- |
| | Speedway | |
| | 108 Battalion Blvd | |
| | Murfreesboro  TN | |
| 9/08 | POS DEB 1658 09/07/25 41055500 | 59.87- |
| | PILOT #0412 | |
| | 3624 ROY MESSER HW | |
| | WHITE PINE    TN | |
| 9/08 | DBT CRD 1240 09/05/25 36192493 | 76.43- |
| | PARKWAY WINE & LIQUOR | |
| | BRISTOL      TN | |
| 9/08 | DBT CRD 1017 09/04/25 50704338 | 160.00- |
| | WEAVER PIKE MINI STORA | |

# First Bank
## & Trust Company
### The Bank That Puts You First.

Date  9/30/25        Page      4
Primary Account        30408439
Enclosures                   22

Jack Robert Thacker Jr
Debtor-in-Possession
Case No. 2:25-bk-50237-RMM
*****************************************
    Bad Address
*****************************************

Regular Checking                 30408439   (Continued)

## WITHDRAWALS AND DEDUCTIONS

| Date | Description | Amount |
|------|-------------|--------|
|      | 800-789-3638  TN | |
| 9/08 | ATM W/D 1934 09/06/25 00004792 | 203.75- |
|      | PAI ATM | |
|      | 2909 MEDICAL CENTE | |
|      | MURFREESBORO  TN | |
| 9/08 | INSURANCE  MIDLAND NATIONAL | 950.00- |
|      | PPD | |
| 9/09 | POS DEB 1314 09/09/25 00610862 | 32.74- |
|      | FOOD CITY #821 | |
|      | FOOD CITY  821 | |
|      | BRISTOL      VA | |
| 9/09 | DBT CRD 1957 09/07/25 34628597 | 188.78- |
|      | TWNEPLACE STE NASHVILL | |
|      | SMYRNA       TN | |
| 9/09 | DBT CRD 1033 09/07/25 60341847 | 400.26- |
|      | U-HAULEASY TOWING | |
|      | LA VERGNE    TN | |
| 9/09 | DBT CRD 0011 09/07/25 86685964 | 140.00- |
|      | WEAVER PIKE MINI STORA | |
|      | 800-789-3638  TN | |
| 9/10 | DBT CRD 2019 09/10/25 47989053 | 8.75- |
|      | Prime Video Channels | |
|      | amzn.com/bill WA | |
| 9/11 | POS DEB 1403 09/11/25 32255025 | 103.81- |
|      | WAL WAL-MART #0620 001389 | |
|      | 220 CENTURY BLVD | |
|      | BRISTOL      TN | |
| 9/11 | DBT CRD 1049 09/10/25 69492977 | 199.98- |
|      | WWW.BIRTHP* BCM BRISTO | |
|      | WWW.BIRTHPLAC TN | |
| 9/12 | DBT CRD 1214 09/11/25 20545750 | 56.76- |
|      | PARKWAY WINE & LIQUOR | |
|      | BRISTOL       TN | |
| 9/15 | POS DEB 1442 09/15/25 00811185 | 11.00- |
|      | USPS PO 51111603 111 6TH | |
|      | USPS PO 51111603 1 | |
|      | BRISTOL      VA | |
| 9/15 | DBT CRD 1430 09/14/25 02073362 | 29.51- |
|      | APPLE.COM/BILL | |
|      | 866-712-7753  CA | |
| 9/15 | POS DEB 1703 09/14/25 00950792 | 206.14- |
|      | WM SUPERCENTER #620 | |

# First Bank
## & Trust Company
### The Bank That Puts You First.

```
      Jack Robert Thacker Jr
      Debtor-in-Possession
      Case No. 2:25-bk-50237-RMM
      *****************************************
        Bad Address
      *****************************************
```

Regular Checking                    30408439   (Continued)

## WITHDRAWALS AND DEDUCTIONS

| Date | Description | Amount |
|------|-------------|--------|
|  | 220 CENTURY BLVD | |
|  | BRISTOL      TN | |
| 9/15 | DBT CRD 2159 09/12/25 07577259 | 2.99- |
|  | APPLE.COM/BILL | |
|  | 866-712-7753   CA | |
| 9/15 | CHECK PYMT CAPITAL ONE ARC | 69.73- |
|  | CHECK # 1026 | |
| 9/15 | PAYMENT    JOHN HANCOCK MAN | 70.00- |
|  | PPD | |
|  | TRN*1*E47782520\ | |
| 9/16 | DBT CRD 1750 09/15/25 22156807 | 40.75- |
|  | HAPPY STAR CHINESE RES | |
|  | BRISTOL      TN | |
| 9/16 | DBT CRD 0007 09/15/25 84588300 | 104.00- |
|  | PY *STORAGE SOLUTIONS | |
|  | 615-893-5125   TN | |
| 9/16 | POS DEB 1423 09/16/25 14969264 | 283.92- |
|  | LOWE S #2591 | |
|  | 1340 VOLUNTEER PAR | |
|  | BRISTOL      TN | |
| 9/17 | POS DEB 1211 09/17/25 00580840 | 60.00- |
|  | VA ABC STORE 343 | |
|  | VA ABC STORE 343 | |
|  | BRISTOL      VA | |
| 9/18 | WEB PMT  BCBSTN | 1,021.45- |
|  | WEB | |
| 9/19 | DBT CRD 1845 09/18/25 55559550 | 18.60- |
|  | Prime Video Channels | |
|  | amzn.com/bill WA | |
| 9/22 | POS DEB 1430 09/20/25 00218991 | 34.19- |
|  | WALGREENS STORE 1388 VOLU | |
|  | WALGREENS STORE 13 | |
|  | BRISTOL      TN | |
| 9/22 | POS DEB 1844 09/20/25 00847472 | 75.83- |
|  | FOOD CITY #821 | |
|  | FOOD CITY  821 | |
|  | BRISTOL      VA | |
| 9/22 | DBT CRD 0822 09/19/25 81498335 | 27.36- |
|  | Netflix.com | |
|  | 408-5403700   CA | |
| 9/23 | POS DEB 1346 09/23/25 00428671 | 60.00- |
|  | VA ABC STORE 343 | |

# First Bank & Trust Company
## The Bank That Puts You First.

Online Banking Log-in

Date  9/30/25      Page    6
Primary Account        30408439
Enclosures             22

Jack Robert Thacker Jr
Debtor-in-Possession
Case No. 2:25-bk-50237-RMM
*****************************************
    Bad Address
*****************************************

Regular Checking                30408439   (Continued)

## WITHDRAWALS AND DEDUCTIONS

| Date | Description | Amount |
|------|-------------|--------|
|      | VA ABC STORE 343 BRISTOL        VA | |
| 9/23 | UTILITY BI SOUTH FORK UTILI PPD | 68.57- |
| 9/24 | POS DEB 1504 09/23/25 43013301 NST THE HOME DEPOT 000944 3481 LEE HWY BRISTOL        VA | 111.38- |
| 9/24 | POS DEB 1545 09/23/25 77323059 WAL SAM S Club     002350 6518 WAL-SAMS BRISTOL        VA | 231.27- |
| 9/24 | DBT CRD 1118 09/23/25 86912284 BOLLINGS AUTO BRISTOL        TN | 235.47- |
| 9/25 | POS DEB 1627 09/24/25 00295646 FOOD CITY #821 FOOD CITY  821 BRISTOL        VA | 125.34- |
| 9/26 | DBT CRD 1703 09/25/25 94170270 Prime Video Channels amzn.com/bill WA | 6.56- |
| 9/26 | DBT CRD 1602 09/25/25 55530413 MURPHY6971ATWALMART BRISTOL        TN | 58.46- |
| 9/29 | DBT CRD 1345 09/28/25 75532916 SQ *BIG RED APPLE SHED Bristol        TN | 17.92- |
| 9/29 | POS DEB 1239 09/28/25 00743135 LOWE S #3456 LOWE S  3456 BRISTOL        VA | 44.16- |
| 9/29 | DBT CRD 0836 09/26/25 89710858 PREMIER PHARMACY INC 423-2451022    TN | 55.00- |
| 9/29 | POS DEB 1452 09/27/25 00511301 LOWE S #2591 LOWE S  2591 BRISTOL        TN | 73.29- |
| 9/29 | DBT CRD 0007 09/26/25 84749128 PY *STORAGE SOLUTIONS | 139.00- |

# First Bank & Trust Company
## The Bank That Puts You First.

Date  9/30/25        Page    7
Primary Account      30408439
Enclosures                 22

Jack Robert Thacker Jr
Debtor-in-Possession
Case No. 2:25-bk-50237-RMM
*******************************************
    Bad Address
*******************************************

Regular Checking                        30408439   (Continued)

## WITHDRAWALS AND DEDUCTIONS

| Date | Description | Amount |
|------|-------------|--------|
|      | 615-893-5125   TN | |
| 9/29 | DBT CRD 0000 09/28/25 80497735 | 4.99- |
|      | APPLE.COM/BILL | |
|      | 866-712-7753  CA | |
| 9/29 | ELEC. BILL BRISTOL TN ESSEN | 483.72- |
|      | PPD | |
| 9/29 | PAYMENTS PRUDENTIAL | 2,015.00- |
|      | WEB | |
| 9/30 | DBT CRD 1952 09/29/25 31212055 | 3.27- |
|      | AMAZON PRIME*NV1672NL0 | |
|      | amzn.com/bill WA | |
| 9/30 | DBT CRD 0952 09/29/25 35596748 | 7.65- |
|      | Prime Video Channels | |
|      | amzn.com/bill WA | |
| 9/30 | DBT CRD 2225 09/30/25 23552560 | 14.22- |
|      | Prime Video Channels | |
|      | amzn.com/bill WA | |
| 9/30 | POS DEB 1632 09/29/25 00429552 | 49.54- |
|      | FOOD CITY #617 | |
|      | FOOD CITY  617 | |
|      | BRISTOL        TN | |

## CHECKS

| Date | Check No | Amount | Date | Check No | Amount | Date | Check No | Amount |
|------|----------|--------|------|----------|--------|------|----------|--------|
| 9/15 |          | 43,983.14 | 9/10 | 1021* | 21,495.87 | 9/05 | 1028 | 429.75 |
| 9/15 |          | 157,091.99 | 9/10 | 1022 | 21,714.27 | 9/03 | 1029 | 10,973.44 |
| 9/03 | 1014*    | 738.19 | 9/10 | 1023 | 27,855.23 | 9/04 | 1030 | 1,639.18 |
| 9/05 | 1015     | 25,562.20 | 9/05 | 1024 | -See above- | 9/04 | 1032* | 2,557.00 |
| 9/08 | 1016     | 10,224.88 | 9/05 | 1025 | 2,594.05 | 9/05 | 1033 | 500.00 |
| 9/18 | 1017     | 10,224.88 | 9/15 | 1026 | -See above- | 9/09 | 1034 | 300.00 |
| 9/25 | 1018     | 10,224.88 | 9/08 | 1027 | 5,112.44 | 9/30 | 1035 | 1,500.00 |

*Indicates Skip In Check Numbers

## DAILY BALANCE INFORMATION

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 9/02 | 1,002,514.55 | 9/11 | 868,265.35 | 9/22 | 682,465.17 |
| 9/03 | 990,802.92 | 9/12 | 868,208.59 | 9/23 | 682,336.60 |
| 9/04 | 986,359.60 | 9/15 | 666,744.09 | 9/24 | 682,911.00 |
| 9/05 | 957,627.10 | 9/16 | 693,927.48 | 9/25 | 672,560.78 |
| 9/08 | 940,695.04 | 9/17 | 693,867.48 | 9/26 | 672,787.43 |
| 9/09 | 939,633.26 | 9/18 | 682,621.15 | 9/29 | 669,954.35 |
| 9/10 | 868,569.14 | 9/19 | 682,602.55 | 9/30 | 668,379.67 |

**Credit**
Bank: The First Bank & Trust Co.
Branch #: 22
Branch Name: Volunteer Parkway
Teller ID: W34HCM
Drawer #: 211
Trans #: 27
Misc:

**DDA Deposit**
Date/Time: 9/2/2025   2:59 PM
Workstation: FZ17N83
HIN #: 937622090000075
Owner: J R Thacker

SUBSTITUTE IMAGE / VIRTUAL DOCUMENT

| AUXILIARY | R/T 5408-0011 | ACCOUNT 30408439 | PC/TC 20 | AMOUNT $527,282.82 |

Deposit   Date: 09/02   Amount: $527,282.82

**Credit**
Bank: The First Bank & Trust Co
Branch #: 22
Branch Name: Volunteer Parkway
Teller ID: W34MEJ
Drawer #: 216
Trans #: 55
Misc:

**DDA Deposit**
Date/Time: 9/16/2025   2:04 PM
Workstation: F222N83
HIN #: 93902211000214
Owner: J R Thacker

SUBSTITUTE IMAGE / VIRTUAL DOCUMENT

| AUXILIARY | R/T 5408-0011 | ACCOUNT 30408439 | PC/TC 20 | AMOUNT $27,612.06 |

Deposit   Date: 09/16   Amount: $27,612.06

---

**Credit**
Bank: The First Bank & Trust Co.
Branch #: 22
Branch Name: Volunteer Parkway
Teller ID: W34HCM
Drawer #: 211
Trans #: 99
Misc:

**DDA Deposit**
Date/Time: 9/5/2025   1:52 PM
Workstation: FZ24N83
HIN #: 937922080000149
Owner: J R Thacker

SUBSTITUTE IMAGE / VIRTUAL DOCUMENT

| AUXILIARY | R/T 5408-0011 | ACCOUNT 30408439 | PC/TC 20 | AMOUNT $1,500.00 |

Deposit   Date: 09/05   Amount: $1,500.00



Name: Jack Thacker
Account No. 30408439   9/15/25
Pay to the Order of: FB+T   $ 157,091.99
One hundred fifty seven thousand ninety one 99/100
THE First BANK & TRUST CO.
For Vaughn's Cashiers check
⑆051404464⑆

Date: 09/15   Amount: $157,091.99



Name: Jack Thacker
Account No. 30408439   9/15/25
Pay to the Order of: FB+T   $ 43,983.14
Fourty three thousand nine hundred eighty three 14/100
THE First BANK & TRUST CO.
For Lair-Cashiers Check
⑆051404464⑆

Date: 09/15   Amount: $43,983.14



JACK ROBERT THACKER JR.   1014
DEBTOR-IN-POSSESSION
CASE NO. 2:25-BK-50237 RMM
2291 BULLOCK HOLLOW ROAD
BRISTOL, TN 37620
8-26-2025
Pay to the Order of: Treasurer, City of Bristol VA   $ 738.19
Seven hundred thirty eight and 19/100   Dollars
First Bank & Trust Company
For Taxes   951 Cumberland St.
⑆051404464⑆ 3040 843 9⑆ 1014

1014   Date: 09/03   Amount: $738.19



JACK ROBERT THACKER JR.   1015
DEBTOR-IN-POSSESSION
CASE NO. 2:25-BK-50237 RMM
2291 BULLOCK HOLLOW ROAD
BRISTOL, TN 37620
Aug. 27, 2025
Pay to the Order of: Roy Parker Jr Revocable Trust   $ 25,562.20
Twenty-Five thousand five hundred sixty-two + 20/100   Dollars
First Bank & Trust Company
For Claim #2 Initial Payment
⑆051404464⑆ 3040 843 9⑆ 1015

1015   Date: 09/05   Amount: $25,562.20



JACK ROBERT THACKER JR.   1016
DEBTOR-IN-POSSESSION
CASE NO. 2:25-BK-50237 RMM
2291 BULLOCK HOLLOW ROAD
BRISTOL, TN 37620
Aug. 27, 2025
Pay to the Order of: Joshua Mankini   $ 10,224.88
Ten thousand two hundred twenty-Four + 88/100   Dollars
First Bank & Trust Company
For Claim #3 Initial Payment
⑆051404464⑆ 3040 843 9⑆ 1016

1016   Date: 09/08   Amount: $10,224.88



JACK ROBERT THACKER JR.   1017
DEBTOR-IN-POSSESSION
CASE NO. 2:25-BK-50237 RMM
2291 BULLOCK HOLLOW ROAD
BRISTOL, TN 37620
August 27, 2025
Pay to the Order of: Michael Siegforth   $ 10,224.88
Ten thousand two hundred twenty-Four + 88/100   Dollars
First Bank & Trust Company
For Claim #4 Initial Payment
⑆051404464⑆ 3040 843 9⑆ 1017

1017   Date: 09/18   Amount: $10,224.88



JACK ROBERT THACKER JR.   1018
DEBTOR-IN-POSSESSION
CASE NO. 2:25-BK-50237 RMM
2291 BULLOCK HOLLOW ROAD
BRISTOL, TN 37620
August 27, 2025
Pay to the Order of: James Wood   $ 10,224.88
Ten thousand two hundred twenty-Four + 88/100   Dollars
First Bank & Trust Company
For Claim #5 Initial Payment
⑆051404464⑆ 3040 843 9⑆ 1018

1018   Date: 09/25   Amount: $10,224.88



JACK ROBERT THACKER JR.   1021
DEBTOR-IN-POSSESSION
CASE NO. 2:25-BK-50237 RMM
2291 BULLOCK HOLLOW ROAD
BRISTOL, TN 37620
August 27, 2025
Pay to the Order of: Kent & Nancy Crowe   $ 21,495.87
Twenty-one thousand four hundred ninety-five + 87/100   Dollars
First Bank & Trust Company
For Claim #8 Initial Payment
⑆051404464⑆ 3040 843 9⑆ 1021

1021   Date: 09/10   Amount: $21,495.87



JACK ROBERT THACKER JR.   1022
DEBTOR-IN-POSSESSION
CASE NO. 2:25-BK-50237 RMM
2291 BULLOCK HOLLOW ROAD
BRISTOL, TN 37620
August 27, 2025
Pay to the Order of: Thomas & Diann Elliott   $ 21,714.27
Twenty-one thousand seven hundred fourteen + 27/100   Dollars
First Bank & Trust Company
For Claim #9 Initial Payment
⑆051404464⑆ 3040 843 9⑆ 1022

1022   Date: 09/10   Amount: $21,714.27

**Check 1023**

JACK ROBERT THACKER JR.
DEBTOR-IN-POSSESSION
CASE NO. 2:25-BK-50237 RMM
2281 BULLOCK HOLLOW ROAD
BRISTOL, TN 37620

1023
August 27 2025

Pay to the Order of: Darrell + Joan Vincent    $ 27,855.23
Twenty-seven thousand eight hundred fifty-five Dollars

First Bank & Trust Company
For: Claim #10 Initial Payment

⑆051404464⑆ 3040 843 9⑆ 1023

*1023   Date: 09/10   Amount: $27,855.23*

---

**Check 1025**

JACK ROBERT THACKER JR.
DEBTOR-IN-POSSESSION
CASE NO. 2:25-BK-50237 RMM
2281 BULLOCK HOLLOW ROAD
BRISTOL, TN 37620

1025
August 27, 2025

Pay to the Order of: Blank Rome, LLP    $ 2,594.05
Two thousand five hundred ninety-four + 05 Dollars

First Bank & Trust Company
For: Pikke Morice client

⑆051404464⑆ 3040 843 9⑆ 1025

*1025   Date: 09/05   Amount: $2,594.05*

---

**Check 1027**

JACK ROBERT THACKER JR.
DEBTOR-IN-POSSESSION
CASE NO. 2:25-BK-50237 RMM
2281 BULLOCK HOLLOW ROAD
BRISTOL, TN 37620

1027
August 27, 2025

Pay to the Order of: Celia Howe Osborne    $ 5,112.44
Five thousand one hundred twelve + 44 Dollars

First Bank & Trust Company
For: Distribution on Claim

⑆051404464⑆ 3040 843 9⑆ 1027

*1027   Date: 09/08   Amount: $5,112.44*

---

**Check 1028**

JACK ROBERT THACKER JR.
DEBTOR-IN-POSSESSION
CASE NO. 2:25-BK-50237 RMM
2281 BULLOCK HOLLOW ROAD
BRISTOL, TN 37620

1028
August 27, 2025

Pay to the Order of: Citi bank Mastercard    $ 429.75
Four hundred twenty-nine + 75 Dollars

First Bank & Trust Company
For: Act 5218 7600 8166 8309

⑆051404464⑆ 3040 843 9⑆ 1028

*1028   Date: 09/05   Amount: $429.75*

---

**Check 1029**

JACK ROBERT THACKER JR.
DEBTOR-IN-POSSESSION
CASE NO. 2:25-BK-50237 RMM
2281 BULLOCK HOLLOW ROAD
BRISTOL, TN 37620

1029
August 27, 2025

Pay to the Order of: Faegre Drinker Biddle + Reath, LLP    $ 10,973.44
Ten thousand nine hundred seventy-three + 44 Dollars

First Bank & Trust Company
For: David Porteous client

⑆051404464⑆ 3040 843 9⑆ 1029

*1029   Date: 09/03   Amount: $10,973.44*

---

**Check 1030**

JACK ROBERT THACKER JR.
DEBTOR-IN-POSSESSION
CASE NO. 2:25-BK-50237 RMM
2281 BULLOCK HOLLOW ROAD
BRISTOL, TN 37620

1030
August 27, 2025

Pay to the Order of: ILNRA    $ 1,639.18
One thousand six hundred thirty-nine + 18 Dollars

First Bank & Trust Company
For: CRD # 2754773

⑆051404464⑆ 3040 843 9⑆ 1030

*1030   Date: 09/04   Amount: $1,639.18*

---

**Check 1032**

JACK ROBERT THACKER JR.
DEBTOR-IN-POSSESSION
CASE NO. 2:25-BK-50237 RMM
2281 BULLOCK HOLLOW ROAD
BRISTOL, TN 37620

1032
9-4-2025

Pay to the Order of: Erie Insurance    $ 2,557.00
Two thousand five hundred fifty-seven Dollars

First Bank & Trust Company
For: Home Insurance

⑆051404464⑆ 3040 843 9⑆ 1032

*1032   Date: 09/04   Amount: $2,557.00*

---

**Check 1033**

JACK ROBERT THACKER JR.
DEBTOR-IN-POSSESSION
CASE NO. 2:25-BK-50237 RMM
2281 BULLOCK HOLLOW ROAD
BRISTOL, TN 37620

1033
9-5-2025

Pay to the Order of: Cash    $ 500.00
Five hundred Dollars

First Bank & Trust Company
For: Cash to pay movers

⑆051404464⑆ 3040 843 9⑆ 1033

*1033   Date: 09/05   Amount: $500.00*

---

**Check 1034**

JACK ROBERT THACKER JR.
DEBTOR-IN-POSSESSION
CASE NO. 2:25-BK-50237 RMM
2281 BULLOCK HOLLOW ROAD
BRISTOL, TN 37620

1034
Sept 8, 2025

Pay to the Order of: Cash    $ 300.00
Three hundred Dollars

First Bank & Trust Company
For: Cash to Pay Movers

⑆051404464⑆ 3040 843 9⑆ 1034

*1034   Date: 09/09   Amount: $300.00*

---

**Check 1035**

JACK ROBERT THACKER JR.
DEBTOR-IN-POSSESSION
CASE NO. 2:25-BK-50237 RMM
2281 BULLOCK HOLLOW ROAD
BRISTOL, TN 37620

1035
Sept 19, 2025

Pay to the Order of: Amber Hayes CPA    $ 1,500.00
One thousand five hundred Dollars

First Bank & Trust Company
For: Accounting + 2024 Taxes

⑆051404464⑆ 3040 843 9⑆ 1035

*1035   Date: 09/30   Amount: $1,500.00*

**Change of Name or Address Request**
Please indicate correct name and address as you wish it to appear on our records:

Mail To:  First Bank & Trust
Attn: Customer Operations
P.O. Box 1000
Abingdon, VA 24212-1000

_____     _____
Name                         City, State, Zip

Phone: 276-623-2265

_____     _____   _____
Second Name (if Joint Account)   Telephone              Social Security #

_____     _____
Street Address               Signature of Account Holder(s)

Cut here and return to the address above

**Step 1**
In your checkbook, make the following entries so that all transactions are recorded on both your records and the Bank's

**Add**
Any deposits/credits shown on this statement but not in your checkbook.

**Subtract**
Any withdrawals/debits on this statement but not entered in your checkbook.

**Step 2**
List deposits not on your statement.

| Date | Amount |
|------|--------|
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
| Total |       |

**Step 3**
List checks outstanding.

| Check Number | Amount |
|--------------|--------|
|              |        |
|              |        |
|              |        |
|              |        |
|              |        |
|              |        |
|              |        |
|              |        |
|              |        |
|              |        |
|              |        |
| Total        |        |

**Step 4**
Reconcile your account:

1. Bank statement balance.    $ _____

2. Total amount of deposits not shown on statement.    $ _____

3. Add line 1 and 2.    $ _____

4. Total amount of checks outstanding    $ _____

5. Subtract line 4 from line 3    $ _____

Line 5 must be equal to your checkbook balance

*Attention Telephone Banking Customers: On Wednesday, November 18th, we will be enhancing First Bank and Trust's telephone banking system. You can still enjoy all the current features plus new capabilities, including speech recognition and greater access to accounts and information – including loans. Please note that you will need to re-establish your PIN the first time you call the enhanced system. Learn more about these upgrades and find the new telephone banking phone number at www.firstbank.com.*

**Electronic Services Information** (for Consumer Accounts Only)
In case of errors or questions about your electronic transfers, call or write us at the telephone number or address listed above as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared.
- Tell us your name and account number (if any).
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.
we will investigate your complaint and correct any error promptly. If we take more than 10 days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

First Bank
& Trust Company
The Bank That Puts You First
www.FirstBank.com | Member FDIC

# First Bank
## & Trust Company
### The Bank That Puts You First.

_Online Banking Log-in_

Date 10/31/25          Page    1
Primary Account      30408439
C 31          Enclosures    5

Jack Robert Thacker Jr
Debtor-in-Possession
Case No. 2:25-bk-50237-RMM
*****************************************
    Bad Address
*****************************************

## CHECKING ACCOUNTS

On Oct. 1st, we will transition all personal accounts to eStatements. If you wish to continue receiving paper statements by mail, please be advised that a $2 monthly paper statement fee will be applied. If you are not enrolled in online banking, you will need to enroll. Visit a branch, call us at (866)428-5998, or send a chat in online banking to request that we continue sending statements by mail or for help with online banking enrollment.

| | | | |
|---|---|---|---|
| Regular Checking | | Number of Enclosures | 5 |
| Account Number | 30408439 | Statement Dates 10/01/25 thru 11/02/25 | |
| Previous Balance | 668,379.67 | Days in the Statement Period | 33 |
| 5 Deposits/Credits | 2,927.34 | Average Ledger | 661,524.25 |
| 66 Checks/Debits | 16,016.38 | Average Collected | 661,524.25 |
| Service Charge | .00 | | |
| Interest Paid | .00 | | |
| Ending Balance | 655,290.63 | | |

## DEPOSITS AND ADDITIONS

| Date | Description | Amount |
|---|---|---|
| 10/02 | Deposit | 1,500.00 |
| 10/27 | MID MESA   MONTEGO ASSET | 286.97 |
| | CCD      556 | |
| 10/27 | MRM DIST   MONTEGO ASSET MA | 420.67 |
| | CCD      838 | |
| 10/27 | SILV PEAK  MONTEGO ASSET MA | 478.03 |
| | CCD      738 | |
| 10/28 | CREDIT     AXOS CLEARING | 241.67 |
| | PPD | |

## WITHDRAWALS AND DEDUCTIONS

| Date | Description | Amount |
|---|---|---|
| 10/01 | DBT CRD 2304 10/01/25 46967136 | 6.56- |
| | Prime Video Channels | |
| | amzn.com/bill WA | |
| 10/01 | POS DEB 1429 10/01/25 00579590 | 47.36- |
| | VA ABC STORE 343 | |
| | VA ABC STORE 343 | |
| | BRISTOL      VA | |
| 10/01 | DBT CRD 1017 09/29/25 50744060 | 180.00- |
| | WEAVER PIKE MINI STORA | |
| | 800-789-3638  TN | |
| 10/02 | POS DEB 1637 10/01/25 00354248 | 23.59- |
| | WALGREENS STORE 1388 VOLU | |

# First Bank
## & Trust Company
### The Bank That Puts You First.

```
                                          Date 10/31/25        Page     2
                                          Primary Account         30408439
                                          Enclosures               5
```

```
        Jack Robert Thacker Jr
        Debtor-in-Possession
        Case No. 2:25-bk-50237-RMM
        ******************************************
          Bad Address
        ******************************************
```

Regular Checking                    30408439  (Continued)

### WITHDRAWALS AND DEDUCTIONS

| Date  | Description | Amount |
|-------|------------|--------|
|       | WALGREENS STORE 13<br>BRISTOL      TN | |
| 10/02 | POS DEB 1137 10/02/25 00737344<br>WM SUPERCENTER #620<br>220 CENTURY BLVD<br>BRISTOL      TN | 87.19- |
| 10/02 | POS DEB 1631 10/01/25 16185898<br>LOWE S #2591<br>1340 VOLUNTEER PAR<br>BRISTOL      TN | 95.97- |
| 10/03 | DBT CRD 1100 10/02/25 76076083<br>Craigs Cleaners<br>Bristol      TN | 10.74- |
| 10/03 | POS DEB 1401 10/03/25 00091224<br>WEIGELS 73 Q88<br>WEIGELS 73 Q88<br>LAKE CITY    TN | 48.68- |
| 10/06 | POS DEB 0948 10/05/25 00085009<br>UBER   * EATS PENDING<br>405 Howard St<br>San Francisco CA | 32.24- |
| 10/06 | POS DEB 1718 10/05/25 00074051<br>UBER   * EATS PENDING<br>405 Howard St<br>San Francisco CA | 55.67- |
| 10/06 | POS DEB 2123 10/03/25 58613900<br>PILOT #0034<br>4154 W US HWY 24<br>REMINGTON    IN | 56.21- |
| 10/06 | POS DEB 1205 10/06/25 18698626<br>WAL WAL-MART #2815 000227<br>1460 GOLF RD<br>ROLLING MEADO IL | 84.23- |
| 10/06 | DBT CRD 0012 10/03/25 87269109<br>WEAVER PIKE MINI STORA<br>800-789-3638  TN | 140.00- |
| 10/08 | DBT CRD 2018 10/08/25 47270130<br>Prime Video Channels<br>amzn.com/bill WA | 8.75- |
| 10/08 | POS DEB 1357 10/08/25 00087427<br>JEWEL OSCO 3491 | 141.22- |

# First **Bank & Trust Company**
### The Bank That Puts You First.

Online Banking Log-in

```
                                    Date 10/31/25        Page    3
                                    Primary Account       30408439
                                    Enclosures                   5

        Jack Robert Thacker Jr
        Debtor-in-Possession
        Case No. 2:25-bk-50237-RMM
        ****************************************
          Bad Address
        ****************************************
```

Regular Checking                    30408439   (Continued)

### WITHDRAWALS AND DEDUCTIONS

| Date | Description | Amount |
|------|-------------|--------|
|       | JEWEL OSCO 3491 | |
|       | ROLLING MEADO IL | |
| 10/08 | INSURANCE  MIDLAND NATIONAL | 950.00- |
|       | PPD | |
| 10/09 | DBT CRD 0004 10/07/25 82999130 | 140.00- |
|       | WEAVER PIKE MINI STORA | |
|       | 800-789-3638  TN | |
| 10/10 | DBT CRD 2017 10/10/25 46497669 | 8.75- |
|       | Prime Video Channels | |
|       | amzn.com/bill WA | |
| 10/14 | POS DEB 1005 10/14/25 00701037 | 7.20- |
|       | WENDYS 852 | |
|       | 1505 VOLUNTEER PKW | |
|       | BRISTOL       TN | |
| 10/14 | POS DEB 1235 10/11/25 00147371 | 22.08- |
|       | UBER  * EATS PENDING | |
|       | 405 Howard St | |
|       | San Francisco CA | |
| 10/14 | POS DEB 1036 10/14/25 00117308 | 25.24- |
|       | VA ABC STORE 343 | |
|       | VA ABC STORE 343 | |
|       | BRISTOL       VA | |
| 10/14 | POS DEB 1521 10/11/25 68728974 | 39.80- |
|       | WAL WAL-MART #2815 002413 | |
|       | 1460 GOLF RD | |
|       | ROLLING MEADO IL | |
| 10/14 | POS DEB 1949 10/13/25 74372300 | 46.21- |
|       | PILOT #0412 | |
|       | 3624 ROY MESSER HW | |
|       | WHITE PINE    TN | |
| 10/14 | POS DEB 1026 10/11/25 00259496 | 47.87- |
|       | WALGREENS STORE 1711 W CA | |
|       | WALGREENS STORE 17 | |
|       | ARLINGTON HEI IL | |
| 10/14 | DBT CRD 2159 10/12/25 07531459 | 2.99- |
|       | APPLE.COM/BILL | |
|       | 866-712-7753  CA | |
| 10/15 | POS DEB 1719 10/14/25 00931205 | 86.56- |
|       | FOOD CITY #617 | |
|       | FOOD CITY  617 | |
|       | BRISTOL       TN | |



**Bank**
**& Trust Company**
The Bank That Puts You First.

Online Banking Log-in

Date 10/31/25        Page      4
Primary Account      30408439
Enclosures                   5

Jack Robert Thacker Jr
Debtor-in-Possession
Case No. 2:25-bk-50237-RMM
*******************************************
   Bad Address
*******************************************

Regular Checking                    30408439   (Continued)

## WITHDRAWALS AND DEDUCTIONS

| Date | Description | Amount |
|------|-------------|--------|
| 10/15 | POS DEB 1458 10/15/25 00507490 FOOD CITY #821 FOOD CITY  821 BRISTOL     VA | 129.98- |
| 10/15 | PAYMENT    JOHN HANCOCK MAN PPD TRN*1*E48876745\ | 70.00- |
| 10/16 | DBT CRD 0006 10/15/25 83844059 PY *STORAGE SOLUTIONS 615-893-5125   TN | 104.00- |
| 10/16 | DBT CRD 1043 10/15/25 66385264 VIOC 040231 BRISTOL     TN | 216.25- |
| 10/17 | POS DEB 1158 10/17/25 00427653 WEIGELS #116 WEIGELS  116 BRISTOL     TN | 33.27- |
| 10/17 | POS DEB 1351 10/17/25 41278000 WAL-MART #0620 220 CENTURY BLVD BRISTOL     TN | 81.95- |
| 10/17 | ATM W/D 1304 10/17/25 00009423 THE FIRST BANK 1314 VOLUNTEER PWY BRISTOL     TN | 300.00- |
| 10/20 | DBT CRD 1846 10/18/25 56097558 Prime Video Channels amzn.com/bill WA | 18.60- |
| 10/20 | POS DEB 0126 10/20/25 69346200 BP#2421700TA CARYVILLE 289 HOWARD BAKER H PIONEER     TN | 34.60- |
| 10/20 | POS DEB 2224 10/17/25 47469600 FLYING J #663 1670 WADDY RD WADDY      KY | 41.48- |
| 10/20 | DBT CRD 1320 10/16/25 60262263 BELMONT PACKAGE  LIQUO BRISTOL     TN | 41.62- |
| 10/20 | POS DEB 1324 10/20/25 00902606 PARKWAY WINE & LIQUOR | 43.66- |



# Bank
# & Trust Company
## The Bank That Puts You First.

<u>Online Banking Log-in</u>

Date 10/31/25          Page    5
Primary Account
Enclosures                  5

Jack Robert Thacker Jr
Debtor-in-Possession
Case No. 2:25-bk-50237-RMM
*****************************************
    Bad Address
*****************************************

Regular Checking                    30408439  (Continued)

## WITHDRAWALS AND DEDUCTIONS

| Date | Description | Amount |
|------|-------------|--------|
|  | PARKWAY WINE & LIQ<br>BRISTOL        TN | |
| 10/20 | POS DEB 1357 10/20/25 00722663<br>FOOD CITY #617<br>FOOD CITY  617<br>BRISTOL        TN | 117.68- |
| 10/20 | POS DEB 1117 10/18/25 11121881<br>APPLE COM BILL<br>APPLE COM BILL<br>CUPERTINO      CA | 13.10- |
| 10/20 | DBT CRD 0656 10/19/25 30191787<br>Netflix.com<br>408-5403700    CA | 27.36- |
| 10/20 | WEB PMT  BCBSTN<br>WEB | 1,021.45- |
| 10/23 | UTILITY BI SOUTH FORK UTILI<br>PPD | 76.92- |
| 10/27 | DBT CRD 1723 10/25/25 06189756<br>Prime Video Channels<br>amzn.com/bill WA | 6.56- |
| 10/27 | DBT CRD 1338 10/26/25 71317964<br>TACO RIENDO FRESH MEX<br>BRISTOL        VA | 37.70- |
| 10/27 | POS DEB 1545 10/24/25 00040073<br>FOOD CITY #821<br>FOOD CITY  821<br>BRISTOL        VA | 126.17- |
| 10/27 | DBT CRD 1309 10/24/25 53402169<br>I3B*SULLIVAN CLERK BLV<br>BLOUNTVILLE    TN | 133.44- |
| 10/27 | DBT CRD 0008 10/26/25 85367443<br>PY *STORAGE SOLUTIONS<br>615-893-5125   TN | 139.00- |
| 10/27 | POS DEB 1539 10/25/25 57285691<br>WAL WAL-MART #0620 001832<br>220 CENTURY BLVD<br>BRISTOL        TN | 216.94- |
| 10/27 | ELEC. BILL BRISTOL TN ESSEN<br>PPD | 450.04- |
| 10/29 | DBT CRD 2037 10/29/25 58291191<br>Prime Video *N47NJ9UJ1 | 4.15- |

# First Bank
## & Trust Company
### The Bank That Puts You First.

| | |
|---|---|
| Date 10/31/25 | Page    6 |
| Primary Account | 30408439 |
| Enclosures | 5 |

Jack Robert Thacker Jr
Debtor-in-Possession
Case No. 2:25-bk-50237-RMM
*******************************************
     Bad Address
*******************************************

Regular Checking                    30408439  (Continued)

## WITHDRAWALS AND DEDUCTIONS

| Date | Description | Amount |
|------|-------------|--------|
| | 888-802-3080   WA | |
| 10/29 | POS DEB 1340 10/29/25 00811979 | 52.51- |
| | WEAVER PIKE MARK | |
| | WEAVER PIKE MARK | |
| | Bristol       TN | |
| 10/29 | DBT CRD 0905 10/28/25 07414570 | 55.00- |
| | PREMIER PHARMACY INC | |
| | 423-2451022   TN | |
| 10/29 | POS DEB 1312 10/29/25 67953500 | 214.67- |
| | SAMSCLUB #6518 | |
| | 21483 MARKET CENTE | |
| | BRISTOL       VA | |
| 10/30 | DBT CRD 2007 10/29/25 40427709 | 3.27- |
| | AMAZON PRIME*NK50R0LJ0 | |
| | amzn.com/bill WA | |
| 10/30 | DBT CRD 0921 10/29/25 16812549 | 7.65- |
| | Prime Video Channels | |
| | amzn.com/bill WA | |
| 10/30 | DBT CRD 1109 10/28/25 81865580 | 12.77- |
| | ARBYS 1963 | |
| | BRISTOL       TN | |
| 10/30 | DBT CRD 2127 10/30/25 88518921 | 14.22- |
| | Prime Video Channels | |
| | amzn.com/bill WA | |
| 10/30 | DBT CRD 0000 10/29/25 80304731 | 4.99- |
| | APPLE.COM/BILL | |
| | 866-712-7753  CA | |
| 10/31 | POS DEB 1011 10/31/25 00911838 | 7.22- |
| | WENDYS 866 | |
| | 3201 PEOPLES ST | |
| | JOHNSON CITY  TN | |
| 10/31 | POS DEB 1051 10/31/25 00439999 | 48.05- |
| | PIT ROW WINE AND 4073 HIG | |
| | PIT ROW WINE AND 4 | |
| | BLUFF CITY    TN | |
| 10/31 | DBT CRD 0904 10/29/25 06526954 | 160.00- |
| | WEAVER PIKE MINI STORA | |
| | 800-789-3638  TN | |

# First Bank
## & Trust Company
### The Bank That Puts You First.

Online Banking Log-in

```
                                    Date 10/31/25        Page      7
                                    Primary Account        30408439
                                    Enclosures                    5
```

```
        Jack Robert Thacker Jr
        Debtor-in-Possession
        Case No. 2:25-bk-50237-RMM
        ******************************************
          Bad Address
        ******************************************
```

Regular Checking                    30408439   (Continued)

## CHECKS

| Date | Check No | Amount | Date | Check No | Amount |
|------|----------|--------|------|----------|--------|
| 10/07 | 1036 | 2,930.00 | 10/23 | 1038 | 2,725.00 |
| 10/17 | 1037 | 3,700.00 | 10/29 | 1039 | 200.00 |

*Indicates Skip In Check Numbers

## DAILY BALANCE INFORMATION

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 10/01 | 668,145.75 | 10/10 | 664,832.51 | 10/27 | 655,833.46 |
| 10/02 | 669,439.00 | 10/14 | 664,641.12 | 10/28 | 656,075.13 |
| 10/03 | 669,379.58 | 10/15 | 664,354.58 | 10/29 | 655,548.80 |
| 10/06 | 669,011.23 | 10/16 | 664,034.33 | 10/30 | 655,505.90 |
| 10/07 | 666,081.23 | 10/17 | 659,919.11 | 10/31 | 655,290.63 |
| 10/08 | 664,981.26 | 10/20 | 658,559.56 | | |
| 10/09 | 664,841.26 | 10/23 | 655,757.64 | | |

**Credit**

| | |
|---|---|
| Bank: | The First Bank & Trust Co. |
| Branch #: | 22 |
| Branch Name: | Volunteer Parkway |
| Teller ID: | W34JCJ |
| Drawer #: | 215 |
| Trans #: | 35 |
| Misc: | Trn DDA Deposit. |

**DDA Deposit**

| | |
|---|---|
| Date/Time: | 10/2/2025  11:51 AM |
| Workstation: | F223N83 |
| HIN #: | 940622100000099 |
| Owner: | J R Thacker |

SUBSTITUTE IMAGE / VIRTUAL DOCUMENT

| AUXILIARY | R/T 5408-0011 | ACCOUNT 30408439 | PC/TC 20 | AMOUNT $1,500.00 |
|---|---|---|---|---|

Deposit  Date: 10/02  Amount: $1,500.00

---

**JACK ROBERT THACKER JR.**
DEBTOR-IN-POSSESSION   423-646-2555
CASE NO. 2:25-BK-50237 RMM
2261 BULLOCK HOLLOW ROAD
BRISTOL, TN 37620

1036

Oct 7, 2025

Pay to the Order of  Sullivan County Trustee        $ 2,930⁰⁰

Two thousand nine hundred thirty — Dollars

**First Bank & Trust Company**

For  Tax ID 82610

⑆051404464⑆  3000  843  9⑆  1036

1036  Date: 10/07  Amount: $2,930.00

---

**JACK ROBERT THACKER JR.**
DEBTOR-IN-POSSESSION
CASE NO. 2:25-BK-50237 RMM
2261 BULLOCK HOLLOW ROAD
BRISTOL, TN 37620

1037

10-16-25

Pay to the Order of  B G Paving        $ 3,700.00

Three thousand seven hundred + 00/ Dollars

**First Bank & Trust Company**

For  Sealing Drive

⑆051404464⑆  3000  843  9⑆  1037

1037  Date: 10/17  Amount: $3,700.00

---

**JACK ROBERT THACKER JR.**
DEBTOR-IN-POSSESSION
CASE NO. 2:25-BK-50237 RMM
2261 BULLOCK HOLLOW ROAD
BRISTOL, TN 37620

1038

10-16-2025

Pay to the Order of  Prudential        $ 2,725.01

Two thousand seven hundred twenty five  Dollars

**First Bank & Trust Company**

For  L986 3743

⑆051404464⑆  3000  843  9⑆  1038

1038  Date: 10/23  Amount: $2,725.00

---

**JACK ROBERT THACKER JR.**
DEBTOR-IN-POSSESSION
CASE NO. 2:25-BK-50237 RMM
2261 BULLOCK HOLLOW ROAD
BRISTOL, TN 37620

1039

10-26-25

Pay to the Order of  North Bristol Baptist Church        $ 200⁰⁰

Two hundred  Dollars

**First Bank & Trust Company**

For

⑆051404464⑆  3000  843  9⑆  1039

1039  Date: 10/29  Amount: $200.00

**Change of Name or Address Request**
Please indicate correct name and address as you wish it to appear on our records:

_____    _____    Mail To: First Bank & Trust
Name                                City, State, Zip                          Attn: Customer Operations
                                                                              P.O. Box 1000
                                                                              Abingdon, VA 24212-1000
_____    _____    _____
Second Name (If Joint Account)      Telephone                Social Security #     Phone: 276-623-2265

_____    _____
Street Address                      Signature of Account Holder(s)

Cut here and return to the address above

| Step 1 | Step 3 | | Step 4 |
|--------|--------|--------|--------|
| In your checkbook, make the following entries so that all transactions are recorded on both your records and the Bank's | List checks outstanding. | | Reconcile your account: |

**Step 1**
In your checkbook, make the following entries so that all transactions are recorded on both your records and the Bank's

**Add**
Any deposits/credits shown on this statement but not in your checkbook.

**Subtract**
Any withdrawals/debits on this statement but not entered in your checkbook.

**Step 2**
List deposits not on your statement.

| Date | Amount |
|------|--------|
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
| Total |       |

**Step 3**
List checks outstanding.

| Check Number | Amount |
|--------------|--------|
|              |        |
|              |        |
|              |        |
|              |        |
|              |        |
|              |        |
|              |        |
|              |        |
|              |        |
|              |        |
| Total |       |

**Step 4**
Reconcile your account:

1. Bank statement balance.    $ _____
2. Total amount of deposits not shown on statement.    $ _____
3. Add line 1 and 2.    $ _____
4. Total amount of checks outstanding    $ _____
5. Subtract line 4 from line 3    $ _____

Line 5 must be equal to your checkbook balance

*Attention Telephone Banking Customers: On Wednesday, November 18th, we will be enhancing First Bank and Trust's telephone banking system. You can still enjoy all the current features plus new capabilities, including speech recognition and greater access to accounts and information – including loans. Please note that you will need to re-establish your PIN the first time you call the enhanced system. Learn more about these upgrades and find the new telephone banking phone number at www.firstbank.com.*

**Electronic Services Information** (for <u>Consumer Accounts Only</u>)
In case of errors or questions about your electronic transfers, call or write us at the telephone number or address listed above as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared.
- Tell us your name and account number (if any).
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.
we will investigate your complaint and correct any error promptly. If we take more than 10 days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

**First Bank & Trust Company**
The Bank That Puts You First
www.FirstBank.com    Member FDIC