**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION AT GREENEVILLE**

| | |
|---|---|
| **In re:** ) | |
| ) | |
| **JACK ROBERT THACKER, JR.,** ) | Case No. 2:25-bk-50237-RRM |
| ) | Chapter 11 – Subchapter V |
| **Debtor.** ) | |

**NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING**

Notice is hereby given that:

Pursuant to Local Rule 9013-1(h), the Court may consider this matter without further notice or hearing unless a party in interest files an objection. If you object to the relief requested in this paper, you must file with the Clerk of the United States Bankruptcy Court at James H. Quillen United States Courthouse, 220 West Depot Street, Suite 218, Greeneville, Tennessee 37743, an objection within twenty-one (21) days from the date this paper was filed and serve a copy on the movant, M. Aaron Spencer, 900 S. Gay Street, Suite 900, Knoxville, Tennessee 37902. If you file and serve an objection within the time permitted, the Court will schedule a hearing and you will be notified. If you do not file an objection within the time permitted, the Court will consider that you do not oppose the granting of the relief requested in this paper and may grant the relief requested without further notice or hearing.

**<u>Your rights may be affected</u>**. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.

**SUBCHAPTER V TRUSTEE'S APPLICATION FOR
COMPENSATION AND REIMBURSEMENT OF EXPENSES**

COMES NOW M. Aaron Spencer, Applicant and Subchapter V Trustee (the "Applicant") herein, pursuant to 11 U.S.C. § 330 and respectfully represents the following:

1. The debtor, Jack Robert Thacker, Jr., filed a Chapter 11 – Subchapter V case on March 6, 2025.

2. Pursuant to 11 U.S.C. § 1183(a), the Applicant was appointed Subchapter V Trustee in the case on March 6, 2025 [Doc. No. 14].

3. On or about July 28, 2025, the Court entered an Order Confirming the Debtor's Subchapter V Plan for Reorganization pursuant to 11 U.S.C. § 1191(a) [Doc. No. 148].

6812610.1

4. From March 6, 2025 through November 26, 2025, the date of filing this Application, the Applicant devoted time to performing actual and necessary services for the Chapter 11 estate of Jack Robert Thacker, Jr.

5. The applicant applies herein for services rendered from March 6, 2025 through November 26, 2025. The applicant performed services at $310.00 per hour and seeks total fees of Three Thousand Six Hundred Eighty-Nine Dollars ($3,689.00) and the actual expenses in the mailing of this Application in the total amount of Eighty-Three Dollars and Sixty Cents ($83.60). A true and exact copy of the Invoice with a Description of Services and Hours is attached hereto as <u>Exhibit A</u>, the attached Invoice does not include the 1.0 hour of attorney's fees at $310.00 per hour for preparing this Application, the Invoice attached hereto as <u>Exhibit A</u> and the proposed Order preparing the Application nor the expenses of mailing this Application because the Invoice was prepared prior to calculating the fees and expense.

6. As a non-standing Subchapter V Trustee, the Applicant is entitled to "reasonable compensation for actual, necessary services rendered" and reimbursement for actual necessary expenses" under 11 U.S.C. § 330(a).

7. In the opinion of the Applicant, the fees charged were reasonable and represent the standard and customary billing rates in this area and the services rendered were necessary and beneficial to efforts to obtain confirmation of a plan of reorganization of the Chapter 11 debtor.

WHEREFORE, the Applicant prays that the Court authorize payment of fees of $3,689.00 and expenses of $83.60 for services rendered on behalf of the Chapter 11 bankruptcy estate and asks that the entire amount shall be payable under the Confirmed Plan and that the Applicant have such other and further relief as is just.

Respectfully submitted this 26th day of November, 2025.

6812610.1

SUBCHAPTER V TRUSTEE

/s/ M. Aaron Spencer
M. Aaron Spencer, #029911

900 S. Gay Street, Suite 900
Knoxville, Tennessee  37902
865-215-1000 (Phone)
865-215-1001 (Fax)
aspencer@wmbac.com

*Subchapter V Trustee*

## CERTIFICATE OF SERVICE

I hereby certify that on November 26, 2025, a copy of the foregoing **Subchapter V Trustee's Application for Compensation and Reimbursement of Expenses** and **Exhibit "A,"** and **proposed Order Granting Subchapter V Trustee's Application for Compensation and Reimbursement of Expenses** were filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated below as receiving via electronic filing receipt. All other parties will be served by first class U.S. mail. Parties may access this filing through the Court's electronic filing system.

Maurice K. Guinn, Esq.
Gentry, Tipton & McLemore P.C.
P. O. Box 1990
Knoxville, TN 37901
*Attorney for the Debtor*
**Via Electronic Filing**

Andrew W. Hogan, Esq.
Brock & Scott, PLLC
3825 Forrestgate Drive
Winston Salem, NC 27103
*Attorney for First Horizon Bank*
**Via Electronic Filing**

Tiffany A. DiIorio, Esq.
Office of the United States Trustee
800 Market Street, Suite 114
Knoxville, TN 37902
**Via Electronic Filing**

Eric W. Reecher, Esq.
Elliott Lawson & Minor, P.C.
230 Pidemont Avenue, Suite 300
Bristol, VA 24201
*Attorney for United Southeast Federal Credit Union*
**Via Electronic Filing**

Anthony R. Steele, Esq.
Walter N. Winchester, Esq.
Winchester, Sellers, Foster & Steele, P.C.
P.O. Box 2428
Knoxville, TN 37901
*Attorneys for Don and Marla Lair and Terry and Sharon Vaughn*
**Via Electronic Filing**

Anthony R. Steele, Esq.
Winchester, Sellers, Foster & Steele, P.C.
P.O. Box 2428
Knoxville, TN 37901
*Attorneys for Darrell and Joan Vincent, Kent and Nancy Crow, Thomas and Diann Elliott*
**Via Electronic Filing**

See attached Mailing Matrix for the parties receiving service via first class U.S. mail.

/s/ M. Aaron Spencer
M. Aaron Spencer, Esq., BPR #029911

6812610.1