**WOOLF · McCLANE**
WOOLF, McCLANE, BRIGHT, ALLEN & CARPENTER, PLLC
— ATTORNEYS —
Post Office Box 900 | Knoxville, TN 37901-0900
Phone: (865) 215-1000 | Tax I.D.: 62-1565538

November 24, 2025

M. Aaron Spencer, Subchapter V Trustee
Woolf, McClane, Bright, Allen and
Carpenter, PLLC
P.O. Box 900
Knoxville, TN  37901

Invoice No.: 365411
Client:  027646
Matter: 0022

Attorney:  MAS

**RE: Jack Robert Thacker, Jr., Debtor**

**For Professional Services**

| Date | Timekeeper | Description of Services | Hours |
|---|---|---|---|
| 03/06/2025 | MAS | Review proposed Verified Statement and execute the same and send to Ms. DiIorio (.1); send availability for dates and times Initial Debtor Interview and Meeting of Creditors (.1) | 0.20 |
| 03/06/2025 | MAS | Conference call with Attorney Guinn in regard to the matter and the potential issues on the matter. | 0.50 |
| 03/08/2025 | MAS | Review email correspondence from Attorney Guinn in regard individual debtors; send response and review follow-up email from Attorney Guinn regarding expenses and budget concerns. | 0.20 |
| 03/08/2025 | MAS | Conduct research as to individual debtor's use of property of the estate, what are ordinary course expenses (medical expenses, etc.); prepare and send email to Attorney Guinn in regard to research on the same. | 0.90 |
| 03/13/2025 | MAS | Email communications with attorney Michael Bixby in regard to matter. | 0.10 |
| 03/14/2025 | MAS | Review email correspondence from Mr. Bixby; send reply email on the same. | 0.20 |
| 03/25/2025 | MAS | Email communications with Attorney Guinn in regard to the objection to the Motion to Sell and holding the funds from the closing in a trustee account. | 0.20 |
| 03/25/2025 | MAS | Email communications with Attorney DiIorio in regard to bond amount in trustee files. | 0.10 |
| 03/25/2025 | MAS | Attend Hearing on Application to Employ Gentry, Tipton & McLemore, Motion to Sell and Application to Employ Auctioneer. | 0.60 |

## Exhibit A

M. Aaron Spencer, Subchapter V Trustee

Jack Robert Thacker, Jr., Debtor                                                          November 24, 2025

Invoice #  365411                                                                                 Page # 2

| Date | Timekeeper | Description of Services | Hours |
|---|---|---|---|
| 03/26/2025 | MAS | Review email from Attorney Guinn with proposed Agreed Order on Motion to Sell, response email of Attorney Steele and Attorney DiIorio (.1); review proposed Agreed Order and make track changes (.1); and send response email to Attorney Guinn approving same with proposed revisions (.1) | 0.30 |
| 03/26/2025 | MAS | Review email from Attorney Guinn with proposed Agreed Order Application to Employ Auctioneer, response email of Attorney Steele and Attorney DiIorio (.1); review proposed Agreed Order (.1); send response email to Attorney Guinn approving same with proposed revisions (.1) | 0.30 |
| 03/27/2025 | MAS | Review email correspondence from Attorney Guinn with proposed revision to the Agreed Order as requested by the Title Company (.1); send follow-up email correspondence to Attorney Guinn agreeing to the proposed amendment. | 0.20 |
| 03/28/2025 | MAS | Review Settlement Statement and filed Report of Sale and note file in regard to funds to hold by in a trustee account. | 0.20 |
| 04/10/2025 | MAS | Review bankruptcy filings in preparation for Meeting of Creditors (.2) and attend Meeting of Creditors on the matter (1.3). | 1.50 |
| 04/11/2025 | MAS | Follow-up email correspondence with Kaylie Joiner at Title Company in regard to delivery additional funds from closing on real property. | 0.10 |
| 04/14/2025 | MAS | Review check that was partially destroyed in shipping; attempt deposit of check; send follow-up email to Ms. Joiner in regard to destroyed check and request for new check to be delivered. | 0.20 |
| 04/29/2025 | MAS | Review filings and docket in preparation for hearings on several matters; attend hearings on several matters. | 0.70 |
| 06/23/2025 | MAS | Email communications with Attorney Guinn and Attorney Steele in regard to matter (.2) | 0.20 |
| 07/03/2025 | MAS | Email communications with Attorney Guinn on the matter. | 0.20 |
| 07/28/2025 | MAS | Communication with law clerk for Judge Mancl, Mr. Campbell, in regard to appearing telepathically on the matter. | 0.10 |
| 07/29/2025 | MAS | Review the Thacker file in preparation for confirmation hearing on the matter; attend confirmation hearing on Thacker matter. | 0.30 |
| 08/07/2025 | MAS | Review Nondischargeability Action (.1); send follow-up email to Attorney Guinn (.1); conference call with Attorney Guinn (.4); send follow-up email to Attorney Guinn (.1) | 0.70 |

M. Aaron Spencer, Subchapter V Trustee

Jack Robert Thacker, Jr., Debtor                               November 24, 2025

Invoice #  365411                                              Page # 3

| Date | Timekeeper | Description of Services | Hours |
|---|---|---|---|
| 08/22/2025 | MAS | Conference call with Mr. Guinn in regard to a potential distribution of funds. | 0.30 |
| 08/22/2025 | MAS | Review Order on Motion to Sell, review Confirmation Order and Subchapter V Handbook in regard to making distribution. | 0.70 |
| 08/22/2025 | MAS | Email correspondence to Ms. DiIorio setting up call on the matter (.1); telephone call with Ms. DiIorio in regard to distribution (.2) | 0.30 |
| 08/22/2025 | MAS | Confer with Attorney Guinn about distribution (.2); prepare draft Agreed Order and send to Ms. DiIorio and Mr. Guinn (.4); review proposed changes from Ms. DiIorio and make changes (.1); review proposed changes from Attorney Guinn (.1); send email with revised Agreed Order (.2) | 1.00 |
| 08/25/2025 | MAS | Review communication from Attorney Guinn approving Agreed Order (.1); finalize Agreed Order (.1); and prepare Motion to Approve Agreed Order (.2). | 0.40 |
| 08/26/2025 | MAS | Communication with the Court in regard to Certificate of Service issue (n/c); prepare amended certificate of service for filing (.2). | 0.20 |
|  |  | Total Hours | 10.90 |

**FEES:**

| Timekeeper | Hours | Fees |
|---|---|---|
| Spencer, M. Aaron | 10.90 | $3,379.00 |

|  |  |
|---|---|
| Total Fees | $3,379.00 |
| Total Current Charges | $3,379.00 |
| **TOTAL BALANCE DUE** | **$3,379.00** |

**PAYMENT IS DUE UPON RECEIPT**

Mail Checks To:

Woolf McClane
PO Box 900
Knoxville, TN  37901-0900

Online Payments:

www.WMBAC.com/pay
3% surcharge for credit card payments.
No charge for eChecks or debit cards.