**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF TENNESSEE**
**NORTHEASTERN DIVISION AT GREENEVILLE**

| | | |
|---|---|---|
| **In re:** | ) | |
| | ) | |
| **JACK ROBERT THACKER, JR.,** | ) | **Case No. 2:25-bk-50237-RRM** |
| | ) | **Chapter 11 – Subchapter V** |
| **Debtor.** | ) | |

**ORDER APPROVING SUBCHAPTER V TRUSTEE'S APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES**

M. Aaron Spencer having filed for allowance of compensation and reimbursement of expenses pursuant to 11 U.S.C. § 330 for services rendered in his capacity as Subchapter V Trustee from March 6, 2025 through November 26, 2025, the date on which the Subchapter V Trustee's Application for Compensation and Reimbursement of Expenses was filed with the Court; with notice of said application having been given and no objections thereto, it is therefore

ORDERED that compensation is allowed in the amount of Three Thousand Six Hundred Eighty-Nine Dollars ($3,689.00) for services and Eighty-Three Dollars and Sixty Cents ($83.60) in actual expenses rendered by the Subchapter V Trustee in the administration of the Chapter 11 estate as an administrative expense of the Chapter 11 – Subchapter V bankruptcy estate.

6812615.1

###

APPROVED FOR ENTRY:

WOOLF, MCCLANE, BRIGHT, ALLEN
& CARPENTER, PLLC


/s/ M. Aaron Spencer
M. Aaron Spencer, BPR #029911

900 S. Gay Street, Suite 900
P.O. Box 900
Knoxville, Tennessee 37902
(865) 215-1000
(865) 215-1001 (fax)
aspencer@wmbac.com

*Subchapter V Trustee*

6812615.1