Label Matrix for local noticing
0649-2
Case 2:25-bk-50237-RRM
Eastern District of Tennessee
Greeneville
Tue Nov 25 12:30:33 EST 2025

United Southeast Federal Credit Union
1545 Bluff City Highway
Bristol, TN 37620-6018

(p)DOVENMUEHLE MORTGAGE
1 CORPORATE DRIVE SUITE 360
LAKE ZURICH IL 60047-8945

Powell Auction & Realty
6729 Pleasant Ridge Road
Knoxville, TN 37921-1021

Barclays Bank Mastercard
P. O. Box 8801
Wilmington, DE 19899-8801

Blank Rome, LLP
130 North 18th Street
One Logan Square
Philadelphia, PA 19103-6998

Bradford Gucciardo, Esq.
Gucciardo Law Group, P.A.
8470 Enterprise Circle, Suite 110
Lakewood Ranch, FL 34202-4105

Capital One Visa
P. O. Box 30285
Salt Lake City, UT 84130-0285

Celia M. Howell Osborne
1252 Reed Hollow Road
Gate City, VA 24251-5449

Center Street Securities, Inc.
1115 W. Fulton Market, 3rd Floor
Chicago, IL 60607-1213

Citibank Mastercard
P. O. Box 6500
Sioux Falls, SD 57117-6500

Courtney M. Werring, Esq.
Meyer Wilson Co., LPA
305 W. Nationwide Blvd.
Columbus, OH 43215-2309

David Porteous
Faegre Drinker Biddle & Realth, LLP
P. O. Box 1450
Minneapolis, MN 55485-6193

Diane M. Dierking
3532 Stonecreek Circle
Jeffersonville, IN 47130-8049

Doug & Heather Atkins
c/o Brent Long
Compass Real Estate
1535 W. Northfield Blvd.
Murfreesboro, TN 37129-1427

FINRA
P. O. Box 418911
Boston, MA 02241-8911

Grant Dixon
P. O. Box 141756
Spokane Valley, WA 99214-1756

Grant Dixon, III
P.O. Box 10753
Spokane, WA 99209-0753

H. Joseph and Constance Schilmiller
6855 Stiller Road
Floyds Knobs, IN 47119-9207

Hans and Carol Bietsch
229 Wilbrook Road
Stratford, CT 06614-1981

INTERNAL REVENUE SERVICE,
P.O. BOX 7346
PHILADELPHIA, PA 19101-7346

James Wood
1250 Hancel Road
Equality, AL 36026-2637

Jeff Kennedy
1093 County Road 205
Giddings, TX 78942-5726

Jeffrey Erez, Esq & Michael Rapaport
EREX Law
One Downtown 1 SE
3rd Ave., Suite 1670
Miami, FL 33131

Jeffrey Semersheim
9304 South State Road 257
Stendal, IN 47585-8849

John English
2599 Rockville Center Parkway
Oceanside, NY 11572-1646

Joshua Mankini
155 Bluegrass Drive
Hendersonville, TN 37075-2751

Joshua Mankini
2823 Carroll Place
Orlando, FL 32804-3607

Joy Necessary
1009 Blue Heron Way
Tarpon Springs, FL 34689-7142

Kalju Nekvasil, Esq.
Goodman & Nekvasil, P.A.
624 1st Ave. South
Saint Petersburg, FL 33701-4120

Mary Santana
13121 Avenida Santa Tecia
La Mirada, CA 90638-3213

Michael C. Bixby
Bixby Law PLLC
4300 Bayou Blvd, Suite 16
Pensacola, FL 32503-2671

Michael C. Bixby, Esq.
Bixby Law PLLC
1149 Creighton Road
Pensacola, FL 32504-7096

Michael Roden
2707 Cape Rock Pass
Prescott, AZ 86301-9604

Michael Siegforth
8843 East Yucca Blossom Dr
Gold Canyon, AZ 85118-7067

Peter Mougey, Esq.
Levin Papantonio
316 South Baylen St., Suite 600
Pensacola, FL 32502-5996

Socorro Galam
6675 Shemiran Street
La Verne, CA 91750-2390

The Roy W. Parker, Jr. Revocable Trust
641 Columbia Drive
Winter Park, FL 32789-1407

Thomas and Diann Elliott
1551 N. 900th Ave.
Liberty, IL 62347-4800

USF Credit Union
1545 Bluff City Highway
Bristol, TN 37620-6018

WL Financial Advisors, LLC
951 Cumberland Street
Bristol, VA 24201-4103

William J. Layne
432 Corte Verde
Upland, CA 91786-5168

William Young, Esq.
Colling Gilbert Wright, PLLC
801 North Orange Ave., Suite 830
Orlando, FL 32801-5203

simpliHOM
836 N. Thompson Lane
Murfreesboro, TN 37129-4342

Jack Robert Thacker Jr.
2261 Bullock Hollow Road
Bristol, TN 37620-1135