IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION AT GREENEVILLE

| | |
|---|---|
| In re : | |
| : | |
| JACK ROBERT THACKER, JR. : | Case No.  2:25-bk-50237-RRM |
| a/k/a JACK R. THACKER, : | Chapter 11 – Subchapter V |
| a/k/a J. R. THACKER : | |
| : | |
| Debtor : | |

## NOTICE OF SUBSTANTIAL CONSUMMATION

On July 29, 2025, the Court entered the Order Confirming Chapter 11 Plan (Doc 148). Pursuant to 11 U.S.C. §1183(c)(2), the Debtor hereby gives notice of substantial consummation of the confirmed Plan.

/s/Maurice K. Guinn
Maurice K. Guinn   (Bar Code No. 000366)
Gentry, Tipton & McLemore, P.C.
P.O. Box 1990
Knoxville, TN   37901
Phone:  (865)  525-5300
mkg@tennlaw.com
Attorneys for Jack Robert Thacker, Jr.

### CERTIFICATE OF SERVICE

The undersigned certifies that on March 3, 2026, the foregoing **"Notice of Substantial Consummation"** was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to Tiffany A. DiIorio, Andrew Wesley Hogan, Eric W. Reecher, Jason S. Shade, M. Aaron Spencer, Anthony R. Steele, Walter N. Winchester, and the United States Trustee.

Additionally, copies of the **"Notice of Substantial Consummation"** were served on March 3, 2026 by first class mail with sufficient postage prepaid in envelopes shown on the attachment hereto.

/s/ Maurice K. Guinn
Maurice K. Guinn

*Notice of Substantial Consummation  (3-2-26)*

Label Matrix
Case 2:25-bk-50237-RRM
Eastern District of Tennessee
Greeneville

Arete Wealth
1115 W. Fulton Market, 3rd Floor
Chicago, IL 60607-1213

Barclays Bank Mastercard
P. O. Box 8801
Wilmington, DE 19899-8801

Blank Rome, LLP
130 North 18th Street
One Logan Square
Philadelphia, PA 19103-6998

Bradford Gucciardo, Esq.
Gucciardo Law Group, P.A.
8470 Enterprise Circle, Suite 110
Lakewood Ranch, FL 34202-4105

Capital One Visa
P. O. Box 30285
Salt Lake City, UT 84130-0285

Celia M. Howell Osborne
1252 Reed Hollow Road
Gate City, VA 24251-5449

Center Street Securities, Inc.
1115 W. Fulton Market, 3rd Floor
Chicago, IL 60607-1213

Citibank Mastercard
P. O. Box 6500
Sioux Falls, SD 57117-6500

Courtney M. Werring, Esq.
Meyer Wilson Co., LPA
305 W. Nationwide Blvd.
Columbus, OH 43215-2309

Darrell and Joan Vincent
1470 South Street
Fowler, IL 62338-2360

David Porteous
Faegre Drinker Biddle & Realth, LLP
P. O. Box 1450
Minneapolis, MN 55485-6193

Diane M. Dierking
3532 Stonecreek Circle
Jeffersonville, IN 47130-8049

Don Lair, Jr. and Marla Lair
202 S. Main Street
P. O. Box 251
Payson, IL 62360-0251

Doug & Heather Atkins
c/o Brent Long
Compass Real Estate
1535 W. Northfield Blvd.
Murfreesboro, TN 37129

FINRA
P. O. Box 418911
Boston, MA 02241-8911

First Horizon
P. O. Box 0054
Palatine, IL 60055-0054

(p)Dovenmuehle Mortgage
1 Corporate Drive, Suite 360
Lake Zurich, IL 60047-8945

First Horizon Bank
c/o Brock and Stott, PLLC
Attorneys at Law
3825 Forrestgate Dr.
Winston-Salem, NC 27103-2930

Grant Dixon
P. O. Box 141756
Spokane Valley, WA 99214-1756

United States Attorney
Howard H. Baker, Jr. US Courthouse
800 Market Street, Suite 211
Knoxville, TN 37902

H. Joseph and Constance Schilmiller
6855 Stiller Road
Floyds Knobs, IN 47119-9207

Hans and Carol Bietsch
229 Wilbrook Road
Stratford, CT 06614-1981

Andrew Wesley Hogan
Brock & Scott, PLLC
3825 Forrestgate Drive
Winston-Salem, NC 27103-2930

(p)Internal Revenue Service
Centralized Insolvency Operations
P. O. Box 7346
Philadelphia, PA 19101-7346

James Wood
1250 Hancel Road
Equality, AL 36026-2637

Jeff Kennedy
1093 County Road 205
Giddings, TX 78942-5726

Jeffrey Erez, Esq. & Michael Rappaport
EREX Law
One Downtown 1 SE
3rd Ave., Suite 1670
Miami, FL 33131

Jeffrey Semersheim
9304 South State Road 257
Stendal, IN 47585-8849

John English
2599 Rockville Center Parkway
Oceanside, NY  11572-1646

Joshua Mankini
4662 Long Branch Road
Spencer, TN  38585

Joy Necessary
1009 Blue Heron Way
Tarpon Springs, FL  34689-7142

Kalju Nekvasil, Esq.
Goodman & Nekvasil, P.A.
624 1st Ave. South
Saint Petersburg, FL  33701-4120

Kent and Nancy Crow
306 Country Lane
Mendon, IL  62351-1262

Mary Santana
13121 Avenida Santa Tecia
La Mirada, CA  90638-3213

Michael C. Bixby
Bixby Law PLLC
4300 Bayou Blvd, Suite 16
Pensacola, FL  32503-2671

Michael Roden
2707 Cape Rock Pass
Prescott, AZ  86301-9604

Michael Siegforth
8843 East Yucca Blossom Dr.
Gold Canyon, AZ  85118-7067

Peter Mougey, Esq.
Levin Papantonio
316 South Baylen St., Suite 600
Pensacola, FL  32502-5996

Socorro Galam
6675 Shemiran Street
La Verna, CA  91750-2390

M. Aaron Spencer
P. O. Box 900
Knoxville, TN  37901-0900

Terry & Sharon Vaughn
2024 North Arrowood Court
Quincy, IL  62305-8987

Jack Robert Thacker, Jr.
2261 Bullock Hollow Road
Bristol, TN  37620-1135

The Roy W. Parker, Jr. Revocable Trust
641 Columbia Drive
Winter Park, FL  32789-1407

Thomas & Diann Elliott
1551 N. 900th Ave.
Liberty, IL  62347-4800

USF Credit Union
1545 Bluff City Highway
Bristol, TN  37620-6018

WL Financial Advisors, LLC
951 Cumberland Street
Bristol, VA  24201-4103

William J. Layne
432 Corte Verde
Upland, CA  91786-5168

William Young Esq,
Colling Gilbert Wright, PLLC
801 North Orange Ave., Suite 830
Orlando, FL  32801-5203

simpliHOM
836 N. Thompson Lane
Murfreesboro, TN  37129-4342