IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION AT GREENVILLE

| | | |
|---|---|---|
| In re | : | |
| | : | |
| JACK ROBERT THACKER, JR. | : | Case No.  2:25-bk-50237-RRM |
| a/k/a JACK R. THACKER, | : | Chapter 11 – Subchapter V |
| a/k/a J. R. THACKER | : | |
| | : | |
| Debtor | : | |

**THIRD APPLICATION OF GENTRY, TIPTON & McLEMORE, P.C.
FOR INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES**

---

**NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING**

**Notice is hereby given that:**

**Pursuant to E.D. Tenn. LBR 9013-1(h), the court may consider this matter without further notice or hearing unless a party in interest files an objection. If you object to the relief requested in this paper, you must file with the clerk of court at U.S. Bankruptcy Court, James H. Quillen U.S. Courthouse, Suite 218, 220 W. Depot Street, Greeneville, Tennessee 37743, an objection within 21 days from the date this paper was filed and serve a copy on the movant's attorney, Maurice K. Guinn, P.O. Box 1990, Knoxville, TN 37901. If you file and serve an objection within the time permitted, the court will schedule a hearing and you will be notified. If you do not file an objection within the time permitted, the court will consider that you do not oppose the granting of the relief requested in this paper and may grant the relief requested in this paper and may grant the relief requested without further notice or hearing.**

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.**

---

Pursuant to 11 U.S.C. § 331 and Federal Rule of Bankruptcy Procedure 2016, Gentry, Tipton & McLemore, P.C. ("GT&M") requests interim compensation for legal services between October 1, 2025 and March 11, 2026. In support of its Application, GT&M represents:

(1)    On March 6, 2025, Jack Robert Thacker, Jr. ("Debtor") filed his Voluntary Petition under Chapter 11 Subchapter V.

(2) On March 6, 2025, the Debtor filed the Application For Approval of Employment of Gentry, Tipton & McLemore, P.C. Pursuant To E.D. Tenn. LBR 2014-1 And Retroactive To March 6, 2025 (Doc 16). On March 25, 2025, the Court entered the Order Granting the Application (Doc 50).

(3) GT&M was retained based on its customary hourly rates, plus reimbursement of expenses. GT&M received a $60,000.00 security deposit from the Debtor in the one-year period preceding the Petition Date, from which $8,906.00 was paid to the firm for its services performed between February 14, 2025 and March 5, 2025.

(4) For services between October 1, 2025 and March 11, 2026, GT&M requests compensation in the amount of $5,915.00 plus reimbursement of $100.02 for expenses. The itemization of services performed and the expenses for which reimbursement is requested are identified in Exhibit A attached hereto.[1] The services involve advising the Debtor; responding to creditors; requesting dismissal of a nondischargeability Complaint filed by Arete Wealth, Inc; and other services itemized in Exhibit A.

(5) The services for which final compensation is requested consist of hours performed by the following attorney:

| Attorney | Hourly Rate | Hours |
|---|---|---|
| Maurice K. Guinn | $325.00 | 18.2 |

(6) This is GT&M's third Application for Interim Compensation. On July 9, 2025, the Court entered the Order Granting First Application of Gentry, Tipton & McLemore, P.C. (Doc 132) authorizing payment of $34,076.25 for fees and reimbursement of $2,269.50 for expenses. On November 17, 2025, the Court entered the Order Granting Second Application of Gentry,

---

[1] A copy of Exhibit A will be provided to any creditor or party in interest upon request directed to mkg@tennlaw.com or mailed to Maurice K. Guinn.

Tipton & McLemore, P.C. (Doc 171) authorizing payment of $19,053.50 for fees and reimbursement of $780.00 for expenses. All compensation is subject to Court approval on an interim and a final basis.

WHEREFORE, GT&M requests interim compensation in the amount of $5,915.00 for services between October 1, 2025 and March 11, 2026, plus reimbursement of $100.02 for expenses.

GENTRY, TIPTON & McLEMORE, P.C.

/s/ Maurice K. Guinn
Maurice K. Guinn
(BPR # 000366)
Gentry, Tipton & McLemore, P.C.
P.O. Box 1990
Knoxville, Tennessee 37901
(865) 525-5300
mkg@tennlaw.com
Attorneys for Jack Robert Thacker, Jr.

## CERTIFICATE OF SERVICE

The undersigned certifies that on March 23, 2026, the foregoing **"Third Application Of Gentry, Tipton & McLemore, P.C. For Interim Compensation And Reimbursement Of Expenses"** and proposed **"Order Granting Third Application Of Gentry, Tipton & McLemore, P.C. For Interim Compensation And Reimbursement Of Expenses"** were filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to Tiffany A. DiIorio, Andrew Wesley Hogan, Eric W. Reecher, M. Aaron Spencer, Anthony Steele, Walter N. Winchester and the United States Trustee.

Additionally, copies of the **"Third Application Of Gentry, Tipton & McLemore, P.C. For Interim Compensation And Reimbursement Of Expenses"** and proposed **"Order Granting Third Application Of Gentry, Tipton & McLemore, P.C. For Interim Compensation And Reimbursement Of Expenses"** were served on March 23, 2026, by first-class mail with sufficient postage prepaid in envelopes addressed as shown in the attachment hereto. Due to the number of pages, Exhibit A is not attached to the service copies mailed to creditors and parties in interest. A copy of Exhibit A will be provided to any requesting party.

/s/ Maurice K. Guinn
Maurice K. Guinn

*Third Application of GT&M For Compensation And Reimbursement of Expenses (3-23-26)*

**Label Matrix
Case 2:25-bk-50237-RRM
Eastern District of Tennessee
Greeneville**

Arete Wealth
1115 W. Fulton Market, 3rd Floor
Chicago, IL  60607-1213

Barclays Bank Mastercard
P. O. Box 8801
Wilmington, DE  19899-8801

Blank Rome, LLP
130 North 18th Street
One Logan Square
Philadelphia, PA  19103-6998

Bradford Gucciardo, Esq.
Gucciardo Law Group, P.A.
8470 Enterprise Circle, Suite 110
Lakewood Ranch, FL  34202-4105

Capital One Visa
P. O. Box 30285
Salt Lake City, UT  84130-0285

Celia M. Howell Osborne
1252 Reed Hollow Road
Gate City, VA  24251-5449

Center Street Securities, Inc.
1115 W. Fulton Market, 3rd Floor
Chicago, IL  60607-1213

Citibank Mastercard
P. O. Box 6500
Sioux Falls, SD 57117-6500

Courtney M. Werring, Esq.
Meyer Wilson Co., LPA
305 W. Nationwide Blvd.
Columbus, OH  43215-2309

Darrell and Joan Vincent
1470 South Street
Fowler, IL  62338-2360

David Porteous
Faegre Drinker Biddle & Realth, LLP
P. O. Box 1450
Minneapolis, MN 55485-6193

Diane M. Dierking
3532 Stonecreek Circle
Jeffersonville, IN  47130-8049

Don Lair, Jr. and Marla Lair
202 S. Main Street
P. O. Box 251
Payson, IL  62360-0251

FINRA
P. O. Box 418911
Boston, MA 02241-8911

First Horizon
P. O. Box 0054
Palatine, IL  60055-0054

(p)Dovenmuehle Mortgage
1 Corporate Drive, Suite 360
Lake Zurich, IL  60047-8945

First Horizon Bank
c/o Brock and Stott, PLLC
Attorneys at Law
3825 Forrestgate Dr.
Winston-Salem,  NC  27103-2930

United States Attorney
Howard H. Baker, Jr. US Courthouse
800 Market Street, Suite 211
Knoxville, TN  37902

H. Joseph and Constance Schilmiller
6855 Stiller Road
Floyds Knobs, IN  47119-9207

Hans and Carol Bietsch
229 Wilbrook Road
Stratford, CT  06614-1981

Andrew Wesley Hogan
Brock & Scott, PLLC
3825 Forrestgate Drive
Winston-Salem, NC  27103-2930

(p)Internal Revenue Service
Centralized Insolvency Operations
P. O. Box 7346
Philadelphia, PA  19101-7346

James Wood
1250 Hancel Road
Equality, AL  36026-2637

Jeff Kennedy
1093 County Road 205
Giddings, TX  78942-5726

Jeffrey Erez, Esq. & Michael Rappaport
EREX Law
One Downtown 1 SE
3rd Ave., Suite 1670
Miami, FL  33131

Jeffrey Semersheim
9304 South State Road 257
Stendal, IN  47585-8849

John English
2599 Rockville Center Parkway
Oceanside, NY  11572-1646

Joshua Mankini
4662 Long Branch Road
Spencer, TN  38585

Joy Necessary
1009 Blue Heron Way
Tarpon Springs, FL  34689-7142

Kalju Nekvasil, Esq.
Goodman & Nekvasil, P.A.
624 1st Ave. South
Saint Petersburg, FL  33701-4120

Kent and Nancy Crow
306 Country Lane
Mendon, IL  62351-1262

Mary Santana
13121 Avenida Santa Tecia
La Mirada, CA  90638-3213

Michael C. Bixby
Bixby Law PLLC
4300 Bayou Blvd, Suite 16
Pensacola, FL  32503-2671

Michael Roden
2707 Cape Rock Pass
Prescott, AZ  86301-9604

Michael Siegforth
8843 East Yucca Blossom Dr.
Gold Canyon, AZ  85118-7067

Peter Mougey, Esq.
Levin Papantonio
316 South Baylen St., Suite 600
Pensacola, FL  32502-5996

Socorro Galam
6675 Shemiran Street
La Verna, CA  91750-2390

M. Aaron Spencer
P. O. Box 900
Knoxville, TN  37901-0900

Terry & Sharon Vaughn
2024 North Arrowood Court
Quincy, IL  62305-8987

Jack Robert Thacker, Jr.
2261 Bullock Hollow Road
Bristol, TN  37620-1135

The Roy W. Parker, Jr. Revocable Trust
641 Columbia Drive
Winter Park, FL  32789-1407

Thomas & Diann Elliott
1551 N. 900th Ave.
Liberty, IL  62347-4800

USF Credit Union
1545 Bluff City Highway
Bristol, TN  37620-6018

WL Financial Advisors, LLC
951 Cumberland Street
Bristol, VA  24201-4103

William J. Layne
432 Corte Verde
Upland, CA  91786-5168

William Young Esq,
Colling Gilbert Wright, PLLC
801 North Orange Ave., Suite 830
Orlando, FL  32801-5203

# Gentry, Tipton & McLemore, PC

P.O. Box 1990
Knoxville, TN 37901
United States

## INVOICE

Invoice # 7541
Date: 03/23/2026
Due On: 04/22/2026

Jack R. Thacker
2261 Bullock Hollow Road
Bristol, TN 37620

**10432.000**

**Re: Miscellaneous**

### Services

| Type | Date | Attorney | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|---|
| Service | 10/01/2025 | MKG | Review Ichinose case | 0.30 | $325.00 | $97.50 |
| Service | 10/01/2025 | MKG | Review Demos case | 0.10 | $325.00 | $32.50 |
| Service | 10/01/2025 | MKG | Email to J.R. regarding facts section of Reply and review J.R. reply | 0.20 | $325.00 | $65.00 |
| Service | 10/01/2025 | MKG | Review other cases and revise and finalize Reply | 2.50 | $325.00 | $812.50 |
| Service | 10/02/2025 | MKG | Review Report regarding Resource Media and review Report regarding Thacker & Associates and review J.R. email regarding receipt of Reports and reply | 0.50 | $325.00 | $162.50 |
| Service | 10/03/2025 | MKG | Revise and finalize Periodic Report | 0.50 | $325.00 | $162.50 |
| Service | 10/03/2025 | MKG | Review Scheduling Order and dictate and revise email to J.R. regarding 10/14 hearing | 0.20 | $325.00 | $65.00 |
| Service | 10/03/2025 | MKG | Telephone call with J.R. regarding Scheduling Order, Arete and Periodic Report | 0.20 | $325.00 | $65.00 |
| Service | 10/03/2025 | MKG | Telephone call with J.R. regarding Arete | 0.10 | $325.00 | $32.50 |
| Service | 10/03/2025 | MKG | Dictate email to J.R. regarding filed Periodic Report | 0.10 | $325.00 | $32.50 |
| Service | 10/03/2025 | MKG | Message for Mark Esposito regarding Arete | 0.10 | $325.00 | $32.50 |



EXHIBIT

A

| Service | 10/04/2025 | MKG | Review J.R. email regarding Periodic Report and reply regarding Thacker & Associates inclusion in Report | 0.10 | $325.00 | $32.50 |
|---|---|---|---|---|---|---|
| Service | 10/07/2025 | MKG | Telephone call with Jason Shade and conference call with Jason Shade and Marvin Campbell regarding cancellation of October 14 hearing and dictate and revise email to J.R. | 0.30 | $325.00 | $97.50 |
| Service | 10/07/2025 | MKG | Review J.R. email and Brian Prendergast email and draft Joint Status Report and revise draft of Report and dictate and revise email to J.R. | 0.50 | $325.00 | $162.50 |
| Service | 10/08/2025 | MKG | Receive Order cancelling 10/14 hearing and dictate email to J.R. | 0.10 | $325.00 | $32.50 |
| Service | 10/09/2025 | MKG | Review J.R. and Brian Prendergast email exchanges and reply to J.R.; review J.R.'s response | 0.30 | $325.00 | $97.50 |
| Service | 10/10/2025 | MKG | Review Brian P. email to J.R. regarding report | 0.10 | $325.00 | $32.50 |
| Service | 10/10/2025 | MKG | Draft GT&M Interim Application for Compensation and proposed Order and revise | 0.40 | $325.00 | $130.00 |
| Service | 10/10/2025 | MKG | Review Brian P. email and filed Report | 0.10 | $325.00 | $32.50 |
| Service | 10/13/2025 | MKG | Revise and finalize GT&M Second Application for Compensation and proposed Order | 0.10 | $325.00 | $32.50 |
| Service | 10/13/2025 | MKG | Dictate letter to J.R. regarding Application | 0.10 | $325.00 | $32.50 |
| Service | 10/17/2025 | MKG | Dictate and revise email to Jason Shade regarding Arete and review his reply regarding supplement to record | 0.20 | $325.00 | $65.00 |
| Service | 10/20/2025 | MKG | Review J.R. email regarding pro se appearance in district court | 0.10 | $325.00 | $32.50 |
| Service | 10/26/2025 | MKG | Email Jason Shade regarding Arete | 0.10 | $325.00 | $32.50 |
| Service | 10/28/2025 | MKG | Review Brian Prendergast email regarding date for fixing deadlines and reply | 0.10 | $325.00 | $32.50 |
| Service | 11/01/2025 | MKG | Email Tiffany DiIorio regarding quarterly report form and review her reply | 0.10 | $325.00 | $32.50 |
| Service | 11/06/2025 | MKG | Message from J.R. regarding Arete, | 0.10 | $325.00 | $32.50 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | Gentry Tipton, and next report and message for J.R. | | | |
| Service | 11/07/2025 | MKG | Review A. Steele email regarding next disbursement and email to JR | 0.10 | $325.00 | $32.50 |
| Service | 11/07/2025 | MKG | Review JR reply regarding disbursement and Arete | 0.10 | $325.00 | $32.50 |
| Service | 11/07/2025 | MKG | Telephone conference with JR | 0.10 | $325.00 | $32.50 |
| Service | 11/07/2025 | MKG | Telephone conference with A. Steele regarding disbursement | 0.10 | $325.00 | $32.50 |
| Service | 11/08/2025 | MKG | Dictate email to J.R. regarding Quarterly Report and draft form | 0.20 | $325.00 | $65.00 |
| Service | 11/10/2025 | MKG | Finalize email to JR regarding Quarterly Report form | 0.10 | $325.00 | $32.50 |
| Service | 11/17/2025 | MKG | Review J.R. email and reply regarding quarterly report | 0.10 | $325.00 | $32.50 |
| Service | 11/17/2025 | MKG | Review August, Sept. and Oct. bank statements and prepare proposed quarterly report | 0.30 | $325.00 | $97.50 |
| Service | 11/17/2025 | MKG | Dictate email to J.R. regarding quarterly report | 0.10 | $325.00 | $32.50 |
| Service | 11/18/2025 | MKG | Review J.R. 11/17 email regarding quarterly report and finalize report | 0.20 | $325.00 | $65.00 |
| Service | 11/18/2025 | MKG | Dictate email to J.R. regarding Quarterly Report | 0.10 | $325.00 | $32.50 |
| Service | 11/21/2025 | MKG | Review J.R. email regarding next distribution and storage costs and email J.R. regarding initial distribution | 0.20 | $325.00 | $65.00 |
| Service | 11/21/2025 | MKG | Review J.R. reply and respond regarding payment chart | 0.10 | $325.00 | $32.50 |
| Service | 11/21/2025 | MKG | Review J.R. email regarding Scott Holcomb and Arete | 0.10 | $325.00 | $32.50 |
| Service | 11/21/2025 | MKG | Email to J.R. regarding payment chart | 0.10 | $325.00 | $32.50 |
| Service | 11/24/2025 | MKG | Review J.R. email regarding distribution and telephone call with J.R. regarding distribution, R.J. Young, Icap and Arete | 0.40 | $325.00 | $130.00 |
| Service | 12/01/2025 | MKG | Review Anthony Steele email regarding receipt of checks and forward to J.R | 0.10 | $325.00 | $32.50 |
| Service | 12/02/2025 | MKG | Review A. Steele email regarding | 0.10 | $325.00 | $32.50 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | receipt of D. Lair check and email to J.R. | | | |
| Service | 12/15/2025 | MKG | Review J.R. email regarding status report and reply | 0.10 | $325.00 | $32.50 |
| Service | 12/16/2025 | MKG | Review J.R. email regarding Arete Illinois District Court case and status report | 0.10 | $325.00 | $32.50 |
| Service | 12/27/2025 | MKG | Review Arete Objection and Response to Amended Motion to Dismiss | 0.20 | $325.00 | $65.00 |
| Service | 12/29/2025 | MKG | Review Order Granting Subchapter V Trustee Compensation and email to Aaron Spencer and review his reply and dictate email to J.R. regarding payment to Aaron Spencer | 0.30 | $325.00 | $97.50 |
| Service | 12/29/2025 | MKG | Review Arete Wealth adversary proceeding docket and J.R.'s Reply to Arete Objection; dictate and revise emails to J.R. regarding Amended Motion to Dismiss and Arete Objection and J.R.'s Reply | 0.40 | $325.00 | $130.00 |
| Service | 12/30/2025 | MKG | Dictate email to J.R. and review Unbo Chang Declaration; revise email to J.R. | 0.30 | $325.00 | $97.50 |
| Service | 12/30/2025 | MKG | Text J.R. regarding Arete Declaration | 0.10 | $325.00 | $32.50 |
| Service | 12/31/2025 | MKG | Draft Declaration of Jack Robert Thacker | 0.30 | $325.00 | $97.50 |
| Service | 12/31/2025 | MKG | Review J.R. email regarding Arete and SEC issues and dictate inserts and revise email to J.R. regarding Declaration | 0.50 | $325.00 | $162.50 |
| Service | 12/31/2025 | MKG | Text to J.R. regarding email with Declaration | 0.10 | $325.00 | $32.50 |
| Service | 12/31/2025 | MKG | Telephone call with J.R. regarding Declaration and Arete | 0.20 | $325.00 | $65.00 |
| Service | 12/31/2025 | MKG | Revise and finalize Declaration | 0.30 | $325.00 | $97.50 |
| Service | 12/31/2025 | MKG | Review J.R. reply | 0.10 | $325.00 | $32.50 |
| Service | 12/31/2025 | MKG | Review J.R. text regarding Declaration and reply | 0.10 | $325.00 | $32.50 |
| Service | 01/08/2026 | MKG | Review William Young email regarding Roy Parker claim and dictate and revise email reply | 0.20 | $325.00 | $65.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Service | 01/09/2026 | MKG | Review § 1183 and Collier discussion regarding substantial confirmation | 0.20 | $325.00 | $65.00 |
| Service | 01/14/2026 | MKG | Review J.R. email regarding Arete District Court case and reply | 0.10 | $325.00 | $32.50 |
| Service | 01/14/2026 | MKG | Review Joint Status Report and prepare for call and text to J.R. | 0.20 | $325.00 | $65.00 |
| Service | 01/14/2026 | MKG | Telephone call with J.R. regarding District Court status hearing | 0.20 | $325.00 | $65.00 |
| Service | 02/05/2026 | MKG | Message from and telephone call with J.R. regarding Arete | 0.10 | $325.00 | $32.50 |
| Service | 02/24/2026 | MKG | Review A. Steele email regarding quarterly distribution and email to J.R. | 0.10 | $325.00 | $32.50 |
| Service | 02/24/2026 | MKG | Review A. Culton email regarding notice of substantial consummation | 0.10 | $325.00 | $32.50 |
| Service | 02/24/2026 | MKG | Review Collier discussion regarding substantial consummation and dictate reply to Amy Culton | 0.20 | $325.00 | $65.00 |
| Service | 02/24/2026 | MKG | Review T. DiIorio reply and respond and review her reply regarding substantial consummation | 0.20 | $325.00 | $65.00 |
| Service | 02/25/2026 | MKG | Review Antiques case and email to T. DiIorio regarding filing notice of substantial consummation | 0.20 | $325.00 | $65.00 |
| Service | 02/25/2026 | MKG | Telephone call with J.R. regarding Arete, attorneys and quarterly distribution | 0.30 | $325.00 | $97.50 |
| Service | 02/26/2026 | MKG | Review J.R. email regarding balance in account and reply | 0.10 | $325.00 | $32.50 |
| Service | 02/26/2026 | MKG | Dictate and revise email to J.R. regarding quarterly distributions and review J.R.'s reply | 0.20 | $325.00 | $65.00 |
| Service | 03/02/2026 | MKG | Review emails regarding Arete and email Lydia Zaidman | 0.10 | $325.00 | $32.50 |
| Service | 03/02/2026 | MKG | Conference call with Lydia, Robert and Vince regarding Arete | 0.40 | $325.00 | $130.00 |
| Service | 03/02/2026 | MKG | Dictate Notice of Substantial Consummation | 0.10 | $325.00 | $32.50 |
| Service | 03/03/2026 | MKG | Revise and finalize Notice of Substantial Consummation | 0.10 | $325.00 | $32.50 |
| Service | 03/03/2026 | MKG | Review J.R. and Lydia emails and respond to Lydia regarding Arete | 0.10 | $325.00 | $32.50 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Service | 03/03/2026 | MKG | Review Robert Mangum email regarding documents | 0.10 | $325.00 | $32.50 |
| Service | 03/04/2026 | MKG | Review R. Mangum email regarding meeting and reply | 0.10 | $325.00 | $32.50 |
| Service | 03/09/2026 | MKG | Email J.R. regarding chart of quarterly payments | 0.10 | $325.00 | $32.50 |
| Service | 03/09/2026 | MKG | Review J.R. email regarding Arete and reply | 0.10 | $325.00 | $32.50 |
| Service | 03/10/2026 | MKG | Prepare for conference call; conference call with J.R., Lydia, Robert and Vince regarding Arete | 0.90 | $325.00 | $292.50 |
| Service | 03/10/2026 | MKG | Review Robert and Jake emails regarding attorney | 0.10 | $325.00 | $32.50 |
| Service | 03/10/2026 | MKG | Email J.R. regarding attorney for Arete | 0.10 | $325.00 | $32.50 |
| Service | 03/11/2026 | MKG | Review J.R. reply regarding Baker, Donelson and reply | 0.10 | $325.00 | $32.50 |
| Service | 03/11/2026 | MKG | Review J.R. email regarding attorney and reply | 0.10 | $325.00 | $32.50 |
| **Non-billable services** | | | | | | |
| Service | 03/21/2025 | MKG | Review Mechelle email regarding Doc 37 and telephone call with Mechelle (no charge) | 0.10 | $325.00 | $32.50 |
| Service | 04/10/2025 | MKG | Message for Mark Esposito regarding Affidavit (no charge) | 0.10 | $325.00 | $32.50 |
| Service | 04/12/2025 | MKG | Review J.R. email to Amber Hayes regarding automatic extension (no charge) | 0.10 | $325.00 | $32.50 |
| Service | 05/23/2025 | MKG | Review GT&M services | 0.20 | $325.00 | $65.00 |
| Service | 05/26/2025 | MKG | Review GT&M services | 0.60 | $325.00 | $195.00 |
| Service | 06/09/2025 | MKG | Review GT&M services and expenses | 0.20 | $325.00 | $65.00 |
| Service | 06/10/2025 | MKG | Review GT&M updated invoice | 0.20 | $325.00 | $65.00 |
| Service | 06/11/2025 | MKG | Review M. Warren email regarding errors in Application to Employ Powell Auction and revise Withdrawal of Doc. 117 and revise Application to Employ Powell Auction | 0.30 | $325.00 | $97.50 |
| Service | 06/12/2025 | MKG | Revise and finalize GT&M fee Application | 0.10 | $325.00 | $32.50 |

| Service | 06/12/2025 | MKG | Dictate letter to J.R. regarding GT&M invoice | 0.10 | $325.00 | $32.50 |
| Service | 06/23/2025 | MKG | Review A. Steele email regarding call and reply | 0.10 | $325.00 | $32.50 |
| Service | 07/25/2025 | MKG | Review M. Warren email regarding deficiencies and objection | 0.10 | $325.00 | $32.50 |
| Service | 10/10/2025 | MKG | Review GT&M services | 0.20 | $325.00 | $65.00 |
| | | | | | **Services Subtotal** | **$5,915.00** |

## Expenses

| Type | Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Expense | 10/13/2025 | Postage Charge | 1.00 | $36.26 | $36.26 |
| Expense | 10/13/2025 | Postage Charge | 1.00 | $3.00 | $3.00 |
| Expense | 10/13/2025 | Copies - 196 pages | 1.00 | $19.60 | $19.60 |
| Expense | 03/03/2026 | Copies - 49 pages | 1.00 | $4.90 | $4.90 |
| Expense | 03/03/2026 | Postage Charge | 1.00 | $36.26 | $36.26 |
| | | | | **Expenses Subtotal** | **$100.02** |

| Time Keeper | Quantity | Rate | Total |
|---|---|---|---|
| Maurice Guinn | 18.2 | $325.00 | $5,915.00 |
| | | **Subtotal Services/Expenses** | **$6,015.02** |
| | | **Total** | **$6,015.02** |

## Detailed Statement of Account

### Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 7541 | 04/22/2026 | $6,015.02 | $0.00 | $6,015.02 |
| | | | **Outstanding Balance** | **$6,015.02** |
| | | | **Amount in Trust** | **$0.00** |
| | | | **Total Amount Outstanding** | **$6,015.02** |

Please make all amounts payable to: Gentry, Tipton & McLemore, PC

Please pay within 30 days.