**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION AT GREENEVILLE**

| | | |
|---|---|---|
| In re | : | |
| | : | |
| **JACK ROBERT THACKER, JR.** | : | **Case No.  2:25-bk-50237-RRM** |
| **a/k/a JACK R. THACKER,** | : | **Chapter 11 – Subchapter V** |
| **a/k/a J. R. THACKER** | : | |
| | : | |
| Debtor | : | |

### SECOND QUARTERLY REPORT BY JACK ROBERT THACKER, JR.

On July 29, 2025, the Court entered the Order Confirming Plan (Doc 148).  The Plan provides for filing quarterly reports. The initial Quarterly Report (Doc 172) was filed on November 18, 2025.

Since November 1, 2025, the estate has received and disbursed the following amounts:

| Month | Deposits | Disbursements |
|---|---|---|
| November | $3,626.47 | $7,479.42 |
| December | $4,573.97 | $110,945.68 |
| January | $6,467.63 | $16,323.53 |

Copies of the estate bank account for November and December 2025 and January 2026 are attached to this Second Quarterly Report.  As of January 31, 2026, the ending balance in the estate account was $535,210.07.  A $90,000.00 domestic support priority claim shall be paid from these funds in 2026.

/s/ Jack R. Thacker, Jr.
Jack R. Thacker, Jr.

## CERTIFICATE OF SERVICE

The undersigned certifies that on April 21, 2026, the foregoing **"Second Quarterly Report by Jack Robert Thacker, Jr."** was filed electronically and will be sent by operation of the Court's electronic filing system to Tiffany DiIorio, Andrew Wesley Hogan, Eric W. Reecher, M. Aaron Spencer, Anthony R. Steele, Walter N. Winchester, and the United States Trustee.

/s/Maurice K. Guinn _____
Maurice K. Guinn
(Bar Code No. 000366)
Gentry, Tipton & McLemore, P.C.
P.O. Box 1990
Knoxville, TN   37901
Phone: (865) 525-5300
mkg@tennlaw.com
Attorneys for Jack Robert Thacker, Jr.

Quarterly Report (4-21-26)

# First **Bank & Trust Company**
### The Bank That Puts You First.

*Online Banking Log-in*

```
Date   1/30/26          Page      1
Primary Account   XXXXXXXXXXXX8439
C 31              Enclosures      3
```

Jack Robert Thacker Jr
Debtor-in-Possession
Case No. 2:25-bk-50237-RMM
****************************************
    Bad Address
****************************************

## CHECKING ACCOUNTS

```
Regular Checking                   Number of Enclosures              3
Account Number      XXXXXXXXXXXX8439 Statement Dates   1/01/26 thru  2/01/26
Previous Balance         545,065.97 Days in the Statement Period        32
     5 Deposits/Credits    6,467.63 Average Ledger         534,961.74
    43 Checks/Debits       16,323.53 Average Collected      534,961.74
Service Charge                  .00
Interest Paid                   .00
Ending Balance           535,210.07
```

## DEPOSITS AND ADDITIONS

| Date | Description | Amount |
|---|---|---|
| 1/27 | CREDIT     AXOS CLEARING | 241.67 |
|      | PPD | |
| 1/27 | SILV PEAK   MONTEGO ASSET MA | 597.90 |
|      | CCD       738 | |
| 1/27 | MID MESA   MONTEGO ASSET | 3,487.72 |
|      | CCD       556 | |
| 1/28 | MRM DIST   MONTEGO ASSET MA | 640.34 |
|      | CCD       838 | |
| 1/30 | Deposit | 1,500.00 |

## WITHDRAWALS AND DEDUCTIONS

| Date | Description | Amount |
|---|---|---|
| 1/02 | DBT CRD 2139 01/01/26 31711242 | 6.56- |
|      | Prime Video Channels | |
|      | amzn.com/bill WA | |
| 1/02 | POS DEB 1510 12/31/25 00584994 | 41.59- |
|      | MARATHON 153122 | |
|      | MARATHON 153122 | |
|      | BRISTOL        TN | |
| 1/05 | DBT CRD 1219 01/04/26 59755421 | 37.06- |
|      | TACO RIENDO FRESH MEX | |
|      | BRISTOL        VA | |
| 1/05 | POS DEB 1656 01/02/26 00836903 | 47.32- |
|      | FOOD CITY #821 | |
|      | FOOD CITY  821 | |
|      | BRISTOL        VA | |
| 1/05 | DBT CRD 1221 01/02/26 60648103 | 90.40- |
|      | FWCH | |
|      | JOHNSON CITY   TN | |
| 1/05 | DBT CRD 0010 01/03/26 22510207 | 140.00- |
|      | WEAVER PIKE MINI STORA | |
|      | 800-789-3638  TN | |

# First Bank & Trust Company
### The Bank That Puts You First.

_Online Banking Log-in_

```
Date  1/30/26          Page     2
Primary Account  XXXXXXXXXXXX8439
Enclosures                     3
```

```
Jack Robert Thacker Jr
Debtor-in-Possession
Case No. 2:25-bk-50237-RMM
****************************************
    Bad Address
****************************************
```

| Regular Checking | XXXXXXXXXXXX8439 | (Continued) |
| --- | --- | --- |

## WITHDRAWALS AND DEDUCTIONS

| Date | Description | Amount |
| --- | --- | --- |
| 1/07 | INSURANCE  MIDLAND NATIONAL<br>PPD | 950.00- |
| 1/08 | DBT CRD 1922 01/07/26 49227687<br>Prime Video Channels<br>amzn.com/bill WA | 8.75- |
| 1/08 | POS DEB 1954 01/07/26 00488297<br>CVS/PHARMACY #03 03726--2<br>CVS/PHARMACY  03 0<br>BRISTOL      TN | 14.85- |
| 1/09 | DBT CRD 0007 01/07/26 20601648<br>WEAVER PIKE MINI STORA<br>800-789-3638  TN | 140.00- |
| 1/12 | DBT CRD 1754 01/09/26 60504543<br>Prime Video Channels<br>amzn.com/bill WA | 8.75- |
| 1/12 | DBT CRD 0847 01/09/26 32512797<br>ABC*PLANET FITNESS BRI<br>276-2857368   VA | 50.10- |
| 1/13 | POS DEB 0744 01/13/26 07191217<br>APPLE COM BILL<br>APPLE COM BILL<br>CUPERTINO      CA | 26.25- |
| 1/13 | DBT CRD 2159 01/12/26 43808569<br>APPLE.COM/BILL<br>866-712-7753  CA | 2.99- |
| 1/13 | DBT CRD 2325 01/12/26 95597424<br>ABC*PLANET FITNESS BRI<br>276-2857368   VA | 49.00- |
| 1/13 | DBT CRD 0840 01/12/26 28116584<br>AMAZON PRIME*J69771PU3<br>Amzn.com/bill WA | 152.21- |
| 1/14 | DBT CRD 1149 01/12/26 41746754<br>ARBYS 1963<br>BRISTOL      TN | 15.60- |
| 1/15 | PAYMENT    JOHN HANCOCK MAN<br>PPD<br>TRN*1*E51981327\ | 70.00- |
| 1/16 | POS DEB 1144 01/16/26 00646383<br>FOOD CITY #617<br>FOOD CITY  617<br>BRISTOL      TN | 85.22- |

# First **Bank & Trust Company**
## The Bank That Puts You First.

_Online Banking Log-in_

Date  1/30/26         Page    3
Primary Account  XXXXXXXXXXXX8439
Enclosures                      3

Jack Robert Thacker Jr
Debtor-in-Possession
Case No. 2:25-bk-50237-RMM
*****************************************
    Bad Address
*****************************************

Regular Checking            XXXXXXXXXXXX8439   (Continued)

## WITHDRAWALS AND DEDUCTIONS

| Date | Description | Amount |
|------|-------------|--------|
| 1/16 | DBT CRD 0008 01/15/26 20957586<br>PY *STORAGE SOLUTIONS<br>615-893-5125  TN | 104.00- |
| 1/20 | DBT CRD 1713 01/18/26 36339772<br>Prime Video Channels<br>amzn.com/bill WA | 20.25- |
| 1/20 | POS DEB 1119 01/18/26 11286008<br>APPLE COM BILL<br>APPLE COM BILL<br>CUPERTINO     CA | 13.10- |
| 1/20 | DBT CRD 0051 01/17/26 46850125<br>ABC*PLANET FITNESS BRI<br>276-2857368    VA | 25.05- |
| 1/20 | DBT CRD 0346 01/19/26 51604252<br>Netflix.com<br>netflix.com    CA | 27.36- |
| 1/20 | WEB PMT  BCBSTN<br>WEB | 1,497.76- |
| 1/23 | DBT CRD 2115 01/23/26 17105525<br>Prime Video *UY2ZH06R3<br>888-802-3080   WA | 3.27- |
| 1/23 | UTILITY BI SOUTH FORK UTILI<br>PPD | 88.80- |
| 1/26 | DBT CRD 1553 01/25/26 88318633<br>Prime Video Channels<br>amzn.com/bill WA | 6.56- |
| 1/26 | POS DEB 1305 01/24/26 94691500<br>ALDI 66068<br>720 CABELA DRIVE<br>BRISTOL      VA | 66.67- |
| 1/26 | POS DEB 1220 01/24/26 00668914<br>SAMS CLUB #6518<br>13249 LEE HWY<br>BRISTOL      VA | 442.89- |
| 1/27 | DBT CRD 0011 01/26/26 22982274<br>PY *STORAGE SOLUTIONS<br>615-893-5125  TN | 139.00- |
| 1/28 | POS DEB 1147 01/28/26 66772900<br>WAL-MART #0620<br>220 CENTURY BLVD<br>BRISTOL      TN | 148.57- |

# First Bank & Trust Company
### The Bank That Puts You First.

```
Date  1/30/26           Page      4
Primary Account  XXXXXXXXXXXX8439
Enclosures                      3
```

```
Jack Robert Thacker Jr
Debtor-in-Possession
Case No. 2:25-bk-50237-RMM
****************************************
     Bad Address
****************************************
```

Regular Checking                XXXXXXXXXXXX8439   (Continued)

## WITHDRAWALS AND DEDUCTIONS

| Date | Description | Amount |
|---|---|---|
| 1/28 | POS DEB 0101 01/28/26 01017047<br>APPLE COM BILL<br>APPLE COM BILL<br>CUPERTINO      CA | 5.99- |
| 1/30 | DBT CRD 1821 01/29/26 12678865<br>AMAZON PRIME*152RS7IM3<br>amzn.com/bill WA | 3.27- |
| 1/30 | DBT CRD 1403 01/30/26 22338705<br>AMAZON MKTPL*UN7ZT9Z23<br>Amzn.com/bill WA | 7.63- |
| 1/30 | DBT CRD 0810 01/29/26 10323658<br>Prime Video Channels<br>amzn.com/bill WA | 8.75- |
| 1/30 | DBT CRD 2053 01/30/26 03986250<br>Prime Video Channels<br>amzn.com/bill WA | 14.22- |
| 1/30 | DBT CRD 2055 01/29/26 05573938<br>Amazon.com*2H15N7913<br>Amzn.com/bill WA | 38.45- |
| 1/30 | DBT CRD 1403 01/30/26 22385698<br>AMAZON MKTPL*F87CB5HY3<br>Amzn.com/bill WA | 51.30- |
| 1/30 | DBT CRD 0004 01/28/26 18815901<br>WEAVER PIKE MINI STORA<br>800-789-3638   TN | 160.00- |
| 1/30 | UTIL BILL   BRISTOL TN ESSEN<br>PPD | 535.14- |

## CHECKS

| Date | Check No | Amount | Date | Check No | Amount |
|---|---|---|---|---|---|
| 1/07 | 1044 | 3,772.60 | 1/08 | 1045 | 7,206.25 |

*Indicates Skip In Check Numbers

## DAILY BALANCE INFORMATION

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 1/01 | 545,065.97 | 1/12 | 532,551.74 | 1/23 | 530,370.88 |
| 1/02 | 545,017.82 | 1/13 | 532,321.29 | 1/26 | 529,854.76 |
| 1/05 | 544,703.04 | 1/14 | 532,305.69 | 1/27 | 534,043.05 |
| 1/07 | 539,980.44 | 1/15 | 532,235.69 | 1/28 | 534,528.83 |
| 1/08 | 532,750.59 | 1/16 | 532,046.47 | 1/30 | 535,210.07 |
| 1/09 | 532,610.59 | 1/20 | 530,462.95 | | |

**Credit**

| | |
|---|---|
| Bank: | The First Bank & Trust Co. |
| Branch #: | 5 |
| Branch Name: | Pinnacle |
| Teller ID: | W34MBH |
| Drawer #: | 32 |
| Trans #: | 29 |
| Misc: | Tcn DDA Deposit, |

**DDA Deposit**

| | |
|---|---|
| Date/Time: | 1/30/2026  1:39 PM |
| Workstation: | 3V1F2N3 |
| HIN #: | 952605110000071 |
| Owner: | J R Thacker |

SUBSTITUTE IMAGE / VIRTUAL DOCUMENT

| AUXILIARY | R/T | ACCOUNT | PC/TC | AMOUNT |
|---|---|---|---|---|
| | 5408-0011 | 8439 | 20 | $1,500.00 |

Deposit  Date: 01/30  Amount: $1,500.00



1044  Date: 01/07  Amount: $3,772.60

1045  Date: 01/08  Amount: $7,206.25

# First Bank & Trust Company
### The Bank That Puts You First.

*Online Banking Log-in*

Date 11/28/25          Page      1
Primary Account        ███8439
C 31                   Enclosures      4

Jack Robert Thacker Jr
Debtor-in-Possession
Case No. 2:25-bk-50237-RMM
*****************************************
    Bad Address
*****************************************

## CHECKING ACCOUNTS

| | | | |
|---|---|---|---|
| Regular Checking | | Number of Enclosures | 4 |
| Account Number | ███8439 | Statement Dates  11/03/25 thru 11/30/25 | |
| Previous Balance | 655,290.63 | Days in the Statement Period | 28 |
| 5 Deposits/Credits | 3,626.47 | Average Ledger | 652,739.30 |
| 44 Checks/Debits | 7,479.42 | Average Collected | 652,739.30 |
| Service Charge | .00 | | |
| Interest Paid | .00 | | |
| Ending Balance | 651,437.68 | | |

## DEPOSITS AND ADDITIONS

| Date | Description | Amount |
|---|---|---|
| 11/06 | Deposit | 1,500.00 |
| 11/21 | MID MESA    MONTEGO ASSET<br>CCD         556 | 290.07 |
| 11/21 | MRM DIST    MONTEGO ASSET MA<br>CCD         838 | 348.79 |
| 11/21 | SILV PEAK   MONTEGO ASSET MA<br>CCD         738 | 1,195.94 |
| 11/26 | CREDIT      AXOS CLEARING<br>PPD | 291.67 |

## WITHDRAWALS AND DEDUCTIONS

| Date | Description | Amount |
|---|---|---|
| 11/03 | DBT CRD 2300 11/01/25 44238810<br>Prime Video Channels<br>amzn.com/bill WA | 6.56- |
| 11/03 | POS DEB 1314 11/02/25 00903793<br>WM SUPERCENTER #620<br>220 CENTURY BLVD<br>BRISTOL        TN | 112.70- |
| 11/03 | POS DEB 1814 11/01/25 16604400<br>WAL-MART #0620<br>220 CENTURY BLVD<br>BRISTOL        TN | 126.20- |
| 11/05 | POS DEB 1301 11/05/25 00108111<br>WEIGELS #116<br>WEIGELS  116<br>BRISTOL        TN | 30.29- |
| 11/05 | DBT CRD 1426 11/03/25 35880322<br>BELMONT PACKAGE   LIQUO<br>BRISTOL        TN | 41.62- |
| 11/05 | POS DEB 1426 11/05/25 00935921<br>FOOD CITY #617 | 113.53- |

# First Bank & Trust Company
## The Bank That Puts You First.

Online Banking Log-in

Date 11/28/25          Page      2
Primary Account              8439
Enclosures                      4

Jack Robert Thacker Jr
Debtor-in-Possession
Case No. 2:25-bk-50237-RMM
*****************************************
    Bad Address
*****************************************

Regular Checking                                    8439   (Continued)

## WITHDRAWALS AND DEDUCTIONS

| Date | Description | Amount |
|------|-------------|--------|
|       | FOOD CITY  617 | |
|       | BRISTOL      TN | |
| 11/05 | DBT CRD 0015 11/03/25 25069897 | 140.00- |
|       | WEAVER PIKE MINI STORA | |
|       | 800-789-3638  TN | |
| 11/06 | INSURANCE  MIDLAND NATIONAL | 950.00- |
|       | PPD | |
| 11/07 | POS DEB 2330 11/06/25 23231720 | 37.77- |
|       | Buc-ee s #0069 Outside | |
|       | 6500 BUC-EE S BLVD | |
|       | MOUNT CRAWFOR VA | |
| 11/10 | DBT CRD 1950 11/07/25 66252586 | 8.75- |
|       | Prime Video Channels | |
|       | amzn.com/bill WA | |
| 11/10 | DBT CRD 1845 11/09/25 27517797 | 8.75- |
|       | Prime Video Channels | |
|       | amzn.com/bill WA | |
| 11/10 | DBT CRD 1211 11/06/25 54835719 | 13.43- |
|       | ARBYS 1963 | |
|       | BRISTOL      TN | |
| 11/10 | DBT CRD 1944 11/06/25 62583596 | 17.54- |
|       | BOJANGLES #1101 | |
|       | 276-2230050   VA | |
| 11/10 | DBT CRD 1345 11/09/25 09322259 | 35.13- |
|       | PILOT 00474 | |
|       | SUTTON      WV | |
| 11/10 | DBT CRD 0009 11/07/25 21898765 | 140.00- |
|       | WEAVER PIKE MINI STORA | |
|       | 800-789-3638  TN | |
| 11/12 | DBT CRD 1644 11/11/25 18608076 | 61.90- |
|       | APPLE.COM/BILL | |
|       | 866-712-7753  CA | |
| 11/12 | POS DEB 1423 11/12/25 89047035 | 148.06- |
|       | WAL WAL-MART #0620 001503 | |
|       | 220 CENTURY BLVD | |
|       | BRISTOL      TN | |
| 11/12 | DBT CRD 2200 11/12/25 44203378 | 2.99- |
|       | APPLE.COM/BILL | |
|       | 866-712-7753  CA | |
| 11/17 | DBT CRD 1520 11/16/25 68582713 | 36.08- |
|       | LA CARRETA | |

# First **Bank & Trust Company**

### The Bank That Puts You First.

_Online Banking Log-in_

| | |
|---|---|
| Date 11/28/25 | Page  3 |
| Primary Account | ●●●8439 |
| Enclosures | 4 |

Jack Robert Thacker Jr
Debtor-in-Possession
Case No. 2:25-bk-50237-RMM
*****************************************
   Bad Address
*****************************************

Regular Checking                    ●●●8439  (Continued)

## WITHDRAWALS AND DEDUCTIONS

| Date | Description | Amount |
|---|---|---|
| | JOHNSON CITY   TN | |
| 11/17 | DBT CRD 0016 11/15/25 25878509 | 104.00- |
| | PY *STORAGE SOLUTIONS | |
| | 615-893-5125   TN | |
| 11/17 | POS DEB 1618 11/15/25 29607900 | 109.04- |
| | ALDI 66068 | |
| | 720 CABELA DRIVE | |
| | BRISTOL      VA | |
| 11/17 | POS DEB 1746 11/15/25 00131567 | 254.70- |
| | FOOD CITY #617 | |
| | FOOD CITY  617 | |
| | BRISTOL       TN | |
| 11/17 | PAYMENT    JOHN HANCOCK MAN | 70.00- |
| | PPD | |
| | TRN*1*E49916815\ | |
| 11/18 | POS DEB 1120 11/18/25 11491673 | 13.10- |
| | APPLE COM BILL | |
| | APPLE COM BILL | |
| | CUPERTINO    CA | |
| 11/18 | WEB PMT  BCBSTN | 1,021.45- |
| | WEB | |
| 11/19 | DBT CRD 1714 11/18/25 36976838 | 18.60- |
| | Prime Video Channels | |
| | amzn.com/bill WA | |
| 11/19 | POS DEB 1659 11/18/25 00206505 | 28.52- |
| | FOOD CITY #669 | |
| | FOOD CITY  669 | |
| | BLOUNTVILLE   TN | |
| 11/20 | DBT CRD 0421 11/19/25 73062543 | 27.36- |
| | Netflix.com | |
| | 408-5403700   CA | |
| 11/24 | POS DEB 1323 11/24/25 00311089 | 15.67- |
| | DOLLAR GENERAL #17436 | |
| | DG 174361728 WEAVE | |
| | BRISTOL       TN | |
| 11/24 | POS DEB 1421 11/21/25 00991801 | 49.69- |
| | WEIGELS #116 | |
| | WEIGELS  116 | |
| | BRISTOL       TN | |
| 11/24 | POS DEB 1257 11/23/25 00793114 | 120.45- |
| | FOOD CITY #821 | |

# First **Bank & Trust Company**
## The Bank That Puts You First.

*Online Banking Log-in*

Date 11/28/25         Page      4
Primary Account      304▪8439
Enclosures                    4

Jack Robert Thacker Jr
Debtor-in-Possession
Case No. 2:25-bk-50237-RMM
*****************************************
     Bad Address
*****************************************

Regular Checking              304▪8439   (Continued)

## WITHDRAWALS AND DEDUCTIONS

| Date | Description | Amount |
|------|-------------|--------|
|  | FOOD CITY  821 BRISTOL         VA | |
| 11/24 | UTILITY BI SOUTH FORK UTILI PPD | 68.05- |
| 11/25 | DBT CRD 1206 11/24/25 51903236 Subway 19573 Bristol         TN | 15.60- |
| 11/26 | DBT CRD 1555 11/25/25 89062795 Prime Video Channels amzn.com/bill WA | 6.56- |
| 11/26 | POS DEB 1537 11/25/25 00374443 FOOD CITY #617 FOOD CITY  617 BRISTOL         TN | 13.80- |
| 11/26 | POS DEB 1216 11/26/25 00162157 USPS PO 51111603 111 6TH USPS PO 51111603 1 BRISTOL         VA | 31.20- |
| 11/26 | DBT CRD 0859 11/25/25 39965654 PREMIER PHARMACY INC 423-2451022    TN | 55.00- |
| 11/26 | POS DEB 1419 11/25/25 00479438 WEIGELS #116 WEIGELS  116 BRISTOL         TN | 81.88- |
| 11/28 | DBT CRD 1146 11/26/25 40080402 APPLE.COM/BILL 866-712-7753   CA | 20.31- |
| 11/28 | DBT CRD 0010 11/26/25 22353486 PY *STORAGE SOLUTIONS 615-893-5125   TN | 139.00- |
| 11/28 | ELEC. BILL BRISTOL TN ESSEN PPD | 429.42- |

## CHECKS

| Date | Check No | Amount | Date | Check No | Amount | Date | Check No | Amount |
|------|----------|--------|------|----------|--------|------|----------|--------|
| 11/06 | 1040 | 1,900.00 | 11/24 | 1041 | 654.72 | 11/26 | 1042 | 200.00 |

*Indicates Skip In Check Numbers

## DAILY BALANCE INFORMATION

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 11/03 | 655,045.17 | 11/05 | 654,719.73 | 11/06 | 653,369.73 |

# First **Bank & Trust Company**
### The Bank That Puts You First.

*Online Banking Log-in*

Date 11/28/25          Page      5
Primary Account        304 8439
Enclosures                      4

Jack Robert Thacker Jr
Debtor-in-Possession
Case No. 2:25-bk-50237-RMM
*****************************************
    Bad Address
*****************************************

Regular Checking                304 8439   (Continued)

## DAILY BALANCE INFORMATION

| Date  | Balance    | Date  | Balance    | Date  | Balance    |
|-------|------------|-------|------------|-------|------------|
| 11/07 | 653,331.96 | 11/18 | 651,287.04 | 11/24 | 652,138.78 |
| 11/10 | 653,108.36 | 11/19 | 651,239.92 | 11/25 | 652,123.18 |
| 11/12 | 652,895.41 | 11/20 | 651,212.56 | 11/26 | 652,026.41 |
| 11/17 | 652,321.59 | 11/21 | 653,047.36 | 11/28 | 651,437.68 |

**Credit**

Bank: The First Bank & Trust Co.
Branch #: 22
Branch Name: Volunteer Parkway
Teller ID: W34HCM
Drawer #: 211
Trans #: 59
Misc: Trn DDA Deposit,

**DDA Deposit**

Date/Time: 11/6/2025  1:42 PM
Workstation: FZ24N83
HIN #: 944122080000291
Owner: J R Thacker

SUBSTITUTE IMAGE / VIRTUAL DOCUMENT

| AUXILIARY | R/T 5408-0011 | ACCOUNT ███8439 | PC/TC 20 | AMOUNT $1,500.00 |
|---|---|---|---|---|

Deposit   Date: 11/06   Amount: $1,500.00

JACK ROBERT THACKER JR.
DEBTOR-IN-POSSESSION
CASE NO. 2:25-BK-50237 RMM
2261 BULLOCK HOLLOW ROAD
BRISTOL, TN 37620

1040

11-6-25

Pay to the Order of  Erie Insurance  $ 1,900 00
One thousand nine hundred ————— Dollars

First Bank & Trust Company

For Auto + Umbrella

⑆051404464⑆  ███ 843 9⑈ 1040

1040   Date: 11/06   Amount: $1,900.00

JACK ROBERT THACKER JR.
DEBTOR-IN-POSSESSION
CASE NO. 2:25-BK-50237 RMM
2261 BULLOCK HOLLOW ROAD
BRISTOL, TN 37620

1041

11-19-25

Pay to the Order of  Treasurer, City of Bristol VA  $ 654.72
Six hundred fifty four and 72/100 ————— Dollars

First Bank & Trust Company

For Acct # 193160

⑆051404464⑆  ███ 843 9⑈ 1041

1041   Date: 11/24   Amount: $654.72

JACK ROBERT THACKER JR.
DEBTOR-IN-POSSESSION
CASE NO. 2:25-BK-50237 RMM
2261 BULLOCK HOLLOW ROAD
BRISTOL, TN 37620

1042

11-23-25

Pay to the Order of  North Bristol Baptist Church  $ 200 00
Two hundred ————— Dollars

First Bank & Trust Company

For

⑆051404464⑆  ███ 843 9⑈ 1042

1042   Date: 11/26   Amount: $200.00

# First Bank & Trust Company
### The Bank That Puts You First.

Online Banking Log-in

```
Date 12/31/25          Page      1
Primary Account        ████8439
C 31              Enclosures     17
```

```
Jack Robert Thacker Jr
Debtor-in-Possession
Case No. 2:25-bk-50237-RMM
*****************************************
     Bad Address
*****************************************
```

## CHECKING ACCOUNTS

| | | | |
|---|---|---|---|
| Regular Checking | | Number of Enclosures | 17 |
| Account Number | ████8439 | Statement Dates  12/01/25 thru 12/31/25 | |
| Previous Balance | 651,437.68 | Days in the Statement Period | 31 |
| 6 Deposits/Credits | 4,573.97 | Average Ledger | 554,610.76 |
| 73 Checks/Debits | 110,945.68 | Average Collected | 554,610.76 |
| Service Charge | .00 | | |
| Interest Paid | .00 | | |
| Ending Balance | 545,065.97 | | |

## DEPOSITS AND ADDITIONS

| Date | Description | | Amount |
|---|---|---|---|
| 12/08 | Fund VI D  CPFVI LLC OP PPD | | 806.54 |
| 12/09 | Deposit | | 1,500.00 |
| 12/26 | MID MESA  MONTEGO ASSET CCD | 556 | 313.67 |
| 12/26 | SILV PEAK  MONTEGO ASSET MA CCD | 738 | 378.17 |
| 12/26 | MRM DIST  MONTEGO ASSET MA CCD | 838 | 733.92 |
| 12/29 | CREDIT  AXOS CLEARING PPD | | 841.67 |

## WITHDRAWALS AND DEDUCTIONS

| Date | Description | Amount |
|---|---|---|
| 12/01 | DBT CRD 1910 11/29/25 42181442 AMAZON PRIME*BB2Y96VJ2 amzn.com/bill WA | 3.27- |
| 12/01 | DBT CRD 2159 12/01/25 43906825 Prime Video Channels amzn.com/bill WA | 6.56- |
| 12/01 | DBT CRD 0806 11/29/25 08081111 Prime Video Channels amzn.com/bill WA | 8.75- |
| 12/01 | DBT CRD 2032 11/30/25 91476720 Prime Video Channels amzn.com/bill WA | 14.22- |
| 12/01 | POS DEB 1239 11/30/25 00945604 FOOD CITY #821 FOOD CITY  821 BRISTOL      VA | 38.60- |
| 12/01 | POS DEB 1334 12/01/25 42439500 SAMSCLUB #6518 | 452.83- |

# First **Bank & Trust Company**

### The Bank That Puts You First.

_Online Banking Log-in_

Date 12/31/25            Page        2
Primary Account        30 8439
Enclosures                        17

Jack Robert Thacker Jr
Debtor-in-Possession
Case No. 2:25-bk-50237-RMM
*****************************************
        Bad Address
*****************************************

Regular Checking                    04 8439    (Continued)

## WITHDRAWALS AND DEDUCTIONS

| Date | Description | Amount |
|------|-------------|--------|
|       | 21483 MARKET CENTE BRISTOL        VA | |
| 12/01 | DBT CRD 0000 11/28/25 16240886 WEAVER PIKE MINI STORA 800-789-3638   TN | 160.00- |
| 12/05 | DBT CRD 0345 12/05/25 51093098 AMAZON MKTPL*BI0H011V1 Amzn.com/bill WA | 20.54- |
| 12/05 | DBT CRD 1952 12/05/25 67207094 AMAZON MKTPL*BI3YE12J2 Amzn.com/bill WA | 60.06- |
| 12/05 | DBT CRD 0014 12/03/25 24641844 WEAVER PIKE MINI STORA 800-789-3638   TN | 140.00- |
| 12/08 | DBT CRD 1912 12/07/25 43511210 Prime Video Channels amzn.com/bill WA | 8.75- |
| 12/08 | CREDITCARD BARCLAYCARD US CHECK # 1010 | 229.74- |
| 12/08 | INSURANCE   MIDLAND NATIONAL PPD | 950.00- |
| 12/09 | POS DEB 1431 12/09/25 06632000 WAL-MART #0620 220 CENTURY BLVD BRISTOL        TN | 252.16- |
| 12/09 | DBT CRD 0014 12/07/25 24753393 WEAVER PIKE MINI STORA 800-789-3638   TN | 140.00- |
| 12/10 | DBT CRD 1815 12/09/25 09421174 Prime Video Channels amzn.com/bill WA | 8.75- |
| 12/10 | POS DEB 1436 12/10/25 00004068 WEAVER MARKET WEAVER MARKET BRISTOL        TN | 43.85- |
| 12/11 | DBT CRD 1220 12/10/25 60244779 I3B*SULLIVAN CLERK BLV BLOUNTVILLE    TN | 29.91- |
| 12/11 | DBT CRD 1512 12/11/25 63349775 AMAZON MKTPL*IM80E1OB3 Amzn.com/bill WA | 207.47- |

# First **Bank & Trust Company**

### The Bank That Puts You First.

_Online Banking Log-in_

```
Date 12/31/25                    Page      3
Primary Account        304  8439
Enclosures                            17
```

```
Jack Robert Thacker Jr
Debtor-in-Possession
Case No. 2:25-bk-50237-RMM
*****************************************
    Bad Address
*****************************************
```

Regular Checking                    304 8439  (Continued)

## WITHDRAWALS AND DEDUCTIONS

| Date  | Description                                                                 | Amount   |
|-------|-----------------------------------------------------------------------------|----------|
| 12/11 | CHECK PYMT CAPITAL ONE ARC<br>CHECK # 1012                                  | 19.92-   |
| 12/12 | DBT CRD 1433 12/11/25 39829435<br>JERSEY MIKES 4035<br>BRISTOL       TN      | 17.43-   |
| 12/12 | DBT CRD 1352 12/11/25 15438935<br>THE UPS STORE 3657<br>865-4149326    TN    | 20.58-   |
| 12/12 | POS DEB 1526 12/11/25 00245862<br>LOWE S #2591<br>LOWE S   2591<br>BRISTOL       TN | 32.73-   |
| 12/15 | DBT CRD 1022 12/14/25 89431522<br>APPLE.COM/BILL<br>866-712-7753  CA         | 34.99-   |
| 12/15 | DBT CRD 1006 12/12/25 80145195<br>AMAZON MKTPL*IO3WQ3DK3<br>Amzn.com/bill WA | 87.33-   |
| 12/15 | DBT CRD 1449 12/12/25 49913835<br>EYE PHYSICIANS OF SWVA<br>BRISTOL       VA | 88.00-   |
| 12/15 | POS DEB 1743 12/13/25 28605404<br>WAL SAMSCLUB #6518 000395<br>13249 LEE HIGHWAY<br>BRISTOL       VA | 203.63-  |
| 12/15 | POS DEB 1333 12/14/25 82718490<br>WAL WAL-MART #0620 000591<br>220 CENTURY BLVD<br>BRISTOL       TN | 253.26-  |
| 12/15 | DBT CRD 2159 12/12/25 43859346<br>APPLE.COM/BILL<br>866-712-7753  CA         | 2.99-    |
| 12/15 | PAYMENT    JOHN HANCOCK MAN<br>PPD<br>TRN*1*E50988300\                       | 70.00-   |
| 12/16 | DBT CRD 0009 12/15/25 21633099<br>PY *STORAGE SOLUTIONS<br>615-893-5125    TN | 104.00-  |
| 12/17 | POS DEB 1220 12/17/25 00352628<br>FOOD CITY #821                            | 82.28-   |

# First **Bank**
## **& Trust Company**
### The Bank That Puts You First.

*Online Banking Log-in*

| | |
|---|---|
| Date 12/31/25 | Page    4 |
| Primary Account | 304⬤8439 |
| Enclosures | 17 |

```
Jack Robert Thacker Jr
Debtor-in-Possession
Case No. 2:25-bk-50237-RMM
*****************************************
   Bad Address
*****************************************
```

Regular Checking                    304⬤8439   (Continued)

## WITHDRAWALS AND DEDUCTIONS

| Date | Description | Amount |
|---|---|---|
| | FOOD CITY  821 | |
| | BRISTOL      VA | |
| 12/17 | DBT CRD 1307 12/16/25 88414146 | 145.00- |
| | EYE PHYSICIANS OF SWVA | |
| | BRISTOL      VA | |
| 12/18 | DBT CRD 1644 12/17/25 18891607 | 38.21- |
| | AMAZON MKTPL*4Y5DO0L13 | |
| | Amzn.com/bill WA | |
| 12/18 | DBT CRD 1245 12/17/25 75559103 | 150.00- |
| | PERFORMANCE MEDICINE O | |
| | BRISTOL      VA | |
| 12/18 | WEB PMT  BCBSTN | 1,497.76- |
| | WEB | |
| 12/19 | DBT CRD 1719 12/18/25 39956536 | 20.25- |
| | Prime Video Channels | |
| | amzn.com/bill WA | |
| 12/19 | POS DEB 1448 12/19/25 34951800 | 73.89- |
| | WAL-MART #0620 | |
| | 220 CENTURY BLVD | |
| | BRISTOL      TN | |
| 12/22 | DBT CRD 1022 12/21/25 89712195 | 20.32- |
| | KROGER #335 | |
| | BRISTOL      VA | |
| 12/22 | POS DEB 1236 12/22/25 00341214 | 43.69- |
| | WALGREENS STORE 1388 VOLU | |
| | WALGREENS STORE 13 | |
| | BRISTOL      TN | |
| 12/22 | POS DEB 1329 12/22/25 00775066 | 76.10- |
| | CVS/PHARMACY #03 03726--2 | |
| | CVS/PHARMACY  03 0 | |
| | BRISTOL      TN | |
| 12/22 | DBT CRD 0344 12/19/25 50970350 | 27.36- |
| | Netflix.com | |
| | 408-5403700   CA | |
| 12/23 | POS DEB 1701 12/22/25 00853989 | 47.94- |
| | FOOD CITY #821 | |
| | FOOD CITY  821 | |
| | BRISTOL      VA | |
| 12/23 | UTILITY BI SOUTH FORK UTILI | 72.39- |
| | PPD | |
| 12/24 | DBT CRD 0937 12/23/25 62307854 | 55.00- |
| | PREMIER PHARMACY INC | |

# First **Bank** & Trust Company
## The Bank That Puts You First.

_Online Banking Log-in_

Date 12/31/25          Page      5
Primary Account          304██8439
Enclosures                    17

Jack Robert Thacker Jr
Debtor-in-Possession
Case No. 2:25-bk-50237-RMM
*****************************************
    Bad Address
*****************************************

Regular Checking                    304█8439  (Continued)

## WITHDRAWALS AND DEDUCTIONS

| Date | Description | Amount |
|---|---|---|
| | 423-2451022    TN | |
| 12/26 | DBT CRD 1608 12/25/25 97076105 | 6.56- |
| | Prime Video Channels | |
| | amzn.com/bill WA | |
| 12/26 | DBT CRD 0900 12/25/25 40587864 | 8.75- |
| | Prime Video *5O8890YS3 | |
| | 888-802-3080  WA | |
| 12/26 | POS DEB 1730 12/25/25 17417070 | 21.42- |
| | APPLE COM BILL | |
| | APPLE COM BILL | |
| | CUPERTINO      CA | |
| 12/26 | POS DEB 1348 12/26/25 00736291 | 58.11- |
| | FOOD CITY #617 | |
| | FOOD CITY  617 | |
| | BRISTOL        TN | |
| 12/26 | ELEC. BILL BRISTOL TN ESSEN | 602.55- |
| | PPD | |
| 12/29 | DBT CRD 0010 12/26/25 22147975 | 139.00- |
| | PY *STORAGE SOLUTIONS | |
| | 615-893-5125  TN | |
| 12/30 | DBT CRD 1831 12/29/25 19074990 | 3.27- |
| | AMAZON PRIME*9S2Z89C23 | |
| | amzn.com/bill WA | |
| 12/30 | DBT CRD 0848 12/29/25 33250926 | 8.75- |
| | Prime Video Channels | |
| | amzn.com/bill WA | |
| 12/30 | DBT CRD 2028 12/30/25 89099534 | 14.22- |
| | Prime Video Channels | |
| | amzn.com/bill WA | |
| 12/30 | DBT CRD 1033 12/29/25 96118994 | 135.00- |
| | PERFORMANCE MEDICINE O | |
| | BRISTOL      VA | |
| 12/30 | DBT CRD 0001 12/28/25 17104384 | 160.00- |
| | WEAVER PIKE MINI STORA | |
| | 800-789-3638  TN | |
| 12/31 | POS DEB 1455 12/31/25 00267695 | 30.54- |
| | FOOD CITY #617 | |
| | FOOD CITY  617 | |
| | BRISTOL        TN | |

# First **Bank & Trust Company**
### The Bank That Puts You First.

*Online Banking Log-in*

Date 12/31/25          Page     6
Primary Account       304■8439
Enclosures                  17

Jack Robert Thacker Jr
Debtor-in-Possession
Case No. 2:25-bk-50237-RMM
*****************************************
    Bad Address
*****************************************

Regular Checking                    304■8439   (Continued)

## CHECKS

| Date | Check No | Amount | Date | Check No | Amount | Date | Check No | Amount |
|------|----------|--------|------|----------|--------|------|----------|--------|
| 12/03 | 1001 | 6,141.68 | 12/03 | 1007 | 44,883.43 | 12/17 | 1013 | 1,460.00 |
| 12/03 | 1002 | 6,204.08 | 12/03 | 1008 | 7,958.64 | 12/09 | 1014 | 122.79 |
| 12/03 | 1003 | 12,566.61 | 12/15 | 1009 | 2,921.39 | 12/03 | 1016* | 468.34 |
| 12/03 | 1004 | 2,921.39 | 12/08 | 1010 | -See above- | 12/01 | 1017 | 3,135.27 |
| 12/03 | 1005 | 7,303.49 | 12/03 | 1011 | 741.16 | 12/22 | 1018 | 600.00 |
| 12/04 | 1006 | 2,921.39 | 12/11 | 1012 | -See above- | 12/03 | 1043* | 3,347.34 |

*Indicates Skip In Check Numbers

## DAILY BALANCE INFORMATION

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 12/01 | 647,618.18 | 12/11 | 552,233.23 | 12/22 | 544,162.04 |
| 12/03 | 555,082.02 | 12/12 | 552,162.49 | 12/23 | 544,041.71 |
| 12/04 | 552,160.63 | 12/15 | 548,500.90 | 12/24 | 543,986.71 |
| 12/05 | 551,940.03 | 12/16 | 548,396.90 | 12/26 | 544,715.08 |
| 12/08 | 551,558.08 | 12/17 | 546,709.62 | 12/29 | 545,417.75 |
| 12/09 | 552,543.13 | 12/18 | 545,023.65 | 12/30 | 545,096.51 |
| 12/10 | 552,490.53 | 12/19 | 544,929.51 | 12/31 | 545,065.97 |

**Credit**

| | |
|---|---|
| Bank: | The First Bank & Trust Co. |
| Branch #: | 22 |
| Branch Name: | Volunteer Parkway |
| Teller ID: | W34HCM |
| Drawer #: | 211 |
| Trans #: | 32 |
| Misc: | Trn DDA Deposit, |

**DDA Deposit**

| | |
|---|---|
| Date/Time: | 12/9/2025  1.32 PM |
| Workstation: | FZ24N83 |
| HIN #: | 947422080000068 |
| Owner: | J R Thacker |

SUBSTITUTE IMAGE / VIRTUAL DOCUMENT

| AUXILIARY | R/T 5408-0011 | ACCOUNT 300 8439 | PC/TC 20 | AMOUNT $1,500.00 |
|---|---|---|---|---|

Deposit   Date: 12/09   Amount: $1,500.00

---

JACK ROBERT THACKER JR.
DEBTOR-IN-POSSESSION
2201 BULLOCK HOLLOW ROAD
BRISTOL, TN 37620
1001
Nov. 25, 2025
Pay to the Order of: Kent and Nancy Crowe    $6,141.68
Six thousand one hundred forty-one & 68/— Dollars
First Bank & Trust Company
For: 2nd Distribution

1001   Date: 12/03   Amount: $6,141.68

---

JACK ROBERT THACKER JR.
DEBTOR-IN-POSSESSION
CASE NO. 2:25-BK-50237 RMM
2201 BULLOCK HOLLOW ROAD
BRISTOL, TN 37620
1002
Nov. 25, 2025
Pay to the Order of: Thomas + Diann Elliott    $6,204.08
Six thousand two hundred four & 08/— Dollars
First Bank & Trust Company
For: 2nd Distribution

1002   Date: 12/03   Amount: $6,204.08

---

JACK ROBERT THACKER JR.
DEBTOR-IN-POSSESSION
CASE NO. 2:25-BK-50237 RMM
2201 BULLOCK HOLLOW ROAD
BRISTOL, TN 37620
1003
Nov. 25, 2025
Pay to the Order of: Don Lair    $12,566.61
Twelve thousand five hundred sixty-six & 61/— Dollars
First Bank & Trust Company
For: 2nd Distribution

1003   Date: 12/03   Amount: $12,566.61

---

JACK ROBERT THACKER JR.
DEBTOR-IN-POSSESSION
CASE NO. 2:25-BK-50237 RMM
2201 BULLOCK HOLLOW ROAD
BRISTOL, TN 37620
1004
Nov 25, 2025
Pay to the Order of: Joshua Mankini    $2,921.39
Two thousand nine hundred twenty-one & 39/— Dollars
First Bank & Trust Company
For: 2nd Distribution

1004   Date: 12/03   Amount: $2,921.39

---

JACK ROBERT THACKER JR.
DEBTOR-IN-POSSESSION
CASE NO. 2:25-BK-50237 RMM
2201 BULLOCK HOLLOW ROAD
BRISTOL, TN 37620
1005
Nov. 25, 2025
Pay to the Order of: Ray Parker, Jr Revocable Trust    $7,303.49
Seven thousand three hundred three & 49/00 Dollars
First Bank & Trust Company
For: 2nd Distribution

1005   Date: 12/03   Amount: $7,303.49

---

JACK ROBERT THACKER JR.
DEBTOR-IN-POSSESSION
CASE NO. 2:25-BK-50237 RMM
2201 BULLOCK HOLLOW ROAD
BRISTOL, TN 37620
1006
Nov. 25, 2025
Pay to the Order of: Michael Siegforth    $2,921.39
Two thousand nine hundred twenty-one & 39/— Dollars
First Bank & Trust Company
For: 2nd Distribution

1006   Date: 12/04   Amount: $2,921.39

---

JACK ROBERT THACKER JR.
DEBTOR-IN-POSSESSION
CASE NO. 2:25-BK-50237 RMM
2201 BULLOCK HOLLOW ROAD
BRISTOL, TN 37620
1007
Nov. 25, 2025
Pay to the Order of: Terry + Sharon Vaughn    $44,883.43
Forty four thousand eight hundred eighty three & 43/— Dollars
First Bank & Trust Company
For: 2nd Distribution

1007   Date: 12/03   Amount: $44,883.43

---

JACK ROBERT THACKER JR.
DEBTOR-IN-POSSESSION
CASE NO. 2:25-BK-50237 RMM
2201 BULLOCK HOLLOW ROAD
BRISTOL, TN 37620
1008
Nov. 25, 2025
Pay to the Order of: Darrell + Joan Vincent    $7,958.64
Seven thousand nine hundred fifty-eight & 64/— Dollars
First Bank & Trust Company
For: 2nd Distribution

1008   Date: 12/03   Amount: $7,958.64

---

JACK ROBERT THACKER JR.
DEBTOR-IN-POSSESSION
CASE NO. 2:25-BK-50237 RMM
2201 BULLOCK HOLLOW ROAD
BRISTOL, TN 37620
1009
Nov. 25, 2025
Pay to the Order of: James Wood    $2,921.39
Two thousand nine hundred twenty-one & 39/— Dollars
First Bank & Trust Company
For: 2nd Distribution

1009   Date: 12/15   Amount: $2,921.39

---

JACK ROBERT THACKER JR.
DEBTOR-IN-POSSESSION
CASE NO. 2:25-BK-50237 RMM
2201 BULLOCK HOLLOW ROAD
BRISTOL, TN 37620
1011
Nov. 25, 2025
Pay to the Order of: Blank Rome LLP    $741.16
Seven hundred forty-one & 16/— Dollars
First Bank & Trust Company
For: Rikke Morice client

1011   Date: 12/03   Amount: $741.16

---

JACK ROBERT THACKER JR.
DEBTOR-IN-POSSESSION
CASE NO. 2:25-BK-50237 RMM
2201 BULLOCK HOLLOW ROAD
BRISTOL, TN 37620
1013
Nov. 25, 2025
Pay to the Order of: Celia Howe Osborne    $1,460.00
One thousand four hundred sixty & 00/00 Dollars
First Bank & Trust Company
For: 2nd Distribution

1013   Date: 12/17   Amount: $1,460.00

JACK ROBERT THACKER JR.
DEBTOR-IN-POSSESSION
CASE NO. 2:25-bk-50237 RMM
2261 BULLOCK HOLLOW ROAD
BRISTOL, TN 37620
1014
68-446/514
03

Nov. 25, 2025

Pay to the Order of: Citibank Mastercard $ 122.79

One hundred twenty-two + 79/ Dollars

First Bank & Trust Company
Member FDIC

For Acct 5218 7600 8166 8309

:051404464: 843 9 1014

1014 Date: 12/09 Amount: $122.79

JACK ROBERT THACKER JR.
DEBTOR-IN-POSSESSION
CASE NO. 2:25-bk-50237 RMM
2261 BULLOCK HOLLOW ROAD
BRISTOL, TN 37620
1016
63-446/514
03

Nov. 25, 2025

Pay to the Order of: FINRA $ 468.34

Four hundred sixty-eight & 34/ Dollars

First Bank & Trust Company
Member FDIC

For CRD # 2754773

:051404464: 843 9 1016

1016 Date: 12/03 Amount: $468.34

JACK ROBERT THACKER JR.
DEBTOR-IN-POSSESSION
CASE NO. 2:25-bk-50237 RMM
2261 BULLOCK HOLLOW ROAD
BRISTOL, TN 37620
1017
68-446/514
03

Nov. 25, 2025

Pay to the Order of: Faegre, Drinker, Biddle & Realth LLP $ 3,135.27

Three thousand one hundred thirty-five + 27/ Dollars

First Bank & Trust Company
Member FDIC

For David Porteous, Client

:051404464: 843 9 1017

1017 Date: 12/01 Amount: $3,135.27

JACK ROBERT THACKER JR.
DEBTOR-IN-POSSESSION
CASE NO. 2:25-bk-50237 RMM
2261 BULLOCK HOLLOW ROAD
BRISTOL, TN 37620
1018
68-446/514
03

12-22-25

Pay to the Order of: Cash $ 600.00

Six hundred Dollars

First Bank & Trust Company
Member FDIC

For christmas Donations

:051404464: 843 9 1018

1018 Date: 12/22 Amount: $600.00

JACK ROBERT THACKER JR.
DEBTOR-IN-POSSESSION
CASE NO. 2:25-bk-50237 RMM
2261 BULLOCK HOLLOW ROAD
BRISTOL, TN 37620
1043
68-446/514
03

11-24-25

Pay to the Order of: Gentry, Tipton & McLemore, PC $ 3347.34

Three thousand three hundred fourty seven + 34/100 Dollars

First Bank & Trust Company
Member FDIC

For Legal fees - Thacker

:051404464: 843 9 1043

1043 Date: 12/03 Amount: $3,347.34