**Fill in this information to identify the case:**

Debtor Name ___Jack Robert Thacker_____

United States Bankruptcy Court for the:_____ Eastern ___ District of __TN____
                                                           (State)

Case number: ___2:25-bk-50237-RRM____

## Official Form 426

# Periodic Report Regarding Value, Operations, and Profitability of Entities in Which the Debtor's Estate Holds a Substantial or Controlling Interest

12/17

This is the *Periodic Report* as of [ __3-31-26__ ] on the value, operations, and profitability of those entities in which a Debtor holds, or two or more Debtors collectively hold, a substantial or controlling interest (a "Controlled Non-Debtor Entity"), as required by Bankruptcy Rule 2015.3. For purposes of this form, "Debtor" shall include the estate of such Debtor.

[Name of Debtor] holds a substantial or controlling interest in the following entities:

| Name of Controlled Non-Debtor Entity | Interest of the Debtor | Tab # |
|---|---|---|
| Resource Media, LLC | 100%   Single Member LLC | |
| Thacker & Associates, LLC | 100%   Single Member LLC | |

This *Periodic Report* contains separate reports (*Entity Reports*) on the value, operations, and profitability of each Controlled Non-Debtor Entity.

Each *Entity Report* consists of five exhibits.

*Exhibit A* contains the most recently available: balance sheet, statement of income (*loss*), statement of cash flows, and a statement of changes in shareholders' or partners' equity (*deficit*) for the period covered by the *Entity Report*, along with summarized footnotes.

*Exhibit B* describes the Controlled Non-Debtor Entity's business operations.

*Exhibit C* describes claims between the Controlled Non-Debtor Entity and any other Controlled Non-Debtor Entity.

*Exhibit D* describes how federal, state or local taxes, and any tax attributes, refunds, or other benefits, have been allocated between or among the Controlled Non-Debtor Entity and any Debtor or any other Controlled Non-Debtor Entity and includes a copy of each tax sharing or tax allocation agreement to which the Controlled Non-Debtor Entity is a party with any other Controlled Non-Debtor Entity.

*Exhibit E* describes any payment, by the Controlled Non-Debtor Entity, of any claims, administrative expenses or professional fees that have been or could be asserted against any Debtor, or the incurrence of any obligation to make such payments, together with the reason for the entity's payment thereof or incurrence of any obligation with respect thereto.

**This *Periodic Report* must be signed by a representative of the trustee or debtor in possession.**

Debtor Name   Jack Robert Thacker Jr.          Case number  2:25-bk-50237-RRM

The undersigned, having reviewed the *Entity Reports* for each Controlled Non-Debtor Entity, and being familiar with the Debtor's financial affairs, verifies under the penalty of perjury that to the best of his or her knowledge, (i) this *Periodic Report* and the attached *Entity Reports* are complete, accurate, and truthful to the best of his or her knowledge, and (ii) the Debtor did not cause the creation of any entity with actual deliberate intent to evade the requirements of Bankruptcy Rule 2015.3

**For non-individual Debtors:**

✗ _____
Signature of Authorized Individual

_____
Printed name of Authorized Individual

Date _____
MM / DD / YYYY

**For individual Debtors:**

✗ _Jack Robert Thacker Jr._
Signature of Debtor 1

Jack Robert Thacker Jr.
Printed name of Debtor 1

Date 4 / 21 / 2026
MM / DD / YYYY

✗ _____
Signature of Debtor 2

_____
Printed name of Debtor 2

Date _____
MM / DD / YYYY

Debtor Name   Jack Robert Thacker, Jr.                                    Case number   2:25-bk-50237-RRM

**Exhibit A: Financial Statements for Resource Media, LLC**

Resource Media, LLC      None

Debtor Name    Jack Robert Thacker, Jr.         Case number   2:25-bk-50237-RRM

**Exhibit A-1: Balance Sheet for  Resource Media, LLC as of March 31, 2026**

[Provide a balance sheet dated as of the end of the most recent 3-month period of the current fiscal year and as of the end of the preceding fiscal year.

Describe the source of this information.]

Member/Manager

**RESOURCE MEDIA, LLC**

**BALANCE SHEET**

Month Ending:  March 31, 2026

| ASSETS | | LIABILITIES | |
|---|---|---|---|
| Cash Assets: | | Current liabilities | |
| Petty Cash: | | Accounts payable: | |
| Accounts receivable: | | Notes payable: | |
| Inventory value: | | Long-term liabilities: | |
| Investments: | | Taxes (state): | 100 |
| Prepaid expenses: | | Taxes (federal): | |
| Land: | | Taxes (property): | |
| Land improvements: | | Taxes (misc.) | |
| Buildings: | | Payroll/wages: | |
| Vehicles: | | Misc.: | |
| Equipment: | | | |
| Furnishings: | | | |
| Miscellaneous assets: | | | |
| Intangible assets: | | | |
| 400 copies of book, "Index Interest" | 400 | | |
| | | | |
| | | | |
| Total assets: | 400 | Total liabilities: | 100 |

Debtor Name    Jack Robert Thacker, Jr.

Case number    2:25-bk-50237-RRM

**Exhibit A-2: Statement of Income (*Loss*) for Resource Media, LLC for period ending March 31, 2026**

[Provide a statement of income (*loss*) for the following periods:

 (i) For the initial report:

    a.  the period between the end of the preceding fiscal year and the end of the most recent 3-month period of the current fiscal year; and

    b.  the prior fiscal year.

 (ii) For subsequent reports, since the closing date of the last report.

Describe the source of this information.]


  Member/Manager

RESOURCE MEDIA, LLC

PROFIT & LOSS

October 1, 2025 to March 30, 2026

| | |
|---|---|
| **INCOME** | 0.00 |
| Gross Sales: | |
| Less Returns | |
| Less Discounts | |
| Less Bad Debt | |
| Interest, Rent & Royalties | |
| Total Income | 0.00 |
| **EXPENSES** | |
| Cost of Goods | |
| Direct Payroll | |
| Indirect Payroll | |
| Taxes, Other Than Income Tax | 100.00 |
| Sales Expenses | |
| Shipping and Postage | |
| Advertising and Promotion | |
| Office Expenses | |
| Travel and Entertainment | |
| Phone | |
| Other Utilities | |
| Automobile | |
| Insurance | |
| Professional Fees | |
| Rent | |
| Interest on Loans | |
| Other, Misc. | |
| TOTAL EXPENSES | 100.00 |
| NET INCOME | (100.00) |
| Less Income Tax | |
| NET INCOME AFTER TAX | (100.00) |

Debtor Name   Jack Robert Thacker, Jr.                                          Case number  2:25-bk-50237-RRM

---

**Exhibit A-3: Statement of Cash Flows for  Resource Media, LLC for period ending** March 31, 2026

[Provide a statement of changes in cash position for the following periods:

 (i) For the initial report:

    a. the period between the end of the preceding fiscal year and the end of the most recent 3-month period of the current fiscal year; and

    b. the prior fiscal year.

 (ii) For subsequent reports, since the closing date of the last report.   No Change

Describe the source of this information.]

Source:  Member/Manager

Debtor Name    Jack Robert Thacker, Jr.

Case number    2:25-bk-50237-RRM

---

**Exhibit A-4: Statement of Changes in Shareholders'/Partners' Equity (*Deficit*) for Resource Medic, LLC
for period ending** March 31, 2026

[Provide a statement of changes in shareholders'/partners equity (*deficit*) for the following periods:

(i) For the initial report:

    a. the period between the end of the preceding fiscal year and the end of the most recent 3-month period of the current fiscal year; and

    b. the prior fiscal year.

(ii) For subsequent reports, since the closing date of the last report.   No Changes

Describe the source of this information.]

    Source:  Member/Manager

Debtor Name   Jack Robert Thacker, Jr.                                    Case number   2:25-bk-50237-RRM

**Exhibit B: Description of Operations for Resource Media, LLC**

[Describe the nature and extent of the Debtor's interest in the Controlled Non-Debtor Entity.

Describe the business conducted and intended to be conducted by the Controlled Non-Debtor Entity, focusing on the entity's dominant business segments.

Describe the source of this information.]

Single Member, LLC      Jack Robert Thacker, Jr.

Owns the publishing rights and unsold copies of
Self-Published Book "Index Interest" from 2012.

Debtor Name    Jack Robert Thacker, Jr.                                    Case number  2:25-bk-50237-RRM

## Exhibit C: Description of Intercompany Claims

[List and describe the Controlled Non-Debtor Entity's claims against any other Controlled Non-Debtor Entity, together with the basis for such claims and whether each claim is contingent, unliquidated or disputed.

Describe the source of this information.]

  None --   Member/Manager

Debtor Name    Jack Robert Thacker, Jr.

Case number 2:25-bk-50237-RRM

## Exhibit D: Allocation of Tax Liabilities and Assets

[Describe how income, losses, tax payments, tax refunds, or other tax attributes relating to federal, state, or local taxes have been allocated between or among the Controlled Non-Debtor Entity and one or more other Controlled Non-Debtor Entities.

Include a copy of each tax sharing or tax allocation agreement to which the entity is a party with any other Controlled Non-Debtor Entity.

Describe the source of this information.]

Income / Loss  reported in Schedule C to single member's Federal Tax form 1040.

Separate Schedule C from other entities.

Debtor Name    Jack Robert Thacker, Jr.

Case number    2:25-bk-50237-RRM

**Exhibit E: Description of Controlled Non-Debtor Entity's payments of Administrative Expenses, or Professional Fees otherwise payable by a Debtor**

[Describe any payment made, or obligations incurred (or claims purchased), by the Controlled Non-Debtor Entity in connection with any claims, administrative expenses, or professional fees that have been or could be asserted against any Debtor.

Describe the source of this information.]

None

Source:  Member Manager

Debtor Name ___Jack Robert Thacker, Jr._____        Case number___2:25-bk-50237-RRM_____

**Exhibit A: Financial Statements for Thacker & Associates, LLC**

NONE

Debtor Name    Jack Robert Thacker, Jr.                                    Case number    2:25-bk-50237-RRM

---

**Exhibit A-1: Balance Sheet for  Thacker & Associates, LLC as of March 31, 2026**

[Provide a balance sheet dated as of the end of the most recent 3-month period of the current fiscal year and as of the end of the preceding fiscal year.

Describe the source of this information.]

   Source:  Member/Manager
              Jack Robert Thacker, Jr.

## Thacker & Associates
# Balance Sheet
### As of March 31, 2026

|  | Mar 31, 26 |
|---|---|
| **ASSETS** |  |
|   Current Assets |  |
|     Checking/Savings |  |
|       First Bank and Trust | 31,505.57 |
|     **Total Checking/Savings** | 31,505.57 |
|   **Total Current Assets** | 31,505.57 |
| **TOTAL ASSETS** | **31,505.57** |
| **LIABILITIES & EQUITY** |  |
|   Equity |  |
|     Members Draw | -18,100.00 |
|     Members Equity | -84,178.37 |
|     Opening Balance Equity | 26,327.34 |
|     Owners Capital Investment | 109,550.00 |
|     Net Income | -2,093.40 |
|   **Total Equity** | 31,505.57 |
| **TOTAL LIABILITIES & EQUITY** | **31,505.57** |

Debtor Name    Jack Robert Thacker, Jr.
_____

Case number____2:25-bk-50237-RRM_____

**Exhibit A-2: Statement of Income (*Loss*) for Thacker & Associates, LLC for period ending March 31, 2026**

[Provide a statement of income (*loss*) for the following periods:

(i) For the initial report:

    a. the period between the end of the preceding fiscal year and the end of the most recent 3-month period of the current fiscal year; and

    b. the prior fiscal year.

(ii) For subsequent reports, since the closing date of the last report.

Describe the source of this information.]


Jack Robert Thacker, Jr.
Member/Manager

# Thacker & Associates
# Profit & Loss
### October 2025 through March 2026

|  | Oct '25 - Mar 26 |
|---|---|
| **Ordinary Income/Expense** |  |
| **Income** |  |
| Commission Income | 1,311.54 |
| **Total Income** | 1,311.54 |
| **Expense** |  |
| Credit Card Payment | 1,484.00 |
| Insurance Refund | 4,317.65 |
| Management fee | 6,800.00 |
| Office Supplies | 115.55 |
| Taxes | 75.00 |
| Utilities | 2,105.26 |
| Vehicle Repair and Maintenance | 34.25 |
| **Total Expense** | 14,931.71 |
| **Net Ordinary Income** | -13,620.17 |
| **Net Income** | **-13,620.17** |

Debtor Name ___Jack Robert Thacker, Jr._____

Case number___2:25-bk-50237-RRM_____

---

**Exhibit A-3: Statement of Cash Flows for Thacker & Associates, LLC for period ending** March 31, 2026

[Provide a statement of changes in cash position for the following periods:

(i) For the initial report:

    a. the period between the end of the preceding fiscal year and the end of the most recent 3-month period of the current fiscal year; and

    b. the prior fiscal year.

(ii) For subsequent reports, since the closing date of the last report.

Describe the source of this information.]

Source:  Member/Manager

Jack Robert Thacker, Jr.

# Thacker & Associates
## Statement of Cash Flows
### October 2025 through March 2026

| | Oct '25 - Mar 26 |
|---|---|
| **OPERATING ACTIVITIES** | |
| Net Income | -13,620.17 |
| **Net cash provided by Operating Activities** | -13,620.17 |
| | |
| **Net cash increase for period** | -13,620.17 |
| **Cash at beginning of period** | 45,125.74 |
| **Cash at end of period** | **31,505.57** |

Debtor Name   Jack Robert Thacker, Jr.                              Case number   2:25-bk-50237-RRM

**Exhibit A-4: Statement of Changes in Shareholders'/Partners' Equity (*Deficit*) for Thacker & Associates, LLC
for period ending** March 31, 2026

[Provide a statement of changes in shareholders'/partners equity (*deficit*) for the following periods:

(i) For the initial report:

    a. the period between the end of the preceding fiscal year and the end of the most recent 3-month period of
    the current fiscal year; and

    b. the prior fiscal year.

(ii) For subsequent reports, since the closing date of the last report.   No Changes

Describe the source of this information.]


Member/Manager
Jack Robert Thacker, Jr.

Debtor Name   Jack Robert Thacker, Jr.

Case number   2:25-bk-50237-RRM

**Exhibit B: Description of Operations for Thacker & Associates, LLC**

[Describe the nature and extent of the Debtor's interest in the Controlled Non-Debtor Entity.

Describe the business conducted and intended to be conducted by the Controlled Non-Debtor Entity, focusing on the entity's dominant business segments.

Describe the source of this information.]

Single Member, LLC      Jack Robert Thacker, Jr.

Thacker & Associates, LLC is an insurance agency for life insurance and annuity sales.

Source:  Member/Manager   Jack Robert Thacker, Jr.

Debtor Name ___Jack Robert Thacker, Jr._____      Case number__2:25-bk-50237-RRM_____

**Exhibit C: Description of Intercompany Claims**

[List and describe the Controlled Non-Debtor Entity's claims against any other Controlled Non-Debtor Entity, together with the basis for such claims and whether each claim is contingent, unliquidated or disputed.

Describe the source of this information.]

None -- Jack Robert Thacker, Jr.   Member/Manager


Source:  Member/Manager  - Jack Robert Thacker, Jr.

Debtor Name    Jack Robert Thacker, Jr.         Case number 2:25-bk-50237-RRM

## Exhibit D: Allocation of Tax Liabilities and Assets

[Describe how income, losses, tax payments, tax refunds, or other tax attributes relating to federal, state, or local taxes have been allocated between or among the Controlled Non-Debtor Entity and one or more other Controlled Non-Debtor Entities.

Include a copy of each tax sharing or tax allocation agreement to which the entity is a party with any other Controlled Non-Debtor Entity.

Describe the source of this information.]

Income / Loss  reported in Schedule C to single member's Federal Tax 1040 form.

Separate Schedule C from other entities.

Source:  Member/Manager    Jack Robert Thacker, Jr.

Debtor Name  Jack Robert Thacker, Jr.

Case number  2:25-bk-50237-RRM

**Exhibit E: Description of Controlled Non-Debtor Entity's payments of Administrative Expenses, or Professional Fees otherwise payable by a Debtor**

[Describe any payment made, or obligations incurred (or claims purchased), by the Controlled Non-Debtor Entity in connection with any claims, administrative expenses, or professional fees that have been or could be asserted against any Debtor.

Describe the source of this information.]

None

Source:  Member Manager    Jack Robert Thacker, Jr.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on April 2-7, 2026, the foregoing **"Periodic Report Regarding Value, Operations, and Profitability of Entities in Which the Debtor's Estate Holds a Substantial or Controlling Interest"** was filed and will be served by operation of the Court's electronic case filing notice system on Tiffany A. DiIorio, Andrew Wesley Hogan, Eric W. Reecher, M. Aaron Spencer, Anthony R. Steele, Walter N. Winchester, and the United States Trustee.

/s/ Maurice K. Guinn
Maurice K. Guinn
(BPR #000366)
Gentry, Tipton & McLemore
P. O. Box 1990
Knoxville, TN  37902
(865) 525-5300

*Attorneys for Jack Robert Thacker, Jr.*

*Cert of Service Periodic Report  (4/27/26)*