**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION AT GREENEVILLE**

| | | |
|---|---|---|
| **In re** | : | |
| | : | |
| **JACK ROBERT THACKER, JR.** | : | **Case No.  2:25-bk-50237-RRM** |
| **a/k/a JACK R. THACKER,** | : | **Chapter 11 – Subchapter V** |
| **a/k/a J. R. THACKER** | : | |
| | : | |
| **Debtor** | : | |

---

### THIRD QUARTERLY REPORT BY JACK ROBERT THACKER, JR.

---

On July 29, 2025, the Court entered the Order Confirming Plan (Doc 148). The Plan provides for filing quarterly reports. The initial Quarterly Report (Doc 172) was filed on November 18, 2025. The Second Quarterly Report (Doc 180) was filed on April 21, 2026.

Since February 1, 2026, the estate has received and disbursed the following amounts:

| Month | Deposits | Disbursements |
|---|---|---|
| February | $1,533.74 | $34,940.73 |
| March | $4,820.65 | $114,866.94 |
| April | $3,549.98 | $49,351.53 |

Copies of the estate bank account for February, March and April 2026 are attached to this Third Quarterly Report. As of April 30, 2026, the ending balance in the estate account was $345,955.24. A $30,000.00 domestic support priority claim remains to be paid from these funds in 2026.

*/s/ Jack R. Thacker, Jr.*
Jack R. Thacker, Jr.

## CERTIFICATE OF SERVICE

The undersigned certifies that on June 18, 2026, the foregoing **"Third Quarterly Report by Jack Robert Thacker, Jr."** was filed electronically and will be sent by operation of the Court's electronic filing system to Tiffany DiIorio, Andrew Wesley Hogan, Eric W. Reecher, M. Aaron Spencer, Anthony R. Steele, Walter N. Winchester, and the United States Trustee.

/s/Maurice K. Guinn
Maurice K. Guinn
(Bar Code No. 000366)
Gentry, Tipton & McLemore, P.C.
P.O. Box 1990
Knoxville, TN   37901
Phone: (865) 525-5300
mkg@tennlaw.com
Attorneys for Jack Robert Thacker, Jr.

Third Quarterly Report (6-16-26)

# First Bank & Trust Company
### The Bank That Puts You First.

Online Banking Log-in

```
Date  2/27/26           Page      1
Primary Account  XXXXXXXXXXXX8439
C 31              Enclosures      2
```

```
Jack Robert Thacker Jr
Debtor-in-Possession
Case No. 2:25-bk-50237-RMM
*****************************************
     Bad Address
*****************************************
```

## CHECKING ACCOUNTS

```
Regular Checking                      Number of Enclosures              2
Account Number    XXXXXXXXXXXX8439    Statement Dates   2/02/26 thru  3/01/26
Previous Balance           535,210.07 Days in the Statement Period     28
    4 Deposits/Credits       1,533.74 Average Ledger        507,215.31
   33 Checks/Debits          34,940.73 Average Collected     507,215.31
Service Charge                    .00
Interest Paid                     .00
Ending Balance             501,803.08
```

## DEPOSITS AND ADDITIONS

| Date | Description | | Amount |
|---|---|---|---|
| 2/24 | MID MESA    MONTEGO ASSET | | 248.85 |
|      | CCD         556 | | |
| 2/24 | SILV PEAK   MONTEGO ASSET MA | | 481.88 |
|      | CCD         738 | | |
| 2/24 | MRM DIST    MONTEGO ASSET MA | | 511.34 |
|      | CCD         838 | | |
| 2/26 | CREDIT      AXOS CLEARING | | 291.67 |
|      | PPD | | |

## WITHDRAWALS AND DEDUCTIONS

| Date | Description | Amount |
|---|---|---|
| 2/02 | DBT CRD 2130 02/01/26 26457591<br>Prime Video Channels<br>amzn.com/bill WA | 6.56- |
| 2/02 | POS DEB 1300 02/01/26 00367997<br>WEAVER MARKET<br>WEAVER MARKET<br>BRISTOL       TN | 46.40- |
| 2/03 | POS DEB 1429 02/03/26 00934098<br>FOOD CITY #821<br>FOOD CITY  821<br>BRISTOL       VA | 51.95- |
| 2/05 | DBT CRD 0013 02/03/26 23825260<br>WEAVER PIKE MINI STORA<br>800-789-3638  TN | 140.00- |
| 2/06 | INSURANCE   MIDLAND NATIONAL<br>PPD | 950.00- |
| 2/09 | DBT CRD 1922 02/07/26 49682438<br>Prime Video Channels<br>amzn.com/bill WA | 8.75- |
| 2/09 | POS DEB 1452 02/09/26 00424714<br>FOOD CITY #617 | 80.58- |



**The Bank That Puts You First.**

```
                                         Date  2/27/26          Page      2
                                         Primary Account  XXXXXXXXXXXX8439
                                         Enclosures                       2
        Jack Robert Thacker Jr
        Debtor-in-Possession
        Case No. 2:25-bk-50237-RMM
        *****************************************
           Bad Address
        *****************************************
```

Regular Checking            XXXXXXXXXXXX8439   (Continued)

## WITHDRAWALS AND DEDUCTIONS

| Date | Description | Amount |
|------|-------------|--------|
|      | FOOD CITY   617<br>BRISTOL        TN | |
| 2/09 | DBT CRD 0005 02/07/26 19276814<br>WEAVER PIKE MINI STORA<br>800-789-3638   TN | 140.00- |
| 2/10 | DBT CRD 1848 02/09/26 28967270<br>Prime Video Channels<br>amzn.com/bill WA | 8.75- |
| 2/11 | DBT CRD 0923 02/10/26 54361704<br>Amazon.com*SQ74P82Y3<br>Amzn.com/bill WA | 27.49- |
| 2/12 | POS DEB 1334 02/12/26 00892359<br>WM SUPERCENTER #620<br>220 CENTURY BLVD<br>BRISTOL        TN | 96.35- |
| 2/13 | DBT CRD 2202 02/12/26 45276446<br>APPLE.COM/BILL<br>866-712-7753  CA | 2.99- |
| 2/17 | DBT CRD 0009 02/15/26 21820683<br>PY *STORAGE SOLUTIONS<br>615-893-5125  TN | 104.00- |
| 2/17 | POS DEB 1507 02/16/26 00206883<br>WM SUPERCENTER #620<br>220 CENTURY BLVD<br>BRISTOL        TN | 155.24- |
| 2/17 | PAYMENT    JOHN HANCOCK MAN<br>PPD<br>TRN*1*E52984885\ | 70.00- |
| 2/18 | POS DEB 1449 02/18/26 14285721<br>LOWE S #2591<br>1340 VOLUNTEER PAR<br>BRISTOL        TN | 103.10- |
| 2/18 | DBT CRD 1326 02/17/26 99614998<br>VIOC 040231<br>BRISTOL        TN | 144.17- |
| 2/18 | DBT CRD 0040 02/17/26 40403597<br>ABC*PLANET FITNESS BRI<br>276-2857368    VA | 25.05- |
| 2/18 | WEB PMT   BCBSTN<br>WEB | 1,497.76- |
| 2/19 | DBT CRD 1758 02/18/26 63035001<br>Prime Video Channels | 20.25- |

# First Bank & Trust Company
### The Bank That Puts You First.

_Online Banking Log-in_

Date  2/27/26          Page    3
Primary Account   XXXXXXXXXXXXX8439
Enclosures                    2

Jack Robert Thacker Jr
Debtor-in-Possession
Case No. 2:25-bk-50237-RMM
****************************************
     Bad Address
****************************************

Regular Checking              XXXXXXXXXXXXX8439   (Continued)

## WITHDRAWALS AND DEDUCTIONS

| Date | Description | Amount |
|---|---|---|
| | amzn.com/bill WA | |
| 2/19 | DBT CRD 1059 02/18/26 11516541<br>APPLE.COM/BILL<br>866-712-7753  CA | 13.10- |
| 2/20 | DBT CRD 0413 02/19/26 67992963<br>Netflix.com<br>netflix.com   CA | 27.36- |
| 2/23 | POS DEB 1542 02/21/26 15034090<br>Buc-ee s #0055 Outside<br>1013 BUC-EE S BOUL<br>RICHMOND      KY | 25.03- |
| 2/23 | POS DEB 1122 02/21/26 00359101<br>Love s #0787 Outside<br>Love s  0787 Outsi<br>MOSHEIM        TN | 39.11- |
| 2/24 | DBT CRD 1958 02/24/26 71283775<br>APPLE.COM/BILL<br>866-712-7753  CA | 31.73- |
| 2/25 | POS DEB 1320 02/25/26 00872325<br>FOOD CITY #617<br>FOOD CITY  617<br>BRISTOL       TN | 91.40- |
| 2/25 | UTILITY BI SOUTH FORK UTILI<br>PPD | 91.28- |
| 2/26 | DBT CRD 1616 02/25/26 01862387<br>Prime Video Channels<br>amzn.com/bill WA | 6.56- |
| 2/26 | DBT CRD 1228 02/25/26 64945000<br>BURGER KING #1088<br>BRISTOL       TN | 6.61- |
| 2/26 | UTIL BILL  BRISTOL TN ESSEN<br>PPD | 588.26- |
| 2/27 | DBT CRD 0009 02/26/26 21681448<br>PY *STORAGE SOLUTIONS<br>615-893-5125  TN | 139.00- |

## CHECKS

| Date | Check No | Amount | Date | Check No | Amount |
|---|---|---|---|---|---|
| 2/03 | 1019 | 201.90 | 2/06 | 1020 | 30,000.00 |

*Indicates Skip In Check Numbers

# First **Bank & Trust Company**
### The Bank That Puts You First.

_Online Banking Log-in_

```
                                    Date  2/27/26          Page      4
                                    Primary Account  XXXXXXXXXXXX8439
                                    Enclosures                      2
        Jack Robert Thacker Jr
        Debtor-in-Possession
        Case No. 2:25-bk-50237-RMM
        ****************************************
           Bad Address
        ****************************************
```

Regular Checking                XXXXXXXXXXXX8439   (Continued)

## DAILY BALANCE INFORMATION

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 2/02 | 535,157.11 | 2/11 | 503,547.69 | 2/20 | 501,288.32 |
| 2/03 | 534,903.26 | 2/12 | 503,451.34 | 2/23 | 501,224.18 |
| 2/05 | 534,763.26 | 2/13 | 503,448.35 | 2/24 | 502,434.52 |
| 2/06 | 503,813.26 | 2/17 | 503,119.11 | 2/25 | 502,251.84 |
| 2/09 | 503,583.93 | 2/18 | 501,349.03 | 2/26 | 501,942.08 |
| 2/10 | 503,575.18 | 2/19 | 501,315.68 | 2/27 | 501,803.08 |

JACK ROBERT THACKER JR.                              1019
DEBTOR-IN-POSSESSION                               68-446/514
CASE NO. 2:25-BK-50237 RMM                              03
2261 BULLOCK HOLLOW ROAD
BRISTOL, TN 37620                          1-26-2026

Pay to the
Order of    Ballad Health          $ 201 90

Two hundred one + 90/100          Dollars

First Bank
& Trust Company

For #5800987980                    [signature]

⑈051404464⑈  843 9⑈ 1019

1019   Date: 02/03   Amount: $201.90

JACK ROBERT THACKER JR.                              1020
DEBTOR-IN-POSSESSION                               68-446/514
CASE NO. 2:26-BK-50237 RMM                              03
2261 BULLOCK HOLLOW ROAD
BRISTOL, TN 37620                          Feb 5, 2026

Pay to the
Order of    Joy Necessary          $ 30,000 00

Thirty Thousand                   Dollars

First Bank
& Trust Company

For Payments 85-88 of 96          [signature]

⑈051404464⑈  843 9⑈ 1020

1020   Date: 02/06   Amount: $30,000.00

**Change of Name or Address Request**
Please indicate correct name and address as you wish it to appear on our records:

Name _____

City, State, Zip _____

Mail To: First Bank & Trust
Attn: Customer Operations
P.O. Box 1000
Abingdon, VA 24212-1000

Second Name (If Joint Account) _____

Telephone _____

Social Security # _____

Phone: 276-623-2265

Street Address _____

Signature of Account Holder(s) _____

Cut here and return to the address above

**Step 1**
In your checkbook, make the following entries so that all transactions are recorded on both your records and the Bank's

**Add**
Any deposits/credits shown on this statement but not in your checkbook.

**Subtract**
Any withdrawals/debits on this statement but not entered in your checkbook.

**Step 2**
List deposits not on your statement.

| Date | Amount |
|------|--------|
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
| Total |        |

**Step 3**
List checks outstanding.

| Check Number | Amount |
|--------------|--------|
|              |        |
|              |        |
|              |        |
|              |        |
|              |        |
|              |        |
|              |        |
|              |        |
|              |        |
|              |        |
|              |        |
|              |        |
|              |        |
| Total |        |

**Step 4**
Reconcile your account:

1. Bank statement balance.  $ _____

2. Total amount of deposits not shown on statement.  $ _____

3. Add line 1 and 2.  $ _____

4. Total amount of checks outstanding  $ _____

5. Subtract line 4 from line 3  $ _____

Line 5 must be equal to your checkbook balance

*Attention Telephone Banking Customers:*
*On Wednesday, November 18th, we will be enhancing First Bank and Trust's telephone banking system. You can still enjoy all the current features plus new capabilities, including speech recognition and greater access to accounts and information – including loans. Please note that you will need to re-establish your PIN the first time you call the enhanced system. Learn more about these upgrades and find the new telephone banking phone number at www.firstbank.com.*

**Electronic Services Information (for Consumer Accounts Only)**
In case of errors or questions about your electronic transfers, call or write us at the telephone number or address listed above as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared.
- Tell us your name and account number (if any).
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

we will investigate your complaint and correct any error promptly. If we take more than 10 days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

**First Bank & Trust Company**
The Bank That Puts You First
www.FirstBank.com   Member FDIC



# First Bank & Trust Company
### The Bank That Puts You First.

Online Banking Log-in

```
                                    Date  3/31/26           Page      1
                                    Primary Account  XXXXXXXXXXXX8439
                                    C 31              Enclosures     22

        Jack Robert Thacker Jr
        Debtor-in-Possession
        Case No. 2:25-bk-50237-RMM
        *****************************************
           Bad Address
        *****************************************
```

## CHECKING ACCOUNTS

```
Regular Checking                          Number of Enclosures                22
Account Number          XXXXXXXXXXXX8439  Statement Dates   3/02/26 thru  3/31/26
Previous Balance              501,803.08  Days in the Statement Period        30
     5 Deposits/Credits         4,820.65  Average Ledger             413,641.56
    84 Checks/Debits           114,866.94  Average Collected          413,641.56
Service Charge                       .00
Interest Paid                        .00
Ending Balance                391,756.79
```

## DEPOSITS AND ADDITIONS

| Date | Description | | Amount |
|------|-------------|--|--------|
| 3/05 | Deposit | | 3,000.00 |
| 3/26 | CREDIT    AXOS CLEARING<br>PPD | | 291.67 |
| 3/26 | MID MESA    MONTEGO ASSET<br>CCD    556 | | 389.14 |
| 3/26 | SILV PEAK    MONTEGO ASSET MA<br>CCD    738 | | 471.69 |
| 3/26 | MRM DIST    MONTEGO ASSET MA<br>CCD    838 | | 668.15 |

## WITHDRAWALS AND DEDUCTIONS

| Date | Description | Amount |
|------|-------------|--------|
| 3/02 | DBT CRD 1900 02/27/26 36388392<br>AMAZON PRIME*B93TN23B0<br>amzn.com/bill WA | 3.27- |
| 3/02 | DBT CRD 1943 03/01/26 62002691<br>Prime Video Channels<br>amzn.com/bill WA | 6.56- |
| 3/02 | DBT CRD 0933 02/28/26 59976540<br>Prime Video Channels<br>amzn.com/bill WA | 8.75- |
| 3/02 | DBT CRD 1443 02/28/26 46050342<br>Prime Video Channels<br>amzn.com/bill WA | 14.22- |
| 3/02 | DBT CRD 1633 03/01/26 12203060<br>AMAZON MKTPL*B911L5PG0<br>Amzn.com/bill WA | 120.14- |
| 3/02 | DBT CRD 1001 02/27/26 76846404<br>WEAVER PIKE MINI STORA<br>800-789-3638   TN | 160.00- |
| 3/02 | POS DEB 1510 02/28/26 11001369<br>SAMSCLUB #6518        -169 | 199.61- |

# First **Bank** & Trust Company
### The Bank That Puts You First.

Online Banking Log-in

```
Date   3/31/26          Page      2
Primary Account  XXXXXXXXXXXX8439
Enclosures                       22
```

```
Jack Robert Thacker Jr
Debtor-in-Possession
Case No. 2:25-bk-50237-RMM
****************************************
   Bad Address
****************************************
```

Regular Checking                    XXXXXXXXXXXX8439   (Continued)

## WITHDRAWALS AND DEDUCTIONS

| Date | Description | Amount |
|------|-------------|--------|
|      | 13249 LEE HIGHWAY<br>BRISTOL      VA | |
| 3/02 | POS DEB 1256 02/28/26 00186554<br>THE HOME DEPOT #4658<br>THE HOME DEPOT  46<br>BRISTOL      VA | 208.24- |
| 3/02 | DBT CRD 0000 02/28/26 16132942<br>APPLE.COM/BILL<br>866-712-7753  CA | 5.99- |
| 3/03 | POS DEB 1323 03/03/26 00483595<br>LOWE S #2591<br>LOWE S  2591<br>BRISTOL      TN | 29.21- |
| 3/03 | POS DEB 1632 03/02/26 00454418<br>FOOD CITY #821<br>FOOD CITY  821<br>BRISTOL      VA | 63.61- |
| 3/05 | DBT CRD 1827 03/03/26 16712312<br>TST*GREEKOS GRILL & CA<br>Bristol      VA | 47.59- |
| 3/05 | POS DEB 1101 03/05/26 34687700<br>3403 SCOTCHMAN<br>1290 VOLUNTEER PKY<br>BRISTOL      TN | 58.26- |
| 3/05 | DBT CRD 0020 03/03/26 28329953<br>WEAVER PIKE MINI STORA<br>800-789-3638  TN | 140.00- |
| 3/06 | INSURANCE   MIDLAND NATIONAL<br>PPD | 950.00- |
| 3/09 | DBT CRD 1940 03/07/26 60025188<br>Prime Video Channels<br>amzn.com/bill WA | 8.75- |
| 3/09 | POS DEB 1452 03/07/26 00480057<br>TJ MAXX #1081<br>16740 HIGHLANDS CE<br>BRISTOL      VA | 31.56- |
| 3/09 | POS DEB 1526 03/07/26 35001316<br>SAMSCLUB #6518        -116<br>13249 LEE HIGHWAY<br>BRISTOL      VA | 80.98- |
| 3/09 | POS DEB 1554 03/07/26 39001067<br>WAL-MART #2089        -167 | 91.79- |

# First **Bank** & Trust Company
### The Bank That Puts You First.

*Online Banking Log-in*

Date  3/31/26          Page      3
Primary Account   XXXXXXXXXXXX8439
Enclosures                       22

Jack Robert Thacker Jr
Debtor-in-Possession
Case No. 2:25-bk-50237-RMM
****************************************
    Bad Address
****************************************

Regular Checking              XXXXXXXXXXXX8439   (Continued)

## WITHDRAWALS AND DEDUCTIONS

| Date | Description | Amount |
|------|-------------|--------|
|      | 13245 LEE HWY<br>BRISTOL      VA | |
| 3/09 | DBT CRD 0009 03/07/26 21667007<br>WEAVER PIKE MINI STORA<br>800-789-3638   TN | 140.00- |
| 3/09 | CREDITCARD BARCLAYCARD US<br>CHECK # 1055 | 229.74- |
| 3/10 | DBT CRD 2000 03/09/26 36331672<br>Prime Video Channels<br>amzn.com/bill WA | 8.75- |
| 3/10 | POS DEB 0945 03/10/26 00065314<br>WM SUPERCENTER #620<br>220 CENTURY BLVD<br>BRISTOL      TN | 119.05- |
| 3/11 | DBT CRD 1217 03/10/26 22668082<br>ULTIMATE SHINE CAR WAS<br>BRISTOL      VA | 16.00- |
| 3/12 | POS DEB 1412 03/12/26 00245495<br>MARATHON 153122<br>MARATHON 153122<br>BRISTOL      TN | 34.52- |
| 3/13 | DBT CRD 2200 03/12/26 08323649<br>APPLE.COM/BILL<br>866-712-7753   CA | 2.99- |
| 3/13 | CHECK PYMT CAPITAL ONE ARC<br>CHECK # 1056 | 19.92- |
| 3/16 | POS DEB 1309 03/16/26 00319025<br>WM SUPERCENTER #620<br>220 CENTURY BLVD<br>BRISTOL      TN | 94.11- |
| 3/16 | DBT CRD 0011 03/15/26 86955971<br>PY *STORAGE SOLUTIONS<br>615-893-5125   TN | 104.00- |
| 3/16 | PAYMENT     JOHN HANCOCK MAN<br>PPD<br>TRN*1*E53971751\ | 70.00- |
| 3/18 | DBT CRD 1433 03/17/26 04306539<br>SQ *BIG RED APPLE SHED<br>BRISTOL      TN | 20.54- |
| 3/18 | POS DEB 1211 03/18/26 00017930<br>WEAVER MARKET | 58.23- |

# First **Bank** & Trust Company
### The Bank That Puts You First.

Online Banking Log-in

| | |
|---|---|
| Date | 3/31/26        Page        4 |
| Primary Account | XXXXXXXXXXXX8439 |
| Enclosures | 22 |

Jack Robert Thacker Jr
Debtor-in-Possession
Case No. 2:25-bk-50237-RMM
*****************************************
     Bad Address
*****************************************

Regular Checking                XXXXXXXXXXXX8439   (Continued)

## WITHDRAWALS AND DEDUCTIONS

| Date | Description | Amount |
|------|-------------|--------|
| | WEAVER MARKET<br>BRISTOL        TN | |
| 3/18 | POS DEB 1252 03/18/26 00024650<br>THE HOME DEPOT #4658<br>THE HOME DEPOT  46<br>BRISTOL       VA | 220.08- |
| 3/18 | DBT CRD 0128 03/17/26 32914170<br>ABC*PLANET FITNESS BRI<br>276-2857368    VA | 25.05- |
| 3/18 | WEB PMT   BCBSTN<br>WEB | 1,497.76- |
| 3/19 | DBT CRD 2118 03/19/26 83253989<br>Prime Video *B581J76K2<br>888-802-3080  WA | 2.18- |
| 3/19 | DBT CRD 1441 03/17/26 08665102<br>ARBYS 8881<br>BRISTOL       TN | 15.05- |
| 3/19 | DBT CRD 1849 03/18/26 57855427<br>Prime Video Channels<br>amzn.com/bill WA | 20.25- |
| 3/19 | POS DEB 1346 03/19/26 00304585<br>USPS PO 47002003 1430 VOL<br>USPS PO 47002003 1<br>BRISTOL       TN | 36.50- |
| 3/19 | POS DEB 1412 03/19/26 00767488<br>FOOD CITY #617<br>FOOD CITY  617<br>BRISTOL       TN | 112.15- |
| 3/19 | DBT CRD 1019 03/18/26 51966355<br>APPLE.COM/BILL<br>866-712-7753  CA | 13.10- |
| 3/20 | DBT CRD 0255 03/19/26 85544090<br>NETFLIX.COM<br>NETFLIX.COM   CA | 27.36- |
| 3/23 | DBT CRD 1804 03/21/26 30852968<br>Prime Video *BG9GZ1LG2<br>888-802-3080  WA | 5.46- |
| 3/23 | DBT CRD 1157 03/22/26 10432338<br>TACO RIENDO FRESH MEX<br>BRISTOL       VA | 35.63- |
| 3/24 | POS DEB 1358 03/24/26 00473238<br>FOOD CITY #617 | 16.45- |

# First Bank & Trust Company
## The Bank That Puts You First.

<u>Online Banking Log-in</u>

```
Date  3/31/26           Page    5
Primary Account  XXXXXXXXXXXX8439
Enclosures                      22
```

```
Jack Robert Thacker Jr
Debtor-in-Possession
Case No. 2:25-bk-50237-RMM
*******************************************
     Bad Address
*******************************************
```

Regular Checking                    XXXXXXXXXXXX8439    (Continued)

## WITHDRAWALS AND DEDUCTIONS

| Date | Description | Amount |
|------|-------------|--------|
|      | FOOD CITY   617<br>BRISTOL        TN | |
| 3/24 | POS DEB 1347 03/24/26 00324660<br>WALGREENS STORE 1388 VOLU<br>WALGREENS STORE 13<br>BRISTOL        TN | 79.72- |
| 3/24 | POS DEB 1528 03/23/26 85000642<br>SAMSCLUB #6518        -142<br>13249 LEE HIGHWAY<br>BRISTOL        VA | 297.47- |
| 3/25 | POS DEB 1344 03/25/26 00306233<br>USPS PO 51111603 111 6TH<br>USPS PO 51111603 1<br>BRISTOL        VA | 11.95- |
| 3/25 | DBT CRD 1323 03/23/26 62092926<br>ARBYS 1563<br>BRISTOL        VA | 16.12- |
| 3/25 | UTILITY BI SOUTH FORK UTILI<br>PPD | 76.72- |
| 3/25 | CHK ORDER  HARLAND CLARKE<br>PPD | 100.36- |
| 3/26 | DBT CRD 1813 03/25/26 36187238<br>Prime Video Channels<br>amzn.com/bill WA | 6.56- |
| 3/26 | POS DEB 1221 03/26/26 00209694<br>WEAVER MARKET<br>WEAVER MARKET<br>BRISTOL        TN | 50.64- |
| 3/26 | POS DEB 1149 03/26/26 19552200<br>WAL-MART #0620<br>220 CENTURY BLVD<br>BRISTOL        TN | 207.25- |
| 3/27 | DBT CRD 0008 03/26/26 85206712<br>PY *STORAGE SOLUTIONS<br>615-893-5125  TN | 139.00- |
| 3/27 | UTIL BILL  BRISTOL TN ESSEN<br>PPD | 475.59- |
| 3/30 | DBT CRD 1947 03/29/26 28346276<br>AMAZON PRIME*BG4TF1ZY1<br>amzn.com/bill WA | 3.27- |
| 3/30 | DBT CRD 0904 03/29/26 06789659<br>Prime Video Channels | 8.75- |

# First **Bank & Trust Company**
### The Bank That Puts You First.

<u>Online Banking Log-in</u>

Date  3/31/26        Page     6
Primary Account  XXXXXXXXXXXX8439
Enclosures                    22

Jack Robert Thacker Jr
Debtor-in-Possession
Case No. 2:25-bk-50237-RMM
*************************************
     Bad Address
*************************************

Regular Checking                XXXXXXXXXXXX8439   (Continued)

## WITHDRAWALS AND DEDUCTIONS

| Date | Description | Amount |
|------|-------------|--------|
| | amzn.com/bill WA | |
| 3/30 | DBT CRD 2152 03/30/26 03723701 | 15.32- |
| | Prime Video Channels | |
| | amzn.com/bill WA | |
| 3/30 | DBT CRD 0000 03/28/26 80520603 | 5.99- |
| | APPLE.COM/BILL | |
| | 866-712-7753  CA | |
| 3/30 | DBT CRD 0004 03/28/26 82494086 | 160.00- |
| | WEAVER PIKE MINI STORA | |
| | 800-789-3638  TN | |
| 3/31 | POS DEB 1329 03/31/26 20002508 | 95.86- |
| | WAL-MART #0620      -108 | |
| | 220 CENTURY BLVD | |
| | BRISTOL        TN | |
| 3/31 | PAYMENT    PASSPORTSERVICES | 220.00- |
| | CHECK # 1030 | |

## CHECKS

| Date | Check No | Amount | Date | Check No | Amount | Date | Check No | Amount |
|------|----------|--------|------|----------|--------|------|----------|--------|
| 3/05 | 1021 | 3,135.27 | 3/31 | 1030 | -See above- | 3/06 | 1053 | 7,958.64 |
| 3/05 | 1022 | 468.34 | 3/06 | 1046* | 6,141.68 | 3/09 | 1055* | -See above- |
| 3/05 | 1023 | 3,072.00 | 3/06 | 1047 | 6,204.08 | 3/13 | 1056 | -See above- |
| 3/23 | 1024 | 370.00 | 3/06 | 1048 | 12,566.61 | 3/09 | 1057 | 122.79 |
| 3/23 | 1025 | 2,200.00 | 3/09 | 1049 | 2,921.39 | 3/10 | 1058 | 741.16 |
| 3/24 | 1027* | 320.00 | 3/10 | 1050 | 7,303.49 | 3/06 | 1059 | 1,460.70 |
| 3/26 | 1028 | 1,266.00 | 3/09 | 1051 | 2,921.39 | 3/09 | 1060 | 1,266.00 |
| 3/24 | 1029 | 200.00 | 3/06 | 1052 | 44,883.43 | 3/31 | 1061 | 2,200.00 |

*Indicates Skip In Check Numbers

## DAILY BALANCE INFORMATION

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 3/02 | 501,076.30 | 3/12 | 400,859.52 | 3/24 | 394,995.52 |
| 3/03 | 500,983.48 | 3/13 | 400,836.61 | 3/25 | 394,790.37 |
| 3/05 | 497,062.02 | 3/16 | 400,568.50 | 3/26 | 395,080.57 |
| 3/06 | 416,896.88 | 3/18 | 398,746.84 | 3/27 | 394,465.98 |
| 3/09 | 409,082.49 | 3/19 | 398,547.61 | 3/30 | 394,272.65 |
| 3/10 | 400,910.04 | 3/20 | 398,520.25 | 3/31 | 391,756.79 |
| 3/11 | 400,894.04 | 3/23 | 395,909.16 | | |

**Credit**

Bank: The First Bank & Trust Co.
Branch #: 22
Branch Name: Volunteer Parkway
Teller ID: W34MEJ
Drawer #: 216
Trans #: 26
Misc: Trn DDA Deposit,

**DDA Deposit**

Date/Time: 3/5/2026    11:09 AM
Workstation: FZ22N83
HIN #: 956022110000080
Owner: J R Thacker

SUBSTITUTE IMAGE / VIRTUAL DOCUMENT

| AUXILIARY | R/T 5408-0011 | ACCOUNT 8439 | PC/TC 20 | AMOUNT $3,000.00 |
|---|---|---|---|---|

Deposit    Date: 03/05    Amount: $3,000.00

---

JACK ROBERT THACKER JR.
DEBTOR-IN-POSSESSION
CASE NO. 2:25-BK-50237 RMM
2261 BULLOCK HOLLOW ROAD
BRISTOL, TN 37620

1021
Feb 27, 2026
Pay to the Order of: Faegre Drinker Biddle + Realth LLP    $3,135.27
Three thousand one hundred thirty five + 27/100 Dollars
For: David Porteous Client

1021    Date: 03/05    Amount: $3,135.27

---

JACK ROBERT THACKER JR.
DEBTOR-IN-POSSESSION
CASE NO. 2:25-BK-50237 RMM
2261 BULLOCK HOLLOW ROAD
BRISTOL, TN 37620

1022
Feb 27, 2026
Pay to the Order of: FINRA    $468.34
Four hundred sixty eight and 34/100 Dollars
For: CRD# 2754773

1022    Date: 03/05    Amount: $468.34

---

JACK ROBERT THACKER JR.
DEBTOR-IN-POSSESSION
CASE NO. 2:25-BK-50237 RMM
2261 BULLOCK HOLLOW ROAD
BRISTOL, TN 37620

1023
3-5-2026
Pay to the Order of: Erie Insurance    $3072.00
Three thousand seventy two Dollars
For: 951 Cumberland St

1023    Date: 03/05    Amount: $3,072.00

---

JACK ROBERT THACKER JR.
DEBTOR-IN-POSSESSION
CASE NO. 2:25-BK-50237 RMM
2261 BULLOCK HOLLOW ROAD
BRISTOL, TN 37620

1024
3-10-26
Pay to the Order of: CNB Custody    $370.00
Three hundred seventy Dollars
For: #895.7153

1024    Date: 03/23    Amount: $370.00

---

JACK ROBERT THACKER JR.
DEBTOR-IN-POSSESSION
CASE NO. 2:26-BK-50237 RMM
2261 BULLOCK HOLLOW ROAD
BRISTOL, TN 37620

1025
3-16-2026
Pay to the Order of: Holston Medical Group    $2,200.00
Two thousand two hundred Dollars
For: #1320300

1025    Date: 03/23    Amount: $2,200.00

---

JACK ROBERT THACKER JR.
DEBTOR-IN-POSSESSION
CASE NO. 2:25-BK-50237 RMM
2261 BULLOCK HOLLOW ROAD
BRISTOL, TN 37620

1027
3-16-26
Pay to the Order of: Watauga Pathology Associates    $320.00
Three hundred + twenty Dollars
For: WPAP- 264823

1027    Date: 03/24    Amount: $320.00

---

JACK ROBERT THACKER JR.
DEBTOR-IN-POSSESSION
CASE NO. 2:25-BK-50237 RMM
2261 BULLOCK HOLLOW ROAD
BRISTOL, TN 37620

1028
3-19-26
Pay to the Order of: American Bankers Ins. of FL    $1,266.00
One thousand two hundred sixty six Dollars
For: Policy 7406064797

1028    Date: 03/26    Amount: $1,266.00

---

JACK ROBERT THACKER JR.
DEBTOR-IN-POSSESSION
CASE NO. 2:25-BK-50237 RMM
2261 BULLOCK HOLLOW ROAD
BRISTOL, TN 37620

1029
3-22-26
Pay to the Order of: North (KD) First Bristol Baptist Church    $200.00
Two hundred Dollars
For:

1029    Date: 03/24    Amount: $200.00

---

JACK ROBERT THACKER JR.
DEBTOR-IN-POSSESSION
CASE NO. 2:25-BK-50237 RMM
2261 BULLOCK HOLLOW ROAD
BRISTOL, TN 37620

1046
Feb 27, 2026
Pay to the Order of: Kent & Nancy Crowe    $6141.68
Six thousand one hundred fourty one + 68/100 Dollars
For: 3rd Distribution

1046    Date: 03/06    Amount: $6,141.68

---

JACK ROBERT THACKER JR.
DEBTOR-IN-POSSESSION
CASE NO. 2:25-BK-50237 RMM
2261 BULLOCK HOLLOW ROAD
BRISTOL, TN 37620

1047
Feb 27, 2026
Pay to the Order of: Thomas + Diann Elliott    $6,204.08
Six thousand two hundred four + 08/100 Dollars
For: 3rd Distribution

1047    Date: 03/06    Amount: $6,204.08

---

JACK ROBERT THACKER JR.
DEBTOR-IN-POSSESSION
CASE NO. 2:25-BK-50237 RMM
2261 BULLOCK HOLLOW ROAD
BRISTOL, TN 37620

1048
Feb 27, 2026
Pay to the Order of: Don Lair    $12,566.61
Twelve thousand five hundred sixty six + 61/100 Dollars
For: 3rd Distribution

1048    Date: 03/06    Amount: $12,566.61

**JACK ROBERT THACKER JR.**
DEBTOR-IN-POSSESSION
CASE NO. 2:25-BK-50237 RMM
2261 BULLOCK HOLLOW ROAD
BRISTOL, TN 37620
1049
Feb 27, 2026
Pay to the Order of: Joshua Mankini    $ 2,921 39
Two thousand nine hundred twenty one + 39/100 Dollars
First Bank & Trust Company
For: 3rd Distribution
⑈051404464⑈ 843 9⑈ 1049

1049   Date: 03/09   Amount: $2,921.39

**JACK ROBERT THACKER JR.**
DEBTOR-IN-POSSESSION
CASE NO. 2:25-BK-50237 RMM
2261 BULLOCK HOLLOW ROAD
BRISTOL, TN 37620
1050
Feb 27, 2026
Pay to the Order of: Rox Parker Jr. Revocable Trust    $ 7,303 49
Seven thousand three hundred three + 49/100 Dollars
First Bank & Trust Company
For: 3rd Distribution
⑈051404464⑈ 843 9⑈ 1050

1050   Date: 03/10   Amount: $7,303.49

**JACK ROBERT THACKER JR.**
DEBTOR-IN-POSSESSION
CASE NO. 2:25-BK-50237 RMM
2261 BULLOCK HOLLOW ROAD
BRISTOL, TN 37620
1051
Feb 27, 2026
Pay to the Order of: Michael Siegforth    $ 2,921 39
Two thousand nine hundred twenty one + 39/100 Dollars
First Bank & Trust Company
For: 3rd Distribution
⑈051404464⑈ 843 9⑈ 1051

1051   Date: 03/09   Amount: $2,921.39

**JACK ROBERT THACKER JR.**
DEBTOR-IN-POSSESSION
CASE NO. 2:25-BK-50237 RMM
2261 BULLOCK HOLLOW ROAD
BRISTOL, TN 37620
1052
Feb 27, 2026
Pay to the Order of: Terry + Sharon Vaughn    $ 44,883 43
Forty four thousand eight hundred eighty three + 43/100 Dollars
First Bank & Trust Company
For: 3rd Distribution
⑈051404464⑈ 843 9⑈ 1052

1052   Date: 03/06   Amount: $44,883.43

**JACK ROBERT THACKER JR.**
DEBTOR-IN-POSSESSION
CASE NO. 2:25-BK-50237 RMM
2261 BULLOCK HOLLOW ROAD
BRISTOL, TN 37620
1053
Feb 26, 2026
Pay to the Order of: Darrell + Joan Vincent    $ 7,958 64
Seven thousand nine hundred fifty eight + 64/100 Dollars
First Bank & Trust Company
For: 3rd Distribution
⑈051404464⑈ 843 9⑈ 1053

1053   Date: 03/06   Amount: $7,958.64

**JACK ROBERT THACKER JR.**
DEBTOR-IN-POSSESSION
CASE NO. 2:25-BK-50237 RMM
2261 BULLOCK HOLLOW ROAD
BRISTOL, TN 37620
1057
Feb 27, 2026
Pay to the Order of: Citibank Mastercard    $ 122 79
One hundred twenty two and 79/100 Dollars
First Bank & Trust Company
For: 5218 7600 8166 8309
⑈051404464⑈ 843 9⑈ 1057

1057   Date: 03/09   Amount: $122.79

**JACK ROBERT THACKER JR.**
DEBTOR-IN-POSSESSION
CASE NO. 2:25-BK-50237 RMM
2261 BULLOCK HOLLOW ROAD
BRISTOL, TN 37620
1058
Feb 27, 2026
Pay to the Order of: Blank Rome LLP    $ 741 16
Seven hundred forty one + 16/100 Dollars
First Bank & Trust Company
For: R + KE Moffce client
⑈051404464⑈ 843 9⑈ 1058

1058   Date: 03/10   Amount: $741.16

**JACK ROBERT THACKER JR.**
DEBTOR-IN-POSSESSION
CASE NO. 2:25-BK-50237 RMM
2261 BULLOCK HOLLOW ROAD
BRISTOL, TN 37620
1059
Feb 27, 2026
Pay to the Order of: Celia Howell Osborne    $ 1,460 70
One thousand four hundred sixty + 70/100 Dollars
First Bank & Trust Company
For: 3rd Distribution
⑈051404464⑈ 843 9⑈ 1059

1059   Date: 03/06   Amount: $1,460.70

**JACK ROBERT THACKER JR.**
DEBTOR-IN-POSSESSION
CASE NO. 2:25-BK-50237 RMM
2261 BULLOCK HOLLOW ROAD
BRISTOL, TN 37620
1060
2-28-2026
Pay to the Order of: American Bankers Ins. Co. of FL    $ 1,266 00
One thousand two hundred sixty six Dollars
Bank & Trust Company
For: #7406064797
⑈051404464⑈ 843 9⑈ 1060    *0000126600*

1060   Date: 03/09   Amount: $1,266.00

**JACK ROBERT THACKER JR.**
DEBTOR-IN-POSSESSION
CASE NO. 2:25-BK-50237 RMM
2261 BULLOCK HOLLOW ROAD
BRISTOL, TN 37620
1061
3-24-26
Pay to the Order of: Holston Medical Group    $ 2,200 00
Two thousand two hundred Dollars
First Bank & Trust Company
For: #1320300
⑈051404464⑈ 843 9⑈ 1061

1061   Date: 03/31   Amount: $2,200.00

**Change of Name or Address Request**
Please indicate correct name and address as you wish it to appear on our records:

Mail To: First Bank & Trust
Attn: Customer Operations
P.O. Box 1000
Abingdon, VA 24212-1000

Phone: 276-623-2265

Name _____    City, State, Zip _____

Second Name (If Joint Account) _____    Telephone _____    Social Security # _____

Street Address _____    Signature of Account Holder(s) _____

Cut here and return to the address above

## Step 1
In your checkbook, make the following entries so that all transactions are recorded on both your records and the Bank's

**Add**
Any deposits/credits shown on this statement but not in your checkbook.

**Subtract**
Any withdrawals/debits on this statement but not entered in your checkbook.

## Step 2
List deposits not on your statement.

| Date | Amount |
|------|--------|
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
| Total |      |

## Step 3
List checks outstanding.

| Check Number | Amount |
|--------------|--------|
|              |        |
|              |        |
|              |        |
|              |        |
|              |        |
|              |        |
|              |        |
|              |        |
|              |        |
|              |        |
|              |        |
|              |        |
|              |        |
|              |        |
|              |        |
|              |        |
| Total        |        |

## Step 4
Reconcile your account:

1. Bank statement balance.    $ _____

2. Total amount of deposits not shown on statement.    $ _____

3. Add line 1 and 2.    $ _____

4. Total amount of checks outstanding    $ _____

5. Subtract line 4 from line 3    $ _____

Line 5 must be equal to your checkbook balance

*Attention Telephone Banking Customers: On Wednesday, November 18th, we will be enhancing First Bank and Trust's telephone banking system. You can still enjoy all the current features plus new capabilities, including speech recognition and greater access to accounts and information – including loans. Please note that you will need to re-establish your PIN the first time you call the enhanced system. Learn more about these upgrades and find the new telephone banking phone number at www.firstbank.com.*

**Electronic Services Information (for Consumer Accounts Only)**
In case of errors or questions about your electronic transfers, call or write us at the telephone number or address listed above as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared.
- Tell us your name and account number (if any).
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.
we will investigate your complaint and correct any error promptly. If we take more than 10 days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

**First Bank & Trust Company**
The Bank That Puts You First
www.FirstBank.com | Member FDIC

# First Bank & Trust Company
### The Bank That Puts You First.

<u>Online Banking Log-in</u>

```
Date  4/30/26          Page     1
Primary Account  XXXXXXXXXXXX8439
C 31              Enclosures      8
```

Jack Robert Thacker Jr
Debtor-in-Possession
Case No. 2:25-bk-50237-RMM
2261 Bullock Hollow Road
Bristol TN 37620

## CHECKING ACCOUNTS

```
Regular Checking                          Number of Enclosures                 8
Account Number         XXXXXXXXXXXX8439   Statement Dates    4/01/26 thru  4/30/26
Previous Balance            391,756.79    Days in the Statement Period        30
    5 Deposits/Credits        3,549.98    Average Ledger           381,589.91
   62 Checks/Debits          49,351.53    Average Collected        381,589.91
Service Charge                     .00
Interest Paid                      .00
Ending Balance              345,955.24
```

## DEPOSITS AND ADDITIONS

| Date | Description | Amount |
|------|-------------|--------|
| 4/21 | Deposit | 1,500.00 |
| 4/24 | MID MESA    MONTEGO ASSET<br>CCD         556 | 488.84 |
| 4/24 | SILV PEAK   MONTEGO ASSET MA<br>CCD         738 | 590.40 |
| 4/24 | MRM DIST    MONTEGO ASSET MA<br>CCD         838 | 729.07 |
| 4/28 | CREDIT      AXOS CLEARING<br>PPD | 241.67 |

## WITHDRAWALS AND DEDUCTIONS

| Date | Description | Amount |
|------|-------------|--------|
| 4/01 | DBT CRD 2259 04/01/26 43611712<br>Prime Video Channels<br>amzn.com/bill WA | 6.56- |
| 4/02 | DBT CRD 1937 04/01/26 22472423<br>BURGER KING #1088<br>BRISTOL      TN | 9.81- |
| 4/03 | POS DEB 1126 04/03/26 00459643<br>Love s #0787 Outside<br>Love s  0787 Outsi<br>MOSHEIM      TN | 63.18- |
| 4/06 | DBT CRD 1646 04/03/26 83790716<br>NASHVILLE I24 CAMPGROU<br>SMYRNA       TN | 51.08- |
| 4/06 | POS DEB 1621 04/03/26 00604783<br>PUBLIX SUPER MAR 1640 LEE<br>PUBLIX SUPER MAR 1<br>SMYRNA       TN | 59.56- |
| 4/06 | POS DEB 1627 04/03/26 00248316<br>RACETRAC 2568 | 75.00- |

# First Bank & Trust Company
## The Bank That Puts You First.

Online Banking Log-in

Date  4/30/26        Page    2
Primary Account  XXXXXXXXXXXX8439
Enclosures              8

Jack Robert Thacker Jr
Debtor-in-Possession
Case No. 2:25-bk-50237-RMM
2261 Bullock Hollow Road
Bristol TN 37620

Regular Checking            XXXXXXXXXXXX8439   (Continued)

## WITHDRAWALS AND DEDUCTIONS

| Date | Description | Amount |
|------|-------------|--------|
|      | RACETRAC 2568 SMYRNA       TN |  |
| 4/06 | POS DEB 1743 04/04/26 00416329 WEIGELS #96 WEIGELS  96 WHITE PINE     TN | 88.66- |
| 4/06 | DBT CRD 0854 04/04/26 00905867 U-HAUL MOVING & STORAG MURFREESBORO   TN | 726.11- |
| 4/06 | DBT CRD 0017 04/03/26 90303532 WEAVER PIKE MINI STORA 800-789-3638  TN | 140.00- |
| 4/08 | DBT CRD 2050 04/08/26 66472330 Prime Video Channels amzn.com/bill WA | 8.75- |
| 4/08 | DBT CRD 1108 04/06/26 81226807 ARBYS 1963 BRISTOL       TN | 15.05- |
| 4/08 | POS DEB 1506 04/07/26 00356619 FOOD CITY #821 FOOD CITY  821 BRISTOL      VA | 81.20- |
| 4/08 | INSURANCE  MIDLAND NATIONAL PPD | 950.00- |
| 4/09 | DBT CRD 0009 04/07/26 85617996 WEAVER PIKE MINI STORA 800-789-3638  TN | 140.00- |
| 4/10 | DBT CRD 1919 04/09/26 11970498 Prime Video Channels amzn.com/bill WA | 8.75- |
| 4/10 | POS DEB 1421 04/10/26 00326361 WEAVER MARKET WEAVER MARKET BRISTOL       TN | 44.97- |
| 4/10 | DBT CRD 1941 04/09/26 24977198 TST* MAD GREEK RESTAUR BRISTOL       TN | 67.28- |
| 4/10 | POS DEB 2103 04/09/26 00487478 FOOD CITY #821 FOOD CITY  821 BRISTOL      VA | 89.74- |

# First Bank & Trust Company
## The Bank That Puts You First.

*Online Banking Log-in*

```
Date  4/30/26              Page      3
Primary Account   XXXXXXXXXXXX8439
Enclosures                          8
```

Jack Robert Thacker Jr
Debtor-in-Possession
Case No. 2:25-bk-50237-RMM
2261 Bullock Hollow Road
Bristol TN 37620

Regular Checking                 XXXXXXXXXXXX8439   (Continued)

## WITHDRAWALS AND DEDUCTIONS

| Date | Description | Amount |
|------|-------------|--------|
| 4/10 | POS DEB 1347 04/10/26 00798556<br>SAMS CLUB #6518<br>13249 LEE HWY<br>BRISTOL       VA | 315.31- |
| 4/13 | POS DEB 1648 04/11/26 39204700<br>ALDI 66068<br>720 CABELA DRIVE<br>BRISTOL       VA | 103.17- |
| 4/13 | POS DEB 2259 04/11/26 22262180<br>APPLE COM BILL<br>APPLE COM BILL<br>CUPERTINO     CA | 2.99- |
| 4/15 | DBT CRD 0731 04/13/26 51120297<br>CHICK-FIL-A #03529<br>BRISTOL       TN | 8.19- |
| 4/15 | POS DEB 1353 04/15/26 00934303<br>USPS PO 51111603 111 6TH<br>USPS PO 51111603 1<br>BRISTOL       VA | 11.95- |
| 4/15 | PAYMENT    JOHN HANCOCK MAN<br>PPD<br>TRN*1*E54956070\ | 70.00- |
| 4/16 | DBT CRD 1439 04/15/26 07721688<br>BURGER KING #1088<br>BRISTOL       TN | 19.62- |
| 4/16 | POS DEB 1452 04/16/26 00636535<br>SIERRA 4202<br>3211 PEOPLES ST<br>JOHNSON CITY   TN | 33.90- |
| 4/16 | DBT CRD 1317 04/14/26 58431830<br>FOOD CITY #617<br>BRISTOL       TN | 52.71- |
| 4/16 | POS DEB 1848 04/15/26 00579033<br>MARATHON 73288<br>MARATHON 73288<br>BRISTOL       VA | 72.35- |
| 4/17 | POS DEB 1648 04/16/26 00385931<br>WM SUPERCENTER #620<br>220 CENTURY BLVD<br>BRISTOL       TN | 16.88- |
| 4/20 | POS DEB 1634 04/18/26 46292800<br>ALDI 66068 | 7.54- |

# First Bank & Trust Company
### The Bank That Puts You First.

Online Banking Log-in

```
Date  4/30/26            Page     4
Primary Account  XXXXXXXXXXXX8439
Enclosures                       8
```

Jack Robert Thacker Jr
Debtor-in-Possession
Case No. 2:25-bk-50237-RMM
2261 Bullock Hollow Road
Bristol TN 37620

Regular Checking                XXXXXXXXXXXX8439   (Continued)

## WITHDRAWALS AND DEDUCTIONS

| Date | Description | Amount |
|------|-------------|--------|
|      | 720 CABELA DRIVE<br>BRISTOL       VA | |
| 4/20 | POS DEB 1559 04/17/26 35975800<br>ADVANCE AUTO PARTS #3530<br>709 VOLUNTEER PKWY<br>BRISTOL       TN | 15.28- |
| 4/20 | DBT CRD 1856 04/18/26 61667804<br>Prime Video Channels<br>amzn.com/bill WA | 20.25- |
| 4/20 | DBT CRD 1514 04/18/26 28916938<br>PUERTO NUEVO MEXICAN A<br>BRISTOL       VA | 56.36- |
| 4/20 | DBT CRD 1131 04/17/26 94899366<br>Amazon.com*BS2GT1GU2<br>Amzn.com/bill WA | 62.72- |
| 4/20 | POS DEB 1802 04/19/26 00460714<br>WM SUPERCENTER #620<br>220 CENTURY BLVD<br>BRISTOL       TN | 345.97- |
| 4/20 | DBT CRD 1018 04/18/26 50983664<br>APPLE.COM/BILL<br>866-712-7753  CA | 13.10- |
| 4/20 | DBT CRD 0058 04/17/26 14959936<br>ABC*PLANET FITNESS BRI<br>276-2857368    VA | 25.05- |
| 4/20 | DBT CRD 0358 04/19/26 22999980<br>NETFLIX.COM<br>NETFLIX.COM    CA | 27.36- |
| 4/20 | WEB PMT   BCBSTN<br>WEB | 1,497.76- |
| 4/21 | POS DEB 1250 04/21/26 00193282<br>CVS/PHARMACY #03726<br>03726--2578 WEST S<br>BRISTOL       TN | 29.10- |
| 4/22 | DBT CRD 1158 04/21/26 11243840<br>SQ *BIG RED APPLE SHED<br>Bristol       TN | 10.40- |
| 4/22 | DBT CRD 1749 04/20/26 21730148<br>ARBYS 8881<br>BRISTOL       TN | 15.05- |
| 4/23 | POS DEB 1622 04/22/26 00189528<br>TRACTOR SUPPLY # 1103 Vol | 132.15- |

# First **Bank**
## **& Trust Company**
### The Bank That Puts You First.

Online Banking Log-in

```
Date   4/30/26          Page      5
Primary Account   XXXXXXXXXXXX8439
Enclosures                        8
```

Jack Robert Thacker Jr
Debtor-in-Possession
Case No. 2:25-bk-50237-RMM
2261 Bullock Hollow Road
Bristol TN 37620

Regular Checking                XXXXXXXXXXXX8439   (Continued)

## WITHDRAWALS AND DEDUCTIONS

| Date | Description | Amount |
|------|-------------|--------|
|      | TRACTOR SUPPLY   1<br>Bristol         TN | |
| 4/23 | UTILITY BI SOUTH FORK UTILI<br>PPD | 72.90- |
| 4/24 | POS DEB 1302 04/24/26 00127222<br>WEIGELS #116<br>WEIGELS  116<br>BRISTOL        TN | 64.27- |
| 4/27 | DBT CRD 1807 04/25/26 32467766<br>Prime Video Channels<br>amzn.com/bill WA | 6.56- |
| 4/27 | POS DEB 1228 04/26/26 00156901<br>WM SUPERCENTER #620<br>220 CENTURY BLVD<br>BRISTOL        TN | 64.88- |
| 4/27 | POS DEB 1559 04/25/26 00581079<br>WM SUPERCENTER #620<br>220 CENTURY BLVD<br>BRISTOL        TN | 343.50- |
| 4/28 | DBT CRD 1309 04/26/26 53978676<br>ARBY S #787<br>MOSHEIUM       TN | 13.47- |
| 4/29 | DBT CRD 0003 04/28/26 82333814<br>APPLE.COM/BILL<br>866-712-7753  CA | 5.99- |
| 4/29 | UTIL BILL  BRISTOL TN ESSEN<br>PPD | 486.53- |
| 4/30 | DBT CRD 1919 04/29/26 11690132<br>AMAZON PRIME*BS1OQ98L0<br>amzn.com/bill WA | 5.46- |
| 4/30 | DBT CRD 0918 04/29/26 15132567<br>Prime Video Channels<br>amzn.com/bill WA | 8.75- |
| 4/30 | DBT CRD 2214 04/30/26 16854663<br>Prime Video Channels<br>amzn.com/bill WA | 15.32- |
| 4/30 | DBT CRD 0005 04/28/26 83424480<br>WEAVER PIKE MINI STORA<br>800-789-3638  TN | 160.00- |

# First **Bank & Trust Company**

### The Bank That Puts You First.

_Online Banking Log-in_

```
Date   4/30/26          Page      6
Primary Account   XXXXXXXXXXXX8439
Enclosures                      8
```

Jack Robert Thacker Jr
Debtor-in-Possession
Case No. 2:25-bk-50237-RMM
2261 Bullock Hollow Road
Bristol TN 37620

Regular Checking                 XXXXXXXXXXXX8439   (Continued)

## CHECKS

| Date | Check No | Amount | Date | Check No | Amount | Date | Check No | Amount |
|------|----------|--------|------|----------|--------|------|----------|--------|
| 4/01 | 1026 | 1,574.63 | 4/29 | 1064 | 6,015.02 | 4/27 | 1067 | 30,000.00 |
| 4/20 | 1054* | 2,921.39 | 4/27 | 1065 | 840.00 | | | |
| 4/07 | 1063* | 400.00 | 4/24 | 1066 | 762.00 | | | |

*Indicates Skip In Check Numbers

## DAILY BALANCE INFORMATION

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 4/01 | 390,175.60 | 4/10 | 386,841.15 | 4/22 | 382,902.06 |
| 4/02 | 390,165.79 | 4/13 | 386,734.99 | 4/23 | 382,697.01 |
| 4/03 | 390,102.61 | 4/15 | 386,644.85 | 4/24 | 383,679.05 |
| 4/06 | 388,962.20 | 4/16 | 386,466.27 | 4/27 | 352,424.11 |
| 4/07 | 388,562.20 | 4/17 | 386,449.39 | 4/28 | 352,652.31 |
| 4/08 | 387,507.20 | 4/20 | 381,456.61 | 4/29 | 346,144.77 |
| 4/09 | 387,367.20 | 4/21 | 382,927.51 | 4/30 | 345,955.24 |

**Credit**

Bank: The First Bank & Trust Co.
Branch #: 22
Branch Name: Volunteer Parkway
Teller ID: W34HCM
Drawer #: 211
Trans #: 32
Misc: Trn DDA Deposit,

**DDA Deposit**

Date/Time: 4/21/2026  3:19 PM
Workstation: FZ24N83
HIN #: 960722080000072
Owner: J R Thacker

SUBSTITUTE IMAGE / VIRTUAL DOCUMENT

| AUXILIARY | R/T 5408-0011 | ACCOUNT 439 | PC/TC 20 | AMOUNT $1,500.00 |
|---|---|---|---|---|

Deposit   Date: 04/21   Amount: $1,500.00

---

JACK ROBERT THACKER JR.
DEBTOR-IN-POSSESSION
CASE NO. 2:25-BK-50237 RMM
2261 BULLOCK HOLLOW ROAD
BRISTOL, TN 37620          1054

Date: Feb 27, 2026

Pay to the Order of: James Wood    $ 2,921 39

Two thousand nine hundred twenty one + 39/100 Dollars

First Bank & Trust Company

For: 3rd Distribution

843  9    1054

1054   Date: 04/20   Amount: $2,921.39

---

JACK ROBERT THACKER JR.
DEBTOR-IN-POSSESSION
CASE NO. 2:25-BK-50237 RMM
2261 BULLOCK HOLLOW ROAD
BRISTOL, TN 37620          1064

Date: 4-22-2026

Pay to the Order of: Gentry/Tipton/McLemore    $ 6,015 00

Six thousand fifteen and 03/100 Dollars

First Bank & Trust Company

For: Legal

843  9    1064

1064   Date: 04/29   Amount: $6,015.02

---

JACK ROBERT THACKER JR.
DEBTOR-IN-POSSESSION
CASE NO. 2:25-BK-50237 RMM
2261 BULLOCK HOLLOW ROAD
BRISTOL, TN 37620          1066

Date: 4-24-2026

Pay to the Order of: Erie Insurance    $ 762 00

Seven hundred sixty two Dollars

First Bank & Trust Company

For:

843  9    1066

1066   Date: 04/24   Amount: $762.00

---

JACK ROBERT THACKER JR.
DEBTOR-IN-POSSESSION
CASE NO. 2:25-BK-50237 RMM
2261 BULLOCK HOLLOW ROAD
BRISTOL, TN 37620          1026

Date: 3-16-2026

Pay to the Order of: Paragon Anesthesia    $ 1574 63

One thousand five hundred seventy four + 63/100 Dollars

First Bank & Trust Company

For: BA5139583

3040 843 9    1026

1026   Date: 04/01   Amount: $1,574.63

---

JACK ROBERT THACKER JR.
DEBTOR-IN-POSSESSION
CASE NO. 2:25-BK-50237 RMM
2261 BULLOCK HOLLOW ROAD
BRISTOL, TN 37620          1063

Date: 4-6-2026

Pay to the Order of: Cash    $ 400 00

Four hundred Dollars

First Bank & Trust Company

For: Cash to pay movers

843  9    1063

1063   Date: 04/07   Amount: $400.00

---

JACK ROBERT THACKER JR.
DEBTOR-IN-POSSESSION
CASE NO. 2:25-BULLOCK HOLLOW ROAD
2261 BULLOCK HOLLOW ROAD
BRISTOL, TN 37620          1065

Date: April 23, 2026

Pay to the Order of: Aaron Blevins    $ 840 00

Eight hundred forty + 00/ Dollars

First Bank & Trust Company

For: 8k moving

843  9    1065

1065   Date: 04/27   Amount: $840.00

---

JACK ROBERT THACKER JR.
DEBTOR-IN-POSSESSION
CASE NO. 2:25-BK-50237 RMM
2261 BULLOCK HOLLOW ROAD
BRISTOL, TN 37620          1067

Date: Apr. 24, 2026

Pay to the Order of: Joy Necessary    $ 30,000 00

Thirty thousand Dollars

First Bank & Trust Company

For: payments 89, 90, 91, 92

843  9    1067

1067   Date: 04/27   Amount: $30,000.00

**Change of Name or Address Request**
Please indicate correct name and address as you wish it to appear on our records:

Mail To: First Bank & Trust
Attn: Customer Operations
P.O. Box 1000
Abingdon, VA 24212-1000

_____  _____
Name                         City, State, Zip

_____  _____
Second Name (If Joint Account)   Telephone   Social Security #

Phone: 276-623-2265

_____  _____
Street Address               Signature of Account Holder(s)

Cut here and return to the address above

### Step 1
In your checkbook, make the following entries so that all transactions are recorded on both your records and the Bank's

**Add**
Any deposits/credits shown on this statement but not in your checkbook.

**Subtract**
Any withdrawals/debits on this statement but not entered in your checkbook.

### Step 2
List deposits not on your statement.

| Date | Amount |
| --- | --- |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| Total |  |

### Step 3
List checks outstanding.

| Check Number | Amount |
| --- | --- |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| Total |  |

### Step 4
Reconcile your account:

1. Bank statement balance. $ _____

2. Total amount of deposits not shown on statement. $ _____

3. Add line 1 and 2. $ _____

4. Total amount of checks outstanding $ _____

5. Subtract line 4 from line 3 $ _____

Line 5 must be equal to your checkbook balance

*Attention Telephone Banking Customers: On Wednesday, November 18th, we will be enhancing First Bank and Trust's telephone banking system. You can still enjoy all the current features plus new capabilities, including speech recognition and greater access to accounts and information – including loans. Please note that you will need to re-establish your PIN the first time you call the enhanced system. Learn more about these upgrades and find the new telephone banking phone number at www.firstbank.com.*

**Electronic Services Information** (for Consumer Accounts Only)
In case of errors or questions about your electronic transfers, call or write us at the telephone number or address listed above as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared.
- Tell us your name and account number (if any).
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.
we will investigate your complaint and correct any error promptly. If we take more than 10 days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

**First Bank & Trust Company**
The Bank That Puts You First
www.firstbank.com Member FDIC