IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION AT GREENEVILLE

In re                                          :
                                               :
JACK ROBERT THACKER, JR.                       :     Case No.  2:25-bk-50237-RRM
a/k/a JACK R. THACKER,                         :     Chapter 11 – Subchapter V
a/k/a J. R. THACKER                            :
                                               :
        Debtor                                 :

ORDER GRANTING APPLICATION FOR APPROVAL OF
EMPLOYMENT OF HODGES DOUGHTY & CARSON
PURSUANT TO E.D. TENN. LBR 2014-1
AND RETROACTIVE TO JUNE 1, 2026

On June 22, 2026, Jack Robert Thacker, Jr. filed his Application requesting approval of

his employment of Hodges Doughty & Carson.  The Application is supported by the Declaration

of Eric J. Horbey.  Copies of the Application For Approval of Employment of Hodges Doughty

& Carson, including the Notice of Hearing, and the proposed Order Granting Application, were

served upon the attorney for the U.S. Trustee, the United States Attorney for the Eastern District

of Tennessee, the Debtor, and all creditors and parties in interest.  The hearing on Application

was held on June 30, 2026.  Based on the Declaration supporting the Application, it appears that

1

Hodges Doughty & Carson does not hold or represent any interest adverse to the Debtor with respect to the matter on which it is to be employed and its employment is in the best interest of the estate.  In the absence of any objection and based on the Court's own review, the Application is GRANTED. Debtor may pay a $20,000.00 security deposit to Hodges Doughty & Carson upon entry of this Order.  Compensation to Hodges Doughty & Carson is subject to approval of the Court after notice and a hearing. Pursuant to E.D. Tenn. LBR 2014-1, and as requested in the Application by Hodges Doughty & Carson, the Application relates back to June 1,2026, the first date services were performed.

# # #

APPROVED FOR ENTRY:

*/s/ Maurice K. Guinn*
Maurice K. Guinn
(BPR # 000366)
Gentry, Tipton & McLemore, P.C.
P.O. Box 1990
Knoxville, Tennessee  37901
(865) 525-5300
Attorneys for Jack Robert Thacker, Jr.

*Order Granting Application For Approval of Employment of HDC (6-22-26)*