**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION AT GREENEVILLE**

| | | |
|---|---|---|
| In re | : | |
| | : | |
| **JACK ROBERT THACKER, JR.** | : | **Case No.  2:25-bk-50237-RRM** |
| **a/k/a JACK R. THACKER,** | : | **Chapter 11 – Subchapter V** |
| **a/k/a J. R. THACKER** | : | |
| | : | |
| **Debtor** | : | |

---

**MOTION OF JACK ROBERT THACKER, JR.
TO REDUCE TIME FOR NOTICE OF HEARING ON
APPLICATION FOR APPROVAL TO EMPLOY HODGES DOUGHTY & CARSON**

---

On June 22, 2026, Jack Robert Thacker, Jr. filed his Application For Approval Of Employment Of Hodges Doughty & Carson ("Application to Employ") (Doc 185).  A 21-day notice period is ordinarily required for notice of the hearing on the Application to Employ. Pursuant to Federal Rule of Bankruptcy Procedure 9006(c), to accommodate the hearing on June 30th on the Application to Employ, Jack Robert Thacker, Jr.  requests the notice period for the hearing be reduced to seven (7) days.

WHEREFORE, Jack Robert Thacker, Jr. requests a reduction of time for notice of the June 30, 2026 hearing on his Application to Employ Hodges, Doughty & Carson (Doc 185).

/s/Maurice K. Guinn
Maurice K. Guinn   (Bar Code No. 000366)
Gentry, Tipton & McLemore, P.C.
P.O. Box 1990
Knoxville, TN   37901
Phone:  (865)  525-5300
mkg@tennlaw.com
Attorneys for Jack Robert Thacker, Jr.

## CERTIFICATE OF SERVICE

The undersigned certifies that on June 22, 2026, the foregoing **"Motion Of Jack Robert Thacker, Jr. To Reduce Time For Notice of Hearing On Application To Employ Hodges Doughty & Carson"** and the proposed **"Order Granting Motion of Jack Robert Thacker, Jr. to Reduce Time For Notice of Hearing On Application To Employ Hodges Doughty & Carson"** were filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to Tiffany A. DiIorio, Andrew Wesley Hogan, Eric W. Reecher, Jason S. Shade, M. Aaron Spencer, Anthony R. Steele, Walter N. Winchester, and the United States Trustee.

*/s/ Maurice K. Guinn*
Maurice K. Guinn

*Mot to Reduce Time for Not of Hearing Application to Employ Hodges Doughty & Carson (6-22-26)*

2