**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION AT GREENEVILLE**

| | | |
|---|---|---|
| In re | : | |
| | : | |
| **JACK ROBERT THACKER, JR.** | : | **Case No. 2:25-bk-50237-RRM** |
| **a/k/a JACK R. THACKER,** | : | **Chapter 11 – Subchapter V** |
| **a/k/a J. R. THACKER** | : | |
| | : | |
| Debtor | : | |

**ORDER GRANTING MOTION OF
JACK ROBERT THACKER, JR. TO REDUCE TIME FOR
NOTICE OF HEARING ON APPLICATION TO EMPLOY
HODGES DOUGHTY & CARSON**

For cause recited in the Motion To Reduce Time For Notice of Hearing On The Application To Employ Hodges Doughty & Carson, the Motion is GRANTED. The time for notice of the hearing on the Application to Employ Hodges Doughty & Carson (Doc 185) is reduced to seven (7) days.

# # #


APPROVED FOR ENTRY:

/s/Maurice K. Guinn
Maurice K. Guinn
(Bar Code No. 000366)
Gentry, Tipton & McLemore, P.C.
P.O. Box 1990
Knoxville, TN   37901
(865) 525-5300
mkg@tennlaw.com
Attorneys for Jack Robert Thacker, Jr.

*Order Granting Motion Reduce Time for Not of Hearing Hodges Doughty & Carson  (6-22-26)*