## DOCKET OF JUNE 30, 2026, FOR THE NORTHEASTERN DIVISION AT GREENEVILLE

*Please take notice that the Greeneville docket for Tuesday, June 30, 2026, will be conducted telephonically. The matters set forth in the following listed cases are presently set for hearing.  If you wish to participate in a in any of the matters set for hearing—*

• At least 10 minutes before the time of the hearing, dial teleconferencing number (423) 212-5515 and enter the conference identification number 544239898 followed by the # sign.

• Place the telephone on mute, but do not place the call on hold.

• Wait until your case is called or announcements are accepted by court before speaking. Each time you speak, identify yourself for the record.

• Pursuant to E.D. Tenn. LBR 5073-1, you are prohibited from recording or broadcasting the proceedings conducted by the United States Bankruptcy Court.

*The court requests that the attorneys for the parties in the matters set for hearing please contact their clients to ensure they are aware that the hearings will not be held in person in the bankruptcy courtroom as previously noticed and of the need to participate telephonically instead.*

### Hearings on the 1:00 p.m. Docket

| | | |
|---|---|---|
| Rachelle Nicole Green | 2:23-bk-50100-RRM | Motion by Chapter 13 Trustee to Dismiss Case [69] |
| Michael Dustin Bailey | 2:23-bk-50358-RRM | Motion by Chapter 13 Trustee to Dismiss Case [62] |
| Joseph L Lovergine Kelly A Lovergine | 2:23-bk-50771-RRM | Motion by Chapter 13 Trustee to Dismiss Case [68] |
| Mitchell Blake Gortney Leslie Brooke Sullins | 2:23-bk-51224-RRM | Motion by Chapter 13 Trustee to Dismiss Case [81] |
| Keven Daniel Vrotney | 2:24-bk-50544-RRM | Motion by Chapter 13 Trustee to Dismiss Case [70] |
| Melissa Carrie Walton Anthony Shane Walton | 2:25-bk-50916-RRM | Motion by Chapter 13 Trustee to Dismiss Case [31] |
| Tina Marie Burton | 2:25-bk-50949-RRM | Motion by Chapter 13 Trustee to Dismiss Case [33] |
| Brian Christoper Rommel | 2:25-bk-50984-RRM | Motion by Chapter 13 Trustee to Dismiss Case [35] |
| Neil Stephen Johnson | 2:25-bk-51070-RRM | Motion by Chapter 13 Trustee to Dismiss Case [32] |
| Courtlin Aaron Jenkins | 2:25-bk-51365-RRM | Motion by Chapter 13 Trustee to Dismiss Case [37] |
| Whitney Nicole Ward | 2:26-bk-50304-RRM | Motion by Chapter 13 Trustee to Dismiss Case [20] |
| Anthony Guinn Sluder Jennifer Lewis Banning-Edwards | 2:26-bk-50593-RRM | Motion by Chapter 13 Trustee to Dismiss Case [20] |

### Hearings on the 1:30 p.m. Docket

| | | |
|---|---|---|
| Michael Dustin Bailey | 2:23-bk-50358-RRM | Application to Employ Real Estate Broker [65] |

| | | |
|---|---|---|
| Jacob Thomas Blankenbeckler | 2:25-bk-50756-RRM | Objections by Debtor to Claims 9 and 10 of Eastman Credit Union [32, 33]<br>Responses by Eastman Credit Union to Objections [34, 35] |
| Ricky Morgan Kiser | 2:25-bk-50781-RRM | Motion by Chapter 13 Trustee to Modify Plan [40] |
| Melissa Diane Myers | 2:25-bk-51102-RRM | Objection by Knoxville TVA Employees Credit Union to Confirmation of Plan [20]<br>Objection by Chapter 13 Trustee to Confirmation of Plan [31]<br>Motion by Knoxville TVA Employees Credit Union for Relief from Stay and Adequate Protection [36] |
| Rebecca Lynn Cooke | 2:25-bk-51295-RRM | Objection by Debtor to Claim of Rocket Mortgage [41] |
| Shelia Johnson Carter | 2:25-bk-51421-RRM | Amended Objection by Chapter 13 Trustee to Notice of Mortgage Payment Change [46] |
| Kevin Scott Jones<br>Lori Ann Jones | 2:26-bk-50003-RRM | Objection by Chapter 13 Trustee to Confirmation of Plan [24] |
| Tiffany Brooke Warren<br>Justin Phillip Hensley | 2:26-bk-50022-RRM | Objection by Chapter 13 Trustee to Confirmation of Plan [30] |
| Miranda Renay Bolinger | 2:26-bk-50039-RRM | Objection by Knoxville TVA Employees Credit Union to Confirmation of Plan [19]<br>Objection by Chapter 13 Trustee to Confirmation of Plan [40] |
| Claudina Marie Myers | 2:26-bk-50063-RRM | Objection by Chapter 13 Trustee to Confirmation of Plan [28] |
| Aaron Justin Larkin<br>Michael Todd Anderson | 2:26-bk-50093-RRM | Objection by Computershare Delaware Trust Company to Confirmation of Plan [46]<br>Objection by Chapter 13 Trustee to Confirmation of Plan [63] |
| William Wesley Rehrig Jr.<br>Karen Marie Rehrig | 2:26-bk-50259-RRM | Objection by Chapter 13 Trustee to Confirmation of Plan [35] |
| Whitney Nicole Ward | 2:26-bk-50304-RRM | Objection by Chapter 13 Trustee to Confirmation of Plan [22] |
| Cody Dewayne Ivey<br>Rebecca Fern Ivey | 2:26-bk-50306-RRM | Objection by Chapter 13 Trustee to Confirmation of Plan [32] |
| Kiana Alexis Goines | 2:26-bk-50537-RRM | Objection by Chapter 13 Trustee to Confirmation of Plan [20] |

**Hearings on the 2:30 p.m. Docket**

| | | |
|---|---|---|
| Great Smoky Mtn Enterprises | 2:19-bk-51193-RRM | Amended Objection by Debtor to Claim 3 of Department of Treasury [278] |
| Jack Robert Thacker Jr. | 2:25-bk-50237-RRM | Application for Approval of Employment of Hodges Doughty & Carson Pursuant to E.D. Tenn. LBR 2014-1 and Retroactive to June 1, 2026 [185] |
| Janice Simpson McCracken | 2:26-bk-50298-RRM | Amended Objection by Chapter 7 Trustee to Exemptions [19] |