IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION AT GREENVILLE

| | | |
|---|---|---|
| In re | : | |
| | : | |
| JACK ROBERT THACKER, JR. | : | Case No.  2:25-bk-50237-RRM |
| a/k/a JACK R. THACKER, | : | Chapter 11 – Subchapter V |
| a/k/a J. R. THACKER | : | |
| | : | |
| Debtor | : | |

**FOURTH APPLICATION OF GENTRY, TIPTON & McLEMORE, P.C.
FOR INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES**

---

**NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING**

**Notice is hereby given that:**

Pursuant to E.D. Tenn. LBR 9013-1(h), the court may consider this matter without further notice or hearing unless a party in interest files an objection. If you object to the relief requested in this paper, you must file with the clerk of court at U.S. Bankruptcy Court, James H. Quillen U.S. Courthouse, Suite 218, 220 W. Depot Street, Greeneville, Tennessee 37743, an objection within 21 days from the date this paper was filed and serve a copy on the movant's attorney, Maurice K. Guinn, P.O. Box 1990, Knoxville, TN 37901. If you file and serve an objection within the time permitted, the court will schedule a hearing and you will be notified. If you do not file an objection within the time permitted, the court will consider that you do not oppose the granting of the relief requested in this paper and may grant the relief requested in this paper and may grant the relief requested without further notice or hearing.

Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.

---

Pursuant to 11 U.S.C. § 331 and Federal Rule of Bankruptcy Procedure 2016, Gentry, Tipton & McLemore, P.C. ("GT&M") requests interim compensation for legal services between March 21 and July 13, 2026. In support of its Application, GT&M represents:

(1)  On March 6, 2025, Jack Robert Thacker, Jr. ("Debtor") filed his Voluntary Petition under Chapter 11 Subchapter V.

1

(2)     On March 6, 2025, the Debtor filed the Application For Approval of Employment of Gentry, Tipton & McLemore, P.C. Pursuant To E.D. Tenn. LBR 2014-1 And Retroactive To March 6, 2025 (Doc 16). On March 25, 2025, the Court entered the Order Granting the Application (Doc 50).

(3)     GT&M was retained based on its customary hourly rates, plus reimbursement of expenses.  GT&M received a $60,000.00 security deposit from the Debtor in the one-year period preceding the Petition Date, from which $8,906.00 was paid to the firm for its services performed between February 14, 2025 and March 5, 2025.

(4)     For services between March 21 and July 13, 2026, GT&M requests compensation in the amount of $3,575.00 plus reimbursement of $100.28 for expenses.  The itemization of services performed and the expenses for which reimbursement is requested are identified in Exhibit A attached hereto.  The services involve advising the Debtor; responding to creditors; attention to quarterly and six-month reports; communication with Eric Horbey regarding Arete and employment; and other services itemized in Exhibit A.

(5)     The services for which compensation is requested consist of hours performed by the following attorney:

| Attorney | Hourly Rate | Hours |
|---|---|---|
| Maurice K. Guinn | $325.00 | 11.0 |

(6)     This is GT&M's fourth Application for Interim Compensation.  On July 9, 2025, the Court entered the Order Granting First Application of Gentry, Tipton & McLemore, P.C. (Doc 132) authorizing payment of $34,076.25 for fees and reimbursement of $2,269.50 for expenses. On November 17, 2025, the Court entered the Order Granting Second Application of Gentry, Tipton & McLemore, P.C. (Doc 171) authorizing payment of $19,053.50 for fees and reimbursement of $780.00 for expenses.  On April 20, 2026, the Court entered the Order Granting

2

Third Application of Gentry, Tipton & McLemore, P.C. (Doc 179) authorizing payment of $5,915.00 for fees and reimbursement of $100.02 in expenses. All compensation is subject to Court approval on an interim and a final basis.

WHEREFORE, GT&M requests interim compensation in the amount of $3,575.00 for services between March 21 and July 13, 2026, plus reimbursement of $100.28 for expenses.

GENTRY, TIPTON & McLEMORE, P.C.

*/s/ Maurice K. Guinn*
Maurice K. Guinn
(BPR # 000366)
Gentry, Tipton & McLemore, P.C.
P.O. Box 1990
Knoxville, Tennessee 37901
(865) 525-5300
mkg@tennlaw.com
Attorneys for Jack Robert Thacker, Jr.

## CERTIFICATE OF SERVICE

The undersigned certifies that on July 31, 2026, the foregoing **"Fourth Application Of Gentry, Tipton & McLemore, P.C. For Interim Compensation And Reimbursement Of Expenses"** and proposed **"Order Granting Fourth Application Of Gentry, Tipton & McLemore, P.C. For Interim Compensation And Reimbursement Of Expenses"** were filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to Tiffany A. DiIorio, Andrew Wesley Hogan, Eric W. Reecher, M. Aaron Spencer, Anthony Steele, Walter N. Winchester and the United States Trustee.

Additionally, copies of the **"Fourth Application Of Gentry, Tipton & McLemore, P.C. For Interim Compensation And Reimbursement Of Expenses"** and proposed **"Order Granting Fourth Application Of Gentry, Tipton & McLemore, P.C. For Interim Compensation And Reimbursement Of Expenses"** were served on July 31, 2026, by first-class mail with sufficient postage prepaid in envelopes addressed as shown in the attachment hereto.

*/s/ Maurice K. Guinn*
Maurice K. Guinn

*Fourth Application of GT&M For Compensation And Reimbursement of Expenses (7-31-26)*

3

# Gentry, Tipton & McLemore, PC

# INVOICE

P.O. Box 1990
Knoxville, TN 37901
United States

Invoice # 10237
Date: 07/27/2026
Due On: 08/26/2026

Jack R. Thacker
2261 Bullock Hollow Road
Bristol, TN 37620

## 10432.000

## Re: Miscellaneous

### Services

| Type | Date | Attorney | Notes | Quantity | Rate | Total |
|------|------|----------|-------|----------|------|-------|
| Service | 03/21/2026 | MKG | Draft Third Application for Interim Compensation for GT&M and proposed Order | 0.20 | $325.00 | $65.00 |
| Service | 03/23/2026 | MKG | Revise and finalize GT&M Application for Compensation and revise and finalize Order | 0.30 | $325.00 | $97.50 |
| Service | 04/14/2026 | MKG | Review docket in Arete adversary proceeding | 0.10 | $325.00 | $32.50 |
| Service | 04/17/2026 | MKG | Telephone call with J.R. regarding quarterly and six-month Reports and Arete | 0.30 | $325.00 | $97.50 |
| Service | 04/17/2026 | MKG | Review docket and dictate and revise email to J.R. regarding quarterly and six-month Reports and J.L. | 0.30 | $325.00 | $97.50 |
| Service | 04/20/2026 | MKG | Review J.R.'s request for report forms and reply | 0.10 | $325.00 | $32.50 |
| Service | 04/20/2026 | MKG | Dictate email to J.R. regarding Quarterly Report | 0.10 | $325.00 | $32.50 |
| Service | 04/20/2026 | MKG | Email J.R. regarding six-month Periodic Report | 0.10 | $325.00 | $32.50 |
| Service | 04/20/2026 | MKG | Dictate email to J.R. regarding Form 426 | 0.10 | $325.00 | $32.50 |
| Service | 04/20/2026 | MKG | Review J.R. email and attention to quarterly report | 0.10 | $325.00 | $32.50 |



EXHIBIT

A

| | | | | | | |
|---|---|---|---|---|---|---|
| Service | 04/20/2026 | MKG | Review J.R. email and reply regarding receipt of his emails | 0.10 | $325.00 | $32.50 |
| Service | 04/20/2026 | MKG | Draft Quarterly Report and dictate email to J.R. | 0.10 | $325.00 | $32.50 |
| Service | 04/21/2026 | MKG | Review Collier discussion of Section 1186 and dictate and revise email to J.R. | 0.20 | $325.00 | $65.00 |
| Service | 04/21/2026 | MKG | Review J.R. email regarding Quarterly Report and finalize Report | 0.10 | $325.00 | $32.50 |
| Service | 04/21/2026 | MKG | Dictate email to J.R. regarding Third Quarterly Report | 0.10 | $325.00 | $32.50 |
| Service | 04/22/2026 | MKG | Review J.R. email regarding Thacker & Associates | 0.10 | $325.00 | $32.50 |
| Service | 04/25/2026 | MKG | Work on Six-month Periodic Report | 0.40 | $325.00 | $130.00 |
| Service | 04/27/2026 | MKG | Finalize six month Periodic Report | 0.20 | $325.00 | $65.00 |
| Service | 04/27/2026 | MKG | Dictate email to J.R. regarding filed six month Periodic Report | 0.10 | $325.00 | $32.50 |
| Service | 05/01/2026 | MKG | Message for J.R. regarding JL and Arete | 0.10 | $325.00 | $32.50 |
| Service | 05/05/2026 | MKG | Review Brian Prendergast 5/4 email regarding district court case report and reply | 0.10 | $325.00 | $32.50 |
| Service | 05/05/2026 | MKG | Review B. Prendergast reply and proposed report | 0.10 | $325.00 | $32.50 |
| Service | 05/06/2026 | MKG | Telephone call with JR regarding Arete and education expenses | 0.20 | $325.00 | $65.00 |
| Service | 05/08/2026 | MKG | Text J.M. regarding attorneys and review his reply | 0.10 | $325.00 | $32.50 |
| Service | 05/12/2026 | MKG | Conference with WMK regarding attorneys; message for J.R. regarding attorney | 0.10 | $325.00 | $32.50 |
| Service | 05/15/2026 | MKG | Conference with WMK and message for J.R. regarding attorneys | 0.10 | $325.00 | $32.50 |
| Service | 05/19/2026 | MKG | Telephone call with J.R. regarding attorneys | 0.10 | $325.00 | $32.50 |
| Service | 05/19/2026 | MKG | Dictate and revise email to J.R. regarding attorneys | 0.10 | $325.00 | $32.50 |
| Service | 06/01/2026 | MKG | Email exchanges with Eric Horbey | 0.10 | $325.00 | $32.50 |
| Service | 06/02/2026 | MKG | Telephone call with Eric Horbey | 0.40 | $325.00 | $130.00 |

Invoice # 10237 - 07/27/2026

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | regarding Arete issues | | | |
| Service | 06/02/2026 | MKG | Dictate and revise email to Eric Horbey regarding Arete | 0.20 | $325.00 | $65.00 |
| Service | 06/03/2026 | MKG | Telephone call with Eric Horbey regarding Arete and employment issues | 0.20 | $325.00 | $65.00 |
| Service | 06/05/2026 | MKG | Dictate and revise email to Eric Horbey | 0.10 | $325.00 | $32.50 |
| Service | 06/08/2026 | MKG | Email Eric Horbey regarding revising draft of Application to Employ | 0.10 | $325.00 | $32.50 |
| Service | 06/10/2026 | MKG | Review case docket regarding potential claim and dictate and revise email to J.R. regarding Application to Employ HDC | 0.30 | $325.00 | $97.50 |
| Service | 06/11/2026 | MKG | Review J.R.'s reply regarding HDC and retainer and Bixby | 0.10 | $325.00 | $32.50 |
| Service | 06/12/2026 | MKG | Dictate email to J.R. regarding quarterly and periodic reports | 0.10 | $325.00 | $32.50 |
| Service | 06/15/2026 | MKG | Review J.R. email and bank statements and message for J.R. | 0.20 | $325.00 | $65.00 |
| Service | 06/16/2026 | MKG | Telephone call with J.R. regarding quarterly report, Bixby and Vaughns | 0.20 | $325.00 | $65.00 |
| Service | 06/16/2026 | MKG | Revise Application to Employ HDC | 0.20 | $325.00 | $65.00 |
| Service | 06/16/2026 | MKG | Email to Eric Horbey | 0.10 | $325.00 | $32.50 |
| Service | 06/16/2026 | MKG | Work on Third Quarterly Report | 0.30 | $325.00 | $97.50 |
| Service | 06/16/2026 | MKG | Review Eric Horbey reply and revise Affidavit | 0.10 | $325.00 | $32.50 |
| Service | 06/16/2026 | MKG | Dictate second email to Eric Horbey and revise email | 0.20 | $325.00 | $65.00 |
| Service | 06/18/2026 | MKG | Finalize Quarterly Report and dictate email to J.R. | 0.20 | $325.00 | $65.00 |
| Service | 06/19/2026 | MKG | Review William Young email regarding next quarterly distribution and email to J.R. | 0.10 | $325.00 | $32.50 |
| Service | 06/19/2026 | MKG | Email Eric Horbey regarding Affidavit | 0.10 | $325.00 | $32.50 |
| Service | 06/19/2026 | MKG | Telephone call with Eric regarding Affidavit and Application | 0.10 | $325.00 | $32.50 |
| Service | 06/20/2026 | MKG | Draft Order Granting Application to Employ HDC | 0.10 | $325.00 | $32.50 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Service | 06/22/2026 | MKG | Dictate email to Eric Horbey regarding proposed Order and Affidavit | 0.10 | $325.00 | $32.50 |
| Service | 06/22/2026 | MKG | Review Eric's email and attachments | 0.10 | $325.00 | $32.50 |
| Service | 06/22/2026 | MKG | Telephone call with Eric regarding pro hac Motion | 0.10 | $325.00 | $32.50 |
| Service | 06/22/2026 | MKG | Email Eric regarding pro hac Motion and local rule | 0.10 | $325.00 | $32.50 |
| Service | 06/22/2026 | MKG | Revise proposed Order Granting Application to Employ HDC and email to Eric | 0.10 | $325.00 | $32.50 |
| Service | 06/22/2026 | MKG | Telephone call with J.R. regarding Application to Employ HDC and telephone call with Eric and second conversation with J.R. regarding employment of HDC | 0.20 | $325.00 | $65.00 |
| Service | 06/22/2026 | MKG | Review Eric's email and signed Declaration and email Eric regarding proposed Order | 0.10 | $325.00 | $32.50 |
| Service | 06/22/2026 | MKG | Revise and finalize pro hac Motion and Order | 0.20 | $325.00 | $65.00 |
| Service | 06/22/2026 | MKG | Revise and finalize Application to Employ HDC and Order | 0.20 | $325.00 | $65.00 |
| Service | 06/22/2026 | MKG | Dictate email to Eric regarding filed Motion | 0.10 | $325.00 | $32.50 |
| Service | 06/22/2026 | MKG | Dictate and revise email to J.R. and Eric regarding 6/30 hearing | 0.20 | $325.00 | $65.00 |
| Service | 06/22/2026 | MKG | Draft and revise Motion to Reduce Time and proposed Order | 0.20 | $325.00 | $65.00 |
| Service | 06/23/2026 | MKG | Dictate and revise memo to law clerk regarding research assignment | 0.20 | $325.00 | $65.00 |
| Service | 06/23/2026 | MKG | Receive Orders and dictate email to Eric Horbey | 0.10 | $325.00 | $32.50 |
| Service | 06/23/2026 | MKG | Telephone call with Jason Shade regarding Arete and status of adversary proceeding | 0.10 | $325.00 | $32.50 |
| Service | 06/25/2026 | MKG | Review Notice regarding 6/30 docket and dictate email to Eric Horbey | 0.10 | $325.00 | $32.50 |
| Service | 06/26/2026 | MKG | Dictate email to J.R. regarding Jeff Kennedy and review J.R.'s reply | 0.10 | $325.00 | $32.50 |
| Service | 06/30/2026 | MKG | Telephonic participation for hearing on Application to Employ Hodges | 0.20 | $325.00 | $65.00 |

|  |  |  | Doughty & Carson |  |  |  |
|---|---|---|---|---|---|---|
| Service | 07/01/2026 | MKG | Receive Order Granting Application to Employ Hodges Doughty and dictate email to J.R. | 0.10 | $325.00 | $32.50 |
| Service | 07/07/2026 | MKG | Review Brian Prendergast and J.R. emails regarding status request and reply | 0.10 | $325.00 | $32.50 |
| Service | 07/09/2026 | MKG | Review William Young email and dictate reply | 0.20 | $325.00 | $65.00 |
| Service | 07/10/2026 | MKG | Revise draft of email to William Young and revise and finalize email to J. R. regarding draft of email to B. Young | 0.40 | $325.00 | $130.00 |
| Service | 07/13/2026 | MKG | Review J.R. approval of email to William Young and finalize email to William Young | 0.10 | $325.00 | $32.50 |
|  |  |  | **Services Subtotal** |  |  | **$3,575.00** |

## Expenses

| Type | Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Expense | 03/23/2026 | Copy charges for 138 pages | 1.00 | $13.80 | $13.80 |
| Expense | 03/23/2026 | Postage Charges | 1.00 | $34.04 | $34.04 |
| Expense | 06/22/2026 | Copy charges - 184 pages | 1.00 | $18.40 | $18.40 |
| Expense | 06/22/2026 | Postage Charges | 1.00 | $34.04 | $34.04 |
|  |  | **Expenses Subtotal** |  |  | **$100.28** |

| Time Keeper | Quantity | Rate | Total |
|---|---|---|---|
| Maurice Guinn | 11.0 | $325.00 | $3,575.00 |
|  | **Subtotal Services/Expenses** |  | **$3,675.28** |
|  | **Total** |  | **$3,675.28** |

# Detailed Statement of Account

## Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 10237 | 08/26/2026 | $3,675.28 | $0.00 | $3,675.28 |

| | | |
|---|---|---|
| Outstanding Balance | $3,675.28 |
| Amount in Trust | $0.00 |
| Total Amount Outstanding | $3,675.28 |

Please make all amounts payable to: Gentry, Tipton & McLemore, PC

Please pay within 30 days.

**Label Matrix
Case 2:25-bk-50237-RRM
Eastern District of Tennessee
Greeneville**

Arete Wealth
1115 W. Fulton Market, 3rd Floor
Chicago, IL  60607-1213

Barclays Bank Mastercard
P. O. Box 8801
Wilmington, DE  19899-8801

Blank Rome, LLP
130 North 18th Street
One Logan Square
Philadelphia, PA  19103-6998

Bradford Gucciardo, Esq.
Gucciardo Law Group, P.A.
8470 Enterprise Circle, Suite 110
Lakewood Ranch, FL 34202-4105

Capital One Visa
P. O. Box 30285
Salt Lake City, UT  84130-0285

Celia M. Howell Osborne
1252 Reed Hollow Road
Gate City, VA  24251-5449

Center Street Securities, Inc.
1115 W. Fulton Market, 3rd Floor
Chicago, IL  60607-1213

Citibank Mastercard
P. O. Box 6500
Sioux Falls, SD 57117-6500

Courtney M. Werring, Esq.
Meyer Wilson Co., LPA
305 W. Nationwide Blvd.
Columbus, OH  43215-2309

Darrell and Joan Vincent
1470 South Street
Fowler, IL  62338-2360

David Porteous
Faegre Drinker Biddle & Realth, LLP
P. O. Box 1450
Minneapolis, MN 55485-6193

Diane M. Dierking
3532 Stonecreek Circle
Jeffersonville, IN  47130-8049

Don Lair, Jr. and Marla Lair
202 S. Main Street
P. O. Box 251
Payson, IL  62360-0251

FINRA
P. O. Box 418911
Boston, MA 02241-8911

First Horizon
P. O. Box 0054
Palatine, IL  60055-0054

(p)Dovenmuehle Mortgage
1 Corporate Drive, Suite 360
Lake Zurich, IL  60047-8945

First Horizon Bank
c/o Brock and Stott, PLLC
Attorneys at Law
3825 Forrestgate Dr.
Winston-Salem,  NC  27103-2930

United States Attorney
Howard H. Baker, Jr. US Courthouse
800 Market Street, Suite 211
Knoxville, TN  37902

H. Joseph and Constance Schilmiller
6855 Stiller Road
Floyds Knobs, IN  47119-9207

Hans and Carol Bietsch
229 Wilbrook Road
Stratford, CT  06614-1981

Andrew Wesley Hogan
Brock & Scott, PLLC
3825 Forrestgate Drive
Winston-Salem, NC  27103-2930

(p)Internal Revenue Service
Centralized Insolvency Operations
P. O. Box 7346
Philadelphia, PA  19101-7346

James Wood
1250 Hancel Road
Equality, AL 36026-2637

Jeff Kennedy
1093 County Road 205
Giddings, TX  78942-5726

Jeffrey Erez, Esq. & Michael Rappaport
EREX Law
One Downtown 1 SE
3rd Ave., Suite 1670
Miami, FL  33131

Jeffrey Semersheim
9304 South State Road 257
Stendal, IN  47585-8849

John English
2599 Rockville Center Parkway
Oceanside, NY  11572-1646

Joshua Mankini
4662 Long Branch Road
Spencer, TN  38585

Joy Necessary
1009 Blue Heron Way
Tarpon Springs, FL  34689-7142

Kalju Nekvasil, Esq.
Goodman & Nekvasil, P.A.
624 1st Ave. South
Saint Petersburg, FL  33701-4120

Kent and Nancy Crow
306 Country Lane
Mendon, IL  62351-1262

Mary Santana
13121 Avenida Santa Tecia
La Mirada, CA  90638-3213

Michael C. Bixby
Bixby Law PLLC
4300 Bayou Blvd, Suite 16
Pensacola, FL  32503-2671

Michael Roden
2707 Cape Rock Pass
Prescott, AZ  86301-9604

Michael Siegforth
8843 East Yucca Blossom Dr.
Gold Canyon, AZ  85118-7067

Peter Mougey, Esq.
Levin Papantonio
316 South Baylen St., Suite 600
Pensacola, FL  32502-5996

Socorro Galam
6675 Shemiran Street
La Verna, CA  91750-2390

M. Aaron Spencer
P. O. Box 900
Knoxville, TN  37901-0900

Terry & Sharon Vaughn
2024 North Arrowood Court
Quincy, IL  62305-8987

Jack Robert Thacker, Jr.
2261 Bullock Hollow Road
Bristol, TN  37620-1135

The Roy W. Parker, Jr. Revocable Trust
641 Columbia Drive
Winter Park, FL  32789-1407

Thomas & Diann Elliott
1551 N. 900th Ave.
Liberty, IL  62347-4800

USF Credit Union
1545 Bluff City Highway
Bristol, TN  37620-6018

WL Financial Advisors, LLC
951 Cumberland Street
Bristol, VA  24201-4103

William J. Layne
432 Corte Verde
Upland, CA  91786-5168

William Young Esq,
Colling Gilbert Wright, PLLC
801 North Orange Ave., Suite 830
Orlando, FL  32801-5203