**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION AT GREENEVILLE**

In re                                              :
                                                   :
**JACK ROBERT THACKER, JR.**        :        **Case No.  2:25-bk-50237-RRM**
**a/k/a JACK R. THACKER,**          :        **Chapter 11 – Subchapter V**
**a/k/a J. R. THACKER**             :
                                                   :
       **Debtor**                           :

**ORDER GRANTING FOURTH APPLICATION OF
GENTRY, TIPTON & McLEMORE, P.C.
FOR INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES**

On July 31, 2026, Gentry, Tipton & McLemore, P.C. filed its Fourth Application requesting interim compensation in the amount of $3,575.00 for services, plus $100.28 for expenses.  Notice of an Opportunity to Object and For Hearing was given by the Debtor's attorney to all creditors and parties in interest on July 31, 2026.  In the absence of any objection to the Application and based on the Court's own review, the Application is GRANTED. Compensation in the amount of $3,575.00 shall be paid to Gentry, Tipton & McLemore, P.C. for services rendered on behalf of the Debtor between March 21 and July 13, 2026. Additionally, reimbursement of $100.28 for expenses shall be paid to Gentry, Tipton & McLemore, P.C.  The

1

compensation allowed and the expenses to be reimbursed may be paid from property of the

estate.


APPROVED FOR ENTRY:


*/s/ Maurice K. Guinn*
Maurice K. Guinn
(Bar Code No. 000366)
Gentry, Tipton & McLemore, P.C.
P.O. Box 1990
Knoxville, Tennessee  37901
(865) 525-5300
mkg@tennlaw.com
Attorneys for Jack Robert Thacker, Jr.


*Order Granting Fourth Application of GTM for Interim Comp & Expenses. (7-31-26)*

2