**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION AT GREENEVILLE**

| | | |
|---|---|---|
| **In re** | : | |
| | : | |
| **JACK ROBERT THACKER, JR.** | : | **Case No. 2:25-bk-50237-RRM** |
| **a/k/a JACK R. THACKER,** | : | **Chapter 11 – Subchapter V** |
| **a/k/a J. R. THACKER** | : | |
| | : | |
| **Debtor** | : | |

## FIFTH QUARTERLY REPORT BY JACK ROBERT THACKER, JR.

On July 29, 2025, the Court entered the Order Confirming Plan (Doc 148). The Plan provides for filing quarterly reports. The initial Quarterly Report (Doc 172) was filed on November 18, 2025. The Second Quarterly Report (Doc 180) was filed on April 21, 2026. The Third Quarterly Report (Doc 183) was filed on June 18, 2026. The Fourth Quarterly Report (Doc 199) was filed on September 14, 2026.

Between August 1, 2026 and October 31, 2026, the estate has received and disbursed the following amounts:

| Month | Deposits | Disbursements |
|---|---|---|
| August | $4,610.18 | $35,768.91 |
| September | $2,972.96 | $17,408.07 |
| October | $19,193.41 | $5,291.90 |

Copies of the estate bank account for August, September and October 2026 are attached to this Fifth Quarterly Report. As of October 31, 2026, the ending balance in the estate account was $285,754.60.

*/s/ Jack R. Thacker, Jr.*
Jack R. Thacker, Jr.

## CERTIFICATE OF SERVICE

The undersigned certifies that on November 19, 2026, the foregoing **"Fifth Quarterly Report by Jack Robert Thacker, Jr."** was filed electronically and will be sent by operation of the Court's electronic filing system to Tiffany DiIorio, Andrew Wesley Hogan, Eric W. Reecher, M. Aaron Spencer, Anthony R. Steele, Walter N. Winchester, and the United States Trustee.

/s/Maurice K. Guinn
Maurice K. Guinn
(Bar Code No. 000366)
Gentry, Tipton & McLemore, P.C.
P.O. Box 1990
Knoxville, TN 37901
Phone: (865) 525-5300
mkg@tennlaw.com
Attorneys for Jack Robert Thacker, Jr.

First Bank & Trust Company
The Bank That Puts You First.

Online Banking Log-in

Date 8/31/26 Page 1
Primary Account XXXXXXXXXXXX8439
C 31 Enclosures 4

Jack Robert Thacker Jr
Debtor-in-Possession
Case No. 2:25-bk-50237-RMM
2261 Bullock Hollow Road
Bristol TN 37620

## CHECKING ACCOUNTS

| | | | |
|---|---|---|---|
| Regular Checking | | Number of Enclosures | 4 |
| Account Number | XXXXXXXXXXXX8439 | Statement Dates | 8/03/26 thru 8/31/26 |
| Previous Balance | 317,446.93 | Days in the Statement Period | 29 |
| 5 Deposits/Credits | 4,610.18 | Average Ledger | 301,451.30 |
| 46 Checks/Debits | 35,768.91 | Average Collected | 301,451.30 |
| Service Charge | .00 | | |
| Interest Paid | .00 | | |
| Ending Balance | 286,288.20 | | |

## DEPOSITS AND ADDITIONS

| Date | Description | Amount |
|---|---|---|
| 8/05 | CONS PAY CPFVI LLC OP PPD | 1,613.08 |
| 8/10 | Deposit | 1,500.00 |
| 8/26 | MID MESA MONTEGO ASSET CCD 556 | 343.72 |
| 8/26 | MRM DIST MONTEGO ASSET MA CCD 838 | 423.81 |
| 8/26 | SILV PEAK MONTEGO ASSET MA CCD 738 | 729.57 |

## WITHDRAWALS AND DEDUCTIONS

| Date | Description | Amount |
|---|---|---|
| 8/03 | DBT CRD 2253 08/01/26 39989467 Prime Video Channels amzn.com/bill WA | 7.65- |
| 8/03 | POS DEB 1303 08/01/26 00381706 LOWE S #2591 LOWE S 2591 BRISTOL TN | 74.60- |
| 8/03 | POS DEB 1509 07/31/26 00621557 WM SUPERCENTER #620 220 CENTURY BLVD BRISTOL TN | 113.03- |
| 8/04 | DBT CRD 1118 08/03/26 87287321 BURGER KING #1088 BRISTOL TN | 10.48- |
| 8/04 | POS DEB 1645 08/03/26 00356927 FOOD CITY #617 FOOD CITY 617 BRISTOL TN | 27.59- |
| 8/04 | DBT CRD 1508 08/03/26 22382331 WEIGELS #116 | 72.90- |

First Bank & Trust Company
The Bank That Puts You First.

Online Banking Log-in

Date 8/31/26 Page 2
Primary Account XXXXXXXXXXXX8439
Enclosures 4

Jack Robert Thacker Jr
Debtor-in-Possession
Case No. 2:25-bk-50237-RMM
2261 Bullock Hollow Road
Bristol TN 37620

Regular Checking XXXXXXXXXXXX8439 (Continued)

WITHDRAWALS AND DEDUCTIONS

| Date | Description | Amount |
|---|---|---|
| | BRISTOL TN | |
| 8/04 | POS DEB 1621 08/03/26 16876701<br>LOWE S #2591<br>1340 VOLUNTEER PAR<br>BRISTOL TN | 124.33- |
| 8/05 | DBT CRD 0020 08/03/26 92440134<br>WEAVER PIKE MINI STORA<br>800-789-3638 TN | 140.00- |
| 8/06 | POS DEB 1346 08/06/26 00942819<br>FOOD CITY #617<br>FOOD CITY 617<br>BRISTOL TN | 75.80- |
| 8/06 | POS DEB 1505 08/05/26 15442481<br>LOWE S #2591<br>1340 VOLUNTEER PAR<br>BRISTOL TN | 99.46- |
| 8/06 | INSURANCE MIDLAND NATIONAL<br>PPD | 950.00- |
| 8/10 | DBT CRD 2047 08/08/26 64741460<br>Prime Video Channels<br>amzn.com/bill WA | 8.75- |
| 8/10 | DBT CRD 0440 08/09/26 48284235<br>Prime Video Channels<br>amzn.com/bill WA | 8.75- |
| 8/10 | POS DEB 1459 08/10/26 00499456<br>FOOD CITY #617<br>FOOD CITY 617<br>BRISTOL TN | 17.49- |
| 8/10 | DBT CRD 1355 08/09/26 81490898<br>AMAZON MKTPL*562H38U52<br>Amzn.com/bill WA | 46.87- |
| 8/10 | DBT CRD 0009 08/07/26 85712970<br>WEAVER PIKE MINI STORA<br>800-789-3638 TN | 140.00- |
| 8/13 | DBT CRD 2159 08/12/26 07721486<br>APPLE.COM/BILL<br>866-712-7753 CA | 2.99- |
| 8/14 | POS DEB 1417 08/14/26 00403038<br>SAMS CLUB #6518<br>13249 LEE HWY<br>BRISTOL VA | 304.65- |

First Bank & Trust Company
The Bank That Puts You First.

Online Banking Log-in

Date 8/31/26 Page 3
Primary Account XXXXXXXXXXXX8439
Enclosures 4

Jack Robert Thacker Jr
Debtor-in-Possession
Case No. 2:25-bk-50237-RMM
2261 Bullock Hollow Road
Bristol TN 37620

Regular Checking XXXXXXXXXXXX8439 (Continued)

WITHDRAWALS AND DEDUCTIONS

| Date | Description | Amount |
|---|---|---|
| 8/17 | POS DEB 1431 08/17/26 02920429<br>WAL-MART #2089 -129<br>13245 LEE HWY<br>BRISTOL VA | 21.00- |
| 8/17 | POS DEB 1407 08/17/26 22000141<br>SAMSCLUB #6518 -141<br>13249 LEE HIGHWAY<br>BRISTOL VA | 100.64- |
| 8/17 | PAYMENT JOHN HANCOCK MAN<br>PPD<br>TRN*1*E58900523\ | 70.00- |
| 8/18 | DBT CRD 0040 08/17/26 04345033<br>ABC*PLANET FITNESS BRI<br>276-2857368 VA | 25.05- |
| 8/18 | WEB PMT BCBSTN<br>WEB | 1,497.76- |
| 8/19 | DBT CRD 1838 08/18/26 50822574<br>Prime Video Channels<br>amzn.com/bill WA | 20.25- |
| 8/19 | POS DEB 1726 08/18/26 74575200<br>WAL-MART #0620<br>220 CENTURY BLVD<br>BRISTOL TN | 31.56- |
| 8/19 | DBT CRD 1020 08/18/26 52195911<br>APPLE.COM/BILL<br>866-712-7753 CA | 13.10- |
| 8/20 | POS DEB 1843 08/19/26 00311094<br>WEAVER MARKET<br>WEAVER MARKET<br>BRISTOL TN | 55.78- |
| 8/20 | DBT CRD 0404 08/19/26 26575922<br>NETFLIX.COM<br>NETFLIX.COM CA | 29.55- |
| 8/24 | POS DEB 1826 08/23/26 00620803<br>FOOD CITY #617<br>FOOD CITY 617<br>BRISTOL TN | 35.32- |
| 8/24 | POS DEB 1729 08/21/26 00075063<br>LOWE S #2591<br>LOWE S 2591<br>BRISTOL TN | 49.73- |

First Bank & Trust Company
The Bank That Puts You First.

Online Banking Log-in

Date 8/31/26 Page 4
Primary Account XXXXXXXXXXXX8439
Enclosures 4

Jack Robert Thacker Jr
Debtor-in-Possession
Case No. 2:25-bk-50237-RMM
2261 Bullock Hollow Road
Bristol TN 37620

Regular Checking XXXXXXXXXXXX8439 (Continued)

WITHDRAWALS AND DEDUCTIONS

| Date | Description | Amount |
|---|---|---|
| 8/24 | POS DEB 1110 08/24/26 00846808<br>LOWE S #2591<br>LOWE S 2591<br>BRISTOL TN | 49.73- |
| 8/24 | UTILITY BI SOUTH FORK UTILI<br>PPD | 67.74- |
| 8/26 | DBT CRD 0203 08/25/26 53826071<br>Prime Video Channels<br>amzn.com/bill WA | 6.56- |
| 8/26 | DBT CRD 1415 08/26/26 93215369<br>AMAZON MKTPL*5O9919HN2<br>Amzn.com/bill WA | 33.19- |
| 8/27 | DBT CRD 0825 08/26/26 83385852<br>HARDEES 1501799<br>BRISTOL TN | 8.83- |
| 8/27 | POS DEB 1115 08/27/26 00596906<br>FOOD CITY #617<br>FOOD CITY 617<br>BRISTOL TN | 10.61- |
| 8/27 | UTIL BILL BRISTOL TN ESSEN<br>PPD | 617.83- |
| 8/28 | POS DEB 0100 08/28/26 01258546<br>APPLE COM BILL<br>APPLE COM BILL<br>CUPERTINO CA | 5.99- |
| 8/31 | DBT CRD 1940 08/29/26 24240139<br>AMAZON PRIME*5Q0V63PS1<br>amzn.com/bill WA | 5.46- |
| 8/31 | DBT CRD 0953 08/29/26 35962718<br>Prime Video Channels<br>amzn.com/bill WA | 8.75- |
| 8/31 | DBT CRD 2127 08/30/26 88247199<br>Prime Video Channels<br>amzn.com/bill WA | 15.32- |
| 8/31 | DBT CRD 0012 08/30/26 87247350<br>AMAZON MKTPL*5Q43U7M91<br>Amzn.com/bill WA | 28.82- |
| 8/31 | DBT CRD 0007 08/28/26 84779084<br>WEAVER PIKE MINI STORA<br>800-789-3638 TN | 160.00- |

First Bank & Trust Company
The Bank That Puts You First.

Online Banking Log-in

Date 8/31/26 Page 5
Primary Account XXXXXXXXXXXX8439
Enclosures 4

Jack Robert Thacker Jr
Debtor-in-Possession
Case No. 2:25-bk-50237-RMM
2261 Bullock Hollow Road
Bristol TN 37620

Regular Checking XXXXXXXXXXXX8439 (Continued)

CHECKS

| Date | Check No | Amount | Date | Check No | Amount | Date | Check No | Amount |
|---|---|---|---|---|---|---|---|---|
| 8/04 | 1073 | 200.00 | 8/14 | 1074 | 375.00 | 8/17 | 1075 | 30,000.00 |

*Indicates Skip In Check Numbers

DAILY BALANCE INFORMATION

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 8/03 | 317,251.65 | 8/14 | 317,759.67 | 8/26 | 287,149.81 |
| 8/04 | 316,816.35 | 8/17 | 287,568.03 | 8/27 | 286,512.54 |
| 8/05 | 318,289.43 | 8/18 | 286,045.22 | 8/28 | 286,506.55 |
| 8/06 | 317,164.17 | 8/19 | 285,980.31 | 8/31 | 286,288.20 |
| 8/10 | 318,442.31 | 8/20 | 285,894.98 | | |
| 8/13 | 318,439.32 | 8/24 | 285,692.46 | | |

**Credit**

Bank: The First Bank & Trust Co.
Branch #: 22
Branch Name: Volunteer Parkway
Teller ID: W34JCJ
Drawer #: 215
Trans #: 81
Misc: Trn DDA Deposit.

**DDA Deposit**

Date/Time: 8/10/2026 2:46 PM
Workstation: FZ22N83
HIN #: 971822110000286
Owner: J R Thacker

SUBSTITUTE IMAGE / VIRTUAL DOCUMENT

| AUXILIARY | R/T | ACCOUNT | PC/TC | AMOUNT |
|---|---|---|---|---|
| | 5408-0011 | [redacted]8439 | 20 | $1,500.00 |

Deposit Date: 08/10 Amount: $1,500.00

JACK ROBERT THACKER JR.
DEBTOR-IN-POSSESSION
CASE NO. 2:25-BK-50237 RMM
2261 BULLOCK HOLLOW ROAD
BRISTOL, TN 37620

1073
68-446/514
03

Date: 8-2-2026

Pay to the Order of: North Bristol Baptist Church $ 200.00
Two hundred Dollars

First Bank & Trust Company

For:

⑆051404464⑆ [redacted] 843 9⑈ 1073

1073 Date: 08/04 Amount: $200.00

JACK ROBERT THACKER JR.
DEBTOR-IN-POSSESSION
CASE NO. 2:25-BK-50237 RMM
2261 BULLOCK HOLLOW ROAD
BRISTOL, TN 37620

1074
68-446/514
03

Date: 8-2-2026

Pay to the Order of: Darrell Statzer $ 375.00
Three hundred seventy five Dollars

First Bank & Trust Company #645067

For: Plumbing Repair

⑆051404464⑆ [redacted] 843 9⑈ 1074

1074 Date: 08/14 Amount: $375.00

JACK ROBERT THACKER JR.
DEBTOR-IN-POSSESSION
CASE NO. 2:25-BK-50237 RMM
2261 BULLOCK HOLLOW ROAD
BRISTOL, TN 37620

1075
68-446/514
03

Date: 8-14-2026

Pay to the Order of: Joy Necessary $ 30,000.00
Thirty thousand Dollars

First Bank & Trust Company

For: Alimony Payments 93,94,95,96

⑆051404464⑆ [redacted] 843 9⑈ 1075

1075 Date: 08/17 Amount: $30,000.00

First Bank & Trust Company
The Bank That Puts You First.

Online Banking Log-in

Date 9/30/26 Page 1
Primary Account XXXXXXXXXXXX8439
C 31 Enclosures 3

Jack Robert Thacker Jr
Debtor-in-Possession
Case No. 2:25-bk-50237-RMM
2261 Bullock Hollow Road
Bristol TN 37620

## CHECKING ACCOUNTS

| | | | |
|---|---|---|---|
| Regular Checking | | Number of Enclosures | 3 |
| Account Number | XXXXXXXXXXXX8439 | Statement Dates | 9/01/26 thru 9/30/26 |
| Previous Balance | 286,288.20 | Days in the Statement Period | 30 |
| 4 Deposits/Credits | 2,972.96 | Average Ledger | 283,100.08 |
| 47 Checks/Debits | 17,408.07 | Average Collected | 283,100.08 |
| Service Charge | .00 | | |
| Interest Paid | .00 | | |
| Ending Balance | 271,853.09 | | |

## DEPOSITS AND ADDITIONS

| Date | Description | Amount |
|---|---|---|
| 9/03 | Deposit | 1,223.00 |
| 9/28 | MMM DIST MONTEGO ASSET<br>CCD 556 | 395.58 |
| 9/28 | MRM DIST MONTEGO ASSET MA<br>CCD 838 | 667.17 |
| 9/28 | SPM DIST MONTEGO ASSET MA<br>CCD 738 | 687.21 |

## WITHDRAWALS AND DEDUCTIONS

| Date | Description | Amount |
|---|---|---|
| 9/01 | DBT CRD 2218 09/01/26 19205564<br>Prime Video Channels<br>amzn.com/bill WA | 7.65- |
| 9/01 | POS DEB 1704 08/31/26 22310098<br>WAL-MART #2089 -198<br>13245 LEE HWY<br>BRISTOL VA | 39.77- |
| 9/02 | DBT CRD 1102 09/01/26 77733708<br>PROGRESSIVE TRACTOR<br>ABINGDON VA | 35.70- |
| 9/02 | DBT CRD 1540 08/31/26 44380420<br>CHEDDAR S ZK 0202151<br>BRISTOL VA | 60.83- |
| 9/03 | DBT CRD 1708 09/02/26 97080127<br>AMAZON MKTPL*5Q5WW9DX2<br>Amzn.com/bill WA | 39.99- |
| 9/03 | POS DEB 2041 09/02/26 00427955<br>WM SUPERCENTER #620<br>220 CENTURY BLVD<br>BRISTOL TN | 168.71- |
| 9/08 | DBT CRD 1957 09/07/26 34687490<br>Prime Video Channels | 8.75- |

First Bank & Trust Company
The Bank That Puts You First.

Online Banking Log-in

Date 9/30/26 Page 2
Primary Account XXXXXXXXXXXX8439
Enclosures 3

Jack Robert Thacker Jr
Debtor-in-Possession
Case No. 2:25-bk-50237-RMM
2261 Bullock Hollow Road
Bristol TN 37620

Regular Checking XXXXXXXXXXXX8439 (Continued)

## WITHDRAWALS AND DEDUCTIONS

| Date | Description | Amount |
|---|---|---|
| | amzn.com/bill WA | |
| 9/08 | POS DEB 1421 09/06/26 00427400<br>FOOD CITY #816<br>FOOD CITY 816<br>BRISTOL VA | 21.97- |
| 9/08 | POS DEB 1558 09/07/26 00291032<br>WEIGELS #116<br>WEIGELS 116<br>BRISTOL TN | 61.47- |
| 9/08 | POS DEB 1400 09/06/26 88002831<br>SAMSCLUB #6518 -131<br>13249 LEE HIGHWAY<br>BRISTOL VA | 121.07- |
| 9/08 | POS DEB 1639 09/07/26 00035768<br>WM SUPERCENTER #620<br>220 CENTURY BLVD<br>BRISTOL TN | 130.34- |
| 9/08 | DBT CRD 0016 09/03/26 89961160<br>WEAVER PIKE MINI STORA<br>800-789-3638 TN | 140.00- |
| 9/09 | DBT CRD 0010 09/07/26 86420533<br>WEAVER PIKE MINI STORA<br>800-789-3638 TN | 140.00- |
| 9/09 | INSURANCE MIDLAND NATIONAL<br>PPD | 950.00- |
| 9/10 | DBT CRD 0414 09/09/26 32891093<br>Prime Video Channels<br>amzn.com/bill WA | 8.75- |
| 9/10 | POS DEB 1938 09/09/26 19117422<br>LOWE S #2591<br>1340 VOLUNTEER PAR<br>BRISTOL TN | 254.86- |
| 9/11 | DBT CRD 1853 09/10/26 60226956<br>TST* MAD GREEK RESTAUR<br>BRISTOL TN | 24.93- |
| 9/14 | DBT CRD 1618 09/11/26 67095687<br>AMAZON MKTPL*5L5TR5NS0<br>Amzn.com/bill WA | 199.78- |
| 9/14 | DBT CRD 2159 09/12/26 07580090<br>APPLE.COM/BILL<br>866-712-7753 CA | 2.99- |

First Bank & Trust Company
The Bank That Puts You First.

Online Banking Log-in

Date 9/30/26 Page 3
Primary Account XXXXXXXXXXXX8439
Enclosures 3

Jack Robert Thacker Jr
Debtor-in-Possession
Case No. 2:25-bk-50237-RMM
2261 Bullock Hollow Road
Bristol TN 37620

Regular Checking XXXXXXXXXXXX8439 (Continued)

WITHDRAWALS AND DEDUCTIONS

| Date | Description | Amount |
|---|---|---|
| 9/15 | PAYMENT JOHN HANCOCK MAN<br>PPD<br>TRN*1*E59879196\ | 70.00- |
| 9/17 | POS DEB 1524 09/16/26 00992247<br>FOOD CITY #617<br>FOOD CITY 617<br>BRISTOL TN | 40.67- |
| 9/18 | POS DEB 1319 09/18/26 00397227<br>GAS-N-GO #816<br>GAS-N-GO 816<br>BRISTOL VA | 42.17- |
| 9/18 | POS DEB 1121 09/18/26 11317916<br>APPLE COM BILL<br>APPLE COM BILL<br>CUPERTINO CA | 13.10- |
| 9/18 | DBT CRD 0051 09/17/26 10798710<br>ABC*PLANET FITNESS BRI<br>276-2857368 VA | 25.05- |
| 9/18 | WEB PMT BCBSTN<br>WEB | 1,497.76- |
| 9/21 | DBT CRD 1811 09/18/26 34949590<br>Prime Video Channels<br>amzn.com/bill WA | 20.25- |
| 9/21 | DBT CRD 1955 09/20/26 33541189<br>Prime Video Channels<br>amzn.com/bill WA | 21.89- |
| 9/21 | DBT CRD 1512 09/18/26 27778108<br>Amazon.com*5R7DO0211<br>Amzn.com/bill WA | 49.98- |
| 9/21 | POS DEB 1324 09/21/26 00964629<br>WEAVER MARKET<br>WEAVER MARKET<br>BRISTOL TN | 62.02- |
| 9/21 | DBT CRD 0348 09/19/26 16903905<br>NETFLIX.COM<br>NETFLIX.COM CA | 29.55- |
| 9/23 | UTILITY BI SOUTH FORK UTILI<br>PPD | 84.78- |
| 9/25 | POS DEB 1525 09/24/26 00408258<br>FOOD CITY #821 | 49.19- |

First Bank & Trust Company
The Bank That Puts You First.

Online Banking Log-in

Date 9/30/26 Page 4
Primary Account XXXXXXXXXXXX8439
Enclosures 3

Jack Robert Thacker Jr
Debtor-in-Possession
Case No. 2:25-bk-50237-RMM
2261 Bullock Hollow Road
Bristol TN 37620

Regular Checking XXXXXXXXXXXX8439 (Continued)

WITHDRAWALS AND DEDUCTIONS

| Date | Description | Amount |
|---|---|---|
| | FOOD CITY 821<br>BRISTOL VA | |
| 9/28 | DBT CRD 0218 09/25/26 62867345<br>Prime Video Channels<br>amzn.com/bill WA | 6.56- |
| 9/28 | POS DEB 1509 09/25/26 00651733<br>WM SUPERCENTER #620<br>220 CENTURY BLVD<br>BRISTOL TN | 143.29- |
| 9/28 | POS DEB 0102 09/28/26 01055498<br>APPLE COM BILL<br>APPLE COM BILL<br>CUPERTINO CA | 5.99- |
| 9/28 | UTIL BILL BRISTOL TN ESSEN<br>PPD | 593.30- |
| 9/29 | PAYMENTS PRUDENTIAL<br>WEB | 2,015.00- |
| 9/29 | PAYMENTS PRUDENTIAL<br>WEB | 2,725.00- |
| 9/30 | DBT CRD 1940 09/29/26 24083325<br>AMAZON PRIME*5X4O52YZ2<br>amzn.com/bill WA | 5.46- |
| 9/30 | DBT CRD 0948 09/29/26 33118436<br>Prime Video Channels<br>amzn.com/bill WA | 8.75- |
| 9/30 | DBT CRD 2226 09/30/26 24082481<br>Prime Video Channels<br>amzn.com/bill WA | 15.32- |
| 9/30 | DBT CRD 1102 09/30/26 77305559<br>AMAZON MKTPL*518JX6E50<br>Amzn.com/bill WA | 27.30- |
| 9/30 | DBT CRD 0952 09/29/26 35201282<br>AMAZON MKTPL*5194E06S1<br>Amzn.com/bill WA | 39.30- |
| 9/30 | POS DEB 1503 09/29/26 00378535<br>WM SUPERCENTER #620<br>220 CENTURY BLVD<br>BRISTOL TN | 139.55- |
| 9/30 | DBT CRD 0008 09/28/26 85008744<br>WEAVER PIKE MINI STORA<br>800-789-3638 TN | 160.00- |

First Bank & Trust Company
The Bank That Puts You First.

Online Banking Log-in

Date 9/30/26 Page 5
Primary Account XXXXXXXXXXXX8439
Enclosures 3

Jack Robert Thacker Jr
Debtor-in-Possession
Case No. 2:25-bk-50237-RMM
2261 Bullock Hollow Road
Bristol TN 37620

Regular Checking XXXXXXXXXXXX8439 (Continued)

CHECKS

| Date | Check No | Amount | Date | Check No | Amount |
|---|---|---|---|---|---|
| 9/22 | 1076 | 3,675.28 | 9/28 | 1077 | 3,424.00 |

*Indicates Skip In Check Numbers

DAILY BALANCE INFORMATION

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 9/01 | 286,240.78 | 9/11 | 285,296.41 | 9/22 | 279,545.92 |
| 9/02 | 286,144.25 | 9/14 | 285,093.64 | 9/23 | 279,461.14 |
| 9/03 | 287,158.55 | 9/15 | 285,023.64 | 9/25 | 279,411.95 |
| 9/08 | 286,674.95 | 9/17 | 284,982.97 | 9/28 | 276,988.77 |
| 9/09 | 285,584.95 | 9/18 | 283,404.89 | 9/29 | 272,248.77 |
| 9/10 | 285,321.34 | 9/21 | 283,221.20 | 9/30 | 271,853.09 |

**Credit**

Bank: The First Bank & Trust Co.
Branch #: 22
Branch Name: Volunteer Parkway
Teller ID: W34JCJ
Drawer #: 215
Trans #: 75
Misc: Trn Commercial Deposit.

**Commercial Deposit**

Date/Time: 9/3/2026 1:47 PM
Workstation: FZ23N83
HIN #: 974222100000190
Owner: J R Thacker

SUBSTITUTE IMAGE / VIRTUAL DOCUMENT

| AUXILIARY | R/T | ACCOUNT | PC/TC | AMOUNT |
|---|---|---|---|---|
| | 5408-0011 | [redacted]8439 | 20 | $1,223.00 |

Deposit Date: 09/03 Amount: $1,223.00

JACK ROBERT THACKER JR.
DEBTOR-IN-POSSESSION
CASE NO. 2:25-BK-50237 RMM
2261 BULLOCK HOLLOW ROAD
BRISTOL, TN 37620

1077
Date 9-28-26
Pay to the Order of Erie Insurance $3424.00
Three thousand twenty four Dollars
First Bank & Trust Company
For Insurance
⑆051404464⑆ [redacted] 843 9⑈ 1077

1077 Date: 09/28 Amount: $3,424.00

JACK ROBERT THACKER JR.
DEBTOR-IN-POSSESSION
CASE NO. 2:25-BK-50237 RMM
2261 BULLOCK HOLLOW ROAD
BRISTOL, TN 37620

1076
Date 9-14-2026
Pay to the Order of Gentry Tipton & McLemor PC $3,675.28
Three thousand six hundred seventy five + 28/100 Dollars
First Bank & Trust Company
For Invoice 10237
⑆051404464⑆ [redacted] 843 9⑈ 1076

1076 Date: 09/22 Amount: $3,675.28

First Bank & Trust Company
The Bank That Puts You First.

Online Banking Log-in

Date 10/30/26 Page 1
Primary Account XXXXXXXXXXXX8439
C 31 Enclosures 1

Jack Robert Thacker Jr
Debtor-in-Possession
Case No. 2:25-bk-50237-RMM
2261 Bullock Hollow Road
Bristol TN 37620

## CHECKING ACCOUNTS

| | | | |
|---|---|---|---|
| Regular Checking | | Number of Enclosures | 1 |
| Account Number | XXXXXXXXXXXX8439 | Statement Dates | 10/01/26 thru 11/01/26 |
| Previous Balance | 271,853.09 | Days in the Statement Period | 32 |
| 5 Deposits/Credits | 19,193.41 | Average Ledger | 279,260.42 |
| 51 Checks/Debits | 5,291.90 | Average Collected | 279,260.42 |
| Service Charge | .00 | | |
| Interest Paid | .00 | | |
| Ending Balance | 285,754.60 | | |

## DEPOSITS AND ADDITIONS

| Date | Description | Amount |
|---|---|---|
| 10/07 | Deposit | 1,500.00 |
| 10/16 | CONS PAY CPFVI LLC OP<br>PPD | 16,130.79 |
| 10/27 | MMM DIST MONTEGO ASSET<br>CCD 556 | 311.95 |
| 10/27 | SPM DIST MONTEGO ASSET MA<br>CCD 738 | 567.38 |
| 10/27 | MRM DIST MONTEGO ASSET MA<br>CCD 838 | 683.29 |

## WITHDRAWALS AND DEDUCTIONS

| Date | Description | Amount |
|---|---|---|
| 10/01 | DBT CRD 2317 10/01/26 54611816<br>Prime Video Channels<br>amzn.com/bill WA | 7.65- |
| 10/01 | DBT CRD 1113 09/30/26 84081126<br>WATERS WELLNESS<br>BRISTOL TN | 22.42- |
| 10/05 | DBT CRD 1220 10/02/26 24321650<br>SUBWAY 19573<br>BRISTOL TN | 15.61- |
| 10/05 | POS DEB 1414 10/03/26 00883137<br>FOOD CITY #821<br>FOOD CITY 821<br>BRISTOL VA | 30.09- |
| 10/05 | DBT CRD 0021 10/03/26 92844471<br>WEAVER PIKE MINI STORA<br>800-789-3638 TN | 140.00- |
| 10/06 | POS DEB 1334 10/06/26 00608467<br>SAMS CLUB #6518<br>13249 LEE HWY<br>BRISTOL VA | 308.91- |

First Bank & Trust Company
The Bank That Puts You First.

Online Banking Log-in

Date 10/30/26 Page 2
Primary Account XXXXXXXXXXXX8439
Enclosures 1

Jack Robert Thacker Jr
Debtor-in-Possession
Case No. 2:25-bk-50237-RMM
2261 Bullock Hollow Road
Bristol TN 37620

Regular Checking XXXXXXXXXXXX8439 (Continued)

WITHDRAWALS AND DEDUCTIONS

| Date | Description | Amount |
|---|---|---|
| 10/07 | INSURANCE MIDLAND NATIONAL<br>PPD | 950.00- |
| 10/08 | DBT CRD 2021 10/08/26 49096689<br>Prime Video Channels<br>amzn.com/bill WA | 8.75- |
| 10/08 | DBT CRD 1234 10/07/26 31732886<br>WEIGELS #116<br>BRISTOL TN | 46.28- |
| 10/09 | POS DEB 1355 10/09/26 00674111<br>FOOD CITY #821<br>FOOD CITY 821<br>BRISTOL VA | 65.77- |
| 10/09 | DBT CRD 0019 10/07/26 91425365<br>WEAVER PIKE MINI STORA<br>800-789-3638 TN | 140.00- |
| 10/13 | DBT CRD 0406 10/09/26 27939859<br>Prime Video Channels<br>amzn.com/bill WA | 8.75- |
| 10/13 | DBT CRD 0714 10/10/26 40680605<br>Amazon.com*5E59007G1<br>Amzn.com/bill WA | 20.37- |
| 10/13 | POS DEB 1325 10/11/26 56743800<br>WAL-MART #0620<br>220 CENTURY BLVD<br>BRISTOL TN | 116.39- |
| 10/13 | POS DEB 2259 10/11/26 22145427<br>APPLE COM BILL<br>APPLE COM BILL<br>CUPERTINO CA | 2.99- |
| 10/14 | POS DEB 1337 10/14/26 00271279<br>FOOD CITY #821<br>FOOD CITY 821<br>BRISTOL VA | 17.14- |
| 10/14 | POS DEB 1243 10/14/26 96924900<br>ADVANCE AUTO PARTS #3530<br>709 VOLUNTEER PKWY<br>BRISTOL TN | 49.13- |
| 10/15 | DBT CRD 1507 10/13/26 24466435<br>CURT S ACE HARDWARE #6<br>BRISTOL VA | 30.54- |
| 10/15 | PAYMENT JOHN HANCOCK MAN<br>PPD | 70.00- |

**First Bank & Trust Company**
The Bank That Puts You First.

Online Banking Log-in

Date 10/30/26 Page 3
Primary Account XXXXXXXXXXXX8439
Enclosures 1

Jack Robert Thacker Jr
Debtor-in-Possession
Case No. 2:25-bk-50237-RMM
2261 Bullock Hollow Road
Bristol TN 37620

Regular Checking XXXXXXXXXXXX8439 (Continued)

WITHDRAWALS AND DEDUCTIONS

| Date | Description | Amount |
|---|---|---|
| | TRN*1*E60855416\ | |
| 10/19 | DBT CRD 1309 10/16/26 53448421<br>Amazon.com*5E2EB6VN2<br>Amzn.com/bill WA | 18.94- |
| 10/19 | DBT CRD 1824 10/18/26 42861974<br>Prime Video Channels<br>amzn.com/bill WA | 20.25- |
| 10/19 | POS DEB 1522 10/18/26 00690339<br>WM SUPERCENTER #620<br>220 CENTURY BLVD<br>BRISTOL TN | 27.32- |
| 10/19 | POS DEB 1352 10/19/26 00933520<br>SAMS CLUB #6518<br>13249 LEE HWY<br>BRISTOL VA | 96.21- |
| 10/19 | DBT CRD 1018 10/18/26 51227677<br>APPLE.COM/BILL<br>866-712-7753 CA | 13.10- |
| 10/19 | DBT CRD 0056 10/17/26 14061369<br>ABC*PLANET FITNESS BRI<br>276-2857368 VA | 25.05- |
| 10/19 | DBT CRD 0348 10/19/26 16866462<br>Netflix<br>1 8445052993 CA | 29.55- |
| 10/19 | WEB PMT BCBSTN<br>WEB | 1,497.76- |
| 10/20 | DBT CRD 1144 10/19/26 00528921<br>WEAVER MARKET<br>BRISTOL TN | 74.09- |
| 10/21 | POS DEB 1255 10/21/26 00707582<br>FOOD CITY #617<br>FOOD CITY 617<br>BRISTOL TN | 19.10- |
| 10/21 | POS DEB 1247 10/21/26 00587723<br>LOWE S #2591<br>LOWE S 2591<br>BRISTOL TN | 20.44- |
| 10/21 | DBT CRD 1911 10/20/26 06675022<br>Prime Video Channels<br>amzn.com/bill WA | 21.89- |
| 10/21 | POS DEB 0932 10/21/26 00979933<br>Harbor Freight Tools USA | 47.37- |

First Bank & Trust Company
The Bank That Puts You First.

Online Banking Log-in

Date 10/30/26 Page 4
Primary Account XXXXXXXXXXXX8439
Enclosures 1

Jack Robert Thacker Jr
Debtor-in-Possession
Case No. 2:25-bk-50237-RMM
2261 Bullock Hollow Road
Bristol TN 37620

Regular Checking XXXXXXXXXXXX8439 (Continued)

WITHDRAWALS AND DEDUCTIONS

| Date | Description | Amount |
|---|---|---|
| | Harbor Freight Too<br>Bristol VA | |
| 10/23 | POS DEB 1330 10/23/26 00687599<br>FOOD CITY #821<br>FOOD CITY 821<br>BRISTOL VA | 14.12- |
| 10/23 | UTILITY BI SOUTH FORK UTILI<br>PPD | 74.35- |
| 10/26 | DBT CRD 0154 10/25/26 48830387<br>Prime Video Channels<br>amzn.com/bill WA | 6.56- |
| 10/26 | DBT CRD 1427 10/24/26 00539038<br>AMAZON MKTPL*9321735X3<br>Amzn.com/bill WA | 9.82- |
| 10/26 | POS DEB 1326 10/25/26 00277249<br>WM SUPERCENTER #620<br>220 CENTURY BLVD<br>BRISTOL TN | 65.92- |
| 10/26 | UTIL BILL BRISTOL TN ESSEN<br>PPD | 510.87- |
| 10/27 | DBT CRD 1258 10/26/26 47135231<br>TACO RIENDO FRESH MEX<br>BRISTOL VA | 16.66- |
| 10/27 | DBT CRD 1744 10/26/26 18804152<br>AMAZON MKTPL*WR8O73NE3<br>Amzn.com/bill WA | 26.38- |
| 10/27 | DBT CRD 1107 10/26/26 80327776<br>CVS/PHARMACY #03726<br>BRISTOL TN | 29.36- |
| 10/29 | POS DEB 1530 10/28/26 00196643<br>CVS/PHARMACY #03726<br>03726--2578 WEST S<br>BRISTOL TN | 13.73- |
| 10/29 | POS DEB 1130 10/29/26 00743215<br>FOOD CITY #617<br>FOOD CITY 617<br>BRISTOL TN | 50.42- |
| 10/29 | DBT CRD 1104 10/28/26 78414618<br>VIOC 040231<br>BRISTOL TN | 276.35- |
| 10/29 | DBT CRD 0001 10/28/26 81125682<br>APPLE.COM/BILL | 5.99- |

First Bank & Trust Company
The Bank That Puts You First.

Online Banking Log-in

Date 10/30/26 Page 5
Primary Account XXXXXXXXXXXX8439
Enclosures 1

Jack Robert Thacker Jr
Debtor-in-Possession
Case No. 2:25-bk-50237-RMM
2261 Bullock Hollow Road
Bristol TN 37620

Regular Checking XXXXXXXXXXXX8439 (Continued)

## WITHDRAWALS AND DEDUCTIONS

| Date | Description | Amount |
|---|---|---|
| | 866-712-7753 CA | |
| 10/30 | DBT CRD 2003 10/29/26 38211811<br>AMAZON PRIME*DH0W35MM3<br>amzn.com/bill WA | 5.46- |
| 10/30 | DBT CRD 0908 10/29/26 08904641<br>Prime Video Channels<br>amzn.com/bill WA | 8.75- |
| 10/30 | DBT CRD 1401 10/28/26 84832062<br>ARBYS 8881<br>BRISTOL TN | 11.57- |
| 10/30 | DBT CRD 2217 10/30/26 18333656<br>Prime Video Channels<br>amzn.com/bill WA | 15.32- |
| 10/30 | DBT CRD 1451 10/28/26 14883759<br>CURT S ACE HARDWARE #6<br>BRISTOL VA | 28.41- |
| 10/30 | DBT CRD 0008 10/28/26 84851492<br>WEAVER PIKE MINI STORA<br>800-789-3638 TN | 160.00- |

## DAILY BALANCE INFORMATION

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 10/01 | 271,823.02 | 10/13 | 271,469.11 | 10/21 | 285,522.02 |
| 10/05 | 271,637.32 | 10/14 | 271,402.84 | 10/23 | 285,433.55 |
| 10/06 | 271,328.41 | 10/15 | 271,302.30 | 10/26 | 284,840.38 |
| 10/07 | 271,878.41 | 10/16 | 287,433.09 | 10/27 | 286,330.60 |
| 10/08 | 271,823.38 | 10/19 | 285,704.91 | 10/29 | 285,984.11 |
| 10/09 | 271,617.61 | 10/20 | 285,630.82 | 10/30 | 285,754.60 |

**Credit**

Bank: The First Bank & Trust Co.
Branch #: 22
Branch Name: Volunteer Parkway
Teller ID: W34JCJ
Drawer #: 215
Trans #: 46
Misc: Trn DDA Deposit,

**DDA Deposit**

Date/Time: 10/7/2026 2:08 PM
Workstation: 8DMK8J4
HIN #: 977633390000139
Owner: J R Thacker

SUBSTITUTE IMAGE / VIRTUAL DOCUMENT

| AUXILIARY | R/T | ACCOUNT | PC/TC | AMOUNT |
|---|---|---|---|---|
| | 5408-0011 | [redacted]8439 | 20 | $1,500.00 |

Deposit Date: 10/07 Amount: $1,500.00